UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 11952 MLW

| | |
|---|---|
| PHILLIP A. KAWA, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| VERIZON COMMUNICATIONS, | ) ) |
| Defendant | ) ) |

AFFIDAVIT OF GAETANO J. DELUCA, ESQUIRE
IN SUPPORT OF PLAINTIFF'S RULE 55(a)
REQUEST FOR ENTRY OF DEFAULT

In support of the plaintiffs' Rule 55(a) Request for Entry of Default, the plaintiff, Phillip A. Kawa, herein submits his Affidavit in Support of his Request for Entry of Default.

I, Gaetano J. DeLuca, Esquire, duly deposed, state the following of my own personal knowledge.

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and I am admitted to practice in the U.S. District Court, District of Massachusetts.

2. I am counsel to the plaintiff in the matter presently pending before this Honorable Court, entitled <u>Phillip A. Kawa</u> v. <u>Verizon Communications</u>, Case No. 04 11952 MLW.

3. After this action was filed, a Summons and Complaint, Civil Cover Sheet, Category Sheet, along with two (2) copies of Notice and Acknowledgment and Self Addressed Stamped Envelope were served upon the defendant by Certified Mail, Return Receipt Requested.

4. Service was complete on September 14, 2004. (See the attached Affidavit of Service).

5. The defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

6. The plaintiffs' complaint clearly sets out that the plaintiffs have an absolute right to relief against the defendant.

Signed under the pains and penalties of perjury this 6th Day of October, 2004.

                                             */s/ Gaetano J. DeLuca, Esquire*