UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 11952 MLW

PHILLIP A. KAWA,            )
                            )
        Plaintiff           )
                            )
    v.                      )
                            )
VERIZON COMMUNICATIONS,     )
                            )
        Defendant           )

PLAINTIFF'S AFFIDAVIT OF SERVICE
_____

The plaintiff, Phillip A. Kawa, herein submit his Affidavit of Service.

I, Gaetano J. DeLuca, Esquire, duly deposed, state the following of my own personal knowledge.

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and I am admitted to practice in the U.S. District Court, District of Massachusetts.

2. I am counsel to the plaintiffs in the matter presently pending before this Honorable Court, entitled <u>Phillip A. Kawa</u> <u>v.</u> <u>Verizon Communications,</u> Case No. 04 11952 MLW.

3. On September 9, 2004, I personally mailed a Summons and Complaint, Civil Cover Sheet, Category Sheet, along with two (2) copies of Notice and Acknowledgment and Self Addressed Stamped Envelope to the defendant, Verizon Communications, by Certified Mail, Return Receipt Requested.

4. The Certified Mail No. is 7002 2030 0003 0472 5090.

5. On September 14, 2004, the Certified Mail was delivered to the defendant and signed for. Accordingly, service was complete on September 14, 2004.

6. On or about September 17, 2004, I received the Domestic Return of Service back from the Postal Service. Attached hereto is the ORIGINAL Domestic Return Receipt.

7. The defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Signed under the pains and penalties of perjury this 6th Day of October, 2004.

Gaetano J. DeLuca, Esquire

-2-