UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 11952 MLW

PHILLIP A. KAWA,                    )
                                    )
            Plaintiff               )
                                    )
     v.                             )
                                    )
VERIZON COMMUNICATIONS,             )
                                    )
            Defendant               )


PLAINTIFF'S RULE 55(a) REQUEST FOR
ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil
Procedure, the plaintiff, Phillip A. Kawa, respectfully
requests that this Honorable Court enter default as to the
defendant, Verizon Communications.

In support of his request, attached hereto is the Affidavit
of plaintiff's counsel, Gaetano J. DeLuca.

WHEREFORE, the plaintiff, prays that this Honorable Court
Enter Default as to the defendant, Verizon Communications.


Dated: October 6, 2004


                                    Respectfully submitted,

                                    Gaetano J. DeLuca, Esq.
                                    BBO # 558872
                                    9 Early Red Circle
                                    Plymouth, MA 02360
                                    (508) 224-6886

## CERTIFICATE OF SERVICE

I herein certify under oath that copies of the foregoing were served upon all parties/counsel of record on October 6, 2004, by First Class Mail, Postage Pre-Paid.

Dated: October 6, 2004