

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 CV 11952 MLW

PHILLIP A. KAWA,           )
                           )
        Plaintiff          )
                           )
    v.                     )
                           )
VERIZON COMMUNICATIONS,    )
                           )
        Defendant          )

AFFIDAVIT OF GAETANO J. DELUCA, ESQUIRE
IN SUPPORT OF PLAINTIFFS' RULE 55(b)
MOTION FOR ENTRY OF DEFAULT JUDGMENT

In support of the plaintiff's Rule 55(b) Motion for Entry of Default Judgment, the plaintiff, Phillip A. Kawa, herein submit the Affidavit of his Counsel, Gaetano J. DeLuca.

I, Gaetano J. DeLuca, duly deposed, state the following of my own personal knowledge.

1.  I represent the plaintiff, Phillip A. Kawa, in this action and I am intimately familiar with the facts which revolve around and form the basis of this action and the reasons why the plaintiff now seeks a default judgment.

2. On October 7, 2004, the plaintiff filed his Request for Notice of Default. On November 12, 2004, this Court Entered/Filed Plaintiff's Request for Defaulted the defendant, Verizon Communications, because the defendant has failed to plead or otherwise defend as provided by Rule 55(a).

3. The facts set out in the plaintiff's complaint clearly establish that the plaintiff has an absolute right to the relief he seeks against the defendant in contract in the amount of $73,753.00.

Signed under the pains and penalties of perjury this 17th Day of November, 2004.

*[signature]*
Gaetano J. DeLuca