UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 CV 11952 MLW

PHILLIP A. KAWA,        )
                        )
        Plaintiff       )
                        ) .
                        )
    v.                  )
                        )
VERIZON COMMUNICATIONS, )
                        )
        Defendant       )

DEFAULT JUDGMENT

Defendant, Verizon Communications, having failed to plead or otherwise defend in this action and its default having been entered.

Now upon the application of the plaintiff and affidavit demonstrating that defendant owes the plaintiff as follows:

1.  As set forth in the plaintiff's Complaint the defendant is ordered owes the plaintiff the sum of $73,753.00.

-1-

The defendant is not an infant or incompetent person or in the military service of the United States.

In addition, the plaintiffs have incurred the costs in the sum of $175.00.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from the defendant as follows:

1. As set forth in the plaintiff's Complaint, the plaintiff shall recover from the defendant, Verizon Communications, the principal amount of $73,753.00, with costs in the amount of $175.00 and prejudgment interest at the rate of _____% from _____ to _____, for a total judgment of $_____ with interest as provided by law.

                                          By the Court,

    Dated:_____


                                          _____
                                          Deputy Clerk


NOTE: The post judgment interest rate effective this date
      is _____%.