# United States District Court

_____ DISTRICT OF _____

Phillip A. Kowo

v.

Verizon Communications

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 11952 MLW**

TO: (Name and address of defendant)

Verizon Communications
1095 Ave of the Americas
New York City, N.Y. 10036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gaetano J. DeLuca, P.C.
9 Early Red Circle
Plymouth, MA 02360

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

SEP 08 2004
DATE

(BY) DEPUTY CLERK

STATE OF MASSACHUSSETTS, U.S. DISTRICT COURT, COUNTY OF _____

PHILLIP A. KAWA
Vs    Plaintiff/Petitioner
VERIZON COMMUNICATIONS
Defendant/Respondent

**AFFIDAVIT OF SERVICE**

Index No _____

Sheriff's Case No M04-2416

STATE OF NEW YORK )
COUNTY OF NEW YORK ) SS:

DANIEL KING, being duly sworn, affirms that he is a Deputy Sheriff of the City of New York, being over the age of eighteen years, is not a party to this action or proceeding, and served the annexed SUMMONS & COMPLAINT in the above titled action or proceeding on the 15th day of DECEMBER, 2004, at approximately 4:10 A.M./P.M. at 1095 AVE OF AMERICAS in the borough of Manhattan, County of New York. Service was made upon VERIZON COMMUNICATIONS, the defendant/respondent, in the following manner:

**PERSONAL SERVICE** [ ] By delivering to and leaving with _____ personally a true copy thereof, said person being known as the person mentioned and described herein

**ALTERNATE PERSON** [ ] By delivering to and leaving with _____ suitable age and discretion, who is _____, a person of _____ to the defendant/respondent, a true copy thereof. Said address is the dwelling place/business place of the party served

**AFFIXED TO PREMISES** [ ] By affixing a true copy thereof to the door of the above mentioned address, said address being the dwelling place/business place of the defendant/respondent

**MAILED** [ ] By mailing a true copy thereof in a plain white envelope marked "PERSONAL & CONFIDENTIAL" to the defendant/respondent to his last known address as mentioned above.

**CORPORATION** [X] By delivering to and leaving with GENE ANDREWS, a true copy thereof. Said person stated he/she is the SECURITY OFFICER, an agent authorized to accept service of legal process

**STATUTORY FEE** [ ] At the time of service, a statutory fee of $_____ was also left with the person mentioned and described herein

**DESCRIPTION** [ ] The person served is a (X) Male ( ) Female and approximately: AGE 50 HT: 5'11" WT: 170 SKIN BLACK, HAIR BLACK

NOTARY
Sworn to (affirmed) before me this
21 day of DECEMBER, 2004

LUIS D. FELICIANO, DEPUTY SHERIFF
Notary Public, State of New York
No. 02FE6037555
Qualified in Bronx County
Commission Expires Feb. 2, 20__