UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PHILLIP A. KAWA, | ) | Civil Action No. 04-11952-MLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VERIZON COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated, between the undersigned attorneys for the parties hereto, that the time within which the defendant Verizon Communications, Inc. may answer or otherwise respond to the Complaint herein is extended to and including January 17, 2005.

| | |
|---|---|
| Phillip A, Kawa,<br>Plaintiff, | Verizon Communications, Inc.,<br>Defendant, |
| By his attorney, | By its attorney, |
| /s/ Gaetano J. DeLuca<br>Gaetano J. DeLuca<br>BBO#558872<br>9 Early Red Circle<br>Plymouth, MA 02360<br>(508) 224-6886 | /s/ Douglas K. Mansfield<br>Douglas K. Mansfield<br>BBO#318320<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210<br>(617) 425-5900 |

3000.12/341412.1