UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP A. KAWA,<br><br>       Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>       Defendant. | )<br>)<br>)   Civil Action No. 04-11952-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER OF DEFENDANT VERIZON COMMUNICATIONS INC.**

Defendant Verizon Communications Inc. hereby answers the complaint of plaintiff Phillip A. Kawa as follows:

1. Defendant currently lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 1 of plaintiff's Complaint, and therefore denies those allegations.

2. Defendant admits that Verizon Communications, Inc. is a national corporation and that Verizon Communications Inc. or one of its affiliates maintains offices in Boston, Massachusetts, New York, New York, and Coppell, Texas. Defendant denies the allegations in Paragraph 2 of the Complaint insofar as these allegations could be construed otherwise.

3. Defendant admits the allegations in Paragraph 3 of the Complaint.

4. Defendant admits that plaintiff is the beneficiary of Ms. Kawa for the purposes of the Verizon Pension Plan for New York and New England Associates. Defendant also admits that Ms. Kawa passed away on February 23, 2003. Defendant otherwise denies the allegations in Paragraph 4 of the Complaint.

5. Defendant currently lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegation in Paragraph 5 of the Complaint as to the dates of Ms. Kawa's illness and the allegation in Paragraph 5 of the Complaint that Ms. Kawa's illness required that she take medical leave from her employment. Defendant admits that, in September of 1973, Ms. Kawa first began employment covered by a predecessor plan to the Verizon Pension Plan for New York and New England Associates.

6. Defendant denies the allegations in Paragraph 6 of the Complaint. However, Defendant admits that at the time Ms. Kawa passed away she was a participant in the Verizon Pension Plan for New York and New England Associates.

7. Defendant admits that the pension plan by which Ms. Kawa was covered at the time of her death was established pursuant to ERISA, 29 U.S.C. § 1001 et seq. Defendant otherwise denies the allegations in Paragraph 7 of the Complaint.

8. Defendant admits the allegation in Paragraph 8 of the Complaint that Ms. Kawa passed away on February 23, 2003. Defendant otherwise denies the allegations in Paragraph 8 of the Complaint.

9. Defendant admits that, subsequent to Ms. Kawa's death, plaintiff was sent a letter explaining his benefit options as Ms. Kawa's beneficiary under the Verizon Pension Plan for New York and New England Associates and presenting as one option a one-time lump sum payment of $136, 971.83. Defendant otherwise denies the allegations in Paragraph 9 of the Complaint.

10. Defendant denies the allegations in Paragraph 10 of the Complaint.

11. Defendant admits the allegations in Paragraph 11 of the Complaint.

12. Defendant denies the allegations in Paragraph 12 of the Complaint. Defendant admits that the Verizon Claims Review Committee denied plaintiff's appeal. The reasons for this denial were set forth in a letter sent to plaintiff dated November 10, 2003. The content of this letter speaks for itself.

13. Defendant denies the allegations in Paragraph 13 of the Complaint. Defendant admits that Verizon Communications Inc. wrote a letter to plaintiff dated August 14, 2002. However, defendant denies that the contents of this letter render wrong the determination of the Verizon Claims Review Committee.

14. Defendant denies the allegations in Paragraph 14 of the Complaint

Respectfully submitted,

_____
Douglas K. Mansfield
BBO#318320
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
(617) 425-5900

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Answer to served on this 14th day of January, 2005 upon the following by first class mail, postage prepaid:

Gaetano J. DeLuca, Esq.
BBO#558872
9 Early Red Circule
Plymouth, MA 02360
(508) 224-6886

_____
Douglas K. Mansfield