UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILLIP A. KAWA,                ) Civil Action No. 04-11952-MLW
                                )
    Plaintiff,                  )
                                )
vs.                             )
                                )
VERIZON COMMUNICATIONS, INC.,   )
                                )
    Defendant.                  )

### ASSENTED TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Defendant Verizon Communications, Inc. ("Verizon"), moves, pursuant to L.R. 83.5.3 (b), that the Court admit Frederick G. Sandstrom, a member of the bar of the State of Illinois, *pro hac vice* to appear and practice in this court for all purposes in the above-captioned matter.

As grounds for this motion, the defendant Verizon states the following:

1. Frederic G. Sandstrom is a lawyer in the firm of Covington & Burling, 1201 Pennsylvania Avenue, N.W., Washington, DC 20004-2401. The firm regularly represents the defendant in employee benefits matters. Mr. Sandstrom is a member in good standing of the bar of every jurisdiction in which he has been admitted to practice.

2. Douglas K. Mansfield of the firm of Casner & Edwards, LLP, a member of the bar of the Commonwealth of Massachusetts and of this Court, has entered an appearance on behalf of Verizon and will also act as counsel for the defendant Verizon in this matter.

3. The plaintiff, through his attorney Gaetano DeLuca, Esq., has assented to this Motion.

VERIZON COMMUNICATIONS, INC.

By its attorneys,

_____
Douglas K. Mansfield (BBO No. 318320)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, Massachusetts 02110
617-426-5900

Dated: January 26, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon plaintiffs' counsel by first class mail, postage prepaid, on January 26, 2005.

_____
Douglas K. Mansfield

7382.2/341769.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP A. KAWA, ) | Civil Action No. 04-11952-MLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VERIZON COMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF FREDERICK G. SANDSTROM

I, Frederick G. Sandstrom, state as follows:

1. The courts to which I have been admitted to practice and the dates of admission are as follows:

    (a) Illinois (2002);

    (b) United States Court of Appeals for the Ninth Circuit (2004)

2. I am a member in good standing in those courts.

3. There is no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rule of the United States District Court for the District of Massachusetts.

Dated: January 21, 2005

_____
Frederick G. Sandstrom

7382.2/341765.1