```
                                                              FILED
                                                           ERKS OFFICE

             UNITED STATES DISTRICT COURT  10  P 1: 19
                   DISTRICT OF MASSACHUSETTS
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF MASS
```

PHILLIP A. KAWA               )
                              )
           Plaintiff,         )
                              )     Civil Action No.
     v.                       )     04-11952-MLW
                              )
VERIZON COMMUNICATIONS INC.,  )
                              )
           Defendant.         )

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Frederick G. Sandstrom of Covington & Burling, 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2401, as counsel for the Defendant in the above-captioned action. I have been admitted to practice before the District of Massachusetts *pro hac vice* in this case by the Court's order of February 16, 2005.

Date: March 8, 2005

Respectfully submitted,

/s/ Frederick G. Sandstrom

Frederick G. Sandstrom
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: 202-662-5499
Fax: 202-778-5499
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance to be served on this 8th day of March, 2005 upon the following by first class mail, postage prepaid:

Gaetano J. DeLuca, Esq.
BBO# 558872
9 Early Red Circle
Plymouth, MA  02360
(508) 224-6886

_____
Frederick G. Sandstrom