UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 CV11952 MLW

PHILLIP A. KAWA, )
)
      Plaintiff )
)
v. )
)
VERIZON COMMUNICATIONS, )
)
      Defendant )

JOINT STATEMENT
―――――――――――――

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court, the parties respectfully submit their Joint Statement.

DISCOVERY PLAN
―――――――――――

All Discovery to be completed within three (3) months of the Scheduling Conference.

SCHEDULE FOR FILING OF MOTIONS
―――――――――――――――――――――――

All dispositive Motions are to be filed within two (2) months of the close of discovery.

CERTIFICATION OF COUNSEL AND CLIENT
_____

SEE ATTACHED.

Dated: April 14, 2005

Respectfully submitted,

_____              _____
Gaetano J. DeLuca, Esq.                       Frederick G. Sandstrom, Esq. (s/k)
BBO # 558872                                  1201 Pennsylvania Ave., NW
9 Early Red Circle                            Washington, D.C. 20004
Plymouth, MA 02360                            (202) 662-5499
(508) 224-6886

-2-