UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 CV11952 MLW

PHILLIP A. KAWA, )
        Plaintiff )
 )
v. )
 )
VERIZON COMMUNICATIONS, )
        Defendant )

PLAINTIFF'S LOCAL RULE 16.1(D)(3)
CERTIFICATION

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court, the plaintiff, Phillip A. Kawa, and his attorney, Gaetano J. DeLuca respectfully affirm that we have conferred:

a. with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: April 18, 2005

AFFIRMED BY:

_____
Phillip A. Kawa

AFFIRMED BY:

_____
Gaetano J. DeLuca, Esq.
BBO # 558872
9 Early Red Circle
Plymouth, MA 02360
(508) 224-6886