IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP A. KAWA, <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON COMMUNICATIONS INC., <br><br> Defendant. | Civil Action No. 04-11952-MLW |

## DEFENDANT'S LOCAL RULE 16.1(d)(3) CERTIFICATION

The undersigned authorized representative of defendant, Verizon Communications Inc., and the undersigned counsel, hereby certify that defendant and counsel have conferred:

1. With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April 12, 2005

_____
Lorraine P. Grande
Senior Consultant, Verizon Communications Inc.

*Authorized Representative of Defendant*

Respectfully submitted,

_____
Frederick G. Sandstrom
Jeffrey G. Huvelle
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Tel:  202-662-6000
Fax:  202-778-5499
gsandstrom@cov.com
jhuvelle@cov.com