GAETANO J. DELUCA, P.C.
Attorney at Law
9 Early Red Circle
Plymouth, Massachusetts 02360

FILED
CLERKS OFFICE

2005 APR 26 A 11: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

Telephone: (508) 224-6886                              Telecopier: (508) 224-7219

April 26, 2005

United States District Court
District of Massachusetts                    SENT BY FACSIMILE TO:
Joseph J. Moakley Courthouse                 (617) 748-9096
1 Courthouse Way, Suite 2300
Boston, MA 02210

Attention: Mr. Dennis O'Leary

Dear Mr. O'Leary

      RE:  Phillip A. Kawa v. Verizon Communications
           U.S. District Court
           District of Massachusetts
           Case No. 04 CV 11952 MLW

Referencing the above captioned matter and in accordance with the Sceduling Order issued by Judge Wolf, I respectfully submit the following.

On April 18, 2005 at the 4:00PM Scheduling Conference, Judge Wolf suggested that the parties settle this case for $27,000.00. Judge Wolf directed the parties to report back to the Court by April 26, 2005.

In this regard, please be advised that my client, Mr. Phillip Kawa, has advised me that he is willing to accept the $27,000.00 Settlement. Notwithstanding, I have been advised by Counsel for the defendant, Verizon, is not willing to accept this Settlement.

Very truly yours,

Gaetano J. DeLuca

cc: Phillip Kawa
    Frederick G. Sandstrom, Esquire

kawa.013