UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP A. KAWA, | ) Civil Action No. 04-11952-MLW |
| Plaintiff, | ) |
| v. | ) |
| VERIZON COMMUNICATIONS INC. | ) |
| Defendant. | ) |

### DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P 26(a)(1) and Local Rule 26.2(A), Defendant Verizon Communications Inc. makes the following initial disclosures reasonably available to it as of April 28, 2005. Defendant reserves the right to supplement these initial disclosures either through subsequent disclosures, discovery, or pre-trial submissions.

    A.    **Individuals Likely to Have Discoverable Information**

        1.    Sharon Jukins
              Manager – Benefits
              Verizon Corporate Services
              4 West Red Oak Lane
              White Plains, NY  10604

Ms. Jukins was Secretary to the Verizon Claims Review Committee at the time that the Committee considered Mr. Kawa's benefits claim. Ms. Jukins is knowledgeable regarding the terms, meaning, and background of the Verizon Pension Plan for New York and New England Associates (the "Plan"). Ms. Jukins is also knowledgeable about the Claims Review Committee's consideration of Mr. Kawa's claim.

        2.    Barbara Chase
              Manager – Human Resources
              Verizon Corporate Services

    125 High Street
    2nd Floor
    Boston, MA  02110

Ms. Chase is knowledgeable regarding the terms, meaning, and background of the Plan.

  3.  Christine Lonero
    Manager – Verizon Labor Relations
    Verizon – New England
    185 Franklin Street
    Boston, MA  02110

Ms. Lonero is Manager – Labor Relations for Verizon – New England.  Ms. Lonero is knowledgeable about Verizon's policies regarding payroll status and separation from service dates for Verizon IBEW New England associates receiving Short-Term Disability benefits and accepting benefits under an Income Protection Plan.

  4.  Dan Fish
    Verizon Claims Review Unit
    100 Half Day Road
    P.O. Box 1438
    Lincolnshire, IL  60069-1438

Mr. Fish is a member of the Verizon Claims Review Unit.  Mr. Fish is familiar with the facts and circumstances surrounding Mr. Kawa's benefits claim, and the Claims Review Unit's review of Mr. Kawa's claim.

**B.**  **Relevant Documents**

Defendant discloses the following documents that it may use in support of its defense, with copies being provided to Plaintiff:

1. Plan Documents (The Verizon Pension Plan for New York and New England Associates and Summary Plan Description)

2. November 10, 2003 denial of benefits letter from the Verizon Claims Review Committee to Mr. Phillip Kawa

3. August 5, 2003 appeal letter, with attachments, from Mr. Phillip Kawa

4. July 29, 2003 denial of benefits letter from the Verizon Claims Review Unit to Mr. Phillip Kawa

5. June 24, 2003 Claim Initiation Form, with attachments

6. May 13, 2003 Claim Initiation Form, with attachments

7. Theresa Kawa's EIPP Volunteer Form

8. Hewitt Screen Captures

9. Federal Complaint of Phillip Kawa

10. Hewitt workflow histories re Phillip and Theresa Kawa

These documents comprise the complete administrative record compiled to date.

### C. Computation of Damages

Defendant is not seeking legal damages in this action. As a consequence, there is no computation of damages to be provided. Defendant will seek attorneys' fees and costs, but those fees and costs cannot be determined at this time.

### D. Insurance Agreement

Defendant is not aware of any insurance agreement meeting the description in Fed. R. Civ. P 26(a)(1)(D).

VERIZON COMMUNICATIONS INC.
By its attorneys,

_____
Frederick G. Sandstrom
Jeffrey G. Huvelle
**COVINGTON & BURLING**
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel: 202-662-6000
Fax: 202-778-5499
gsandstrom@cov.com
jhuvelle@cov.com

Dated: April 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, I directed that a true and correct copy of Defendant's initial disclosures be served by Federal Express upon:

>Gaetano J. DeLuca, Esq.
>9 Early Red Circle
>Plymouth, MA  02360
>
>*Counsel for Plaintiff*

_____
Frederick G. Sandstrom
Jeffrey G. Huvelle

*Attorneys for Defendant*