## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PHILLIP A. KAWA, | ) | Civil Action No. 04-11952-MLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VERIZON COMMUNICATIONS INC. | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S LOCAL RULE 26.1(B) SWORN STATEMENT

Pursuant to this Court's April 19, 2005 Scheduling Order, and pursuant to Local Rule 26.1(B), Defendant Verizon Communications Inc. hereby states the following:

### A.    Persons Described by Local Rule 26.1(B)(2)(a)

1.    Sharon Jukins
      Manager – Benefits
      Verizon Corporate Services
      4 West Red Oak Lane
      White Plains, NY  10604

Ms. Jukins was Secretary to the Verizon Claims Review Committee at the time that the Committee considered Mr. Kawa's benefits claim.  Ms. Jukins is knowledgeable and has information regarding the terms, meaning, and background of the Verizon Pension Plan for New York and New England Associates (the "Plan").  Ms. Jukins is also knowledgeable about the Claims Review Committee's consideration of Mr. Kawa's claim.

2.    Barbara Chase
      Manager – Human Resources
      Verizon Corporate Services
      125 High Street
      2nd Floor
      Boston, MA  02110

Ms. Chase is knowledgeable and has information regarding the terms, meaning, and background

of the Plan.

> 3.  Christine Lonero
>     Manager – Verizon Labor Relations
>     Verizon – New England
>     185 Franklin Street
>     Boston, MA 02110

Ms. Lonero is Manager – Labor Relations for Verizon – New England. Ms. Lonero is

knowledgeable and has information about Verizon's policies regarding payroll status and

separation from service dates for Verizon IBEW New England associates receiving Short-Term

Disability benefits and accepting benefits under an Income Protection Plan.

> 4.  Dan Fish
>     Verizon Claims Review Unit
>     100 Half Day Road
>     P.O. Box 1438
>     Lincolnshire, IL 60069-1438

Mr. Fish is a member of the Verizon Claims Review Unit. Mr. Fish is familiar with the facts and

circumstances surrounding Mr. Kawa's benefits claim, and the Claims Review Unit's review of

Mr. Kawa's claim. Mr. Fish also has information pertaining to the Claims Review Unit's review

of Mr. Kawa's claim.

## B.  Persons Described by Local Rule 26.1(B)(2)(b)

No statements meeting the description provided by Local Rule 26.1(B)(2)(b) have

been obtained by Defendant.

C.    **Persons Described by Local Rule 26.1(B)(2)(b)**

Defendant is not aware of any persons meeting the description provided by Local

Rule 26.1(B)(2)(c) who have investigated the transaction or occurrence giving rise to the claims

or defenses raised in this action.


Sworn to under the pains and penalties of perjury, this 28th day of April, 2005.


                                          VERIZON COMMUNICATIONS INC.


By

_____          _____
Lorriane P. Grande                        Frederick G. Sandstrom
Senior Consultant                         Jeffrey G. Huvelle
Verizon Communications Inc.               COVINGTON & BURLING
                                          1201 Pennsylvania Ave., NW
*Authorized Representative of Defendant*   Washington, DC 20004-2401
                                          Tel: 202-662-6000
                                          Fax: 202-778-5499
                                          gsandstrom@cov.com
                                          jhuvelle@cov.com

                                          *Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, I directed that a true and correct copy of

Defendant's Local Rule 26.1(B) Sworn Statement be served by Federal Express upon:

> Gaetano J. DeLuca, Esq.
> 9 Early Red Circle
> Plymouth, MA  02360

*Counsel for Plaintiff*

_____
Frederick G. Sandstrom
Jeffrey G. Huvelle

*Attorneys for Defendant*

4