UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 04 CV11952 MLW

PHILLIP A. KAWA, )
      Plaintiff )
)
v. )
)
VERIZON COMMUNICATIONS, )
      Defendant )

## AUTOMATIC DOCUMENT DISCLOSURE

Pursuant to Rules 26.2(A) and 26.2(B) of the Local Rules of the United States District Court, the plaintiff herein makes his Automatic Document Disclosures.

RULE 26.2(A)

### Individuals with Discoverable Information

Phillip Kawa
61 Curtis Circle
E. Weymouth, MA 02189

(781) 331-1826

Copy and/or Description of Documents

Copies of the following documents have been transmitted to Counsel for the defendant, Verizon.

1. Verizon Sick Plan Checks to Theresa Kawa;

2. Verizon letter dated August 14, 2002;

3. Verizon Pension Statement dated, February 24, 2003;

4. Verizon Claim Initiation Form dated, May 7, 2003;

5. Phillip Kawa Appeal letter dated, May 13, 2003 with attached Claim Initiation Form;

6. Phillip Kawa letter dated, June 24, 2003 with "Hewitt" attachment.

7. Verizon letter to Phillip Kawa dated, July 29, 2003;

8. Phillip Kawa letter dated, August 5, 2003;

9. Verizon Claims Review Committee Memorandum dated, October 21, 2003;

10. Minutes of Claims Review Committee Meeting dated, October 21, 2003;

11. Minutes of Claims Review Committee Meeting dated, November 10, 2003;

12. Verizon letter dated, November 10, 2003;

13. Phillip Kawa letter dated, March 7, 2004

14. Verizon letter dated March 31, 2004 with attached Collective Bargaining and Pension Plan Documents and Amendments;

-2-

RULE 26.1(A)    Cooperative Discovery

The plaintiff has produced all documents which have been described in 26.2(A) Above.

RULE 26.1(B)    Computation of Damages

At the time of her passing, Mrs. Kawa's pension was valued at $210,724.00. The defendant only paid Mrs' Kawa's beneficiary the sum of $136,971.83, leaving a balance due of $73,753.00. Accordingly, Mr. Kawa's damages are $73,753.00 plus interest. Mr. Phillip Kawa, the decedent's husband was involved in the transaction which has given rise to this claim and will so testify.

Affirmed by Plaintiff's Counsel

*[signature]*

Federal Rule
26(a)(1)(D)    Insurance Agreements

There are none.

Dated: April 28, 2005

Respectfully submitted,

*[signature]*

Gaetano J. DeLuca, Esq.
BBO # 558872
9 Early Red Circle
Plymouth, MA 02360
(508) 224-6886

-4-

## CERTIFICATE OF SERVICE

I herein certify under oath that copies of the foregoing were served upon all parties/counsel of record on April 28, 2005, by First Class Mail, Postage Pre-Paid.

Dated: April 28, 2005

_____