# COVINGTON & BURLING

1201 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

April 26, 2005

BY FACSIMILE

The Honorable Mark J. Wolf
United States District Court
 for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: *Kawa v. Verizon Communications Inc., No. 04-CV-11952 MLW*

Dear Judge Wolf:

On behalf of Defendant, Verizon Communications Inc., I respectfully submit the following in response to the Court's April 19, 2005 scheduling order requiring counsel to report by April 26, 2005 on the status and prospects for settlement of this litigation.

At the April 18, 2005 scheduling conference, the Court directed counsel to consult with their respective clients regarding the possibility of a settlement in the amount of $27,500. Plaintiff's counsel subsequently contacted me on April 19, 2005, and indicated his client's willingness to settle this case for $27,500.

On April 21, 2005, I discussed settlement and Plaintiff's offer with Verizon's authorized representative. At present, Verizon does not believe that settlement of this matter is in its best interest. Therefore, Verizon does not accept Plaintiff's settlement offer.

On April 26, 2005, I conferred via telephone with Plaintiff's counsel, conveyed Verizon's rejection of Plaintiff's $27,500 settlement offer, and explained Verizon's current position regarding settlement of this matter.

COVINGTON & BURLING

The Honorable Mark J. Wolf
April 26, 2005
Page 2

Respectfully submitted,

Frederick G. Sandstrom
Jeffrey G. Huvelle

*Attorneys for Verizon Communications Inc.*

cc: Lorraine P. Grande
    Gaetano J. DeLuca, Esq.