**GAETANO J. DELUCA, P.C.**
Attorney at Law
9 Early Red Circle
Plymouth, Massachusetts 02360

Telephone: (508) 224-6886　　　　　　　　　　　　　Telecopier: (508) 224-7219

July 27, 2005

United States District Court
District of Massachusetts　　　　　　SENT BY FACSIMILE TO:
Joseph J. Moakley Courthouse　　　　(617) 748-9096 AND
1 Courthouse Way, Suite 2300　　　　BY FIRST CLASS MAIL
Boston, MA 02210

Attention: Mr. Dennis O'Leary

Dear Mr. O'Leary

　　　　RE:　Phillip A. Kawa v. Verizon Communications
　　　　　　　U.S. District Court
　　　　　　　District of Massachusetts
　　　　　　　Case No. 04 CV 11952 MLW

Referencing the above captioned matter and in accordance with the Scheduling Order issued by Judge Wolf and specifically paragraph 13, the plaintiff, Phillip A. Kawa, after conference with counsel for the defendant, submits the following report.

A. PROSPECTS FOR SETTLEMENT
_____

The plaintiff remains willing to settle this case but understands that, at this time, the defendant does not wish to settle this case.

B. FILING OF SUMMARY JUDGMENT
_____

The plaintiff feels that there is a proper basis for filing a Motion for Summary Judgment.

Very truly yours,

Gaetano J. DeLuca

cc: Phillip Kawa
　　　Frederick G. Sandstrom, Esquire

kawa.017