UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PHILLIP KAWA**                                    **CIVIL CASE**
                                                   **NO. 04-11952-MLW**

        **V.**

**VERIZON COMMUNICATIONS**
        **Defendant(s)**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **STATUS CONFERENCE** scheduled for **AUGUST 4, 2005** at **4:00 P.M.** before Judge **Wolf**, has been CANCELLED.

SARAH A. THORNTON
CLERK OF COURT

**August 3, 2005**                          By:   /s/ Dennis O'Leary
Date                                              Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]