UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 CV 11952 MLW

PHILLIP A. KAWA,  )
    Plaintiff  )
                    )
v.  )
                    )
VERIZON COMMUNICATIONS,  )
    Defendant  )

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, the plaintiff, Phillip A. Kawa, respectfully moves for Summary Judgment.

In support of his Motion, the plaintiff attaches his Memorandum of Law.

WHEREFORE, the plaintiff, Phillip A. Kawa, prays that this Honorable Court grant his Motion for Summary Judgment.

Dated: September 27, 2005

Respectfully submitted,

*[signature]*
Gaetano J. DeLuca
BBO #558872
9 Early Red Circle
Plymouth, MA 02360
(508) 224-6886

CERTIFICATE OF SERVICE
_____

I herein certify that copies of the foregoing were served upon defendant's counsel of record, Frederick G. Sandstrom, 1201 Pennsylvania Ave., N.W., Washington, D.C., 20004-2401 on September 27, 2005, by First Class Mail, Postage Pre-Paid.

Dated: September 27, 2005

_____