UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 CV 11952 MLW

PHILLIP A. KAWA,        )
                        )
     Plaintiff          )
                        )
  v.                    )
                        )
VERIZON COMMUNICATIONS, )
                        )
     Defendant          )

CONCISE STATEMENT OF MATERIAL FACTS

Pursuant to Local Rule 56.1, the plaintiff, Phillip A. Kawa, submits his Concise Statement of Material Facts.

1.  The plaintiff, Phillip A. Kawa ("KAWA"), is a resident of Weymouth, Massachusetts, Norfolk County.

2.  The defendant, Verizon Communications ("VERIZON"), is a National Corporation and maintains offices in Boston, Massachusetts, New York City, New York, Coppell, Texas.

                        (Affidavit of Phillip Kawa)

3.  Jurisdiction of this Court arises from the fact that this case raises issues regarding a Federal Question under 29 U.S.C.A. This question has to do with a claim for ERISA Benefits.

4. At all times relevant to this matter, the plaintiff was and is the beneficiary of the Pension Plan of Theresa A. Kawa. Mrs. Kawa passed on February 23, 2003.

                                                        Exhibits A & B

5. In 2001 - 2002, Theresa A. Kawa became seriously ill. Because of her illness she was required to take a medical leave from her employment at Verizon. Mrs. Kawa first began to work for Verizon in September, 1973.

                                                        Exhibit C

6. In this regard, on August 14, 2002, Verizon wrote to Mrs. Kawa advising her that her last day on the Verizon Payroll would be August 17, 2002.

                                                        Exhibit D

7. Through the years of her employment with Verizon, Mrs. Kawa always maintained a pension plan with Verizon.

                                                        Exhibit E

8. This pension plan was established pursuant to 29 U.S.C.A. Section 1001, et seq., ("ERISA").

                                                        Exhibit F

9.  On February 10, 2003, after Mrs. Kawa determined that she would not return to work again, Mrs. Kawa went on line utilizing the Verizon Hewitt System and exercised her right to retire as of February 10, 2003 so that she could receive her full pension which she had contributed to for thirty years.

    Exhibit G & H

10. Mrs. Kawa passed away on February 23, 2003. At the time of her passing, the value of her pension was $210,724.00.

    (Affidavit of Phillip Kawa)

11. When Verizon learned that Mrs. Kawa passed away, they claimed that she was only entitled to 65% of her pension.

    Exhibit E

12. Accordingly, Verizon sent a letter to the plaintiff which stated that he was entitled to receive payment as beneficiary of Theresa A. Kawa in the amount of $136,971.83.

    Exhibit I

13. This amount represented only 65% of the value of Mrs. Kawa's vested pension of $210,724.00.

-3-

14. The plaintiff appealed the defendant's determination that he was only entitled to receive $136,971.83.

                                                             Exhibits A, B, F & J

15. The defendant denied the plaintiff's Appeal, stating as reasons for its denial that, "Because Ms. Kawa was kept on the Verizon payroll until the date of her death, she passed away as an active employee. Accordingly, the Committee has concluded that the amount of your death benefit should be determined in accordance with Section 7.1 of the Plan entitled "Separation From Service Due to Death.""

                                                             Exhibit E

16. The defendant's determination is wrong because on August 14, 2002, the defendant wrote to Ms. Kawa stating that she was being removed from the payroll as of August 17, 2002. This was being done because Ms. Kawa was accepted to leave the service of the defendant through an Enhanced Income Protection Plan ("EIPP").

                                                             Exhibit D

17. The plaintiff is entitled, as a matter of law to the payment of $73,753.00 which represents the balance of Ms. Kawa's pension plan.

Dated: September 27, 2005

                                      Respectfully submitted,

                                      Gaetano J. DeLuca
                                      BBO #558872
                                      9 Early Red Circle
                                      Plymouth, MA 02360
                                      (508) 224-6886