UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILLIP A. KAWA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11952 MLW |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, and pursuant to this Court's August 8, 2005 scheduling order in the above-captioned matter, defendant Verizon Communications Inc. respectfully moves for Summary Judgment.

In support of this Motion, defendant attaches a Memorandum, the Exhibit A declaration of Dan Fish, with sub-exhibits, the Exhibit B declaration of Christine A. Lonero, the Exhibit C declaration of Dan Fish, with sub-exhibits, and the Statement of Undisputed Material Facts required by Local Rule 56.1.

As required by Local Rule 7.1(a)(2), the undersigned counsel certifies that he has previously conferred in good faith with plaintiff's counsel and has attempted to resolve the issue raised by plaintiff's complaint.

WHEREFORE, defendant Verizon Communications Inc. prays that this Honorable Court grant its Motion for Summary Judgment.

Respectfully submitted,

/s/ Frederick G. Sandstrom
Frederick G. Sandstrom (admitted *pro hac vice*)*
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
202-662-5000
202-778-5499 (Facsimile)

Attorney for Defendant Verizon Communications Inc.

September 30, 2005

* Admitted to the Bar of the State of Illinois. District of Columbia admission pending. Practice supervised by principals of the firm.