# EXHIBIT A6

**VERIZON SAVINGS AND SECURITY PLAN
FOR WEST REGION HOURLY EMPLOYEES**

**VERIZON SAVINGS AND SECURITY PLAN
FOR MID-ATLANTIC ASSOCIATES**

**VERIZON SAVINGS AND SECURITY PLAN
FOR NEW YORK AND NEW ENGLAND ASSOCIATES**

**VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES**

**VERIZON PENSION PLAN FOR NEW YORK AND NEW ENGLAND ASSOCIATES**

December 14 , 2001

**WHEREAS,** the undersigned, by virtue of prior delegation of authority from the Board of Directors of Verizon Communications Inc. ("Verizon") or, where appropriate, an affiliate of Verizon, by virtue of his status as the most senior Human Resources officer of Verizon, or by virtue of his role as Chairperson of the Verizon Employee Benefits Committee ("VEBC"), is authorized to act for Verizon and its affiliates, as applicable, and the VEBC to amend each of the benefit plans set forth below (hereinafter the "Plans"):

- Verizon Savings and Security Plan for West Region Hourly Employees
- Verizon Savings and Security Plan for Mid-Atlantic Associates
- Verizon Savings and Security Plan for New York and New England Associates
- Verizon Pension Plan for Mid-Atlantic Associates
- Verizon Pension Plan for New York and New England Associates

**WHEREAS,** for purposes of submitting such Plans to the Internal Revenue Service for a favorable determination letter on the qualified status of the Plans, it is necessary to restate each of the Plans to reflect all amendments to plan provisions and changes to applicable law effective since the last restatement.

**NOW THEREFORE,** the restatements of the Plans attached hereto are hereby approved and adopted as of the date first written above.

VERIZON COMMUNICATIONS INC.
VERIZON EMPLOYEE BENEFITS COMMITTEE

BY: _____

Ezra D. Singer
Executive Vice President - Human Resources and
Chairperson of the Verizon Employee
Benefits Committee

V00001

# VERIZON PENSION PLAN FOR

# NEW YORK AND NEW ENGLAND

# ASSOCIATES

*Restated effective January 1, 1999*
*Reflects Amendments through December 15, 2001*
*Edition Date:  December 15, 2001*

V00002

# TABLE OF CONTENTS

**ARTICLE I. THE PLAN** ............................................................................................. 1

   1.1    History of the Plan. ................................................................................... 1

   1.2    Applicability of This Restatement. ......................................................... 1

   1.3    Purpose of the Plan. ................................................................................. 1

   1.4    Structure of Plan Document. ................................................................... 1

**ARTICLE II. DEFINITIONS** .................................................................................... 2

   2.1    Affiliate ...................................................................................................... 2

   2.2    Accident Death Benefit ............................................................................ 2

   2.3    Annual Commissions ............................................................................... 2

   2.4    Annuity Starting Date ............................................................................. 2

   2.5    Appeals Administrator ............................................................................ 2

   2.6    Associated or Allied Company ................................................................ 3

   2.7    Average Annual Compensation .............................................................. 3

   2.8    Average Median Maximum Pay .............................................................. 4

   2.9    Average Monthly Commissions .............................................................. 4

   2.10   Base Band ................................................................................................. 4

   2.11   Bell Atlantic ............................................................................................. 4

   2.12   Beneficiary ................................................................................................ 5

   2.13   Benefit Administrator ............................................................................. 6

   2.14   Board ......................................................................................................... 6

   2.15   Break Year ................................................................................................ 6

   2.16   Claims Administrator .............................................................................. 6

   2.17   Code .......................................................................................................... 6

   2.18   Commission Band .................................................................................... 7

   2.19   Committee or Benefits Committee ......................................................... 7

   2.20   Company ................................................................................................... 7

   2.21   Credited Periods of Absence ................................................................... 7

   2.22   Deferred Vested Pension ......................................................................... 7

   2.23   Determination Date ................................................................................. 7

   2.24   Disability Pension .................................................................................... 7

   2.25   Earliest Retirement Age .......................................................................... 7

   2.26   Early Retirement Age .............................................................................. 8

   2.27   Eligible Employee .................................................................................... 8

   2.28   Employee .................................................................................................. 8

   2.29   Employer Records ................................................................................... 8

   2.30   ERISA ....................................................................................................... 8

   2.31   ERISA Service ......................................................................................... 8

   2.32   Former Affiliate ..................................................................................... 10

   2.33   Former Affiliate Plan ............................................................................ 10

   2.34   Funded Benefits .................................................................................... 10

V00003

2.35    Hour of Service ........................................................................................10
2.36    IBEW-New England Employees ..............................................................12
2.37    Interchange Agreement .............................................................................12
2.38    Interchange Company .................................................................................12
2.39    Interchange Company Pension Plan ........................................................12
2.40    Investment Manager ..................................................................................12
2.41    Net Credited Service .................................................................................13
2.42    Net Credited Service Date ........................................................................14
2.43    Non-Management Employee ......................................................................14
2.44    Normal Retirement Age ............................................................................14
2.45    NYNEX .......................................................................................................14
2.46    Participant ..................................................................................................14
2.47    Participating Company .............................................................................14
2.48    Pension Accrual Service ...........................................................................15
2.49    Pension Band Amount ...............................................................................15
2.50    Pension Band Number ...............................................................................15
2.51    Pension Demotion ......................................................................................16
2.52    Pension Fund ..............................................................................................16
2.53    Pension Promotion .....................................................................................16
2.54    Pensioner Death Benefit ...........................................................................16
2.55    Period of Severance ...................................................................................16
2.56    Plan .............................................................................................................16
2.57    Plan Administrator ....................................................................................16
2.58    Plan Year ....................................................................................................17
2.59    Predecessor Plan ........................................................................................17
2.60    Prior NYNEX Pension Plan .....................................................................17
2.61    Qualified 50-Percent Joint and Survivor Annuity .................................17
2.62    Qualified 65-Percent Joint and Survivor Annuity .................................17
2.63    Re-employment Commencement Date ......................................................17
2.64    Salaried Employee .....................................................................................17
2.65    Separation From Service ...........................................................................17
2.66    Service Pension ..........................................................................................18
2.67    Sickness Death Benefit ..............................................................................18
2.68    Single Life Annuity ....................................................................................18
2.69    Supplemental Amounts. .............................................................................18
2.70    Temporary Layoff ......................................................................................18
2.71    Vested ..........................................................................................................19
2.72    Working Retiree .........................................................................................19

ARTICLE III. ELIGIBILITY AND PARTICIPATION .......................................... 19
3.1     Eligible Employees......................................................................................19
3.2     Becoming a Participant. .............................................................................19
3.3     One-Year Hold-Out Rule. ..........................................................................19
3.4     Surplus Reduction Job Sharing Arrangements. .....................................19

**ARTICLE IV. TYPES OF PENSIONS AND COMMENCEMENT DATES**..............................20

4.1   Service Pension...............................................................................................20

4.2   Deferred Vested Pension. ...............................................................................21

4.3   Disability Pension...........................................................................................22

4.4   Commencement On Certain Divestitures Restricted.......................................23

**ARTICLE V. AMOUNT OF PENSION BENEFITS** .............................................................23

5.1   Calculation of Unreduced Monthly Pension Benefit.......................................23

5.2   Basic Pension Formula. ..................................................................................24

5.3   Minimum Benefits. .........................................................................................25

5.4   Effect of Pension Promotion. ..........................................................................28

5.5   Effect of Pension Demotion. ...........................................................................30

5.6   Transfers From Another Verizon Pension Plan or an Interchange Company Pension Plan.33

5.7   Prior Participation In This Plan, Then In Other Plan. ....................................33

5.8   Effect of Additional Promotions, Demotions, or Coverage Changes................35

5.9   Adjustment When Employed After Receipt of Deferred Vested Pension Payments. ..........35

5.10  No Duplication of Benefits. .............................................................................36

5.11  Offset Due To Transfer of Benefit Obligation.................................................36

5.12  Offset For In-Service Payments. .....................................................................36

5.13  Preservation Rule Regarding Compensation Limits. .......................................36

5.14  Preservation of Benefits..................................................................................37

5.15  Certain Leaves of Absence. ............................................................................37

5.16  Veterans' Benefits...........................................................................................38

**ARTICLE VI. FORMS OF PAYMENT OF PENSION BENEFITS** ......................................38

6.1   Optional Forms of Payment............................................................................38

6.2   Automatic Forms of Payment. ........................................................................39

6.3   Notice Procedure............................................................................................39

6.4   Election Procedure..........................................................................................40

6.5   Spousal Consent. ............................................................................................40

6.6   Forms For Participants Who Separate Before Certain Dates In 1994...............41

6.7   Payment of Small Amounts. ...........................................................................41

6.8   Withholding Taxes..........................................................................................42

6.9   Application of Optional Forms to Certain Transferred Benefits. .....................42

6.10  Annuity Payment During Month of Death. .....................................................42

6.11  Pension Cash-Out Window. ............................................................................42

6.12  Application for Benefits..................................................................................45

**ARTICLE VII. PRE-RETIREMENT DEATH BENEFITS**...................................................45

7.1   Separation From Service Due to Death............................................................45

7.2   Post-Employment Death Benefit. ....................................................................48

7.3   Spousal Consent. ............................................................................................52

7.4   Cost of Post-Employment Coverage................................................................52

7.5   Post-Election Death Benefit. ...........................................................................53

7.6   Payment of Small Amounts. ...........................................................................53

7.7   Notification of Change in Marital Status.........................................................53

**ARTICLE VIII. OTHER DEATH BENEFITS** ............................................................................. **53**

8.1    Accident Death Benefit. .................................................................................53

8.2    Sickness Death Benefit. .................................................................................54

8.3    Amount of Pensioner Death Benefit. ..........................................................54

8.4    Definition of Earnings. ..................................................................................55

8.5    Eligible Beneficiaries. ...................................................................................56

8.6    Method of Payment. ......................................................................................57

8.7    Source of Payments. ......................................................................................58

8.8    Claims. ............................................................................................................58

8.9    Death After Termination of Employment. ..................................................58

**ARTICLE IX. SUSPENSION OF PENSION PAYMENTS** ....................................................... **58**

9.1    General Suspension Rule. ..............................................................................58

9.2    Exceptions to General Suspension Rule. .....................................................58

9.3    Suspension of Benefits Notice. .....................................................................59

9.4    Payments When Suspension Lapses After Normal Retirement Age. .........59

9.5    Resumption of Social Security Supplements. ..............................................60

9.6    Form of Payment When Benefits Resume. ..................................................60

**ARTICLE X. MANDATORY COMMENCEMENT OF MINIMUM PENSION BENEFITS** .............. **60**

10.1    Mandatory Commencement and Duration. ................................................60

10.2    Amount of Mandatory Distributions Prior to Separation From Service. ....61

10.3    Separation From Service After In-Service Payments. ..............................61

10.4    Statutory Mandatory Commencement Rule. .............................................61

**ARTICLE XI. INTERCHANGE COMPANIES** ........................................................................ **61**

11.1    Hiring an Interchange Agreement Employee. ...........................................61

11.2    Individual Hired by an Interchange Company. ........................................62

11.3    Effect of Lump-Sum Distribution for Interchange Agreement Employees Entering the Plan.62

11.4    Special Vesting Rules. .................................................................................62

11.5    Effect of Lump-Sum Distribution for Interchange Agreement Employees Leaving the Plan63

**ARTICLE XII. MAXIMUM BENEFIT LIMITATIONS** ............................................................. **63**

12.1    Basic Limitation. .........................................................................................63

12.2    Limitation for Participant Also Covered Under Defined Contribution Plan. ....64

12.3    Adjustment for Benefits Commencing Before Social Security Retirement Age.....64

12.4    Adjustment for Other Forms of Payment. ................................................64

12.5    Annuity Starting Date After Social Security Retirement Age. ...............65

12.6    Adjustment for Years of Service. ..............................................................65

12.7    Preservation of December 31, 1986 Accrued Benefit. .............................65

12.8    Definitions. ..................................................................................................65

**ARTICLE XIII. ASSIGNMENT OF BENEFITS** ..................................................................... **67**

13.1    Assignment or Alienation. ..........................................................................67

13.2    QDRO Determinations. ...............................................................................67

13.3    Revocable Partial Assignment Permitted. ................................................67

V00006

13.4    Revocable Acknowledged Assignment Permitted. ..................................................68
13.5    Special Rule for Certain Judgments and Settlement Agreements. ..........................68

ARTICLE XIV. ADMINISTRATION ........................................................................................ 68
14.1    Sponsor, Plan Administrator. ...................................................................................68
14.2    The Plan Administrator. ............................................................................................68
14.3    Delegation. .................................................................................................................68
14.4    Claims and Appeals ...................................................................................................69
14.5    Claims Procedures. ....................................................................................................69
14.6    Named Fiduciaries. ....................................................................................................70
14.7    Notices; Communications. .........................................................................................70
14.8    Exclusive Benefit. ......................................................................................................70

ARTICLE XV. AMENDMENT AND TERMINATION ............................................................ 70
15.1    Amendment and Termination of Plan. ......................................................................70
15.2    Vesting on Termination or Partial Termination. ......................................................71
15.3    Allocation of Assets on Plan Termination. ...............................................................71
15.4    Nondiscriminatory Benefits on Plan Termination. ...................................................73

