Notwithstanding section 3(d)(i), in order to assure compliance with the minimum distribution rules of Code Section 401(a)(9), payment of the Special Retiree Supplemental Pension Benefit shall begin as of January 1, 2001, whether or not the individual has returned a completed election form, for (1) any Eligible Participant who reaches or will reach age 70-1/2 on or before December 31, 2000, (2) any Eligible Survivor Annuitant, and (3) any Eligible Alternate Payee. The payment made on January 1, 2001 will equal the sum of the payments due for months beginning on or after the Annuity Starting Date through December 2000. If a properly completed election form has not been received by the Benefit Administrator, payment will automatically be made (A) in the form of a single life annuity for each Eligible Survivor Annuitant, for each Eligible Alternate Payee, and for each Eligible Participant who is then receiving benefits under the Plan in the form of a single life annuity and (B) in the form of a Pop-Up Joint and 50% Survivor Annuity with the spouse as beneficiary (assuming the spouse is the Participant's age) for each Eligible Participant who is then receiving Plan benefits in a form other than a single life annuity. Each Eligible Participant for whom a default payment is made under this Section will promptly be notified in writing of the assumptions on which the default form of payment is based and will have an opportunity to notify the Benefit Administrator to the extent the default form of payment is inaccurate based on the Participant's current marital status and/or spouse's age. Upon receipt of information indicating that the form of payment implemented for a Participant by default is other than the normal form of payment described in section 3(b)(i), the Benefit Administrator shall adjust payments to reflect the proper amount (i) retroactive to the Annuity Starting Date if the proper monthly payment amount is higher than the initial monthly payment amount, or (ii) for months following the month in which such information is received, if the proper monthly payment amount is lower than the initial monthly payment amount.

    (iii)    **Payment Delays**.

No interest shall be paid on any Special Retiree Supplemental Pension Benefit for which payments actually begin on or before January 1, 2001. If payments begin after January 1, 2001:

    (1)    For payments in a lump sum, interest, at a reasonable rate to be determined by the Plan Administrator, shall be added to the lump sum amount determined under section 2 for each month ending after December 31, 2000 and ending prior to the date benefits are actually paid.

    (2)    For payments in an annuity, interest, at a reasonable rate to be determined by the Plan Administrator, shall be added to each overdue payment in an amount equal to the sum of the products of each late payment times the interest rate for each month the payment was delayed measuring the delay from the later of January 1, 2001 or the date on which the payment was due (for example, March 1, 2001 for the February 2001 payment).

4.  **Death Before Payment of Special Retiree Supplemental Pension Benefit Begins**.

    (a)    **Death of Eligible Individual Before Annuity Starting Date**.

In the event that an Eligible Participant, Eligible Survivor Annuitant or Eligible Alternate Payee dies before the Annuity Starting Date for the Special Retiree Supplemental Pension Benefit as defined in section 3, whether or not the eligible individual has returned a completed application and election form to the Benefit Administrator, the following death benefit will be payable:

    (i)    If the deceased individual is (1) an Eligible Participant who is unmarried on the date of his or her death, (2) an Eligible Survivor Annuitant, or (3) an Eligible

V00111

Alternate Payee, the lump sum amount otherwise calculated for the eligible individual pursuant to section 2 shall be paid to the eligible individual's estate as soon as administratively practicable following the eligible individual's death.

(ii)    If the deceased individual is an Eligible Participant who is married on the date of his or her death, the actuarial equivalent (as determined under section 5) of the lump sum amount to which the Eligible Participant was entitled pursuant to section 2 shall be paid to the Eligible Participant's spouse as soon as administratively practicable following the Participant's death. Payment to the spouse shall be made as described in section 3 as if the spouse were an Eligible Survivor Annuitant.

(b)    **Death of Eligible Individual On or After Annuity Starting Date.**

In the event that an Eligible Participant, Eligible Survivor Annuitant or Eligible Alternate Payee dies on or after the Annuity Starting Date for the Special Retiree Supplemental Pension Benefit as defined in section 3 and before payment of such Benefit actually begins, the following benefits will be paid:

(i)    If the deceased individual had returned a properly completed application and election form to the Benefit Administrator prior to his or her death, payments will be made in accordance with the eligible individual's election.

(ii)    If the deceased individual is not described in (i), benefits shall be paid as described in section 4(a) as if death had occurred before the Annuity Starting Date as defined in section 3.

(c)    **Payment Delays.**

Interest shall be credited for payments under this section 4 made or beginning to be made after January 1, 2001 in the manner described in section 3.

5.    **For Purposes of the Special Retiree Supplemental Pension Benefit:**

(a)    **Single Life Annuity.**

The Special Retiree Supplemental Pension Benefit lump sum amount determined under section 2 shall be converted to an immediate single life annuity (level annuity) payable in arrears using (i) the average annual interest rate on 30-year Treasury securities for the second month preceding the calendar year in which the Annuity Starting Date defined in section 3 occurs (in this case, the rate for November 1999); and (ii) the GAM '83 50/50. For purposes of this conversion, the age of the eligible individual shall be determined in years and completed months as of the Annuity Starting Date (as defined in section 3).

(b)    **Joint and Survivor Annuity.**

An eligible individual's Special Retiree Supplemental Pension Benefit shall be converted to an immediate joint and survivor annuity by multiplying the single life annuity amount determined under (a) by a factor from the applicable table which is attached hereto as "Table II." For purposes of applying the tables, ages, in completed years, shall be determined on the Annuity Starting Date (as defined in section 3).

Table I... Exhibit VI

## Special Retiree Lump Sum
## $2,500 Minimum and $20,000 Maximum

Values are indexed by **Annual Pension Amount** (range: lower / upper) across the top, and **Years in Retirement** (0.0 – 20.0) down the side. The entry at Years in Retirement 0.0 carries the label "4.0" and the entry at 20.0 carries the label "99.0".

