# CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on:¹ | Pension Accrual Service under Plan based on:¹ | Net Credited Service ("NCS") under Plan based on:¹ | Prior Management Plan Benefit: | Plan Benefit:[1],[2]: |
| Greater than 6 months but 12 months or less. | Less than 501 hours. | Pre-cash balance transition date. | Either vested or not vested. | No. | Same as above, after completion of 1 year of ERISA Service following Re-employment Commencement Date. If 1 year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service Recognition as an Eligible Employee until 5 continuous years NCS completed as an Eligible Employee, then pre- and post-break service, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 3 years continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous NCS as an Eligible Employee, pre- and post-break service is credited but not the period of Severance and NCS Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, NCS Date is Re-employment Commencement Date. | Prior vested or nonvested management plan benefit is transferred to the Plan and is eligible to become vested based on pre- and post-break ERISA Service. | Benefit is equal to sum of (i) the transferred plan benefit, plus (ii) subject to completion of one year ERISA Service, the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if pre-break Pension Accrual Service is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |

**CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | THEN | | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit:[18] |
| Greater than 12 months but less than 5 years. | Any period. | Pre-cash balance transition date. | Either vested or not vested. | No. | Full years of ERISA Service credited under management plan, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. For the computation period in which service under Plan begins, 45 Hours of Service is credited for each week in that computation period for which service is credited under the management plan, if any. Note that prior ERISA Service is recognized only after one year of ERISA Service is completed after Re-employment Commencement Date if Break Year occurred. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee until 5 continuous years NCS completed as Eligible Employee who pre- and post-break service than period of Severance, except that either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 3 years continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 3 years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and NCS Date is adjusted to credit the period of prior employment, except that (for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001), pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is bridged, NCS Date is Re-employment Commencement Date. | Prior vested or nonvested management plan benefit is transferred to the Plan and is eligible to become vested based on pre- and post-break ERISA Service. | Benefit is equal to sum of (i) the transferred management plan benefit plus (ii) subject to the completion of one year ERISA Service, the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if pre-break Pension Accrual Service is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |
| 5 years or more. | Any period. | Pre-cash balance transition date. | Vested. | No. | Same as above. | Same as above. | Same as above. | Prior vested management plan benefit is transferred to Plan. | Same as above. |

**CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service* ("*NCS*") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit: |
| 5 years or more but Break Years less than greater of 5 or years of *ERISA Service* credited prior to the break. | Any period. | Pre-cash balance transition date. | Not vested. | No. | Full years of *ERISA Service* credited under management plan, plus service thereafter under plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. For the completion period in which service under management plan begins, 45 Hours of Service is credited for each week in that completion period for which service is credited under the management plan, if any. Note that prior *ERISA Service* is recognized only after one year of *ERISA Service* is completed after Re-employment Commencement Date if Break Year occurred. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee until 5 continuous years *NCS* completed as Eligible Employee, then pre- and post-break service but not Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 3 years continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited (but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, *NCS* Date is Re-employment Commencement Date. | Prior management plan benefits forfeited. | Subject to completion of one year of *ERISA Service*, Benefit is based on *Pension Accrual Service* earned after Eligible Employee status begins. However, if pre-break *Pension Accrual Service* is bridged, the benefit is determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |

**CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| **IF** | | | | | **THEN** | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit[14]: |
| 5 years or more and Break Years equal or greater of 5 or years of ERISA Service credited prior to break. | Any period. | Pre-cash balance transition date. | Not vested. | No. | After 5 years continuous NCS as Eligible Employee, count pre- and post-break service under Plan rules (1,000 Hours of Service, except Period of Severance, but not for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, pre-break service is forfeited | Service on or after rehire as Eligible Employee until 5 continuous years NCS completed as Eligible Employee, then pre- and post-break service but not Period of Severance, except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 3 years continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and NCS Date is adjusted to credit the period of prior employment except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, NCS Date is Re-employment Commencement Date. | Prior management plan benefit is forfeited. | Subject to completion of one year Pension Accrual Service, Benefit is based on Eligible Employee status earned after Eligible Employee status begins. However, if pre-break Pension Accrual Service is bridged, the benefit is determined under the Plan, taking into account all NCS as Pension Accrual Service. |

Case 1:04-cv-11952-MLW    Document 31-8    Filed 09/30/2005    Page 5 of 8

## CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit: |
| 6 months or less. | At least 501 hours. | Post-cash balance transition date. | Either vested or not vested. | No. | Full years of ERISA Service credited under management plan, plus service thereafter under Plan rules (1,000 Hours of Service). For the calendar year with 1,000 Hours of Service in that computation period in which service is credited under the management plan (including Period of Severance). | Service after rehire as Eligible Employee until 3 continuous years NCS completed as Eligible Employee, then pre- and post-break service but not Period of Severance. | Pre- and post-break service is credited immediately but not the Period of Severance. NCS Date adjusted to credit the period of prior employment. | Cash balance Interest Credits continue and prior vested or nonvested management plan benefit is transferred to Plan and is eligible to become vested based on combined pre- and post-break ERISA Service. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if three continuous years NCS completed as Eligible Employee, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |
| 6 months or less. | Less than 501 hours. | Post-cash balance transition date. | Either vested or not vested. | No. | Same as above, after completion of 1 year of ERISA Service following Re-employment Commencement Date. If 1 year not completed, Plan benefit accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee until 3 continuous years NCS completed as Eligible Employee, then pre- and post-break service but not Period of Severance. | Pre- and post-break service is credited immediately but not the Period of Severance. NCS Date adjusted to credit the period of prior employment. | Cash balance Interest Credits continue and prior vested or nonvested management plan benefit is transferred to Plan and is eligible to become vested based on combined pre- and post-break ERISA Service. | Benefit is equal to sum of (i) the transferred management plan benefit, (ii) subject to completion of one year ERISA Service, the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if three continuous years NCS completed as Eligible Employee, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |

132

V00140
1-PH/1263203.v8

**CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service* ("*NCS*") under Plan based on: | *Prior Management Plan Benefit:* | *Plan Benefit[TM]:* |
| Greater than 6 months but 12 months or less. | At least 501 hours. | Post-cash balance transition date. | Either vested or not vested. | No. | Full years of *ERISA Service* credited under management plan, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, Hours of Service are credited (for each week in that computation period for which service is credited under the management plan (including Period of Severance). | *Service* after rehire as Eligible Employee until 5 continuous years *NCS* completed as Eligible Employee, pre- and post-break service but not Period of Severance, except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 3 years continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, *NCS* Date is Re-employment Commencement Date. | Cash balance Interest Credits continue and prior vested or nonvested management plan benefit is transferred to the Plan and is eligible to become vested based on combined pre- and post-break *ERISA Service*. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) the benefit determined under the Plan based on *Pension Accrual Service* earned after Eligible Employee status begins. However, if pre-break *Pension Accrual Service* is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |
| Greater than 6 months but 12 months or less. | Less than 501 hours. | Post-cash balance transition date. | Either vested or not vested. | No. | Same as above, after completion of 1 year of *ERISA Service* following Re-employment Commencement Date. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | *Service* after rehire as Eligible Employee until 5 continuous years *NCS* completed as Eligible Employee, pre- and post-break service but not Period of Severance, except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 3 years continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, *NCS* Date is Re-employment Commencement Date. | Cash balance Interest Credits continue and prior vested or nonvested management plan benefit is transferred to the Plan and is eligible to become vested based on combined pre- and post-break *ERISA Service*. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) subject to completion of one year *ERISA Service*, the benefit determined under the Plan based on *Pension Accrual Service* earned after Eligible Employee status begins. However, if pre-break *Pension Accrual Service* is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |

V00141

1-PH/1263203v8

133

## CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service (NCS) under Plan based on: | Prior Management Plan Benefit: | Plan Benefit: |
| Greater than 12 months but less than 5 years. | Any period. | Post-cash balance transition date. | Either vested or not vested. | No. | Full years of ERISA Service credited under management plan, plus service thereafter under Plan rule (1 year = calendar year with 1,000 Hours of Service) but not Period of Severance. For the computation period in which service under Plan begins, 45 hours of Service are credited for each work in that computation period for which service as credited under management plan, (Any year of ERISA Service is recognized only after the one year of ERISA Service is completed after Re-employment Commencement Date.) If Break Year occurred. If year not completed. Plan benefits accrued after Re-employment Commencement Date, do not vest. | Service after return as Eligible Employee until 5 continuous years NCS completed as Eligible Employee, then pre- and post-break service, except that (or a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001) pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001, if pre-break service not bridged, NCS Date is Re-employment Commencement Date. | After 5 years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and NCS Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001) pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001, if pre-break service not bridged, NCS Date is Re-employment Commencement Date. | Cash balance Interest Credits continue and prior vested or nonvested management plan benefit is transferred to the Plan and is eligible to become vested based on combined pre- and post-break ERISA Service. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) subject to completion of one year ERISA Service, the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if pre-break Pension Accrual Service is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |
| 5 years or more. | Any period. | Post-cash balance transition date. | Vested. | No. | Same as above. | Same as above. | Same as above. | Cash balance Interest Credits continue and prior vested management plan benefit is transferred to Plan. | Same as above. |

**CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service (NCS)* under Plan based on: | Prior Management Plan Benefit: | Plan Benefit[1]: |
| 5 years or more but Break Years less than greater of 5 or years of *ERISA Service* credited prior to the break. | Any period. | Post-cash balance transition date. | Not vested. | No. | Full years of *ERISA Service* credited under management plan, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not Period of Severance. For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under the management plan, if any. Note that after one year of *ERISA Service* is recognized only after prior *ERISA Cr***-**le is completed, Plan benefits accrued after Re-employment Commencement Date if that break year not completed. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee until 5 continuous years NCS completed as Eligible Employee, then pre- and post-break service but not Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service shall be credited on the later of Severance (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, pre-break service is forfeited. | After 5 years continuous *NCS* as Eligible Employee, count pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, *NCS* Date is Re-employment Commencement Date. | Prior management plan benefit is forfeited. | Subject to completion of one year *ERISA Service*, Benefit is based on *Pension Accrual Service* earned after Eligible Employee status begins. However, if pre-break *Pension Accrual Service* is bridged, the benefit is determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |
| 5 years or more and Break Years equal or exceed greater of 5 or years of *ERISA Service* credited prior to break. | Any period. | Post-cash balance transition date. | Not vested. | No. | After 5 years continuous *NCS* as Eligible Employee, count pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, pre-break service is forfeited. | Same as above. | Same as above. | Same as above. | Same as above. |

V00143