ARTICLE XVI. FUNDING ...................................................................................................... 73
16.1    Pension Funding Policy and Method. ........................................................................73
16.2    Pension Fund. .............................................................................................................74
16.3    Funding Policy. ..........................................................................................................75
16.4    Master Trust. .............................................................................................................75
16.5    Insurance or Annuity Contracts. ..............................................................................75
16.6    Payment of Plan Expenses from the Trust. ...............................................................75
16.7    Payment of Disability Pension Benefits. ...................................................................75
16.8    Death Benefits Under Article VIII. ...........................................................................76
16.9    Payment Through Annuity Contracts. ......................................................................76
16.10   Conditional Contributions. ........................................................................................76

ARTICLE XVII. TOP-HEAVY PLAN PROVISIONS ............................................................. 76
17.1    Compliance. ................................................................................................................76

ARTICLE XVIII. LEASED EMPLOYEES. .............................................................................. 76
18.1    Treatment of Leased Employees Under the Plan. .....................................................76

ARTICLE XIX. DISTRIBUTION RESTRICTIONS FOR TOP-25 EMPLOYEES ...................... 77
19.1    Restrictions on Distributions. ...................................................................................77

ARTICLE XX. MISCELLANEOUS PROVISIONS ................................................................. 77
20.1    Rights of Participants and Beneficiaries. ..................................................................77
20.2    Service Under Settlement, Award, or Order. ............................................................77
20.3    Method of Payment. ...................................................................................................78
20.4    Multiple Participating Company Employment. .........................................................78
20.5    Payments Under Law. ................................................................................................78
20.6    Merger or Consolidation. ...........................................................................................79

V00007

20.7    Annual Report...............................................................................................79

20.8    Predecessor Plan Provisions. ......................................................................79

20.9    Former Employees Previously Covered by a Predecessor Plan...................79

20.10    Unclaimed Benefits. ....................................................................................79

20.11    Direct Rollover to Eligible Retirement Plan...............................................79

20.12    Payment to Others in Case of Incompetence...............................................80

20.13    Governing Law.............................................................................................80

20.14    Amounts Accrued but Unpaid Prior to Death.............................................80

EXHIBIT I - SPECIAL PROVISIONS ..................................................... 80

EXHIBIT II - FAP SPECIAL PENSION................................................... 83

EXHIBIT III - FAP SPECIAL SOCIAL SECURITY SUPPLEMENT ........... 85

EXHIBIT IV 1998-99 AND 2001 BENEFITS ........................................... 86

EXHIBIT V MINIMUM PENSION BENEFIT OF APRIL 1, 1999 ................ 93

EXHIBIT VI SPECIAL RETIREE SUPPLEMENTAL PENSION BENEFIT ........... 96

# ARTICLE I. THE PLAN

## 1.1    History of the Plan.

This NYNEX Pension Plan was established as of January 1, 1984 as a successor in interest to the Bell System Pension Plan. The NYNEX Pension Plan was renamed the "Verizon Pension Plan for New York and New England Associates" effective January 1, 2001.

## 1.2    Applicability of This Restatement.

(a)    **General Effective Date.**

Except as otherwise indicated in the text, the provisions of this restated Plan document are effective January 1, 1999, and apply only with respect to Employees who perform services for the Company or an Affiliate on or after such date.

(b)    **Other Effective Dates.**

In the case of a provision with a stated effective date earlier or later than January 1, 1999, the provision shall apply (if otherwise applicable) only to Employees who perform services for the Company or an Affiliate on or after the stated effective date. When a provision of the Plan is required to have an earlier or later effective date by applicable law, such required effective date shall apply as to that provision. The provisions of Articles VI and VII of the Plan shall apply to any Participant or surviving spouse whose Annuity Starting Date occurs on or after January 1, 1999 (except as otherwise set forth therein). The provisions of section 5.10 and Articles X, XIII, XIV, XV, XVI, XIX and XX shall apply to all Participants, regardless of the date of separation from service.

(c)    **Administrative Interpretations Preserved.**

Interpretations applied under the Prior NYNEX Pension Plan shall continue to be applied, unless inconsistent with the text of this restated Plan.

## 1.3    Purpose of the Plan.

The purpose of the Plan is to provide, for Employees and former Employees of Participating Companies—

(a)    definite amounts to such Employees when they are retired, or in the event of death, to their Beneficiaries;

(b)    definite amounts when former Employees become eligible for deferred vested pension payments, or in certain cases to their Beneficiaries; and

(c)    payment of health benefits as provided in Exhibit I to the Plan.

## 1.4    Structure of Plan Document.

This restated Plan document shall consist of—

(a)    Articles I through XX, which generally contain provisions with no stated expiration date;

(b)    Actuarial tables;

(c)    Exhibits I through VI, which generally contain provisions with stated expiration dates; and

(d)    Appendices A and B, which contain special service crediting rules.

V00009

# ARTICLE II. DEFINITIONS

## 2.1    Affiliate

an organization is an Affiliate of the Company for any period during which it is—

    (a)    a member of the same controlled group of corporations as the Company,

    (b)    under common control with the Company,

    (c)    a member of the same affiliated service group as the Company, or

    (d)    otherwise required to be aggregated with the Company,

as provided under section 414(b), (c), (m) or (o) of the Code, respectively. Notwithstanding the foregoing sentence, for purposes of Article XII of the Plan (maximum benefit limitations), in determining common control under section 414(b) and (c) of the Code and related regulations, the phrase "more than 50 percent" shall be substituted for the phrase "at least 80 percent" wherever the latter phrase appears.

## 2.2    Accident Death Benefit

shall mean the benefit described in section 8.1.

## 2.3    Annual Commissions

shall mean the total amount of commissions, both earned and unearned, paid during a calendar year by a Participating Company to an Employee in a Directory Advertising Sales position.

## 2.4    Annuity Starting Date

shall be defined as follows.

    (a)    **Annuity Payment Form.** In the case of benefits payable in the form of an annuity (including any Service Pension, Disability Pension, Deferred Vested Pension or Article VII death benefit), Annuity Starting Date shall mean the first day of the first period for which an amount is payable.

    (b)    **Lump Sum Payments.** In the case of a benefit payable in the form of a lump sum payment, except as provided in section 6.11, 7.1 or 7.2, Annuity Starting Date means the date on which all events have occurred that entitle the person to the benefit, or if later, the date determined under section 6.7 or section 7.6.

    (c)    **Administrative Delay.** A date shall not fail to be treated as an Annuity Starting Date merely because of a delay in commencement of payments, which is solely due to administrative reasons.

    (d)    **Payment in Arrears.** Notwithstanding any other provision of this Plan, pension benefits under this Plan shall be payable in arrears, generally on the first business day of the month following the month in which the Annuity Starting Date occurs or as soon as administratively practicable after such day, and monthly thereafter.

## 2.5    Appeals Administrator

shall mean the person(s) or committee charged with the duty of acting on behalf of the Plan as the administrator of appeals of denied claims, which is the fiduciary to which broad discretion is granted under Article XIV of this Plan, including, for example, the discretion to interpret and apply the terms of the Plan and to make findings of fact in the course of reviewing and deciding an appeal of a denied claim for benefits under the Plan. Except as otherwise prescribed by the Plan Administrator pursuant to section 14.3, the Appeals Administrator shall be the Bell Atlantic Benefit Appeals Committee, from April 1, 1998

V00010

through June 30, 2000, Verizon's Bell Atlantic Benefit Appeals Committee from July 1, 2000 through December 31, 2000, and the Verizon Claims Review Committee on and after January 1, 2001.

## 2.6    Associated or Allied Company

shall mean—

    (a)    Bell Communications Research, Inc., and

    (b)    prior to January 1, 1985, The Southern New England Telephone Company and Cincinnati Bell Inc.

## 2.7    Average Annual Compensation

in the case of a Commission Directory Advertising Salesperson, shall be defined as follows.

    (a)    **In General.** Average Annual Compensation shall mean average compensation for the applicable 36-month period preceding the Determination Date.

    (b)    **Extended Period.** In the case of an Employee who is credited with at least one Hour of Service after April 2, 1994, Average Annual Compensation shall mean average compensation for the three 12-month periods (not necessarily consecutive), each ending on September 30, from among the five such periods immediately preceding the Determination Date, for which the Employee's compensation is the greatest.

    (c)    **Compensation.** For purposes of this section, an Employee's compensation for a 12-month period shall be the sum of such Employee's actual basic pay plus any Directory Sales Commissions paid.

    (d)    **Dollar Limit.**

        (1)    **Benefits Accrued For 1989 Through 1993 Plan Years.** For purposes of determining the accrual of pension benefits for each of the 1989 through 1993 Plan Years, the amount of compensation taken into account in determining Average Annual Compensation shall not exceed $200,000, or such other amount as is determined by the Secretary of Treasury under Code section 415(d) to reflect cost of living adjustments.

        (2)    **Benefits Accrued For Plan Years After 1993.** For purposes of determining the accrual of pension benefits for any Plan Year after 1993, the amount of compensation taken into account in determining Average Annual Compensation shall not exceed $150,000, or such other limit as shall be in effect for such Plan Year as determined under section 401(a)(17)(B) of the Code.

        (3)    **Preservation of Accrued Benefit.** A provision for preserving certain benefits accrued prior to 1994 is set forth in section 5.13, below.

        (4)    **Family Aggregation.** For Plan Years beginning before January 1, 1997, in determining the extent to which the Compensation of a Participant is limited for any Plan Year by this subsection (d), family members described in Code section 414(q)(6) shall be aggregated, except that for this purpose, a Participant's "family" shall include only the spouse and any lineal descendants who have not attained age 19 before the close of the Plan Year.

        (5)    **Effective Date.** The compensation limits set forth in this subsection 2.7(d) shall be effective from and after January 1, 1989, and shall apply to benefits accrued thereafter under the provisions of the Prior NYNEX Pension Plan, which shall be incorporated by reference solely for such purpose.

3

V00011

## 2.8    Average Median Maximum Pay

shall mean an amount, determined by the Company separately for an applicable group (Premise Sales Employees or Telephone Sales Employees), equal to the average of the median maximum pay, as of the applicable Determination Date, and as of the October 1 of each of the preceding two years. For the purpose of determining Average Median Maximum Pay, median maximum pay shall be determined separately for Premise Sales Employees and Telephone Sales Employees as follows:

    (a)    The median maximum pay as of October 1, 1991 shall be $48,729.

    (b)    The median maximum pay as of October 1 of any given year after 1991 shall be the product of—

        (1)    the median maximum pay as of October 1 of the year preceding the given year, times

        (2)    a fraction,

            (A)    the numerator of which is equal to the average Compensation (as Compensation is defined in section 2.7) for all Employees in the applicable group for the 12-month period ending on June 30 of the given year, and

            (B)    the denominator of which is equal to the average Compensation (as Compensation is defined in section 2.7) for all Employees in the applicable group for the 12-month period ending on June 30 of the year preceding the given year.

## 2.9    Average Monthly Commissions

shall mean one-twelfth of a three-calendar-year average of the Employee's Annual Commissions. The Annual Commissions used in the average shall include the Employee's aggregate Annual Commissions for the calendar year before and the calendar year including the Determination Date (the "Determination Date year"), plus the Employee's Annual Commissions for the two calendar years out of the four calendar years immediately preceding the Determination Date year in which the Employee's Annual Commissions are the highest. For the Determination Date year, Annual Commissions shall equal (i) total Annual Commissions for the calendar year before the Determination Date, plus (ii) total Annual Commissions for the calendar year including the Determination Date paid through the last day of the calendar month prior to the Determination Date, divided by the sum of 12 plus the number of covered months in the calendar year including the Determination Date, and then multiplied by 12. In the event that the Employee has completed less than three full calendar years in a Directory Advertising Sales position, Average Monthly Commissions will be determined by averaging the Employee's Annual Commissions over the Employee's total months in a Directory Advertising Sales position.

## 2.10    Base Band

shall mean a flat dollar amount which varies according to the Employee's position ($17 for Premise and Telephone Sales Representatives, $22 for Senior Telephone Sales Representatives, and $67 for Key Account Representatives). If an Employee transfers from one Directory Advertising Sales position to another Directory Advertising Sales position for which the Base Band is different, the Base Band will be prorated based on the number of complete months the Employee has worked in each position, taking into account for this purpose only the calendar years that are used to calculate the Employee's Average Monthly Commissions.

## 2.11    Bell Atlantic

shall mean Bell Atlantic Corporation, a Delaware corporation, or any successor.

4

## 2.12  Beneficiary

(a)      **Article VI.** For purposes of Article VI (forms of payment of pension benefits), the term "Beneficiary" shall mean an individual designated by the Participant, on a form provided by the Plan, to receive certain survivor benefits. Except as provided in section 6.3(b)(3), a Participant shall not be permitted to change a Beneficiary designation after an Annuity Starting Date. For a designation to be valid, the Beneficiary must qualify on the Annuity Starting Date as an individual described below.