| Annual Pension Amount | 0.0 | 5.0 | 5.5 | 6.0 | 6.5 | 7.0 | 7.5 | 8.0 | 8.5 | 9.0 | 9.5 | 10.0 | 10.5 | 11.0 | 11.5 | 12.0 | 12.5 | 13.0 | 13.5 | 14.0 | 14.5 | 15.0 | 15.5 | 16.0 | 16.5 | 17.0 | 17.5 | 18.0 | 18.5 | 19.0 | 19.5 | 20.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 / 4,999 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,550 | $2,600 | $2,600 | $2,750 | $2,900 | $3,000 | $3,100 | $3,250 | $3,400 | $3,550 | $3,700 | $3,850 | $3,950 | $4,000 |
| 5,000 / 5,499 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,550 | $2,650 | $2,750 | $2,950 | $3,100 | $3,250 | $3,400 | $3,600 | $3,800 | $4,000 | $4,200 | $4,400 | $4,600 | $4,700 | $4,800 | $4,800 |
| 5,500 / 5,999 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,550 | $2,650 | $2,800 | $2,950 | $3,100 | $3,250 | $3,400 | $3,550 | $3,700 | $3,850 | $4,000 | $4,200 | $4,400 | $4,600 | $4,800 | $4,950 | $5,300 | $5,500 |
| 6,000 / 6,499 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,650 | $2,800 | $2,950 | $3,100 | $3,250 | $3,400 | $3,600 | $3,800 | $4,000 | $4,200 | $4,350 | $4,500 | $4,700 | $4,900 | $5,100 | $5,300 | $5,550 | $5,800 | $6,200 |
| 6,500 / 6,999 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,600 | $2,700 | $2,850 | $3,000 | $3,150 | $3,300 | $3,500 | $3,700 | $3,900 | $4,100 | $4,300 | $4,550 | $4,700 | $4,900 | $5,100 | $5,300 | $5,500 | $5,700 | $6,200 | $6,700 |
| 7,000 / 7,499 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,700 | $2,900 | $3,050 | $3,250 | $3,400 | $3,600 | $3,800 | $4,100 | $4,300 | $4,550 | $4,800 | $5,000 | $5,200 | $5,450 | $5,700 | $5,950 | $6,100 | $6,350 | $6,600 | $7,100 |
| 7,500 / 7,999 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,600 | $2,700 | $2,900 | $3,100 | $3,250 | $3,400 | $3,600 | $3,800 | $4,000 | $4,300 | $4,550 | $4,850 | $5,100 | $5,300 | $5,500 | $5,750 | $6,000 | $6,250 | $6,500 | $6,750 | $7,000 | $7,600 |
| 8,000 / 8,499 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,700 | $2,900 | $3,000 | $3,200 | $3,400 | $3,600 | $3,800 | $4,000 | $4,250 | $4,500 | $4,700 | $4,900 | $5,150 | $5,400 | $5,600 | $5,800 | $6,100 | $6,400 | $6,650 | $6,900 | $7,200 | $7,500 | $7,750 | $8,000 |
| 8,500 / 8,999 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,600 | $2,700 | $2,850 | $3,000 | $3,200 | $3,400 | $3,600 | $3,800 | $4,050 | $4,300 | $4,500 | $4,700 | $4,950 | $5,200 | $5,450 | $5,700 | $5,950 | $6,200 | $6,450 | $6,650 | $7,000 | $7,300 | $7,600 | $7,900 | $8,200 | $8,500 |
| 9,000 / 9,499 | $0 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,650 | $2,800 | $3,000 | $3,200 | $3,400 | $3,600 | $3,850 | $4,100 | $4,300 | $4,500 | $4,750 | $5,000 | $5,250 | $5,500 | $5,750 | $6,000 | $6,300 | $6,600 | $6,900 | $7,200 | $7,500 | $7,800 | $8,100 | $8,400 | $8,750 | $9,100 |
| 9,500 / 9,999 | $0 | $2,500 | $2,500 | $2,500 | $2,600 | $2,650 | $2,800 | $3,000 | $3,200 | $3,400 | $3,650 | $3,900 | $4,100 | $4,300 | $4,550 | $4,800 | $5,050 | $5,300 | $5,600 | $5,900 | $6,150 | $6,400 | $6,700 | $7,000 | $7,300 | $7,600 | $7,950 | $8,300 | $8,600 | $8,900 | $9,250 | $9,600 |
| 10,000 / 10,499 | $0 | $2,500 | $2,500 | $2,500 | $2,650 | $2,800 | $3,000 | $3,200 | $3,400 | $3,600 | $3,850 | $4,100 | $4,350 | $4,600 | $4,850 | $5,100 | $5,350 | $5,600 | $5,900 | $6,200 | $6,500 | $6,800 | $7,100 | $7,400 | $7,750 | $8,100 | $8,400 | $8,700 | $9,050 | $9,400 | $9,800 | $10,200 |
| 10,500 / 10,999 | $0 | $2,500 | $2,500 | $2,500 | $2,700 | $2,900 | $3,100 | $3,400 | $3,600 | $3,800 | $4,050 | $4,350 | $4,700 | $4,950 | $5,300 | $5,600 | $5,900 | $6,200 | $6,500 | $6,850 | $7,100 | $7,500 | $7,800 | $8,150 | $8,500 | $8,850 | $9,200 | $9,600 | $10,000 | $10,400 | $10,800 | $10,800 |
| 11,000 / 11,499 | $0 | $2,500 | $2,550 | $2,600 | $2,850 | $3,100 | $3,300 | $3,500 | $3,750 | $4,000 | $4,300 | $4,600 | $4,850 | $5,100 | $5,400 | $5,700 | $6,000 | $6,300 | $6,600 | $6,900 | $7,250 | $7,600 | $7,900 | $8,200 | $8,600 | $9,000 | $9,350 | $9,700 | $10,100 | $10,500 | $10,900 | $11,300 |
| 11,500 / 11,999 | $0 | $2,500 | $2,600 | $2,700 | $2,950 | $3,200 | $3,450 | $3,700 | $3,950 | $4,200 | $4,500 | $4,800 | $5,100 | $5,400 | $5,700 | $6,000 | $6,300 | $6,600 | $6,900 | $7,200 | $7,550 | $7,900 | $8,300 | $8,700 | $9,050 | $9,400 | $9,800 | $10,200 | $10,600 | $11,000 | $11,450 | $11,900 |
| 12,000 / 12,499 | $0 | $2,500 | $2,700 | $2,900 | $3,150 | $3,400 | $3,650 | $3,900 | $4,150 | $4,400 | $4,700 | $5,000 | $5,300 | $5,600 | $5,900 | $6,200 | $6,550 | $6,900 | $7,250 | $7,600 | $8,000 | $8,300 | $8,700 | $9,100 | $9,500 | $9,900 | $10,300 | $10,700 | $11,100 | $11,500 | $12,000 | $12,500 |