(1)      **Joint and Survivor Annuity.**

(A)      For purposes of a joint and survivor annuity payable beginning on an Annuity Starting Date prior to January 1, 2001, only one Beneficiary shall be designated, and he or she must be the Participant's—

(i)      spouse;

(ii)     parent or grandparent;

(iii)    spouse's parent or grandparent;

(iv)    brother or sister; or

(v)     unmarried child of any age who is fully dependent upon the Participant for support due to a mental or physical handicap which prevents the child from being self-supporting;

and, if not the spouse, must be dependent on the Participant for support, must qualify to be claimed as a dependent on the Participant's federal income tax return (whether or not actually claimed on such return), and must live for at least six months of the year either with the Participant or in a household provided by the Participant that is near the Participant's home.

(B)      For purposes of a joint and survivor annuity payable beginning on an Annuity Starting Date on or after January 1, 2001 (regardless of the date of the Participant's Separation From Service), only one Beneficiary shall be designated, and he or she may be any living person.

(2)      **Period Certain and Life Annuity.**

(A)      For purposes of a period certain and life annuity payable beginning on an Annuity Starting Date prior to January 1, 2001, one or two primary Beneficiaries other than the spouse shall be designated, and each must be either—

(i)      a Beneficiary (other than the spouse) described in subsection (a)(1)(A) above, or

(ii)     the following individuals who for at least six months of the year either live with the Participant, or in a household provided by the Participant that is near the Participant's home—

I.      a child (including a legally adopted child), whether or not dependent on the Participant for support and whether or not claimed as a dependent on the Participant's federal income tax return; or

5

        II.    a step-child or grandchild with respect to whom either the Participant or the Participant's spouse are legal guardian.

An additional individual who meets such requirements can be designated as a contingent Beneficiary should the primary Beneficiaries predecease the Participant.

(B)    For purposes of a period certain and life annuity payable beginning on an Annuity Starting Date on or after January 1, 2001 (regardless of the date of the Participant's Separation From Service), one or two primary Beneficiaries may be designated, and each may be any living person. An additional individual can be designated as a contingent Beneficiary should the primary Beneficiary predecease the Participant.

(b)    **Article VII.**  For purposes of Article VII (pre-retirement death benefits), the term "Beneficiary" shall mean the Participant's surviving spouse, provided that for purposes of post-employment death benefits, such spouse must have met the one-year marriage requirement under section 7.2. Notwithstanding the preceding sentence, on or after January 1, 2001 a Participant who is an Eligible Employee at any time on or after August 6, 2000 may designate a living person other than the spouse as Beneficiary, subject to the consent of the surviving spouse as described in Article VII.

(c)    **Article VIII.**  For purposes of Article VIII (other death benefits), the term "Beneficiary" shall mean an individual determined pursuant to section 8.5.

## 2.13  Benefit Administrator

shall mean the person or entity designated by the Plan Administrator from time to time with the authority and responsibility to perform day-to-day benefit administration services for Participants and Beneficiaries under the Plan. The Benefit Administrator shall be PricewaterhouseCoopers LLP, doing business as the "Verizon's Bell Atlantic InTouch Center" ("Bell Atlantic InTouch Center" prior to July 1, 2000).

## 2.14  Board

shall mean the Board of Directors of the Company or the Human Resources Committee of such Board of Directors.

## 2.15  Break Year

shall mean a calendar year during which an Employee has completed fewer than 501 Hours of Service.

## 2.16  Claims Administrator

shall mean the person(s) or committee charged with the duty of acting as claims administrator on behalf of the Plan, which is the fiduciary to which broad discretion is granted under Article XIV of the Plan, including, for example, the discretion to interpret and apply the terms of the Plan and to make findings of fact in the course of deciding a disputed claim for benefits under the Plan. Except as otherwise prescribed by the Plan Administrator (or the chairperson for the Appeals Administrator on or after January 1, 2001) pursuant to section 14.3, effective July 1, 1998 the Claims Administrator shall be PricewaterhouseCoopers LLP doing business as the "Verizon's Bell Atlantic InTouch Center" ("Bell Atlantic InTouch Center" prior to July 1, 2000).

## 2.17  Code

shall mean the Internal Revenue Code of 1986, as amended and in effect on the date with respect to which a reference is made. If a provision of the Code to which the Plan refers is amended, the Plan shall be deemed to refer to the successor provision.

V00014

### 2.18    Commission Band

shall mean a flat dollar amount determined from the Commission Band Table attached to this Plan as Schedule B, based on the Employee's Average Monthly Commissions (applying no pro-ration between increments).

### 2.19    Committee or Benefits Committee

shall mean the Bell Atlantic Corporate Employees' Benefits Committee prior to July 1, 2000, Verizon's Bell Atlantic Corporate Employees' Benefits Committee from July 1, 2000 through April 1, 2001 and the Verizon Employee Benefits Committee on and after April 2, 2001, which has certain authorities and responsibilities with respect to the Plan, as described herein.

### 2.20    Company

shall mean NYNEX for periods prior to 1998, Bell Atlantic for periods after 1997 and prior to July 1, 2000 and Verizon Communications Inc. thereafter.

### 2.21    Credited Periods of Absence

shall mean each of the periods described below.

    (a)    **Layoff Period.**  Up to six months (not necessarily consecutive) of absence in any twelve consecutive month period due to Temporary Layoff shall be treated as a Credited Period of Absence if the Eligible Employee resumes Eligible Employee status.  If the absence due to Temporary Layoff is greater than six months but less than two years, prior service is bridged immediately upon return to Eligible Employee status but no credit is given for the layoff period.  Notwithstanding the foregoing, the service crediting and bridging rules described in this subsection do not apply if the Eligible Employee is rehired in temporary status.

    (b)    **Leave of Absence.**  The extent to which a leave of absence shall be treated as a Credited Period of Absence shall be determined under leave of absence policies published for such purpose by a Participating Company, and shall be incorporated herein by this reference.

    (c)    **Period of Disability.**  The period for which an Employee is receiving benefits under a Participating Company's Sickness and Disability Benefit Plan shall be treated as a Credited Period of Absence.

    (d)    **Military Service.**  A leave for military service shall constitute a Credited Period of Absence to the extent provided under an applicable military leave policy of a Participating Company, or (if a greater period would be credited) to the extent required under the Uniformed Services Employment and Reemployment Rights Act of 1994, or any other applicable Federal statute.

### 2.22    Deferred Vested Pension

shall mean the type of pension described in section 4.2.

### 2.23    Determination Date

shall mean the date as of which an Employee's pension benefit amount is determined.

### 2.24    Disability Pension

shall mean the type of pension described in section 4.3.

### 2.25    Earliest Retirement Age

    (a)    Post-Employment Death Benefits. For purposes of determining the commencement date and amount of a post-employment death benefit under section 7.2, "Earliest Retirement

V00015

Age" shall mean the earliest age at which the Participant would have been entitled to retire with an immediate pension benefit under the Plan.

(b)     QDROs. For purposes of determining the qualified status of a domestic relations order under section 13.2, the meaning of the term "Earliest Retirement Age" shall be determined under procedures adopted for such purpose by the Committee.

## 2.26   Early Retirement Age

shall mean age 55.

## 2.27   Eligible Employee

shall mean an Employee described in section 3.1.  An Eligible Employee shall not include:

(a)     an individual classified by a Participating Company or an Affiliate as an independent contractor, consultant, or otherwise as a person who is not an employee for purposes of withholding federal employment taxes, as evidenced by payroll records or a written agreement with the individual, regardless of any contrary governmental or judicial determination or holding relating to such status or tax withholding; or

(b)     an individual who renders services to a Participating Company or an Affiliate under circumstances in which his or her wages or remuneration is paid by a third party service provider or temporary service agency, regardless of any governmental or judicial determination or holding which characterizes the individual as an employee of a Participating Company or an Affiliate.

If an individual described in subsection (a) or (b) is subsequently reclassified as, or determined to be, an employee by a Participating Company, an Affiliate, the Internal Revenue Service, any other governmental agency or authority, or the judiciary, or if the Participating Company or Affiliate is required to reclassify such individual as an employee as a result of such reclassification or determination (including any reclassification by a Participating Company or Affiliate in settlement of a claim or action relating to such individual's employment status), such individual shall become eligible to become a participant in this Plan from the later of (i) the actual (and not the effective) date of such reclassification or determination (or the date as of which such reclassification by a governmental body or the judiciary becomes final and not appealable), or (ii) the first date on which such individual is an Eligible Employee based on his or her employment status after the actual date of reclassification AND has satisfied any eligibility age and service requirements to become a Plan Participant.

## 2.28   Employee

shall mean any individual employed by the Company or an Affiliate.

## 2.29   Employer Records

shall mean records of employee status, compensation and/or service which are maintained by the Company or an Affiliate which the Secretary of the Committee, or the Secretary's staff, determines from time to time to be appropriate for a given use.

## 2.30   ERISA

shall mean the Employee Retirement Income Security Act of 1974, as amended and in effect on the date with respect to which a reference is made. If a provision of ERISA to which the Plan refers is amended, the Plan shall be deemed to refer to the successor provision.

## 2.31   ERISA Service

(a)     **In General.**  Except as provided below or in the special service crediting rules applicable to breaks in employment or transfers set forth in Appendices A and B, a year of ERISA Service means a 12-month computation period for which an Employee has completed at least 1,000 Hours of Service.

8

(b)     **Participation Computation Period.**  For purposes of determining when an Employee becomes a Participant under section 3.2, the computation period shall be a 12-month period commencing on either:

    (1)     the date on which the Employee commences or recommences the performance of services for the Company or an Affiliate,

    (2)     any anniversary of either such date, or

    (3)     any January 1.

(c)     **Vesting Computation Period.**  For purposes of meeting the five-year-of-ERISA-Service vesting requirement under section 4.2, the computation period shall be a calendar year.

(d)     **Disregard of Prior Years of ERISA Service.**  In the case of an Employee who incurs a Break Year prior to becoming Vested in any portion of the Employee's pension benefit for purposes of section 4.2 (Deferred Vested Pension), years of ERISA Service prior to a period of consecutive Break Years shall be disregarded to the extent described in Appendices A and B to the Plan.

(e)     **Service With Interchange Company.**  Years of ERISA Service shall include periods of employment with an Interchange Company, to the extent transferred to the Plan with a benefit from another defined benefit plan maintained by the Company or an Affiliate pursuant to Appendix A or to the extent that:

    (1)     an Interchange Agreement is applicable at the time an individual becomes an Employee under the Plan,

    (2)     by its terms the Interchange Agreement requires that such individual's relevant service should be recognized under the Plan, and

    (3)     the individual has not waived portability.

(f)     **Employment Prior to 1984.**  Subject to break in service rules in effect under the Plan from time to time, the years of ERISA Service for any Participant who was a participant in a Predecessor Plan or a Former Affiliate Plan prior to January 1, 1984 shall include all years of ERISA Service under such Predecessor Plan or Former Affiliate Plan as of December 31, 1983 in accordance with the rules of such plan as then in effect, regardless of whether such years of ERISA Service are also recognized under a Former Affiliate Plan on or after January 1, 1984.  Periods of employment prior to 1984 with a Participating Company, Former Affiliate or Interchange Company, which would not otherwise be taken into account under this section, shall be taken into account to the extent provided under Appendix A.

(g)     **Leased Employees.**  The treatment of leased employees is described in Article XVIII.

(h)     **Pre-Merger Bell Atlantic Service.**  An Employee's service prior to August 15, 1997 with Bell Atlantic or an affiliate as described in section 414(b), (c), (m) or (o) of the Code shall be taken into account for purposes of determining Hours of Service and ERISA Service, to the extent described in Appendix A containing guidelines for crediting service and determining Plan benefits after a break in employment or transfer following which the Employee becomes an Eligible Employee.

(i)     **Pre-Merger GTE Service.**  Effective January 1, 2002, for an individual who is an Eligible Employee (other than an IBEW-New England Employee) at any time on or after January 1, 2001, service prior to July 1, 2000 with GTE Corporation or an affiliate as described in section 414(b), (c), (m) or (o) of the Code shall be taken into account for purposes of determining Hours of Service and ERISA Service, to the extent described in Appendix A containing guidelines for crediting service and determining Plan benefits

V00017

after a break in employment or transfer following which the Employee becomes an
Eligible Employee.

## 2.32   Former Affiliate

shall mean any of the following:

- (a)  American Telephone and Telegraph Company, American Information Technologies
Corporation, Bell Atlantic Corporation, BellSouth Corporation, Pacific Telesis Group,
Southwestern Bell Corporation, US WEST, INC. (or any successor to any such
company),

- (b)  A subsidiary of a company described in subsection (a)—

  - (1)  which participates in a defined benefit pension plan maintained by any such
company (or maintains a comparable plan), and

  - (2)  with respect to which such company has an interchange agreement comparable
to an Interchange Agreement defined below, and

- (c)  Bell Communications Research, Inc. or its successor.

## 2.33   Former Affiliate Plan

shall mean any defined benefit pension plan, maintained by a Former Affiliate, which is comparable to this
Plan or to any other defined benefit pension plan which is qualified under section 401(a) of the Code, and
which is maintained by the Company.

## 2.34   Funded Benefits

shall mean the benefits described under section 16.1(a), which are payable from the Pension Fund.