V00113

Table I (cont.) Exhibit VI

## Special Retiree Lump Sum
### $2,500 Minimum and $20,000 Maximum

| Years in Retirement | | Annual Pension Amount | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12,500–12,999 | 13,000–13,499 | 13,500–13,999 | 14,000–14,499 | 14,500–14,999 | 15,000–15,499 | 15,500–15,999 | 16,000–16,499 | 16,500–16,999 | 17,000–17,499 | 17,500–17,999 | 18,000–18,499 | 18,500–18,999 | 19,000–19,499 | 19,500–19,999 | 20,000–99,999 |
| 0.0 | 4.0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 5.0 | | $2,500 | $2,600 | $2,700 | $2,800 | $2,900 | $3,000 | $3,100 | $3,300 | $3,400 | $3,600 | $3,800 | $4,100 | $4,400 | $4,800 | $5,200 | $5,700 |
| 5.5 | | $2,750 | $2,850 | $3,000 | $3,100 | $3,200 | $3,300 | $3,450 | $3,600 | $3,750 | $3,950 | $4,200 | $4,500 | $4,850 | $5,300 | $5,750 | $6,250 |
| 6.0 | | $3,000 | $3,100 | $3,300 | $3,400 | $3,500 | $3,600 | $3,800 | $3,900 | $4,100 | $4,300 | $4,600 | $4,900 | $5,300 | $5,800 | $6,300 | $6,800 |
| 6.5 | | $3,250 | $3,400 | $3,550 | $3,700 | $3,800 | $3,950 | $4,100 | $4,250 | $4,450 | $4,700 | $5,000 | $5,350 | $5,800 | $6,300 | $6,850 | $7,400 |
| 7.0 | | $3,500 | $3,700 | $3,800 | $4,000 | $4,100 | $4,300 | $4,400 | $4,600 | $4,800 | $5,100 | $5,400 | $5,800 | $6,250 | $6,800 | $7,400 | $8,000 |
| 7.5 | | $3,800 | $3,950 | $4,100 | $4,300 | $4,450 | $4,600 | $4,750 | $4,950 | $5,150 | $5,500 | $5,850 | $6,250 | $6,750 | $7,300 | $7,950 | $8,650 |
| 8.0 | | $4,100 | $4,200 | $4,400 | $4,600 | $4,800 | $4,900 | $5,100 | $5,300 | $5,500 | $5,900 | $6,300 | $6,700 | $7,200 | $7,800 | $8,500 | $9,300 |
| 8.5 | | $4,350 | $4,500 | $4,700 | $4,900 | $5,100 | $5,250 | $5,450 | $5,650 | $5,900 | $6,300 | $6,700 | $7,150 | $7,700 | $8,400 | $9,100 | $9,950 |
| 9.0 | | $4,600 | $4,800 | $5,000 | $5,200 | $5,400 | $5,600 | $5,800 | $6,000 | $6,300 | $6,700 | $7,100 | $7,600 | $8,200 | $9,000 | $9,700 | $10,600 |
| 9.5 | | $4,900 | $5,150 | $5,350 | $5,550 | $5,750 | $5,950 | $6,200 | $6,400 | $6,700 | $7,150 | $7,600 | $8,100 | $8,700 | $9,550 | $10,350 | $11,250 |
| 10.0 | | $5,200 | $5,500 | $5,700 | $5,900 | $6,100 | $6,400 | $6,600 | $6,800 | $7,150 | $7,600 | $8,050 | $8,700 | $9,300 | $10,100 | $11,000 | $11,900 |
| 10.5 | | $5,550 | $5,800 | $6,050 | $6,250 | $6,500 | $6,750 | $7,000 | $7,200 | $7,550 | $8,000 | $8,550 | $9,200 | $9,900 | $10,700 | $11,650 | $12,650 |
| 11.0 | | $5,900 | $6,100 | $6,400 | $6,600 | $6,900 | $7,100 | $7,400 | $7,600 | $8,000 | $8,500 | $9,000 | $9,700 | $10,500 | $11,300 | $12,300 | $13,400 |
| 11.5 | | $6,200 | $6,450 | $6,750 | $7,000 | $7,300 | $7,500 | $7,800 | $8,050 | $8,450 | $8,950 | $9,500 | $10,250 | $11,050 | $11,950 | $13,000 | $14,150 |
| 12.0 | | $6,500 | $6,800 | $7,100 | $7,400 | $7,700 | $7,900 | $8,200 | $8,500 | $8,900 | $9,400 | $10,000 | $10,800 | $11,600 | $12,600 | $13,700 | $14,900 |
| 12.5 | | $6,850 | $7,150 | $7,450 | $7,750 | $8,100 | $8,350 | $8,650 | $8,950 | $9,350 | $9,900 | $10,550 | $11,350 | $12,250 | $13,250 | $14,400 | $15,650 |
| 13.0 | | $7,200 | $7,500 | $7,800 | $8,100 | $8,500 | $8,800 | $9,100 | $9,400 | $9,800 | $10,400 | $11,100 | $11,900 | $12,900 | $13,900 | $15,100 | $16,400 |
| 13.5 | | $7,550 | $7,900 | $8,200 | $8,550 | $8,900 | $9,250 | $9,550 | $9,850 | $10,300 | $10,900 | $11,650 | $12,500 | $13,500 | $14,600 | $15,850 | $17,250 |
| 14.0 | | $7,900 | $8,300 | $8,600 | $9,000 | $9,300 | $9,700 | $10,000 | $10,300 | $10,800 | $11,400 | $12,200 | $13,100 | $14,100 | $15,300 | $16,600 | $18,100 |
| 14.5 | | $8,300 | $8,700 | $9,000 | $9,400 | $9,750 | $10,150 | $10,450 | $10,800 | $11,350 | $11,950 | $12,800 | $13,700 | $14,800 | $16,050 | $17,400 | $18,950 |
| 15.0 | | $8,700 | $9,100 | $9,400 | $9,800 | $10,200 | $10,600 | $10,900 | $11,350 | $11,850 | $12,500 | $13,400 | $14,300 | $15,500 | $16,800 | $18,300 | $19,800 |
| 15.5 | | $9,100 | $9,400 | $9,850 | $10,250 | $10,650 | $11,050 | $11,400 | $11,900 | $12,400 | $13,100 | $14,000 | $15,000 | $16,200 | $17,550 | $19,050 | $20,000 |
| 16.0 | | $9,500 | $9,900 | $10,250 | $10,700 | $11,100 | $11,500 | $11,850 | $12,400 | $12,900 | $13,700 | $14,600 | $15,700 | $16,950 | $18,300 | $19,900 | $20,000 |
| 16.5 | | $9,900 | $10,300 | $10,700 | $11,150 | $11,600 | $12,000 | $12,450 | $12,900 | $13,500 | $14,300 | $15,250 | $16,350 | $17,650 | $19,100 | $20,000 | $20,000 |
| 17.0 | | $10,300 | $10,750 | $11,200 | $11,600 | $12,000 | $12,500 | $13,000 | $13,500 | $14,100 | $14,900 | $15,900 | $17,000 | $18,400 | $19,900 | $20,000 | $20,000 |
| 17.5 | | $10,750 | $11,200 | $11,650 | $12,100 | $12,600 | $13,000 | $13,500 | $14,100 | $14,650 | $15,700 | $16,550 | $17,750 | $19,150 | $20,000 | $20,000 | $20,000 |
| 18.0 | | $11,200 | $11,650 | $12,100 | $12,600 | $13,100 | $13,600 | $14,100 | $14,600 | $15,200 | $16,200 | $17,200 | $18,500 | $19,900 | $20,000 | $20,000 | $20,000 |
| 18.5 | | $11,650 | $12,150 | $12,600 | $13,100 | $13,650 | $14,150 | $14,650 | $15,200 | $15,900 | $16,750 | $17,900 | $19,200 | $20,000 | $20,000 | $20,000 | $20,000 |
| 19.0 | | $12,100 | $12,600 | $13,100 | $13,650 | $14,200 | $14,700 | $15,200 | $15,900 | $16,600 | $17,400 | $18,600 | $19,900 | $20,000 | $20,000 | $20,000 | $20,000 |
| 19.5 | | $12,550 | $13,100 | $13,650 | $14,200 | $14,750 | $15,300 | $15,800 | $16,500 | $17,150 | $18,100 | $19,300 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 |
| 20.0 | 99.0 | $13,000 | $13,600 | $14,200 | $14,700 | $15,300 | $15,900 | $16,400 | $17,000 | $17,800 | $18,800 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 |

106

Table II for Exhibit VI
Optional Factors for the Special Retiree Supplemental Pension Benefit

**50% Joint and Survivor Pop-up Annuity Option Factors**

To determine the amount payable during the Participant's lifetime in a 50% Pop-up Joint and Survivor form, reduce the Single Life Annuity amount by the applicable factor below.

| | Whole Years By Which Beneficiary's Age is Greater (+) or Less (-) Than Participant' Age | | | | |
|---|---|---|---|---|---|
| Participant's Age | +(15 or more) Older | +(6 to 14) Older | +(5) Older to -(5) Younger | -(6 to 14) Younger | -(15 or more) Younger |
| 55-64 | 1.00% | 3.00% | 5.00% | 7.00% | 9.00% |
| 65-74 | 2.00% | 5.00% | 8.00% | 12.00% | 15.00% |
| 75-84 | 6.00% | 8.00% | 13.00% | 19.00% | 24.00% |
| 85-94 | 15.00% | 15.00% | 18.00% | 27.00% | 33.00% |
| 95+ | 30.00% | 30.00% | 30.00% | 33.00% | 42.00% |

**50% Joint and Survivor Annuity Option Factors**

To determine the amount payable during the Participant's lifetime in a 50% Joint and Survivor form, reduce the Single Life Annuity amount by the applicable factor below.

| | Whole Years By Which Beneficiary's Age is Greater (+) or Less (-) Than Participant' Age | | | | |
|---|---|---|---|---|---|
| Participant's Age | +(15 or more) Older | +(6 to 14) Older | +(5) Older to -(5) Younger | -(6 to 14) Younger | -(15 or more) Younger |
| 55-64 | 0.50% | 2.00% | 4.00% | 6.00% | 8.00% |
| 65-74 | 0.50% | 3.00% | 6.00% | 11.00% | 14.00% |
| 75-84 | 3.00% | 4.00% | 9.00% | 17.00% | 22.00% |
| 85-94 | 9.00% | 9.00% | 12.00% | 22.00% | 31.00% |
| 95+ | 23.00% | 23.00% | 23.00% | 28.00% | 39.00% |

Interest rate: 6.15%
Mortality: 83GATT

107

V00115

**Table 1 Pension Band Amounts**

| Pension Band | Pension Band Amount Effective July 1, 1998* | Pension Band Amount Effective October 1, 1998 | Pension Band Amount Effective July 1, 2000 | Pension Band Amount Effective July 1, 2001 | Pension Band Amount Effective July 1, 2002 | Pension Band Amount Effective July 1, 2003 |
|---|---|---|---|---|---|---|
| 101 | $24.83 | $26.07 | $29.98 | $31.48 | $33.05 | $34.37 |
| 102 | $25.88 | $27.17 | $31.25 | $32.81 | $34.45 | $35.83 |
| 103 | $26.95 | $28.30 | $32.55 | $34.18 | $35.89 | $37.33 |
| 104 | $27.98 | $29.38 | $33.79 | $35.48 | $37.25 | $38.74 |
| 105 | $29.03 | $30.48 | $35.05 | $36.80 | $38.64 | $40.19 |
| 106 | $30.07 | $31.57 | $36.31 | $38.13 | $40.04 | $41.64 |
| 107 | $31.14 | $32.70 | $37.61 | $39.49 | $41.46 | $43.12 |
| 108 | $32.20 | $33.81 | $38.88 | $40.82 | $42.86 | $44.57 |
| 109 | $33.25 | $34.91 | $40.15 | $42.16 | $44.27 | $46.04 |
| 110 | $34.28 | $35.99 | $41.39 | $43.46 | $45.63 | $47.46 |
| 111 | $35.33 | $37.10 | $42.67 | $44.80 | $47.04 | $48.92 |
| 112 | $36.39 | $38.21 | $43.94 | $46.14 | $48.45 | $50.39 |
| 113 | $37.43 | $39.30 | $45.20 | $47.46 | $49.83 | $51.82 |
| 114 | $38.48 | $40.40 | $46.46 | $48.78 | $51.22 | $53.27 |
| 115 | $39.51 | $41.49 | $47.71 | $50.10 | $52.61 | $54.71 |
| 116 | $40.58 | $42.61 | $49.00 | $51.45 | $54.02 | $56.18 |
| 117 | $41.62 | $43.70 | $50.26 | $52.77 | $55.41 | $57.63 |
| 118 | $42.67 | $44.80 | $51.52 | $54.10 | $56.81 | $59.08 |
| 119 | $43.71 | $45.90 | $52.79 | $55.43 | $58.20 | $60.53 |
| 120 | $44.77 | $47.01 | $54.06 | $56.76 | $59.60 | $61.98 |
| 121 | $45.80 | $48.09 | $55.30 | $58.07 | $60.97 | $63.41 |
| 122 | $46.87 | $49.21 | $56.59 | $59.42 | $62.39 | $64.89 |
| 123 | $47.90 | $50.30 | $57.85 | $60.74 | $63.78 | $66.33 |
| 124 | $48.94 | $51.39 | $59.10 | $62.06 | $65.16 | $67.77 |
| 125 | $50.00 | $52.50 | $60.38 | $63.40 | $66.57 | $69.23 |
| 126 | $51.05 | $53.60 | $61.64 | $64.72 | $67.96 | $70.68 |
| 127 | $52.10 | $54.71 | $62.92 | $66.07 | $69.37 | $72.14 |
| 128 | $53.15 | $55.81 | $64.18 | $67.39 | $70.76 | $73.59 |
| 129 | $54.19 | $56.90 | $65.44 | $68.71 | $72.15 | $75.04 |
| 130 | $55.24 | $58.00 | $66.70 | $70.04 | $73.54 | $76.48 |
| 131 | $56.31 | $59.13 | $68.00 | $71.40 | $74.97 | $77.97 |
| 132 | $57.34 | $60.21 | $69.24 | $72.70 | $76.34 | $79.39 |
| 133 | $58.39 | $61.31 | $70.51 | $74.04 | $77.74 | $80.85 |
| 134 | $59.45 | $62.42 | $71.78 | $75.37 | $79.14 | $82.31 |
| 135 | $60.47 | $63.49 | $73.01 | $76.66 | $80.49 | $83.71 |