## 2.35   Hour of Service

- (a)  **In General.**  An Employee shall be treated as having completed an "Hour of Service" for
each hour for which the Employee is directly or indirectly paid or entitled to payment by
the Company or an Affiliate for any of the following reasons:

  - (1)  For the performance of duties, these hours shall be credited for the computation
period in which the duties are performed.

  - (2)  On account of a period during which no duties are performed (irrespective of
whether the employment relationship has terminated), due to vacation, holiday,
illness, incapacity (including disability), layoff, jury duty, military duty, or leave
of absence. These hours shall be credited to the computation period in which the
Employee is compensated for such hours.

  - (3)  Back pay, irrespective of mitigation of damages, is either awarded or agreed to
by the Company or an Affiliate. These hours shall be credited to the
computation period to which the award or agreement pertains.

- (b)  **Hours Disregarded.**  This subsection (b) specifies certain hours which shall be
disregarded irrespective of whether they otherwise would be counted under subsection
(a)(2).

  - (1)  **Unpaid Time.**  An hour for which an Employee is not paid, either directly or
indirectly, shall not be credited except in cases involving—

    - (A)  credited layoffs or leaves of absence under subsection (d), or

    - (B)  military service under subsection (f).

V00018

(2)  **Mandated Benefits.** An hour for which an Employee is paid or entitled to payment on account of a period during which the Employee performed no duties shall not be credited if such payment is made or due under a plan maintained solely for the purpose of complying with an applicable workers' compensation or unemployment compensation law.

(3)  **Medical Reimbursement.** Hours of service shall not be credited for a payment which solely reimburses an Employee for medical or medically-related expenses.

(4)  **501-Hour Limitation.** Except in a case involving credited periods described in subsection (d)(1), or military service described in subsection (f), not more than 501 Hours of Service shall be credited on account of any single period during which the Employee performs no duties (whether or not such period occurs in a single computation period).

(c)  **Deemed Hours of Service.**

(1)  **In General.** Except as provided under paragraph (2) below, an Employee shall be deemed to have completed 45 Hours of Service for each week in which he or she otherwise would be credited with one or more Hours of Service.

(2)  **Part-Time and Occasional Employees.** In the case of a part-time Employee (other than a part-time Employee described in Section 3.4), or an Employee who is hired for a period not exceeding three consecutive weeks and who is not employed for more than 30 days in a year, such Employee shall be deemed to have completed 10 Hours of Service for each day in which he or she otherwise would be credited with one or more Hours of Service.

(d)  **Layoffs and Leaves of Absence.**

(1)  **Credited Periods.** For all purposes of the Plan, 45 Hours of Service shall be credited for a calendar week in the event that any portion of such week is part of a Credited Period of Absence.

(2)  **FMLA Leaves.** Solely for purposes of determining whether an Employee has incurred a Break Year, and only to the extent not otherwise credited under paragraph (1) or elsewhere in this section, 45 Hours of Service shall be credited for a calendar week in the event that any portion of such week is part of a leave which a Participating Company is required to grant under the Family and Medical Leave Act of 1993.

(e)  **Maternity and Paternity Absences.**

(1)  **In General.** Solely for purposes of determining whether a Break Year has occurred, Hours of Service shall be credited for each period of absence commencing on or after January 1, 1985 for any of the following reasons—

(A)  pregnancy of the Employee,

(B)  birth of a child of the Employee,

(C)  placement of a child with the Employee in connection with the adoption of such child by the Employee, or

(D)  caring for a child described above for a period beginning immediately after such birth or placement.

(2)  **Basis For Imputing Hours.** For any absence described in subsection (e)(1), the Employee shall be credited with the number of hours he or she normally would

11

have been credited under subsection (c)(1) or subsection (c)(2), as applicable, but for such absence.

(3) **Maximum Hours Credited.** No more than 501 hours shall be credited under this subsection (e) for any absence.

(4) **Computation Period.** Hours of Service under this subsection (e) shall be credited for the computation period in which the absence commences if necessary to prevent a Break Year for such period; if not, the Hours of Service shall be credited to the following computation period.

(f) **Military Service.** Amounts not otherwise taken into account with respect to absences related to military service shall be taken into account to the extent required under the Uniformed Services Employment and Reemployment Rights Act of 1994, or any other applicable Federal statute.

(g) **Construction.** This section shall be construed in a manner consistent with applicable Department of Labor regulations.

## 2.36   IBEW-New England Employees

shall mean Eligible Employees represented by Locals 2222, 2313, 2320, 2321, 2322, 2323, 2324, 2325, 2326, or 2327 of the International Brotherhood of Electrical Workers, AFL-CIO (IBEW) and any other Eligible Employee whose terms and conditions of employment are based upon the collective bargaining agreement between a Participating Company and these IBEW Locals.

## 2.37   Interchange Agreement

shall mean an agreement which provides for the portability of benefits and mutual recognition of term of employment with respect to certain individuals who either—

(a) are employed by a Participating Company and were previously employed by an Associated or Allied Company or Former Affiliate, or

(b) are employed by an Associated or Allied Company or Former Affiliate and were previously employed by a Participating Company,

including the Mandatory Portability Agreement entered into for the purpose of complying with section 559 of the Tax Reform Act of 1984. An Interchange Agreement shall apply only with respect to the group of individuals described therein, and only for the period specified therein.

## 2.38   Interchange Company

shall mean a company, other than a Participating Company, which is either—

(a) a party to an Interchange Agreement, or

(b) a subsidiary thereof which participates in a defined benefit pension plan—

(1) maintained by such company, or

(2) with respect to which such company has an agreement comparable to an Interchange Agreement.

## 2.39   Interchange Company Pension Plan

shall mean a defined benefit pension plan maintained by an Interchange Company.

## 2.40   Investment Manager

shall mean an investment adviser, bank or insurance company that meets the requirements of section 3(38) of ERISA.

V00020

## 2.41  Net Credited Service

(a)  **In General.** Net Credited Service shall mean the period of years, months and days of continuous employment while a person is an Eligible Employee with one or more Participating Companies. Except as provided in subsection (b), multiple periods of continuous employment by an Eligible Employee with one or more Participating Companies shall be aggregated for purposes of determining a Participant's Net Credited Service.

(b)  **Effect of Non-Working or Non-Covered Periods.**

(1)  **Credited Periods of Absence.** An Employee's Net Credited Service shall include each Credited Period of Absence.

(2)  **Non-Credited Periods of Absence.** The rules described in Chart 4(NA) of Appendix A shall apply in determining Net Credited Service in the case of a former Eligible Employee who is reemployed as an Eligible Employee after a period of absence from the Company and its Affiliates other than a Credited Period of Absence.

(3)  **Periods of Employment with Company or Affiliate Other than as Eligible Employee.** The special service crediting and other rules set forth in Appendices A and B apply to individuals who have periods of employment with the Company or an Affiliate other than as an Eligible Employee. For purposes of applying these rules, to the extent provided in the Appendices, employment with the Company or an Affiliate includes (A) employment prior to August 15, 1997 with Bell Atlantic or an affiliate as described in section 414(b), (c), (m) or (o) of the Code, and (B) effective January 1, 2002, for an individual who is an Eligible Employee (other than an IBEW-New England Employee) at any time on or after January 1, 2001, employment prior to July 1, 2000 with GTE Corporation or an affiliate as described in section 414(b), (c), (m) or (o) of the Code.

(c)  **Previous Plans.** To the extent not otherwise included, any period recognized as net credited service under the Prior NYNEX Pension Plan or any Predecessor Plan shall be included as Net Credited Service under this Plan.

(d)  **Employment With Interchange Company.** Net Credited Service also shall include employment with an Interchange Company, to the extent transferred to the Plan with a benefit from another defined benefit plan maintained by the Company or an Affiliate pursuant to Appendix A or to the extent that–

(1)  an Interchange Agreement is applicable at the time the respective person becomes an Eligible Employee under this Plan,

(2)  by its terms the Interchange Agreement provides that this Plan should include the person's relevant service as part of the person's Net Credited Service, and

(3)  the person has not waived portability.

In determining net credited service under an Interchange Company Pension Plan, there shall be counted only such net credited service as of the last date the Eligible Employee was covered by such other plan which would have been counted by such other plan had the Eligible Employee  been covered by such Interchange Company Pension Plan during the period such Eligible Employee is covered by this Plan.

(e)  **Employment With Former Affiliate.** The Net Credited Service taken into account under subsection (a) shall include a period of employment with a Former Affiliate, provided that the Employee either—

V00021

    (1)       was an employee of the Former Affiliate on December 31, 1983 and of a Participating Company on January 1, 1984, or

    (2)       changed status prior to December 31, 1983 from an employee of the Former Affiliate immediately to an employee of a Participating Company, and did not subsequently recommence status as a Former Affiliate employee prior to January 1, 1984.

No service which is counted as Net Credited Service under a Former Affiliate Plan (or would be counted under such Former Affiliate Plan if the Employee were reemployed by the Former Affiliate and satisfied bridging requirements) shall be counted as Net Credited Service under the Plan.

    (f)      **Employment Prior to 1984.** Periods of employment prior to 1984 with a Participating Company, Former Affiliate or Interchange Company, which would not otherwise be taken into account under this section, shall be taken into account to the extent provided under Appendix A or Article XI.

## 2.42   Net Credited Service Date

shall mean, except as provided in the special service crediting rules applicable to breaks in employment or transfers set forth in Appendices A and B or the portability rules of Article XI, an Employee's original date of hire as an Eligible Employee, adjusted to a later date by one or more days, weeks, months and/or years commensurate with any periods of absence from employment as an Eligible Employee (other than any Credited Periods of Absence).

## 2.43   Non-Management Employee

shall mean a regular or temporary Employee who receives a regular and stated compensation from a Participating Company, and who is either—

    (a)      in a bargaining unit which participates under this Plan pursuant to a collective bargaining agreement with a Participating Company;

    (b)      a non-Salaried Employee; or

    (c)      a Salaried Employee who has such status for one year or less as the result of a temporary promotion from a prior non-Salaried Employee status.

In the case of an Employee in a bargaining unit described in subsection (a), participation in this Plan shall be subject to any restrictions imposed by the applicable collective bargaining agreement.

## 2.44   Normal Retirement Age

shall mean age 65 or, if later, the fifth anniversary of the date on which an Employee becomes a Participant under the Plan; provided, however, that, "Normal Retirement Age" for a benefit transferred to the Plan pursuant to Appendix A or Article XI shall be the "Normal Retirement Age" specified in the plan from which the benefit is transferred, to the extent that age is earlier than Normal Retirement Age as defined in this section 2.44.

## 2.45   NYNEX

shall mean NYNEX Corporation, a Delaware corporation, or its successors.

## 2.46   Participant

shall mean an individual who has become a Participant under section 3.2, and who has an undistributed beneficial interest under the Plan.

## 2.47   Participating Company

shall mean each Affiliate which shall have determined, with the concurrence of the Company, to participate in the Plan. Attached to the Plan as Schedule A is a list of the companies that are Participating Companies.

V00022

### 2.48    Pension Accrual Service

shall mean, except as provided in the special service crediting rules applicable to breaks in employment or transfers set forth in Appendices A and B or the portability rules in Article XI, Net Credited Service, rounding any fractional month up to a whole month for purposes of determining the amount of a Participant's benefit under Article V.  Notwithstanding anything in the Plan to the contrary:

(a)    **Adjustment For Part-Time Employment.**  For any period during which an Eligible Employee is employed on a part-time basis, the Net Credited Service taken into account shall be equal to the duration of such period multiplied by a fraction,

(1)    the numerator of which is the Employee's basic pay for such period, and

(2)    the denominator of which is the basic pay for such period for an equivalent full-time Employee in the same job title, classification, and work group.

Notwithstanding the foregoing, the adjustment described in this subsection shall not apply to a period of part-time employment that is part of a gradual return to work arrangement with a Participating Company for an Eligible Employee who was previously employed on a full-time basis.

(b)    **No Part-Time Adjustment for Supplemental Benefit.**  The service adjustment described in subsection (a) shall not apply in calculating Pension Accrual Service for purposes of the supplemental monthly pension benefit in section 5.2(c).

(c)    **Periods of Non-Eligible Employment.**  No period of employment with the Company or an Affiliate other than as an Eligible Employee shall count in determining Pension Accrual Service unless the Participant accrued benefits under another qualified defined benefit plan of the Company or an Affiliate during such service and the Participant's pension benefit attributable to such service has been transferred to the Plan from such other qualified defined benefit plan of the Company or Affiliate.

### 2.49    Pension Band Amount

shall mean the dollar amount of pension benefit associated with a Non-Management Employee's Pension Band Number, as shown in Table 1.  Notwithstanding the preceding sentence, for an Eligible Employee (other than an Eligible Employee in a bargaining unit represented by a collective bargaining agent that has not agreed to this provision) whose Separation From Service occurs on or after November 19, 2001 and on or before December 30, 2001, the Pension Band Amount applied to calculate the Employee's Basic Monthly Pension Benefit under Article V upon such Separation From Service shall equal 105% of the Pension Band Amount that would have applied without regard to this sentence.  Benefits payable from the Plan pursuant to the preceding sentence shall include benefits required to be paid pursuant to the terms of an agreement relating to settlement of a claim or lawsuit against the Plan with respect to an individual's entitlement to benefits described in such sentence.