Effective August 8, 1998 for IBEW-New England Employees.

V00116

Table 2

**Early Retirement Factors Based Upon Completed Years and Months of Age At Commencement of Deferred Vested Pension Paid as Single Life Annuity**

| Completed Years of Age | Completed Months of Age | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 50 | .24 | .24 | .24 | .25 | .25 | .25 | .25 | .25 | .25 | .26 | .26 | .26 |
| 51 | .26 | .26 | .26 | .27 | .27 | .27 | .27 | .27 | .27 | .28 | .28 | .28 |
| 52 | .28 | .28 | .29 | .29 | .29 | .29 | .30 | .30 | .30 | .30 | .31 | .31 |
| 53 | .31 | .31 | .32 | .32 | .32 | .32 | .33 | .33 | .33 | .33 | .34 | .34 |
| 54 | .34 | .34 | .35 | .35 | .35 | .35 | .36 | .36 | .36 | .36 | .37 | .37 |
| 55 | .37 | .37 | .38 | .38 | .38 | .38 | .39 | .39 | .39 | .39 | .40 | .40 |
| 56 | .40 | .40 | .41 | .41 | .41 | .42 | .42 | .42 | .43 | .43 | .43 | .44 |
| 57 | .44 | .44 | .45 | .45 | .45 | .46 | .46 | .46 | .47 | .47 | .47 | .48 |
| 58 | .48 | .48 | .49 | .49 | .50 | .50 | .51 | .51 | .51 | .52 | .52 | .53 |
| 59 | .53 | .53 | .54 | .54 | .55 | .55 | .56 | .56 | .56 | .57 | .57 | .58 |
| 60 | .58 | .59 | .59 | .60 | .60 | .61 | .62 | .62 | .63 | .63 | .64 | .64 |
| 61 | .65 | .66 | .66 | .67 | .67 | .68 | .69 | .69 | .70 | .70 | .71 | .71 |
| 62 | .72 | .73 | .73 | .74 | .75 | .75 | .76 | .77 | .77 | .78 | .79 | .79 |
| 63 | .80 | .81 | .82 | .82 | .83 | .84 | .85 | .85 | .86 | .87 | .88 | .88 |
| 64 | .89 | .90 | .91 | .92 | .93 | .94 | .95 | .95 | .96 | .97 | .98 | .99 |
| 65 | 1.00 | | | | | | | | | | | |

V00117

Table 2A

### Early Commencement Reduction Factors for Deferred Vested Pensions
### For Window-Eligible Employees with Annuity Starting Dates Prior to Age 50
Based Upon Completed Years and Months of Age
On Annuity Starting Date of Deferred Vested Pension

| Completed Years of Age | Months in Excess of Years | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 20 | 0.022 | 0.022 | 0.022 | 0.023 | 0.023 | 0.023 | 0.023 | 0.023 | 0.023 | 0.023 | 0.024 | 0.024 |
| 21 | 0.024 | 0.024 | 0.024 | 0.025 | 0.025 | 0.025 | 0.025 | 0.025 | 0.025 | 0.025 | 0.026 | 0.026 |
| 22 | 0.026 | 0.026 | 0.026 | 0.026 | 0.027 | 0.027 | 0.027 | 0.027 | 0.027 | 0.027 | 0.028 | 0.028 |
| 23 | 0.028 | 0.028 | 0.028 | 0.028 | 0.029 | 0.029 | 0.029 | 0.029 | 0.029 | 0.030 | 0.030 | 0.030 |
| 24 | 0.030 | 0.030 | 0.031 | 0.031 | 0.031 | 0.031 | 0.031 | 0.032 | 0.032 | 0.032 | 0.032 | 0.032 |
| 25 | 0.033 | 0.033 | 0.033 | 0.033 | 0.033 | 0.033 | 0.034 | 0.034 | 0.034 | 0.034 | 0.035 | 0.035 |
| 26 | 0.035 | 0.035 | 0.036 | 0.036 | 0.036 | 0.036 | 0.037 | 0.037 | 0.037 | 0.037 | 0.037 | 0.038 |
| 27 | 0.038 | 0.038 | 0.038 | 0.039 | 0.039 | 0.039 | 0.039 | 0.040 | 0.040 | 0.040 | 0.040 | 0.041 |
| 28 | 0.041 | 0.041 | 0.042 | 0.042 | 0.042 | 0.042 | 0.043 | 0.043 | 0.043 | 0.043 | 0.044 | 0.044 |
| 29 | 0.044 | 0.045 | 0.045 | 0.045 | 0.045 | 0.046 | 0.046 | 0.046 | 0.047 | 0.047 | 0.047 | 0.048 |
| 30 | 0.048 | 0.048 | 0.048 | 0.049 | 0.049 | 0.049 | 0.050 | 0.050 | 0.050 | 0.051 | 0.051 | 0.051 |
| 31 | 0.052 | 0.052 | 0.052 | 0.053 | 0.053 | 0.053 | 0.054 | 0.054 | 0.055 | 0.055 | 0.055 | 0.056 |
| 32 | 0.056 | 0.056 | 0.057 | 0.057 | 0.057 | 0.058 | 0.058 | 0.059 | 0.059 | 0.059 | 0.060 | 0.060 |
| 33 | 0.060 | 0.061 | 0.061 | 0.062 | 0.062 | 0.063 | 0.063 | 0.063 | 0.064 | 0.064 | 0.065 | 0.065 |
| 34 | 0.065 | 0.066 | 0.066 | 0.067 | 0.067 | 0.068 | 0.068 | 0.069 | 0.069 | 0.069 | 0.070 | 0.070 |
| 35 | 0.071 | 0.071 | 0.072 | 0.072 | 0.073 | 0.073 | 0.074 | 0.074 | 0.075 | 0.075 | 0.076 | 0.076 |
| 36 | 0.077 | 0.077 | 0.078 | 0.078 | 0.079 | 0.079 | 0.080 | 0.080 | 0.081 | 0.081 | 0.082 | 0.082 |
| 37 | 0.083 | 0.083 | 0.084 | 0.085 | 0.085 | 0.086 | 0.086 | 0.087 | 0.087 | 0.088 | 0.089 | 0.089 |
| 38 | 0.090 | 0.090 | 0.091 | 0.092 | 0.092 | 0.093 | 0.093 | 0.094 | 0.095 | 0.095 | 0.096 | 0.097 |
| 39 | 0.097 | 0.098 | 0.099 | 0.099 | 0.100 | 0.101 | 0.101 | 0.102 | 0.103 | 0.103 | 0.104 | 0.105 |
| 40 | 0.105 | 0.106 | 0.107 | 0.108 | 0.108 | 0.109 | 0.110 | 0.111 | 0.111 | 0.112 | 0.113 | 0.113 |
| 41 | 0.114 | 0.115 | 0.116 | 0.117 | 0.117 | 0.118 | 0.119 | 0.120 | 0.121 | 0.121 | 0.122 | 0.123 |
| 42 | 0.124 | 0.125 | 0.126 | 0.127 | 0.127 | 0.128 | 0.129 | 0.130 | 0.131 | 0.132 | 0.133 | 0.134 |
| 43 | 0.134 | 0.135 | 0.136 | 0.137 | 0.138 | 0.139 | 0.140 | 0.141 | 0.142 | 0.143 | 0.144 | 0.145 |
| 44 | 0.146 | 0.147 | 0.148 | 0.149 | 0.150 | 0.151 | 0.152 | 0.153 | 0.154 | 0.155 | 0.156 | 0.157 |
| 45 | 0.159 | 0.160 | 0.161 | 0.162 | 0.163 | 0.164 | 0.165 | 0.167 | 0.168 | 0.169 | 0.170 | 0.171 |
| 46 | 0.172 | 0.174 | 0.175 | 0.176 | 0.177 | 0.179 | 0.180 | 0.181 | 0.182 | 0.184 | 0.185 | 0.186 |
| 47 | 0.187 | 0.189 | 0.190 | 0.191 | 0.193 | 0.194 | 0.196 | 0.197 | 0.198 | 0.200 | 0.201 | 0.202 |
| 48 | 0.204 | 0.205 | 0.207 | 0.208 | 0.210 | 0.211 | 0.213 | 0.214 | 0.216 | 0.217 | 0.219 | 0.220 |
| 49 | 0.222 | 0.224 | 0.225 | 0.227 | 0.229 | 0.230 | 0.232 | 0.234 | 0.235 | 0.237 | 0.239 | 0.240 |