### 2.50    Pension Band Number.

(a)    **In General.**  Pension Band Number shall mean the number of the Pension Band to which a Non-Management Employee is assigned, pursuant to a collective bargaining agreement or otherwise, based on his or her job title and classification.

(b)    **Green Circled Employees.**  Effective March 31, 1994, during the period of time that an Employee is a "green circled Employee" within the meaning of an applicable collective bargaining agreement, the Employee shall be deemed to be assigned to the Pension Band Number that relates to the job to which he or she was assigned immediately before being assigned to the green circled job, and any increases in the Pension Band Amount related to such Pension Band Number shall apply to the green circled Employee.

(c)    **Compensation.**  In any case in which an Employee's Pension Band Number is based on his or her compensation, the amount of compensation taken into account shall not exceed

15

V00023

$150,000, or such other limit as shall be in effect under section 401(a)(17)(B) of the Code.

(d)    **Pension Band Increase for Certain Building Service Attendants.**  For an Eligible Employee who is a Building Service Attendant represented by the Communications Workers of America, AFL-CIO, District One, who is in the New York City Force Adjustment Area, who is eligible for a Service Pension, and who has a Separation From Service on or after August 13, 2001 and before September 2, 2001 under the terms and conditions of the Enhanced Income Protection Plan ("EIPP") offer, the Pension Band Number applied to calculate the Employee's Basic Monthly Pension Benefit under section 5.2 shall be Pension Band 106.

## 2.51   Pension Demotion

shall mean a case in which an Employee is either demoted or transferred to a new job title and classification for which the Pension Band Number is lower than the Pension Band Number for the job title and classification from which the Employee was demoted or transferred.

## 2.52   Pension Fund

shall mean the assets held in trust under this Plan to pay Funded Benefits. Any assets relating to the Plan held under any group, commingled, common or master trust, in accordance with Article XVI, shall be considered as part of and held under the Pension Fund.

## 2.53   Pension Promotion.

(a)    **In General.**  "Pension Promotion" shall mean a case in which an Employee is either promoted or transferred to a new job title and classification for which the Pension Band Number is higher than the Pension Band Number for the job title or classification from which the Employee was promoted or transferred.

(b)    **Temporary Change.**  In a case in which the Participating Company has designated a promotion or transfer as temporary, such change shall not be treated as a Pension Promotion until the first anniversary of such promotion or transfer, except in the case of a promotion or transfer to temporary job title of Contract Work Inspector, Power Follow Thru Inspector or Staff Assistant -- Craft; provided, however that such exception for temporary job titles shall only apply, to the extent, and subject to such restrictions or conditions, as may be agreed upon between (1) the Company or one or more Participating Companies and (2) the collective bargaining agent representing the Employee. In a case in which this first anniversary rule applies and is satisfied then, for purposes of any 18-month requirement under Article V, the Pension Promotion shall be deemed to have occurred on the first anniversary of such promotion or transfer.

## 2.54   Pensioner Death Benefit

shall mean the benefit described under section 8.3.

## 2.55   Period of Severance

shall mean a continuous period of time following a Separation From Service during which the former Employee does not complete an Hour of Service and which is not treated as a Credited Period of Absence.

## 2.56   Plan

shall mean this Verizon Pension Plan for New York and New England Associates (named the "NYNEX Pension Plan" prior to January 1, 2001).

## 2.57   Plan Administrator

shall mean the Chairman of the Committee.  Except as otherwise provided in Article XIV, in which it is stated that certain responsibilities of the Plan Administrator are delegated to another individual, the

V00024

Committee, the Benefit Administrator, the Claims or Appeals Administrators or the Board, the Plan Administrator shall have the authority to control and manage the operation and administration of the Plan.

## 2.58  Plan Year
shall mean the calendar year.

## 2.59  Predecessor Plan
shall mean—

    (a)    the Bell System Pension Plan as in effect from time to time prior to January 1, 1984; and

    (b)    the applicable provisions of any Participating Company's Plan for Employees' Pensions, Disability Benefits and Death Benefits, as in effect from time to time prior to October 1, 1980.

## 2.60  Prior NYNEX Pension Plan
shall mean the Plan as in effect on December 31, 1998, and any predecessor to such Plan.

## 2.61  Qualified 50-Percent Joint and Survivor Annuity
shall mean, subject to the special rule described in section 6.1(b)(2)(B), a pension benefit payable—

    (a)    to the Participant during his or her lifetime as a level monthly annuity, and

    (b)    to the Participant's surviving spouse or other Beneficiary for such surviving spouse's or Beneficiary's lifetime, in an amount equal to 50 percent of the amount payable during the Participant's lifetime;

provided that in the case of a Deferred Vested Pension, an individual shall not be treated as a "surviving spouse" unless he or she shall have been married to the Participant on the Annuity Starting Date, and throughout the one-year period prior to the Participant's death.

## 2.62  Qualified 65-Percent Joint and Survivor Annuity
shall mean a pension benefit payable –

    (a)    to the Participant during his or her lifetime as a level monthly annuity, and

    (b)    to the Participant's surviving spouse or other Beneficiary for such surviving spouse's or Beneficiary's lifetime, in an amount equal to 65% of the amount payable during the Participant's lifetime;

provided that in the case of a Deferred Vested Pension, an individual shall not be treated as a "surviving spouse" unless he or she shall have been married to the Participant on the Annuity Starting Date, and throughout the one-year period prior to the Participant's death.

## 2.63  Re-employment Commencement Date
shall mean the first date after a Separation From Service on which an Employee is entitled to be credited with an Hour of Service.

## 2.64  Salaried Employee
shall mean a regular or temporary Employee whose pay is at a monthly or annual rate and whose position is not subject to automatic wage progression.

## 2.65  Separation From Service
shall mean termination of employment with a Participating Company or Affiliate for any reason other than the immediate—

    (a)    transfer to another Participating Company or other Affiliate, or

V00025

    (b)     transfer to, or employment by, a company with which a Participating Company has an applicable Interchange Agreement in effect, if the Interchange Agreement applies.

For purposes of determining when a pension benefit shall commence under the Plan, a Separation From Service shall not be deemed to have occurred during a Temporary Layoff.

## 2.66  Service Pension
shall mean the pension benefit described in section 4.1.

## 2.67  Sickness Death Benefit
shall mean the benefit described in section 8.2.

## 2.68  Single Life Annuity
shall mean a form of payment providing level monthly payments for the lifetime of the Participant only, as described in section 6.1(a).

## 2.69  Supplemental Amounts.
Supplemental earnings taken into account in determining a Participant's Supplemental Monthly Pension Benefit shall include the following differentials and other special payments determined before reduction for deferrals to a Code section 401(k) plan maintained by the Company or an Affiliate or, effective with the first payroll period beginning on or after October 1, 2001 (or such later date as agreement may be reached between the Company and the Participant's collective bargaining representative), to a Code section 132(f)(4) transportation fringe benefit plan maintained by the Company or an Affiliate:

    (a)     In charge allowances.

    (b)     Extra payments for the first 12 months of temporary assignments or temporary promotions to higher-graded or supervisory positions.

    (c)     Evening and night differential payments to all Eligible Employees, including Traffic Employees, whose work tours fall wholly or partly within a stated differential period.

    (d)     Special city allowances (for retirements after October 31, 1991).

    (e)     Job differentials, but not including—

        (1)     amounts which have been included for purposes of assigning an Employee to a Pension Band Number;

        (2)     amounts which have been included as part of base wages in accordance with, or as a result of, an applicable collective bargaining agreement;

        (3)     amounts with respect to a Pension Promotion, if the Employee has been in the higher Pension Band Number for 18 months or more.

    (f)     Corporate profit sharing awards paid in 2003 for IBEW-New England Employees and paid in 2001, 2002 and 2003 for all other Eligible Employees.

    (g)     Management team awards.

    (h)     To the extent a benefit has been transferred to the Plan from another plan (other than an Interchange Company Pension Plan) pursuant to the provisions of Appendix A, pension bearing pay under such other plan other than base salary or wages.

## 2.70  Temporary Layoff
A layoff is temporary only if the Employee is reemployed by a Participating Company within two years.

V00026

### 2.71 Vested

shall mean that a Participant has met one or more of the requirements under section 4.2(a), regarding eligibility for a Deferred Vested Pension.

### 2.72 Working Retiree

shall mean, effective June 1, 1996 (or such later effective date as may apply under the relevant collective bargaining agreement), an individual who is employed under the "Working Retiree Program for Non-Management Retirees." The "Working Retiree Program for Non-Management Retirees" is that program agreed to between a Participating Company and the International Brotherhood of Electrical Workers (Locals 2222, 2213, 2313, 2320, 2321, 2322, 2323, 2324, 2325, 2326, and 2327) or the Communications Workers of America, AFL-CIO (Locals 1105, 1110, 1400, 1302 and any other locals as may agree to participate in such program).

# ARTICLE III. ELIGIBILITY AND PARTICIPATION

### 3.1 Eligible Employees.

An Employee shall be an Eligible Employee during any period for which he or she is a Non-Management Employee on the payroll of a Participating Company. Notwithstanding the preceding sentence, an Employee shall not be an Eligible Employee for any period for which he or she is:

    (a)    a leased employee within the meaning of Article XVIII;

    (b)    an occasional Employee;

    (c)    a Working Retiree (for periods on and after June 1, 1996, or such later effective date as may apply under the relevant collective bargaining agreement); or

    (d)    a nonresident alien employed outside of the United States, unless covered on September 30, 1980 by the Predecessor Plan then in effect.

### 3.2 Becoming a Participant.

An Employee shall become a Participant on the latest of the dates on which the Employee:

    (a)    becomes an Eligible Employee,

    (b)    attains age 21, and

    (c)    completes a year of ERISA Service after age 18.

A period of employment otherwise taken into account in determining the amount of benefits, or eligibility for benefits under the Plan shall not be disregarded merely because it precedes the date on which an Employee became a Participant.

### 3.3 One-Year Hold-Out Rule.

In the case of an Employee who incurs a break in the continuity of service which includes one or more Break Years, periods of employment and Compensation following a Break Year shall be disregarded unless the Employee is credited with a year of ERISA Service after such Break Year, except to the extent provided otherwise in Appendix A.

### 3.4 Surplus Reduction Job Sharing Arrangements.

    (a)    **In General.** Effective April 3, 1994, during the period in which an Employee is a surplus reduction job sharer, the Employee shall receive credit for all purposes under the Plan as though he or she were a full-time Employee in the same job.

V00027

(b)    **Definition.**  For purposes of this section, a "surplus reduction job sharer" is an Employee who participates in job sharing under the Job Sharing provisions of an applicable collective bargaining agreement.

# ARTICLE IV. TYPES OF PENSIONS AND COMMENCEMENT DATES

**4.1**    **Service Pension.**

(a)    **Eligibility.**  A Participant shall be eligible for a Service Pension after having met any of the following sets of Net Credited Service and age criteria while an Employee prior to Separation From Service:

    (1)    30 years and any age;

    (2)    25 years and age 50;

    (3)    20 years and age 55;

    (4)    15 years and age 60; or

    (5)    10 years and age 65.

(b)    **Commencement.**

    (1)    **In General.**  Unless an earlier Annuity Starting Date has been elected by the Participant, payment of a Service Pension shall commence on the later of the Participant's Normal Retirement Age or the day following his or her Separation From Service, except as provided in Article X (mandatory commencement after age 70-1/2).

    (2)    **Election of Earlier Commencement.**  If the Participant so elects, payment of a Service Pension shall commence on any Annuity Starting Date prior to the date described in (1), following the Participant's Separation From Service, which shall be designated by the Participant.

(c)    **Amount.**

    (1)    **Unreduced Pension.**  In the case of a Service Pension—

        (A)    with an Annuity Starting Date on or after a Participant has attained Early Retirement Age or has been credited with 30 years of Net Credited Service, or

        (B)    for a Participant who is totally disabled within the meaning of section 4.3(b) as a result of sickness or injury,

    the amount shall be determined under Articles V and VI, without reduction for early commencement.

    (2)    **Reduction For Early Commencement.**  In the case of a Service Pension commencing before the events described under paragraph (1), the monthly amount shall be reduced by one-half of one percent for each calendar month or part thereof by which the Participant's age at Annuity Starting Date is less than his or her Early Retirement Age.

(d)    **Preservation of Earlier Retirement Benefit.**  A monthly pension amount shall not be less than the largest amount that would have been payable had the Participant's

V00028

Separation From Service and Annuity Starting Date occurred on any earlier permitted dates.

## 4.2   Deferred Vested Pension.

(a)   **Eligibility.**  A Participant who is not eligible for a Service Pension shall receive a Deferred Vested Pension if he or she—

    (1)   is credited with five years of ERISA Service after age 18,

    (2)   attains Normal Retirement Age while an Employee, or

    (3)   is fully or partially vested under the terms of Exhibit I (transfers of assets to health benefits account).

(b)   **Commencement.**

    (1)   **In General.**  Payment of a Deferred Vested Pension shall commence on the later of the Participant's Normal Retirement Age or the day following his or her Separation From Service, except as provided under Article X (mandatory commencement after age 70-1/2).