V00118

Table 3

**Early Retirement Factors Based Upon Completed Years and Months of Age At Commencement of Deferred Vested Pension Paid as Qualifying 50-Percent Joint and Survivor Annuity (Applicable Only For Separation From Service Dates Prior to May , 1994 or, in the case of IBEW-New England Employees, prior to August 5, 1994)**

| Completed Years of Age | Completed Months of Age | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 50 | .20 | .20 | .20 | .20 | .21 | .21 | .21 | .21 | .21 | .22 | .22 | .22 |
| 51 | .22 | .22 | .22 | .22 | .23 | .23 | .23 | .23 | .23 | .24 | .24 | .24 |
| 52 | .24 | .24 | .24 | .24 | .25 | .25 | .25 | .25 | .25 | .26 | .26 | .26 |
| 53 | .26 | .26 | .26 | .27 | .27 | .27 | .28 | .28 | .28 | .28 | .29 | .29 |
| 54 | .29 | .29 | .30 | .30 | .30 | .30 | .31 | .31 | .31 | .31 | .32 | .32 |
| 55 | .32 | .32 | .32 | .33 | .33 | .33 | .33 | .33 | .33 | .34 | .34 | .34 |
| 56 | .34 | .34 | .35 | .35 | .35 | .35 | .36 | .36 | .36 | .36 | .37 | .37 |
| 57 | .37 | .37 | .38 | .38 | .38 | .39 | .39 | .39 | .40 | .40 | .40 | .41 |
| 58 | .41 | .41 | .42 | .42 | .42 | .43 | .43 | .43 | .44 | .44 | .44 | .45 |
| 59 | .45 | .45 | .46 | .46 | .46 | .47 | .47 | .47 | .48 | .48 | .48 | .49 |
| 60 | .49 | .50 | .50 | .51 | .51 | .52 | .52 | .53 | .53 | .54 | .54 | .55 |
| 61 | .55 | .56 | .56 | .57 | .57 | .58 | .58 | .59 | .59 | .60 | .60 | .61 |
| 62 | .61 | .62 | .62 | .63 | .63 | .64 | .65 | .65 | .66 | .66 | .67 | .67 |
| 63 | .68 | .69 | .69 | .70 | .71 | .71 | .72 | .73 | .73 | .74 | .75 | .75 |
| 64 | .76 | .77 | .78 | .78 | .79 | .80 | .81 | .81 | .82 | .83 | .84 | .84 |
| 65 | .85 | | | | | | | | | | | |

V00119

Table 4

To determine the amount payable during the Participant's lifetime in a Joint and Survivor Annuity form, reduce the Single Life Annuity amount by the applicable factor below.  This table is applicable to Beneficiaries described in Plan section .12(a)(1)(A).

| Whole Years By Which Beneficiary's Age Is Greater (+) Or Less (-) Than Participant's Age* | 50% Joint and Survivor Option | 75% Joint and Survivor Option | 100% Joint and Survivor Option |
|---|---|---|---|
| + (13 or more) Older | 4.00% | 6.00% | 8.00% |
| + (10 to 12) Older | 4.50% | 6.75% | 9.00% |
| + (7 to 9) Older | 5.00% | 7.50% | 10.00% |
| + (4 to 6) Older | 6.00% | 9.00% | 12.00% |
| + 3 Older to –3 Younger | 7.00% | 10.50% | 14.00% |
| - (4 to 6) Younger | 8.00% | 12.00% | 16.00% |
| - (7 to 9) Younger | 9.00% | 13.50% | 18.00% |
| - (10 to 12) Younger | 9.50% | 14.25% | 19.00% |
| - (13 or more) Younger | 10.00% | 15.00% | 20.00% |

Note: This table shall apply only in the case of pension benefits with Separation From Service dates after April 30, 1994 (or, in the case of IBEW-New England Employees, after August 4, 1994).

*        Age is age on last day of calendar year in which Annuity Starting Date occurs.

V00120

112

**Table 4A**

To determine the amount payable during the Participant's lifetime in a Joint and Survivor Annuity Form, reduce the Single Life Annuity amount by the applicable factor below.  This table is applicable to Beneficiaries other than those described in Plan section 2.12(a)(1)(A).

| Whole Years By Which Beneficiary's Age Is Greater (+) Or Less (-) Than Participant's Age* | 50% Joint and Survivor Option | 75% Joint and Survivor Option | 100% Joint and Survivor Option |
|---|---|---|---|
| + (13 or more) Older | 4.00% | 6.00% | 8.00% |
| + (10 to 12) Older | 4.50% | 6.75% | 9.00% |
| + (7 to 9) Older | 5.00% | 7.50% | 10.00% |
| + (4 to 6) Older | 6.00% | 9.00% | 12.00% |
| + 3 Older to –3 Younger | 7.00% | 10.50% | 14.00% |
| - (4 to 6) Younger | 8.00% | 12.00% | 16.00% |
| - (7 to 9) Younger | 9.00% | 13.50% | 18.00% |
| - (10 to 12) Younger | 9.50% | 14.25% | 19.00% |
| - (13 to 24) Younger | 10.00% | 15.00% | 20.00% |
| - (25 or more) Younger | 16.00% | N/A | N/A |

\*      Age is age on last day of calendar year in which Annuity Starting Date occurs.

V00121

113

Table 4B

To determine the amount payable during the Participant's lifetime in a Joint and Survivor Annuity Form, reduce the Single Life Annuity amount by the applicable factor below.  This table is applicable effective August 6, 2000 for purposes of determining pre-retirement death benefits under Article VII.

| Whole Years By Which Beneficiary's Age is Greater (+) or Less (-) Than Participant's Age* | 50% Joint and Survivor Annuity | 65% Joint and Survivor Annuity |
|---|---|---|
| + (13 or more) Older | N/A | 5.25% |
| + (10 to 12) Older | N/A | 5.75% |
| + (7 to 9) Older | N/A | 6.50% |
| + (4 to 6) Older | N/A | 7.75% |
| + 3 Older to –3 Younger | N/A | 9.00% |
| - (4 to 6) Younger | N/A | 10.50% |
| - (7 to 9) Younger | N/A | 11.75% |
| - (10 to 12) Younger | N/A | 12.25% |
| - (13 to 24) Younger | N/A | 13.00% |
| - (25 or more) Younger | 16.00% (Non-spouse only) | 20.75% (Spouse only) |

\*       Age is age on last day of calendar year in which Annuity Starting Date occurs.