    (2)   **Early Commencement.**  In the case of a Participant who has a Net Credited Service of at least 20 years and who elects early commencement, payment shall commence on the later of the Participant's Separation From Service or—

        (A)   the Participant's fiftieth birthday, if his or her Net Credited Service is at least 25 years, or otherwise

        (B)   the Participant's fifty-fifth birthday.

    Notwithstanding the preceding sentence, in the case of a Participant whose Net Credited Service is at least 15 years, whose Separation From Service is after April 3, 1994 (or, for IBEW-New England Employees, after August 4, 1994), and who elects early commencement under this section 4.2, payment shall commence not later than the Participant's sixtieth birthday.

    (3)   **Elections.**  Notwithstanding paragraph (2), an election of early commencement shall not be valid unless it is made in writing and received by the Benefit Administrator not more than 90 days prior to the commencement date specified therein. Each such election shall be irrevocable, except as otherwise provided in Article VI (forms of payment). No payments shall be made for any month preceding the date a valid election is received by the Benefit Administrator, except for payments for any month after the Participant's Normal Retirement Age or as provided in section 6.3(b).

(c)   **Amount.**

    (1)   **Normal Commencement.**  The monthly amount of a Deferred Vested Pension commencing on or after Normal Retirement Age shall be the amount determined under Article V (without regard to the minimum pension formula) and Article VI.

    (2)   **Early Commencement.**  If commencement precedes Normal Retirement Age, the monthly amount shall be the amount otherwise payable at Normal Retirement Age—

        (A)   multiplied by the applicable factor under Table 2, if paid as a Single Life Annuity,

V00029

(B)     multiplied by the applicable factor under Table 3, if paid as a joint and survivor annuity and if the Separation From Service is before May 1, 1994 or, for IBEW-New England Employees, before August 5, 1994, or

(C)     if paid as a joint and survivor annuity and if the Separation From Service is after April 30, 1994 or, for IBEW-New England Employees, after August 4, 1994,

      (i)     multiplied by the applicable factor under Table 2, and then

      (ii)     reduced by the applicable factor under Table 4 or Table 4A, as appropriate.

(d)   **Special Rules.**

(1)   **Computation Date.** The amount of a Deferred Vested Pension shall be fixed as of the date of the Participant's Separation From Service, and shall not be recomputed on account of amendments to the Plan which are adopted subsequent to such date.

(2)   **Classification.** A Participant whose sole entitlement to a pension under the Plan is under this section 4.2 shall not be considered a pensioner or a retired Employee.

## 4.3   Disability Pension.

(a)   **Eligibility.** A Participant shall be eligible for a Disability Pension if he or she becomes totally disabled as a result of sickness or injury, other than an accidental injury arising out of and in the course of employment with a Participating Company—

(1)   while he or she is an Eligible Employee after earning Net Credited Service of at least 15 years, but

(2)   before Normal Retirement Age and before becoming eligible for a Service Pension.

(b)   **Totally Disabled.** For purposes of this section, a Participant is considered to be totally disabled for any period during which, by virtue of a disability, he or she is unable to perform any job for the Company or an Affiliate which is offered to the Participant by the Participating Company for which the Participant most recently provided services.

(c)   **Commencement and Duration.** Disability Pension shall be payable during the period for which the Participant is living and totally disabled, but—

(1)   commencing only after the Participant has received sickness benefits under the Participating Company's Sickness and Accident Disability Benefit Plan for 52 weeks, and

(2)   ceasing on the earliest of:

      (A)     Normal Retirement Age,

      (B)     the date the Participant recovers sufficiently to resume active service with a Participating Company, or

      (C)     the date on which the Participant ceases to submit to periodic medical examination by a physician selected by the Benefit Administrator (or its designee) or to make reasonable efforts to cooperate with any

V00030

rehabilitation program which the Benefit Administrator (or its designee) requests by notice to the Participant.

A Participant who attains Normal Retirement Age while receiving a Disability Pension shall have his pension converted to a Service Pension beginning at Normal Retirement Age, in the same monthly amount and in the same form of payment elected by the Participant when the Disability Pension began. A Participant whose Disability Pension ceases prior to Normal Retirement Age shall be entitled to receive the Deferred Vested Pension earned by the Participant for the period of service he or she completed before becoming totally disabled. If the Participant again becomes an Eligible Employee after the Disability Pension ends, his or her period of disability shall be treated the same as any other break in employment under the Plan following the rules set forth in Appendix A.

(d)     **Amount.** The amount of a Disability Pension shall be equal to an unreduced amount determined under Articles V and VI. However, the amount of any Disability Pension payment to a Participant prior to Normal Retirement Age is subject to offset by workers compensation payments pursuant to Plan section 20.5.

(e)     **Coordination Rules.** If a person receiving sickness or accident disability benefits under a Participating Company Sickness and Accident Disability Benefit Plan leaves the service of a Participating Company for any reason and is entitled to payment of a Service Pension or Deferred Vested Pension, any such disability benefits payable to such person shall be discontinued upon the commencement of the Service or Deferred Vested Pension payments. If the sickness disability benefits are greater in amount, the recipient may elect in writing to continue receiving them and defer receiving payments of his pension, or the Participating Company which last employed such individual may elect to make payments supplemental to the Service Pension or Deferred Vested Pension so that the rate of total payment is not diminished below the rate of disability payments to which he is entitled.

(f)     **Benefits in the Event of Death.** In the event a Participant's death occurs while he or she is receiving a Disability Pension, any death benefits payable shall be determined by the form of payment elected by the Participant under Article VI on the Participant's Annuity Starting Date for the Disability Pension. No death benefits shall be payable under Article VII due to a Participant's death while a Disability Pension is being paid.

## 4.4    Commencement On Certain Divestitures Restricted

No person employed by a purchaser in connection with a sale or other disposition (whether in part or in whole), by a Participating Company of either—

(a)     the assets of a trade or business employing such person, or

(b)     the stock of a subsidiary employing such person,

shall be deemed to have a Separation From Service for purposes of commencement of pension benefits under this Article IV, until such person leaves the service of the purchaser (including any subsequent purchaser), or of any other entity considered part of a controlled group with such purchaser, within the meaning of Code section 414(b), (c), (m), and (o).

# ARTICLE V. AMOUNT OF PENSION BENEFITS

## 5.1    Calculation of Unreduced Monthly Pension Benefit.

This Article V sets forth the basis for determining the amount, payable in the form of a Single Life Annuity, of—

(a)     Service Pension commencing on or after Early Retirement Age,

(b)     a Deferred Vested Pension commencing on or after Normal Retirement Age, or

V00031

    (c)    a Disability Pension commencing at any age.

Reductions for earlier commencement of a Service Pension or Deferred Vested Pension are provided under Article IV. Reductions for pensions paid in forms other than a Single Life Annuity are provided under Article VI. Other adjustments and restrictions are set forth elsewhere in the Plan.

## 5.2    Basic Pension Formula.

(a)    **In General.**  The monthly pension benefit amount for an Employee who becomes a Participant shall be equal to the sum of—

    (1)    the Basic Monthly Pension Benefit described in subsection (b), plus

    (2)    the Supplemental Monthly Pension Benefit described in subsection (c).

(b)    **Basic Monthly Pension Benefit.**

    (1)    **In General.**  Unless otherwise provided below, an Employee's Basic Monthly Pension Benefit as of a Determination Date shall be equal to the product of—

        (A)    the applicable Pension Band Amount in effect at the Determination Date, times

        (B)    the Participant's Pension Accrual Service.

    (2)    **Commission Directory Advertising Salesperson.**

        (A)    In the case of an Eligible Employee whose last Hour of Service as a Commission Directory Advertising Salesperson is completed before July 1, 2001, the Basic Monthly Pension Benefit as of a Determination Date shall be equal to the product of—

            (i)    the Participant's Pension Accrual Service,

            (ii)    the Pension Band Amount in effect for Pension Band Number 135 as of the Determination Date, times

            (iii)    a fraction,

                I.    the numerator of which is the Employee's Average Annual Compensation, and

                II.    the denominator of which is the Average Median Maximum Pay for the applicable group (Premise Sales Employees or Telephone Sales Employees).

        (B)    In the case of an Eligible Employee who completes an Hour of Service as a Commission Directory Advertising Salesperson on or after July 1, 2001, the Basic Monthly Pension Benefit as of a Determination Date shall equal the product of:

            (i)    the Participant's Pension Accrual Service, and

            (ii)    the sum of the Participant's Base Band and Commission Band.

          Notwithstanding anything in this provision to the contrary, in no event shall the total monthly benefit of a Participant whose Basic Monthly Pension Benefit is determined under this provisions be less than the total monthly benefit of such Participant determined under the Plan as of any earlier time, in each case determined without regard to any temporary pension enhancement provisions that might otherwise apply.

V00032

(c) **Supplemental Monthly Pension Benefit.** An Employee's Supplemental Monthly Pension Benefit shall be equal to the product of—

    (1) The annual average of the Supplemental Amounts paid to the Employee during those months in the 36-consecutive-month period immediately preceding the Determination Date during which the individual is an Eligible Employee or is covered by another plan (other than an Interchange Company Pension Plan) from which benefits are transferred pursuant to Appendix A, times

    (2) .001, times

    (3) the Employee's Pension Accrual Service.

The total Supplemental Amounts taken into account with respect to any 12-month determination period shall not exceed $150,000 or such other amount as may be applicable under section 401(a)(17) of the Code.

(d) **Return After Period of Absence.** Rules for calculating pension benefits for a Participant who has a Separation From Service and is rehired as an Eligible Employee are set forth in Appendix A.

(e) **Force Adjustment Plan ("FAP") Special Incentive 6 and 6 Pension.** In the case of an Employee who is eligible to receive the FAP Special Pension as described in Exhibit II to the Plan, the pension amount otherwise determined under this section 5.2 shall instead be determined under section 7 of such Exhibit II.

(f) **1998-99 and 2001 Benefits.** Calculations of the pension amount under this section 5.2 for an Employee who is eligible to receive the 1998-99 Benefit or the 2001 Benefit described in Exhibit IV shall be modified as described in Exhibit IV.

## 5.3 Minimum Benefits.

(a) **Pensions Which Commence After 1994 Effective Date and Before April 2, 1999.**

    (1) **In General.** In the case of a Participant who is paid a Service Pension or Disability Pension and who meets the criteria in paragraph (2), the minimum pension amount determined under this Article V shall be $400 per month.

    (2) **Eligibility.**

        (A) **In General.** This section shall apply to a Participant whose Net Credited Service is at least 15 years, whose Separation From Service is after March 31, 1994 but before April 1, 1999, and who is credited with at least one Hour of Service for any period after March 31, 1994.

        (B) **IBEW-New England.** In the case of IBEW-New England Employees, the applicable effective date for purposes of subparagraph (A) shall be August 4, 1994.

    (3) **Reduction.** The minimum pension amount payable under this section shall be subject to reduction under Article VI (if paid in a form other than a Single Life Annuity), but shall not be reduced under Article IV on account of early commencement.

(b) **Pensions Which Commenced Prior to 1994 Effective Date.**

    (1) **In General.** In the case of a Participant receiving a Service Pension or Disability Pension with an Annuity Starting Date prior to the 1994 effective date determined under subsection (a)(2) above, the amount of any monthly pension

V00033

payment due under the Plan after such date shall not be less than the amount determined under paragraph (2).

    (2)    **Minimum Benefit.** The minimum monthly amount shall be the product of –

        (A)    $13.33, times

        (B)    the years and months (expressed as twelfths of a year) included in the Participant's Pension Accrual Service, determined under the Plan provisions in effect on the Participant's Annuity Starting Date, without regard to the FAP Special Pension Enhancement described in Exhibit II, or any similar enhancement;

        provided that the greatest minimum benefit under this paragraph (2) shall be $400 per month.

    (3)    **Survivor Annuities.** In the event that the benefit during the Participant's lifetime is increased on account of this subsection (b), any associated amount payable as a survivor annuity shall be increased accordingly. Neither such amount shall be offset by the actuarial cost of the increase in the survivor annuity amount.

(c)    **Minimum Pension Benefit Effective July 1, 1999 for Pensions Commencing Prior to April 2, 1999.**

Effective July 1, 1999, the provisions of Exhibit V shall supercede any contrary provisions in subsections (a) or (b), above, to the extent a larger benefit will be provided with respect to pensions commencing on or before April 1, 1999.

(d)    **Minimum Pension Benefit Effective July 1, 1999 for Pensions Commencing After April 1, 1999.**

    (1)    **In General.** In the case of a Participant who meets the criteria in paragraph (2), the minimum pension amount determined under this Article V for the Participant shall be the amount described in paragraph (3).

    (2)    **Eligibility.** This section shall apply to a Participant:

        (A)    Who is employed by a Participating Company as an Eligible Employee as of his Separation From Service;

        (B)    Whose Annuity Starting Date is after April 1, 1999; and

        (C)    Who meets the eligibility requirements for a Service Pension under section 4.1 or a Disability Pension under section 4.3, taking into account any "deemed" retirement eligibility service that may have been credited to the Participant under a pension enhancement for which the Participant qualified upon his or her retirement.

    (3)    **Determining Minimum Monthly Pension Amount.**

        (A)    **Minimum Monthly Pension Amount.** The minimum monthly pension amount shall be:

            (i)    $500 per month, effective July 1, 1999;

            (ii)    $600 per month, effective July 1, 2000; and

            (iii)    $700 per month, effective July 1, 2001.