V00122

114

Table 7

**To Establish the Present Value of a Benefit Under a Domestic Relations Order, Assume Interest For Each Applicable Year At The Following Rates**

| Calendar Year | Rate |
|---|---|
| 1985 | 8.25% |
| 1986 | 8.00 |
| 1987 | 7.75 |
| 1988 | 7.50 |
| 1989 | 7.25 |
| 1990 | 7.00 |
| 1991 | 6.75 |
| 1992 | 6.50 |
| 1993 | 6.25 |
| 1994 | 6.00 |
| 1995 | 5.75 |
| 1996 | 5.50 |
| 1997 | 5.50 |
| 1998 and later | 5.25 |

V00123

115

Table 8

**To Establish the Present Value of a Benefit Under a Domestic Relations Order, Assume a Mortality Risk For Each Applicable Age Equal to The Following Factors**

| Age | Mortality Factor | Age | Mortality Factor | Age | Mortality Factor |
|-----|------------------|-----|------------------|-----|------------------|
| 16 | 0.0006 | 46 | 0.0021 | 76 | 0.0424 |
| 17 | 0.0006 | 47 | 0.0023 | 77 | 0.0462 |
| 18 | 0.0006 | 48 | 0.0026 | 78 | 0.0504 |
| 19 | 0.0006 | 49 | 0.0028 | 79 | 0.0552 |
| 20 | 0.0006 | 50 | 0.0031 | 80 | 0.0600 |
| 21 | 0.0006 | 51 | 0.0033 | 81 | 0.0654 |
| 22 | 0.0006 | 52 | 0.0036 | 82 | 0.0720 |
| 23 | 0.0006 | 53 | 0.0038 | 83 | 0.0800 |
| 24 | 0.0006 | 54 | 0.0042 | 84 | 0.0888 |
| 25 | 0.0006 | 55 | 0.0047 | 85 | 0.1004 |
| 26 | 0.0006 | 56 | 0.0052 | 86 | 0.1110 |
| 27 | 0.0006 | 57 | 0.0057 | 87 | 0.1216 |
| 28 | 0.0006 | 58 | 0.0063 | 88 | 0.1330 |
| 29 | 0.0006 | 59 | 0.0070 | 89 | 0.1454 |
| 30 | 0.0006 | 60 | 0.0076 | 90 | 0.1582 |
| 31 | 0.0006 | 61 | 0.0083 | 91 | 0.1714 |
| 32 | 0.0006 | 62 | 0.0091 | 92 | 0.1858 |
| 33 | 0.0007 | 63 | 0.0098 | 93 | 0.2012 |
| 34 | 0.0007 | 64 | 0.0106 | 94 | 0.2174 |
| 35 | 0.0008 | 65 | 0.0156 | 95 | 0.2356 |
| 36 | 0.0008 | 66 | 0.0160 | 96 | 0.2550 |
| 37 | 0.0008 | 67 | 0.0174 | 97 | 0.2748 |
| 38 | 0.0010 | 68 | 0.0194 | 98 | 0.2956 |
| 39 | 0.0010 | 69 | 0.0208 | 99 | 0.3190 |
| 40 | 0.0011 | 70 | 0.0232 | 100 | 0.3444 |
| 41 | 0.0012 | 71 | 0.0256 | 101 | 0.3718 |
| 42 | 0.0013 | 72 | 0.0280 | 102 | 0.4024 |
| 43 | 0.0014 | 73 | 0.0314 | 103 | 0.4368 |
| 44 | 0.0016 | 74 | 0.0346 | 104 | 0.4764 |
| 45 | 0.0019 | 75 | 0.0380 | 105 | 0.5250 |
|  |  |  |  | 106 | 0.5798 |
|  |  |  |  | 107 | 0.6410 |
|  |  |  |  | 108 | 0.7146 |
|  |  |  |  | 109 | 0.8244 |
|  |  |  |  | 110 | 0.9990 |

V00124

SCHEDULE A:  PARTICIPATING COMPANIES

Bell Atlantic Yellow Pages Company (Verizon Yellow Pages Company effective July 1, 2000)

Empire City Subway Co. Ltd.

New England Telephone and Telegraph Company (Verizon New England Inc. effective July 1, 2000)

New York Telephone Company (Verizon New York Inc. effective July 1, 2000)

Telesector Resources Group, Inc

SCHEDULE B -- Commission Band Table  (No pro-ration is to be applied.)

| Average Monthly Commissions | Commission Band | | Average Monthly Commissions | Commission Band |
|---|---|---|---|---|
| 1,000 | 15.84 | | 3,500 | 47.51 |
| 1,050 | 16.47 | | 3,550 | 48.15 |
| 1,100 | 17.10 | | 3,600 | 48.78 |
| 1,150 | 17.74 | | 3,650 | 49.41 |
| 1,200 | 18.37 | | 3,700 | 50.05 |
| 1,250 | 19.01 | | 3,750 | 50.68 |
| 1,300 | 19.64 | | 3,800 | 51.31 |
| 1,350 | 20.27 | | 3,850 | 51.95 |
| 1,400 | 20.91 | | 3,900 | 52.58 |
| 1,450 | 21.54 | | 3,950 | 53.21 |
| 1,500 | 22.17 | | 4,000 | 53.85 |
| 1,550 | 22.81 | | 4,050 | 54.48 |
| 1,600 | 23.44 | | 4,100 | 55.11 |
| 1,650 | 24.07 | | 4,150 | 55.75 |
| 1,700 | 24.71 | | 4,200 | 56.38 |
| 1,750 | 25.34 | | 4,250 | 57.02 |
| 1,800 | 25.97 | | 4,300 | 57.65 |
| 1,850 | 26.61 | | 4,350 | 58.28 |
| 1,900 | 27.24 | | 4,400 | 58.92 |
| 1,950 | 27.87 | | 4,450 | 59.55 |
| 2,000 | 28.51 | | 4,500 | 60.18 |
| 2,050 | 29.14 | | 4,550 | 60.82 |
| 2,100 | 29.77 | | 4,600 | 61.45 |
| 2,150 | 30.41 | | 4,650 | 62.08 |
| 2,200 | 31.04 | | 4,700 | 62.72 |
| 2,250 | 31.68 | | 4,750 | 63.35 |
| 2,300 | 32.31 | | 4,800 | 63.98 |
| 2,350 | 32.94 | | 4,850 | 64.62 |
| 2,400 | 33.58 | | 4,900 | 65.25 |
| 2,450 | 34.21 | | 4,950 | 65.88 |
| 2,500 | 34.84 | | 5,000 | 66.52 |
| 2,550 | 35.48 | | 5,050 | 67.15 |
| 2,600 | 36.11 | | 5,100 | 67.78 |
| 2,650 | 36.74 | | 5,150 | 68.42 |
| 2,700 | 37.38 | | 5,200 | 69.05 |
| 2,750 | 38.01 | | 5,250 | 69.69 |
| 2,800 | 38.64 | | 5,300 | 70.32 |
| 2,850 | 39.28 | | 5,350 | 70.95 |
| 2,900 | 39.91 | | 5,400 | 71.59 |
| 2,950 | 40.54 | | 5,450 | 72.22 |
| 3,000 | 41.18 | | 5,500 | 72.85 |
| 3,050 | 41.81 | | 5,550 | 73.49 |
| 3,100 | 42.44 | | 5,600 | 74.12 |
| 3,150 | 43.08 | | 5,650 | 74.75 |
| 3,200 | 43.71 | | 5,700 | 75.39 |
| 3,250 | 44.35 | | 5,750 | 76.02 |
| 3,300 | 44.98 | | 5,800 | 76.65 |
| 3,350 | 45.61 | | 5,850 | 77.29 |
| 3,400 | 46.25 | | 5,900 | 77.92 |
| 3,450 | 46.88 | | 5,950 | 78.55 |