        (B)    **Adjustments to Minimum Monthly Pension Amount.** The adjustments described in (i) through (iv) below, apply to the minimum

V00034

monthly pension amount described in (A), above.  The minimum monthly pension amount is not adjusted under Article IV to reflect early commencement.

(i)    **Adjustment for Less than 30 Years of Service.**  If a Participant who meets the eligibility requirements in paragraph (2) (or a Participant for whom a pre-retirement death benefit is paid as described in subparagraph 4(B)) has completed less than 30 years of service, the minimum monthly pension amount applicable to the Participant shall be prorated to reflect the Participant's actual service.  For this purpose, service is measured as the difference between the Participant's Net Credited Service Date in Employer Records and the day following the Participant's Separation From Service.  Any fractional months are treated as 1/12 of a year.  The period of service must also be prorated for any period of time during which the Participant was employed on a part-time basis.  For any period of part-time service the numerator of the proration fraction is the Participant's base rate of pay for such period, and the denominator is the base rate of pay for such period for an equivalent full-time employee in the same job title and classification.  Any "deemed" retirement eligibility service credited to the Participant under a pension enhancement for which the Participant qualified upon his or her retirement is not counted in service for purposes of the adjustment described in this subparagraph (i).  Notwithstanding the above, for a Participant who would have been eligible for the minimum described in section 5.3(a) but for the requirement of a Separation From Service before April 1, 1999, in no event shall the adjustment described in this subparagraph (i) reduce the Participant's minimum monthly pension amount below the minimum calculated pursuant to section 5.3(a).

(ii)   **Adjustment for Survivor Percentage.**  The minimum monthly pension amount applicable to post-retirement death benefit payments to the surviving spouse or other Beneficiary of a deceased Participant described in paragraph (2) shall be adjusted to reflect any percentage to be continued to the survivor under the optional form in effect on the date of the Participant's death (after the adjustment described in (iii) below to reflect the optional form elected by the Participant).

(iii)  **Adjustment for Form of Payment.**  The minimum monthly pension amount shall be adjusted under Article VI to reflect payment in a form other than a Single Life Annuity.

(iv)   **Adjustment for Section 415 Limits.**  The minimum monthly pension amount applicable to any Participant shall be adjusted to the extent necessary to meet the requirements described in Article XII.

(4)    **Applying Minimum Monthly Pension Amount to Adjust Payments.**

(A)    **In General.**  Except as provided otherwise in (B), (C), or (D) below, the monthly Plan benefit paid to a Participant who meets the eligibility requirements in paragraph (2), or to the surviving spouse or other Beneficiary (including an alternate payee under a qualified domestic relations order) of a Participant who met the eligibility requirements

27                                                    V00035

described in paragraph (2) and thereafter died, shall be adjusted, effective for payments made on or after the first of the month following the effective date of each increase (or the Participant's Annuity Starting Date, if later), by increasing such monthly benefit by an amount equal to the excess, if any, of:

(i)     the minimum monthly pension amount in effect on such date, after adjustment as described in (3)(B), above; over

(ii)    the monthly benefit amount otherwise being paid to the individual from the Plan on such date.

(B)     **When Death Occurs Before the Annuity Starting Date.** The minimum monthly pension benefit described in this section 5.3(d) shall apply in determining the death benefit payable under section 7.1 to a surviving spouse (including a surviving spouse/alternate payee under a qualified domestic relations order) or other designated Beneficiary of a Participant who dies while an Eligible Employee whether or not the Participant was Service or Disability Pension eligible at death and under section 7.2 if the Participant would have been eligible for the minimum described in this section 5.3(d) had his or her Annuity Starting Date occurred on the date of his or her death. In such case, the minimum monthly pension benefit otherwise applicable is adjusted to reflect the survivor benefit percentage (after adjustment to reflect the applicable joint and survivor form).

(C)     **When Benefits Are Affected by a Qualified Domestic Relations Order.** If an alternate payee under a qualified domestic relations order is receiving (or entitled to receive) benefits that would otherwise have been payable to a Participant who meets the requirements described in paragraph (2), above, the benefits payable to the Participant and the alternate payee are combined for purposes of determining if the total monthly benefit is below the minimum. For this purpose, the benefit paid or payable to the alternate payee is actuarially adjusted to reflect the amount by which the Participant's monthly benefits would be increased if the amount paid or payable to the alternate payee was instead paid to the Participant in the form of payment in effect for the Participant. If, after application of the combined benefit for purposes of (4)(A)(ii), above, there is any excess, such excess amount shall be applied to adjust the monthly benefit of the Participant and/or the alternate payee as provided in the terms of the qualified domestic relations order dividing the Participant's Plan benefits.

(D)     **When Benefits Are Paid in a Lump Sum.** The adjustment described in this subsection (4) shall not apply in the case of a Participant, surviving spouse, alternate payee or other Beneficiary who has received payment in a lump sum and, therefore, has received the value of the increasing minimum in the payment under section 6.11.

## 5.4     Effect of Pension Promotion.

In the case of an Employee whose Pension Band Number has changed at least once, if the last such change constituted a Pension Promotion, the Basic Monthly Pension Benefit calculation under section 5.2(b)(1) shall be modified as provided in this section 5.4. Notwithstanding the foregoing, to the extent provided in the applicable collective bargaining agreement or otherwise, the provisions of this section 5.4 shall not apply to an increase in the Pension Band Number resulting from reclassification of a job title for any Eligible Employee who is in the job title on the effective date of the Pension Band Number increase.

V00036

(a)     **Pension Promotion Preceding Determination Date By 18 Months Or More.** In the case of an Employee who has a Pension Promotion and subsequently works at least 18 consecutive months in the job title and classification to which he or she is promoted or transferred, the applicable Pension Band Amount shall be determined as follows.

(1)     **In General.** Except as provided in paragraph (2), the greatest Pension Band Amount in effect following the Pension Promotion shall be taken into account.

(2)     **Prior Demotion.** In a case in which a Pension Demotion occurred prior to the Pension Promotion, the applicable Pension Band Amount shall be the greater of—

    (A)     the greatest Pension Band Amount in effect following the Pension Promotion, or

    (B)     the Pension Band Amount in effect immediately before the Pension Demotion.

(b)     **Pension Promotion Less Than 18 Months Prior to Determination Date.**

(1)     **In General.** In the case of an Employee who has a Pension Promotion within the 18-month period prior to a Determination Date, the Basic Monthly Pension Benefit shall be equal to the sum of—

    (A)     an amount based on the Pension Accrual Service prior to the Pension Promotion, and on the greatest Pension Band Amount since the promotion with respect to the Pension Band Number assigned to the Employee immediately before such promotion, and

    (B)     an amount based on the Pension Accrual Service after the Pension Promotion, and on the greatest Pension Band Amount in effect after the promotion.

(2)     **Multiple Promotions.** In the case of an Employee who has two or more Pension Promotions within the 18-month period prior to a Determination Date, the Basic Monthly Pension Benefit shall be determined under paragraph (1), with paragraph (1)(B) applied separately for the period in the job title and classification relating to each such Pension Promotion.

(3)     **Prior Demotion.** In the case of an Employee who has a Pension Promotion described in subsection (b)(1) and who previously had a Pension Demotion, the Basic Monthly Pension Benefit shall be equal to the sum of—

    (A)     with respect to the Pension Accrual Service prior to the Pension Promotion, an amount based on the greater of—

        (i)     the greatest Pension Band Amount since the promotion with respect to the Pension Band Number assigned to the Employee immediately prior such Pension Promotion, or

        (ii)     the Pension Band Amount in effect immediately prior to the prior Pension Demotion, plus

    (B)     an amount based on the Pension Accrual Service after the Pension Promotion, and based on the greatest Pension Band Amount in effect after the Pension Promotion;

provided, however, that, in the event the Pension Band Number in effect immediately following the Pension Promotion is lower than the Pension Band Number in effect immediately prior to the prior Pension Demotion, the Basic Monthly Pension Benefit shall in no event be less than an amount based on the

V00037

Employee's aggregate Pension Accrual Service before and after the Pension Promotion and the Pension Band Amount in effect immediately prior to the prior Pension Demotion.

(c) **Transfer to Directory Advertising Sales.** In the case of an Employee who is transferred on or after July 1, 2001 to a Directory Advertising Sales position from another position as an Eligible Employee, the Basic Monthly Pension Benefit shall equal the sum of --

(1) an amount based on the Pension Accrual Service prior to the transfer, and on the greatest Pension Band Amount since the transfer with respect to the Pension Band Number assigned to the Employee immediately before the transfer, and

(2) an amount determined under the formula in section 5.2(b)(2) of the Plan based on Annual Commissions and the Pension Accrual Service earned after the transfer;

provided, however, that in the case of an Employee who has completed three full calendar years in a Directory Advertising Sales position under this Plan, pension benefits shall equal the greater of the sum of (1) and (2), above, or an amount determined under the formula in section 5.2(b)(2) of the Plan based on the Employee's Pension Accrual Service earned both prior to and after the transfer.

## 5.5    Effect of Pension Demotion.

In the case of an Employee whose Pension Band Number has changed one or more times, if the last such change constituted a Pension Demotion, the Basic Monthly Pension Benefit calculation under section 5.2(b) shall be modified as provided in this section 5.5.

(a) **In General.** Except as provided below, the applicable Pension Band Amount shall be the greater of—

(1) the Pension Band Amount in effect immediately prior to the Pension Demotion, or

(2) the greatest Pension Band Amount in effect at any time following the Pension Demotion.

In a case in which the Pension Demotion was preceded within an 18-month period by a Pension Promotion, the Basic Monthly Benefit calculation shall be modified as provided under either (b) or (c) below.

(b) **Final Pension Band Number Not Greater Than Pre-Promotion Number.** In the case of an Employee who had a Pension Promotion within the 18-month period prior to the Pension Demotion, and whose Pension Band Number at the Determination Date is not greater than the Pension Band Number in effect immediately prior to such Pension Promotion, the Basic Monthly Pension Benefit shall be the sum of the amounts determined under paragraphs (1) and (2) below.

(1) **Periods in Lower Pension Bands.** This amount shall take into account the Pension Accrual Service prior to the Pension Promotion and after the subsequent Pension Demotion, and shall be based on the greater of—

(A) the Pension Band Amount in effect immediately prior to the Pension Demotion for the Pension Band Number assigned to the Employee immediately prior to the Pension Promotion, or

(B) the greatest Pension Band Amount in effect after the Pension Demotion.

30

(2)　**Period In High Pension Band.**  This amount shall take into account the Pension Accrual Service after the Pension Promotion and before the Pension Demotion, and shall be based on the greater of—

    (A)　the Pension Band Amount in effect immediately prior to the Pension Demotion, or

    (B)　the greatest Pension Band Amount in effect after the Pension Demotion.

(c)　**Final Pension Band Number Greater Than Pre-Promotion Number.**  In the case of an Employee who had a Pension Promotion within the 18-month period prior to the Pension Demotion, and whose Pension Band Number at the Determination Date is greater than the Pension Band Number in effect immediately prior to such Pension Promotion, the Basic Monthly Pension Benefit shall be determined under either paragraph (1) or paragraph (2) below, whichever shall apply.

(1)　**Promotion Precedes Determination Date By 18 Months Or More.**  In the case of an Employee whose Determination Date follows his or her Pension Promotion by at least 18 consecutive months, the Basic Monthly Pension Benefit shall be equal to the sum of—

    (A)　an amount based on the Pension Accrual Service prior to the Pension Promotion and after the Pension Demotion, and on the greatest Pension Band Amount in effect following the Pension Demotion, plus

    (B)　with respect to the Pension Accrual Service after the Pension Promotion and before the Pension Demotion, an amount based on the greater of—

        (i)　the Pension Band Amount in effect immediately prior to the Pension Demotion, or

        (ii)　the greatest Pension Band Amount in effect following the Pension Demotion.

(2)　**Promotion Precedes Determination Date By Less Than 18 Months.**  In the case of an Employee whose Determination Date follows his or her Pension Promotion by less than 18 consecutive months, the Basic Monthly Pension Benefit shall be equal to the sum of—

    (A)　an amount based on the Pension Accrual Service prior to the Pension Promotion, and on the greatest Pension Band Amount since the promotion with respect to the Pension Band Number assigned to the Employee immediately prior to such Pension Promotion,

    (B)　with respect to the Pension Accrual Service after the Pension Promotion and before the Pension Demotion, an amount based on the greater of—

        (i)　the Pension Band Amount in effect immediately prior to the Pension Demotion, or

        (ii)　the greatest Pension Band Amount in effect following the Pension Demotion, plus

V00039

        (C)    An amount based on the Pension Accrual Service after the Pension Demotion, and on the greatest Pension Band Amount in effect following the Pension Demotion.