V00126

Commission Band Table (continued)

| Average Monthly Commissions | Commission Band | | Average Monthly Commissions | Commission Band |
|---|---|---|---|---|
| 6,000 | 79.19 | | 8,550 | 111.50 |
| 6,050 | 79.82 | | 8,600 | 112.13 |
| 6,100 | 80.45 | | 8,650 | 112.76 |
| 6,150 | 81.09 | | 8,700 | 113.40 |
| 6,200 | 81.72 | | 8,750 | 114.03 |
| 6,250 | 82.36 | | 8,800 | 114.66 |
| 6,300 | 82.99 | | 8,850 | 115.30 |
| 6,350 | 83.62 | | 8,900 | 115.93 |
| 6,400 | 84.26 | | 8,950 | 116.56 |
| 6,450 | 84.89 | | 9,000 | 117.20 |
| 6,500 | 85.52 | | 9,050 | 117.83 |
| 6,550 | 86.16 | | 9,100 | 118.46 |
| 6,600 | 86.79 | | 9,150 | 119.10 |
| 6,650 | 87.42 | | 9,200 | 119.73 |
| 6,700 | 88.06 | | 9,250 | 120.37 |
| 6,750 | 88.69 | | 9,300 | 121.00 |
| 6,800 | 89.32 | | 9,350 | 121.63 |
| 6,850 | 89.96 | | 9,400 | 122.27 |
| 6,900 | 90.59 | | 9,450 | 122.90 |
| 6,950 | 91.22 | | 9,500 | 123.53 |
| 7,000 | 91.86 | | 9,550 | 124.17 |
| 7,050 | 92.49 | | 9,600 | 124.80 |
| 7,100 | 93.12 | | 9,650 | 125.43 |
| 7,150 | 93.76 | | 9,700 | 126.07 |
| 7,200 | 94.39 | | 9,750 | 126.70 |
| 7,250 | 95.03 | | 9,800 | 127.33 |
| 7,300 | 95.66 | | 9,850 | 127.97 |
| 7,350 | 96.29 | | 9,900 | 128.60 |
| 7,400 | 96.93 | | 9,950 | 129.23 |
| 7,450 | 97.56 | | 10,000 | 129.87 |
| 7,500 | 98.19 | | 10,050 | 130.50 |
| 7,550 | 98.83 | | 10,100 | 131.13 |
| 7,600 | 99.46 | | 10,150 | 131.77 |
| 7,650 | 100.09 | | 10,200 | 132.40 |
| 7,700 | 100.73 | | 10,250 | 133.04 |
| 7,750 | 101.36 | | 10,300 | 133.67 |
| 7,800 | 101.99 | | 10,350 | 134.30 |
| 7,850 | 102.63 | | 10,400 | 134.94 |
| 7,900 | 103.26 | | 10,450 | 135.57 |
| 7,950 | 103.89 | | 10,500 | 136.20 |
| 8,000 | 104.53 | | 10,550 | 136.84 |
| 8,050 | 105.16 | | 10,600 | 137.47 |
| 8,100 | 105.79 | | 10,650 | 138.10 |
| 8,150 | 106.43 | | 10,700 | 138.74 |
| 8,200 | 107.06 | | 10,750 | 139.37 |
| 8,250 | 107.70 | | 10,800 | 140.00 |
| 8,300 | 108.33 | | 10,850 | 140.64 |
| 8,350 | 108.96 | | 10,900 | 141.27 |
| 8,400 | 109.60 | | 10,950 | 141.90 |
| 8,450 | 110.23 | | 11,000 | 142.54 |
| 8,500 | 110.86 | | 11,050 | 143.17 |

V00127

Commission Band Table (continued)

| Average Monthly Commissions | Commission Band | | Average Monthly Commissions | Commission Band |
|---|---|---|---|---|
| 11,100 | 143.80 | | 13,650 | 176.11 |
| 11,150 | 144.44 | | 13,700 | 176.75 |
| 11,200 | 145.07 | | 13,750 | 177.38 |
| 11,250 | 145.71 | | 13,800 | 178.01 |
| 11,300 | 146.34 | | 13,850 | 178.65 |
| 11,350 | 146.97 | | 13,900 | 179.28 |
| 11,400 | 147.61 | | 13,950 | 179.91 |
| 11,450 | 148.24 | | 14,000 | 180.55 |
| 11,500 | 148.87 | | 14,050 | 181.18 |
| 11,550 | 149.51 | | 14,100 | 181.81 |
| 11,600 | 150.14 | | 14,150 | 182.45 |
| 11,650 | 150.77 | | 14,200 | 183.08 |
| 11,700 | 151.41 | | 14,250 | 183.72 |
| 11,750 | 152.04 | | 14,300 | 184.35 |
| 11,800 | 152.67 | | 14,350 | 184.98 |
| 11,850 | 153.31 | | 14,400 | 185.62 |
| 11,900 | 153.94 | | 14,450 | 186.25 |
| 11,950 | 154.57 | | 14,500 | 186.88 |
| 12,000 | 155.21 | | 14,550 | 187.52 |
| 12,050 | 155.84 | | 14,600 | 188.15 |
| 12,100 | 156.47 | | 14,650 | 188.78 |
| 12,150 | 157.11 | | 14,700 | 189.42 |
| 12,200 | 157.74 | | 14,750 | 190.05 |
| 12,250 | 158.38 | | 14,800 | 190.68 |
| 12,300 | 159.01 | | 14,850 | 191.32 |
| 12,350 | 159.64 | | 14,900 | 191.95 |
| 12,400 | 160.28 | | 14,950 | 192.58 |
| 12,450 | 160.91 | | 15,000 | 193.22 |
| 12,500 | 161.54 | | | |
| 12,550 | 162.18 | | | |
| 12,600 | 162.81 | | | |
| 12,650 | 163.44 | | | |
| 12,700 | 164.08 | | | |
| 12,750 | 164.71 | | | |
| 12,800 | 165.34 | | | |
| 12,850 | 165.98 | | | |
| 12,900 | 166.61 | | | |
| 12,950 | 167.24 | | | |
| 13,000 | 167.88 | | | |
| 13,050 | 168.51 | | | |
| 13,100 | 169.14 | | | |
| 13,150 | 169.78 | | | |
| 13,200 | 170.41 | | | |
| 13,250 | 171.05 | | | |
| 13,300 | 171.68 | | | |
| 13,350 | 172.31 | | | |
| 13,400 | 172.95 | | | |
| 13,450 | 173.58 | | | |
| 13,500 | 174.21 | | | |
| 13,550 | 174.85 | | | |
| 13,600 | 175.48 | | | |

V00128

SCHEDULE C

Richard Beck
Margaret Carroll
Ruthann Carter
Josephine Chandler
Gloria DeVoe
Maryann Eagan
Sandra Endres
Cheryl Fogle
Shirley Guzewski
Jill Haynes (eligible on August 30, 2001)
Judith Houck
Jean Kershaw
Jacqueline LaBounty (eligible on August 25, 2001)
Jeannie Lesson
Rita Madigan
Delores Mahr
Joanne McArdle
Denise McCauliffe
Joan Mertz
Brigitte Philipp
Mary Prindle
Drucilla Smith


SCHEDULE D

Kathleen Alcott
Paul Carney
Paula Clifford
John Doherty
Harry Goodfriend
Edgar Groome, Jr,
John Hosking
Linda Hughes
Richard MacDonald
Richard MacLean
Edward McCamphill
Marilyn Miller
Jack O'Malley
Michael O'Malley
Albert Waters


SCHEDULE E

Beverly Barr
Claire Brennan
Gail Cannon
Mary Tracy

V00129

APPENDIX A
# VERIZON PENSION PLAN FOR NEW YORK AND NEW ENGLAND ASSOCIATES– TRANSFERS INTO ELIGIBLE EMPLOYEE STATUS

Guidelines for Crediting Service and Determining Plan Benefits After Break In Employment or Transfer Following Which Eligible Employee Status Begins or Resumes

TABLE OF CONTENTS

|  | Page No. |
|---|---|
| How to Use the Charts: | 123 |
| Chart 1 (NA): Most Recent Plan Participation in Verizon's Bell Atlantic Cash Balance Plan or Bell Atlantic Cash Balance Plan (for Bell Atlantic North Participating Companies) | 125 |
| Chart 2(NA): Most Recent Plan Participation in Verizon's Bell Atlantic Enterprises Cash Balance Plan or Chesapeake Directory Sales Company Cash Balance Plan | 141 |
| Chart 3(NA): Prior Employment as Management Employee or Associate Employee of Affiliate (Other Than GTE Corporation and Affiliates) But No Prior Plan Coverage | 144 |
| Chart 4(NA): Most Recent Plan Participation in this Plan | 146 |
| Chart 5(NA): Most Recent Plan Participation in Verizon Pension Plan for Mid-Atlantic Associates (VPPMAA) | 153 |
| Chart 6(NA): Most Recent Plan Participation in Bell System Pension Plan | 161 |
| Chart 7(NA): Prior Employment As Management Employee or Associate Employee of GTE Corporation or Affiliate | 163 |

122

1-PH/1265203v8

V00130

# How to Use the Charts:

After deciding which Chart is appropriate for analyzing a particular fact pattern, the specific employee circumstances must be located on the Chart. The information on the Chart is broken between "IF" and the "THEN" sections:

- **"IF" Section**

  - Used to determine which row of information to follow  (Charts progress from page to page by the length of Period of Severance)

  - Circumstance must satisfy all "IF" conditions before proceeding to "THEN"

  - Conditions include: Period of Severance (length of break), time when break began, vested status prior to Period of Severance, and  whether or not the prior plan benefit was cashed out

  - Additional condition when coming into the Plan: "Hours Worked in Calendar Year" which refers to the total Hours of Service earned in a calendar year of Separation From Service.