(d)    **Transfer From Directory Advertising Sales.**

    (1)    In the case of a Pension Demotion from a Directory Advertising Sales position that occurs prior to July 1, 2001, the Basic Monthly Pension Benefit shall be equal to the sum of—

        (A)    with respect to the Pension Accrual Service prior to the Demotion, the greater of—

            (i)    the amount that would have been determined under section 5.2(b)(2) above, if the Pension Demotion Date had been the Determination Date, or

            (ii)    an amount based on the full Pension Accrual Service prior to the Pension Demotion, and on the greatest Pension Band Amount in effect after the Pension Demotion, plus

        (B)    an amount based on the Pension Accrual Service after the Pension Demotion, and on the Pension Band Amount in effect on the Determination Date.

    (2)    In the case of an Employee who is transferred on or after July 1, 2001 from a Directory Advertising Sales position to another position as an Eligible Employee, the Basic Monthly Pension Benefit shall equal the sum of --

        (A)    with respect to the Pension Accrual Service prior to the transfer, the greater of --

            (i)    the amount that would have been determined under section 5.2(b)(2) above, if the transfer date had been the Determination Date, or

            (ii)    an amount based on the full Pension Accrual Service prior to the transfer, and on the greatest Pension Band Amount in effect after the transfer, plus

        (B)    an amount based on the Pension Accrual Service after the transfer, and on the Pension Band Amount in effect on the Determination Date.

(e)    **Special Rule For Certain Demotions.** In the case of a Participant who, after having met the criteria for a Service Pension, has a Pension Demotion on account of the imposition of permanent medical work restrictions or on account of a force surplus situation, the Basic Monthly Pension Benefit amount shall be the greater of—

    (1)    the sum of—

        (A)    with respect to the Pension Accrual Service through the fifth anniversary of such Pension Demotion, an amount based on the greatest Pension Band Amount (at any time during the Participant's entire period of Pension Accrual Service) related to the Pension Band in effect immediately prior to such Pension Demotion, plus

        (B)    with respect to the Pension Accrual Service following such fifth anniversary, an amount based on the greater of—

            (i)    the Pension Band Amount in effect immediately before the Pension Demotion, or

V00040

(ii)    the greatest Pension Band Amount in effect after the Pension Demotion, or

(2)    an amount based on the Participant's entire Pension Accrual Service and on the greatest Pension Band Amount in effect after the Pension Demotion.

## 5.6    Transfers From Another Verizon Pension Plan or an Interchange Company Pension Plan.

In the case of an Employee who previously was covered under an Interchange Company Pension Plan (referred to in this section as the "other plan") and who becomes a Participant under this Plan, assets attributable to the Employee's benefits under the other plan may be transferred to this Plan in accordance with Article XI, and in such event all benefits shall be payable under this Plan as provided in this section or, if applicable, section 5.7 below.

(a)    **In General.** Pension benefits shall be equal to the sum of—

(1)    the amount determined as of the last date on which the Employee was covered under the other plan, based on the Employee's service and on that plan's provisions in effect on such date, plus

(2)    the amount determined under the terms of this Plan for service recognized while an Eligible Employee under this Plan (other than service which previously was recognized under the other plan).

(b)    **Three Years of Employment.** Subject to any break in service rules that may apply, Pension benefits shall be the greater of the amount determined under subsection (a) or the amount determined under this Plan, taking into account the pension accrual service and net credited service recognized under the other plan; provided, however, that this subsection (b) shall not apply before the Employee has completed at least three years of Net Credited Service as an Eligible Employee under this Plan if the Interchange Company Pension Plan has substantially different participation eligibility standards (other than age and service requirements) than this Plan.

In the case of an Eligible Employee who previously was covered by another defined benefit pension plan maintained by the Company or an Affiliate and who becomes a Participant under this Plan, the special service crediting and other rules described in Appendix A shall apply. For purposes of this section 5.6 and section 5.7, in determining net credited service or pension accrual service under any other plan, there shall be counted only such net credited service or pension accrual service, as applicable under such other plan, as of the last date the Eligible Employee was covered by such other plan, which would have been counted by such other plan had the Eligible Employee been covered by such other plan during the period such Eligible Employee is covered by this Plan.

## 5.7    Prior Participation In This Plan, Then In Other Plan.

(a)    **Application.** This section 5.7 shall apply in a case in which an Employee has the periods of participation in the sequence described below, whether or not consecutive:

(1)    **Period One.** A prior period of participation in this Plan, on or after August 11, 1998 in the Bell Atlantic Pension Plan (the Verizon Pension Plan for Mid-Atlantic Associates effective January 1, 2001), or in an Interchange Company Pension Plan that is substantially similar to the Plan shall be referred to in this section as Period One.

(2)    **Period Two.** A period of participation, following Period One, in (A) the NYNEX Management Pension Plan, (B) the Bell Atlantic Cash Balance Plan (for Bell Atlantic North Participating Companies), (C) the Bell Atlantic Cash Balance Plan (Verizon's Bell Atlantic Cash Balance Plan effective January 1, 2001), or (D) an Interchange Company Pension Plan substantially similar to the

V00041

plan described in (A), (B) or (C) (referred to in this section as an "other plan"), shall be referred to in this section as Period Two.

(3)     **Period Three.** A period, following Periods One and Two, for which an Employee recommences participation under this Plan shall be referred to in this section as Period Three.

Notwithstanding the foregoing, in a case in which the Employee completes three (3) or more years of Net Credited Service under the other plan during Period Two, the Employee's benefit shall be determined pursuant to section 5.6(a) above, applying section 5.6(b) upon completion of three years of Net Credited Service.

(b)     **Pension Band For Period Three Not Greater Than For Period One.** In a case in which an Employee's Pension Band Number at the beginning of Period Three is not greater than the Pension Band Number at the end of Period One, the Basic Monthly Pension Benefit shall be the sum of the amounts determined under paragraphs (1) and (2) below:

(1)     **Periods One And Three.** With respect to Periods One and Three, the amount shall be based on the aggregate Pension Accrual Service for such periods, and on the greater of—

(A)     the Pension Band Amount in effect at the end of Period One, or

(B)     the greatest Pension Band Amount in effect for the job title and classification held by the Employee at the beginning of Period Three;

provided, however, that to the extent the Employee is credited with a higher Pension Band Amount for Period One than that described in (A) under the terms of the other plan as of the end of Period Two, such higher Pension Band Amount shall be substituted for the amount described in (A) with respect to the Employee's Period One service only.

(2)     **Period Two.** With respect to Period Two, the amount shall be the greater of—

(A)     an amount determined under the formula and provisions of the other plan, taking into account pay and service during Period Two only, or

(B)     the product of the greatest Pension Band Amount in effect during Period Three, based on the job title and classification at the beginning of Period Three, times the years and months recognized as pension accrual service (or during which pension benefits accrued) under the other plan during Period Two.

(c)     **Pension Band For Period Three Greater Than For Period One.** In a case in which an Employee's Pension Band Number at the beginning of Period Three is greater than the Pension Band Number at the end of Period One, the Basic Monthly Pension Benefit shall be the amount determined under paragraphs (1) or (2) below, whichever is applicable.

(1)     **Period Two Begins 18 Months Or More Before Determination Date.** In a case in which the beginning of Period Two precedes the Determination Date by 18 months or more, the Basic Monthly Pension Benefit shall be equal to the sum of—

(A)     an amount based on the aggregate Pension Accrual Service in Period One and Period Three, and on the greatest Pension Band Amount in effect in Period Three for the job title and classification held at the beginning of Period Three, and

(B)     the amount determined under section 5.7(b)(2), above.

(2) **Period Two Begins Less Than 18 Months Before Determination Date.** In a case in which the beginning of Period Two precedes the Determination Date by less than 18 months, the Basic Monthly Pension Benefit shall be equal to the sum of—

    (A) an amount based on the Pension Accrual Service in Period One and the greatest Pension Band Amount since Period One with respect to the Pension Band Number assigned to the Employee at the end of Period One,

    (B) the amount determined under section 5.7(b)(2), above, plus

    (C) an amount based on the Pension Accrual Service in Period Three, and on the greatest Pension Band Amount in effect in Period Three for the job title and classification held at the beginning of Period Three.

(d) **Calculation of Supplemental Monthly Pension Benefit.** In all cases in which subsection (b) or (c) above applies, the Supplemental Monthly Pension Benefit shall be calculated under section 5.2(c) based on aggregate Pension Accrual Service in Periods One and Three plus years and months recognized as pension accrual service (or during which pension benefits accrued) under the other plan during Period Two.

## 5.8    Effect of Additional Promotions, Demotions, or Coverage Changes.

In a case in which an Employee has a series of events involving Pension Promotions, Pension Demotions, or changes in coverage among (a) this Plan, (b) the NYNEX Management Pension Plan, (c) the Bell Atlantic Cash Balance Plan (for Bell Atlantic North Participating Companies), (d) the Bell Atlantic Cash Balance Plan (Verizon's Bell Atlantic Cash Balance Plan effective January 1, 2001), (e) the Bell Atlantic Pension Plan (the Verizon Pension Plan for Mid-Atlantic Associates effective January 1, 2001) on or after August 11, 1998, or (f) an Interchange Company Pension Plan, and the effect of such series of events is not specifically covered under this Article V, the pension benefit of such Employee shall be determined in a manner consistent with the provisions of this Article V.

## 5.9    Adjustment When Employed After Receipt of Deferred Vested Pension Payments.

(a) **In General.** In the case of a Participant who:

    (1) receives Deferred Vested Pension payments in the form of an annuity under the Plan and is subsequently employed as an Eligible Employee for a Participating Company, or

    (2) receives deferred vested pension payments in the form of an annuity under the Bell Atlantic Pension Plan (the Verizon Pension Plan for Mid-Atlantic Associates, effective January 1, 2001), is subsequently employed as an Eligible Employee for a Participating Company and, as a result, has a benefit transferred to the Plan from the latter Plan,

the pension amount payable after the Participant's subsequent Separation From Service shall be determined under subsection (b), below.

(b) **Amount.** The pension amount payable under this section in a given form of payment and commencing on a given Annuity Starting Date shall be equal to—

    (1) The amount that would have been payable without regard to this section had there been no prior pension payment, taking into account pay and service prior to the initial Separation From Service as well as pay and service after the period of absence; less

V00043

> (2)     the amount that would be payable in the same given form and commencing on the same given Annuity Starting Date, based only on pay and service through the initial Separation From Service (hereinafter referred to as "initial pay and service"), times the adjustment ratio described in subsection (c).

> (c)     **Adjustment Ratio.** This ratio shall be equal to one minus a fraction—

> (1)     the numerator of which is the actual monthly amount of Deferred Vested Pension previously received by the Participant; and

> (2)     the denominator of which is the monthly amount of Deferred Vested Pension that would have been payable, based on the initial pay and service, had the Annuity Starting Date been on the date the Participant was reemployed as an Eligible Employee.

## 5.10    No Duplication of Benefits.

There shall be no duplication of benefits paid under the Plan. The principle stated in the previous sentence means, by way of example, that subject to Article XIII any benefit payable under the Plan shall be reduced to the extent of any duplicated or overpaid benefits which shall include, but not be limited to, (a) any excess benefit paid to any person or entity under the Plan, or (b) any benefit paid to or on behalf of a Participant under the terms of any Interchange Company Pension Plan or any other defined benefit plan that satisfies the requirements of section 401(a) of the Code to which a Participating Company or an Affiliate contributes, directly or indirectly, other than by the payment of taxes, which benefit is based on a period of employment with the Participating Company or Affiliate for which the Participant has been credited under this Plan. Furthermore, the Plan may take such similar or other actions as may be necessary to recoup any payment from the Plan which the Plan Administrator has determined that the recipient was not entitled to receive from the Plan.

## 5.11    Offset Due To Transfer of Benefit Obligation.

In the case of an Employee whose entire benefit obligation is assumed (a) by an Interchange Company Pension Plan pursuant to an Interchange Agreement, (b) by the Bell Atlantic Cash Balance Plan (Verizon's Bell Atlantic Cash Balance Plan, effective January 1, 2001) or the Bell Atlantic Pension Plan (the Verizon Pension Plan for Mid-Atlantic Associates, effective January 1, 2001) pursuant to the provisions of Appendix B, (c) under the special service crediting rules in Schedule D of the Bell Atlantic Cash Balance Plan (Verizon's Bell Atlantic Cash Balance Plan, effective January 1, 2001), or (d) by a plan maintained by an entity which is a successor to all or part of a Participating Company, no benefits shall be paid under this Plan.

## 5.12    Offset For In-Service Payments.

> (a)     **In General.** This section shall apply in the case of a Participant whose pension payments commence prior to his or her Separation From Service on account of section 10.1 (mandatory commencement after age 70-1/2).

> (b)     **Offset.** For each year subsequent to a Plan Year in which in-service payments are made under subsection (a), the amount of any increase in monthly payments that otherwise would have occurred due to additional pay or service shall be offset by the actuarial value of payments received for the preceding Plan Year. For purposes of this section, actuarial value shall be determined on the basis of the 1984 Unisex Mortality Table and a 7-1/2 percent interest rate, except that prior pension payments shall be deemed to have accumulated at 8 percent interest through the date as of which the offset is effective.

## 5.13    Preservation Rule Regarding Compensation Limits.

This section provides for the preservation of certain pension benefits accrued prior to 1994 under this Plan or under the Prior NYNEX Pension Plan, which otherwise would be cut back by the limits on includable compensation under section 2.7(d) of the Plan and section 401(a)(17) of the Code. The accrued benefit of

V00044