- **"THEN" Section**

  - Used to determine how *ERISA Service, Pension Accrual Service and Net Credited Service* will be recognized,

  - Describes treatment of prior pension benefits, if any, and

  - Describes the accrual of the pension benefit under the receiving plan, if any.

Note: For purposes of applying the charts:

  - "Cashed-out" refers to a plan benefit that has been entirely paid out, whether in a single sum or in another form of benefits.  Solely for purposes of applying the charts, a "0" dollar "deemed" cashout to a nonvested participant is not considered a "cashout."

  - If the Participant is absent from work beyond the first anniversary of the first day of an absence for maternity, paternity or infant care reasons, the Participant's Period of Severance shall be deemed to have started on the second anniversary of the start of the absence; however, the period between the first and second anniversaries is not counted as service in any case.  An absence for "maternity, paternity or infant care reasons" means an absence by reason of (a) the Participant's pregnancy, (b) the birth of the Participant's child, (c) the placement of a child with the Participant in connection with adoption, or (d) the Participant's caring for the child following birth or placement.  The Participant is responsible for providing written notice to the Plan Administrator of an absence described above.  In addition, no period of family or medical leave under the Family and Medical Leave Act of 1993 shall cause a Participant to lose his or her prior service.

  - See Article V of Plan for additional rules applicable for determining Plan benefits.

  - "Vested" means vested in a benefit under a defined benefit pension plan maintained by the Company or an Affiliate.  When a participant's entire period of Bell Atlantic/Verizon employment has been in a position with an Affiliate that is not covered by a defined benefit pension plan and the participant is entering a management plan maintained by the Company or an Affiliate, "vested" means completion of five years of ERISA Service.

  - Note that a person who does not have at least 6 months of NCS prior to a Period of Severance is not eligible for bridging on rehire.

  - Rules for Re-employment Commencement Dates or transfers to or from Eligible Employee status prior to the date specified on a particular chart are described in the Plan as then in effect.

  - Multiple Periods of Severance should be analyzed separately and sequentially to determine the impact on service credit.

  - Service with Bell Atlantic Mobile from July 1, 1995 through August 14, 1997 shall not count in determining a Participant's *ERISA Service, Net Credited Service or Pension Accrual Service*, except to the extent such service is counted under a plan from which benefits are transferred to this Plan pursuant to this Appendix A.

1-PH/1262203v8

123

See in particular the following definitions in Article II of the Plan: Break Year, Eligible Employee, ERISA Service, Hour of Service, Net Credited Service, Net Credited Service Date, Pension Accrual Service, Period of Severance, and Re-employment Commencement Date.

A "Bridging Eligible Employee" is an individual who has been an Eligible Employee other than an IBEW-New England Employee at any time on or after January 1, 2001.

A "Rehired Retiree" is an individual who is receiving or has received payment from the plan in which he or she was most recently a participant.

124

1-PH/1263203v8

# CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998 (or beginning or resuming on or after June 30, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | | | THEN | | |
|---|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break)[1] | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit?[2] | ERISA Service under Plan based on? | Pension Accrual Service under Plan based on? | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit?[3] |
| No break. | Not applicable. | No break. | Either vested or not vested. | Not applicable. | Full years of ERISA Service credited under management plan, plus prior service (hereafter under Plan rider (Year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under the management plan. | Service earned after transfer to Eligible Employee status until 3 continuous years NCS completed as Eligible Employee, then all service. | All service. Prior NCS Date does not change. | Cash Balance Pay Credits cease at transfer and Interest Credits continue. Prior Management Plan benefit is transferred to Plan. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if three continuous years NCS completed as Eligible Employee, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |

---

[1] A person who does not have at least 6 months of NCS prior to a Period of Severance is not eligible for bridging upon rehire.

[2] All transfers of benefits are subject to the anti-cutback rules of Section 411(d)(6) of the Code. As such, when a benefit is transferred from another plan, the total accrued benefit under the Plan shall never be less than the sum of (i) the vested cash balance account or annuity which the individual accrued prior to the transfer of benefits to the Plan, taking into account any actuarial conversion factor, actuarial discount or early retirement reduction which is applicable under the terms of the transferor plan on the date of the transfer, and determining the amount of such factor, discount or reduction and eligibility for a "service" or other pension based on the individual's age and NCS as of the individual's Separation from Service (or NCS credited under transferred plan, if greater), plus (ii) any pension which the participant accrues under the Plan for service as an Eligible Employee. See also section 6.9? Application of Optional Forms to Certain Transferred Benefits.

[3] In the event a Participant fails to complete the necessary years of NCS as an Eligible Employee to bridge prior service, the Participant's eligibility for a Service or Deferred Vested Pension, and timing of payment will be determined separately for the portion of the benefit described in (i), based on the NCS earned under the prior plan and the optional forms described in section 6.9, and the portion of the benefit described in (ii), based on NCS earned in Eligible Employee status and the optional forms and the optional forms described in Article IV of the Plan.

125

V00133

1-PH/2623?0.v8

CHART 1 (NA):  MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note:  For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit:[1] |
|---|---|---|---|---|---|---|---|---|---|
| Any period. | Any period. | Anytime. | Vested. | Yes. | Same as above (Note that service credited under prior management plan would include any Period of Severance of 12 months or less and that prior ERISA Service is recognized only after one year of ERISA Service completed after Re-employment Commencement Date if Break Year occurred. If year not completed, Plan benefit accrued if the Re-employment Commencement Date do not vest.) | Service and hours at Eligible Employee. | NCS Date set to date of rehire as Eligible Employee. | Cashed out. | Subject to completion of one year ERISA Service if Break Year occurred, Plan benefit is based on Pension Accrual Service earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |
| 6 months or less. | At least 501 hours. | Pre-cash balance transition date. | Either vested or not vested. | No. | Full years of ERISA Service credited under management plan, plus service thereafter under Plan rules (if year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under the management plan (including Period of Severance). | Service earned after rehire as Eligible Employee until 3 continuous years NCS completed as Eligible Employee, then pre- and post-break service but not the Period of Severance. | Pre- and post-break service is credited immediately but not the Period of Severance. NCS Date adjusted to credit the period of prior employment. | Prior vested or nonvested management plan benefit is transferred to the Plan and is eligible to become vested based on pre- and post-break ERISA Service. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if three continuous years NCS completed at Eligible Employee, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |

126

1-PH/1263230/v8

CHART 1 (NA):  MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note:  For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit[14]: |
| 6 months or less. | Less than 501 hours. | Pre-cash balance transition date. | Either vested or not vested. | No. | Same as above, after completion of (i) 1 year of ERISA Service following Re-employment Commencement Date. If year not completed, Plan benefits accrual after the Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee until 3 continuous years NCS completed as Eligible Employee, then pre- and post-break service but not the Period of Severance. | Pre-and post-break service is credited immediately but not the Period of Severance. NCS Date adjusted to credit the period of prior employment. | Prior vested or nonvested management plan benefit is transferred to the Plan and is eligible to become vested based on pre- and post-break ERISA Service. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) subject to completion of one year ERISA Service, the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if future continuous years NCS completed as Eligible Employee, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |
| Greater than 6 months but 12 months or less. | At least 501 hours. | Pre-cash balance transition date. | Either vested or not vested. | No. | Full years of ERISA Service credited under management plan, plus service thereafter under Plan rules ((i) year + calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins 45 Hours of Service are credited for each week in that computation period for which service is credited under the management plan (including Period of Severance). | Service after rehire as an Eligible Employee until 5 continuous years NCS completed as Eligible Employee, then pre- and post-break service but not the Period of Severance, except but not for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 3 years continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and NCS Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001, pre- and post-break service but not the Period of Severance shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, NCS Date is Re-employment Commencement Date. | Prior vested or nonvested management plan benefit is transferred to the Plan and is eligible to become vested based on pre- and post-break ERISA Service. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if pre-break Pension Accrual Service is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |

V00135

1-PH/1262320/v8