**CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service* ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit[1]: |

*Rehired Retiree*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Any period. | Any period. | Anytime. | Vested. | Yes. | Full years of *ERISA Service* credited under management plan, plus service thereafter under Plan rules. (1 year = calendar year with 1,000 Hours of Service.) For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period (or which service is credited under the management plan, if any). (Note that service credited under prior management plan would include any Period of Severance 12 months or less. Note also that prior *ERISA Service* recognized only after one year of *ERISA Service* completed after Re-employment Commencement Date if Break Year occurred; provided, however, that prior *ERISA Service* is recognized immediately on the later of January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001) who was eligible for a Service Pension at prior termination. If prior *ERISA Service* is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest.) | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee. | Cashed out. | Subject to recognition of prior *ERISA Service*, Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |

## CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service* ("*NCS*") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit: |

*Rehired Retiree (continued)*

| Period of Severance | Hours worked | Time when break began | Vested status | Cash-out | ERISA Service | Pension Accrual Service | Net Credited Service | Prior Management Plan Benefit | Plan Benefit |
|---|---|---|---|---|---|---|---|---|---|
| 6 months or less. | At least 501 hours. | Anytime. | Vested. | No. | Full years of *ERISA Service* credited under management plan, plus service thereafter under Plan rule. (1 year of *ERISA Service* credited for each calendar year with 1,000 Hours of Service.) For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under the management plan (including Period of Severance). | If pension annuity in pay status, service after rehire as Eligible Employee. If payment has been deferred, service after rehire as Eligible Employee, then continuous years *NCS* completed as Eligible Employee, then pre- and post-break service but not the Period of Severance. | Pre- and post-break service is credited immediately but not the Period of Severance; *NCS* Date adjusted to credit the period of prior employment. | Prior pension annuity continues. If payment has been deferred, cash balance Interest Credits continue and prior vested management plan benefit is transferred to Plan. | Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) the benefit determined under the Plan based on *Pension Accrual Service* earned after Eligible Employee status begins. However, if three continuous years *NCS* completed as Eligible Employee, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |
| 6 months or less. | Less than 501 hours. | Anytime. | Vested. | No. | Same as above, after completion of 1 year of *ERISA Service* (following Re-employment Commencement Date, provided, however, that prior *ERISA Service* is recognized immediately on the later of January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service Pension at prior termination. If prior *ERISA Service* is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | Same as above. | Same as above. | Same as above. | Subject to recognition of prior *ERISA Service*, same as above. |

V00145

## CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit: |

*Rehired Retiree (continued)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Greater than 6 months but 12 months or less. | At least 501 hours. | Anytime | Vested. | No. | Full years of *ERISA Service* credited under management plan, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, 45 Hours of Service are credited (or each week in that computation period for which service is credited under the management Plan (including Period of Severance). | If pension annuity in pay status, service after retire as Eligible Employee. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but the Period of Severance and *NCS Date* is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either (i) is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, or return from the break, if the retiree was Service Pension eligible under the criteria applied in the prior management plan at prior termination, or (ii) if not described in (i), on the later of (a) 12 months of continuous *NCS* as an Eligible Employee immediately following the return from the break, or (b) January 1, 2001. If pre-break service not bridged, *NCS Date* is Re-employment Commencement Date. | Prior pension annuity continues. | Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |
| | | | | | | If payment has been deferred, service after rehire as Eligible Employee, then pre- and post-break service but not that (for a Bridging Eligible Employee who either (i) is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service) shall be credited on the later of (i) 3 years of continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | | If payment has been deferred, cash balance Interest Credits continue and prior vested management plan benefits transferred to Plan. | Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) the benefit determined under the Plan based on *Pension Accrual Service* earned as Eligible Employee after Eligible Employee status begins. However, if pre-break *Pension Accrual Service* is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |

138

1-PH/1263203v8

CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension/Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit: |

*Retired Retiree (continued)*

| Greater than 6 months but 12 months or less. | Less than 501 hours. | Anytime. | Vested. | No. | Same as above, after completion of 1 year of ERISA Service following Re-employment Commencement Date; provided, however, that prior ERISA Service is recognized immediately on the later of January 1, 2001 or return from the break (or if a Bridging Eligible Employee on or after January 1, 2001) who was eligible for a Service Pension at prior termination, if prior ERISA Service is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | If pension annuity in pay status, service after retire as Eligible Employee. If payment has been deferred, service after retire as Eligible Employee until 5 continuous years NCS completed as Eligible Employee, then pre- and post-break service but not the Period of Severance, except that (for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001) pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 3 years of continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5-years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and NCS Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited (i) immediately on the later of January 1, 2001 or return from the break, if the retiree was Service Pension eligible under the criteria applied in the prior management plan at prior termination, or (ii) if not described in (i) on the later of (a) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break, or (b) January 1, 2001. If pre-break service not bridged, NCS Date is Re-employment Commencement Date. | Prior pension annuity continued. If payment has been deferred, cash balance Interest Credits continue and prior vested management plan benefits transferred to Plan. | Subject to recognition of prior ERISA Service, same as above. |

# CHART 1 (NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if Eligible Employee status continues through June 30, 1998).

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Management Plan Benefit: | Plan Benefit: |

*Rehired Retiree (continued)*

| Greater than 12 months. | Not applicable. | Anytime | Vested. | No. | Full years of ERISA Service credited under management plan, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. For the computation period in which service under the Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under the management plan, if any. Note that prior ERISA Service is recognized only after one year of ERISA Service is completed after Re-employment Commencement Date. If Break Year occurred, provided, however, that prior ERISA Service is recognized immediately on the later of (i) January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service Pension at prior termination. If prior ERISA Service is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | If pension annuity in pay status, service after retire as Eligible Employee.<br><br>If payment has been deferred, service after retire as Eligible Employee until 5 continuous years NCS completed as Eligible Employee; then pre- and post- break service, except that not Period of Severance, provided that Bridging Eligible Employee, who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 3 years of continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and NCS Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited (i) immediately on the later of January 1, 2001 or return from the break, if the retiree was Service Pension eligible under the criteria applied in the prior management plan at prior termination, or (ii) if not described in (i), on the later of (a) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break, or (b) January 1, 2001. If pre-break service not bridged, NCS Date is Re-employment Commencement Date. | Prior pension annuity continues.<br><br>If payment has been deferred, cash balance Interest Credits continue and prior vested management plan benefit is transferred to Plan. | Subject to recognition of prior ERISA Service, Plan benefit is based on Pension Accrual Service earned as Eligible Employee after retire and pension band rate in effect when Eligible Employee status ends.<br><br>Benefit is equal to sum of (i) the transferred management plan benefit, plus (ii) subject to recognition of prior ERISA Service, the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if pre-break Pension Accrual Service is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |

## CHART 2(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC ENTERPRISES CASH BALANCE PLAN OR CHESAPEAKE DIRECTORY SALES COMPANY CASH BALANCE PLAN

Note: For Re-employment Commencement Dates or transfers to Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | | THEN | | |
|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | *ERISA Service* under Plan based on:[1] | *Pension Accrual Service* under Plan based on:[1] | *Net Credited Service* ("*NCS*") under Plan based on:[2] | Plan Benefit: |
| No break. | No break. | Either vested or not vested. | Not applicable. | All service under Plan rules (1 year = calendar year with 1,000 Hours of Service). | Service after transfer to Eligible Employee status. | *NCS* Date set to date of transfer to Eligible Employee status, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001, shall be credited with all service and his *NCS* Date shall be set to his prior *NCS* Date. | Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break service under Plan rules (but not the Period of Severance). Note that prior service is recognized only after 1 year of *ERISA Service* completed after the Re-employment Commencement Date. If *Break Year* occurred, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as Eligible Employee. | Subject to completion of one year *ERISA Service* if Break Year occurred, same as above. |
| 6 months or less. | Anytime. | Either vested or not vested. | No. | Same as above. | Same as above. | *NCS* Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001, shall be credited with pre- and post-break service (but not Period of Severance). *NCS* Date is adjusted to credit the prior period of employment. | Same as above. |
| More than 6 months but less than 5 years. | Anytime. | Either vested or not vested. | No. | Pre- and post-break service under Plan rules (but not the Period of Severance). Note that prior service is recognized only after 1 year of *ERISA Service* completed after the Re-employment Commencement Date. If *Break Year* occurred, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001, shall be credited with pre- and post-break service (but not Period of Severance) when the Eligible Employee has completed 12 continuous months *NCS* immediately following return from the break. If pre-break service is not bridged under this exception, *NCS* Date is date of rehire as an Eligible Employee. | Subject to completion of one year *ERISA Service* if Break Year occurred, Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |

---

[1] A person who does not have at least 6 months of *NCS* prior to a Period of Severance is not eligible for bridging upon rehire.

[2] For an individual with prior service with an Affiliate who is a Bridging Eligible Employee on January 1, 2001, such prior Affiliate service shall be credited on January 1, 2002 in accordance with the employee self-identification and company verification process prescribed by the Plan Administrator.

V00149

1-PH/1263303v8

**CHART 2(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC ENTERPRISES CASH BALANCE PLAN OR CHESAPEAKE DIRECTORY SALES COMPANY CASH BALANCE PLAN (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers to Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | THEN | | | |
|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrued Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: [1] | Plan Benefit: |
| 5 years or more but Break Years less than greater of 5 or years of ERISA Service credited prior to break. | Anytime. | Either vested or not vested. | No. | Pre- and post-break service under Plan rules (but not the Period of Severance). Note that prior service is recognized only after 1 year of ERISA Service completed after the Re-employment Commencement Date (if Break Year occurred). If 1 year not completed, Plan benefit accrued after Re-employment Commencement Date is not forfeited. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001, shall be credited with pre- and post-break service (but not the Period of Severance) when the Eligible Employee has completed 12 continuous months NCS immediately following return from the break. If pre-break service is not bridged under this exception, NCS Date is date of rehire as an Eligible Employee. | Plan Benefit: Same as above. |
| 5 years or more and Break Years equal or exceed years of ERISA Service credited prior to break. | Anytime. | Either vested or not vested. | No | Pre-break service is forfeited, except that, effective January 1, 2002, for an individual who is a Bridging Eligible Employee on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited when the Eligible Employee has completed 12 months continuous NCS as an Eligible Employee immediately following the return from the break. If pre-break service not bridged under this exception, pre-break service is forfeited. | Service after rehire as Eligible Employee. | Same as above. | Same as above. |

**CHART 2(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON'S BELL ATLANTIC ENTERPRISES CASH BALANCE PLAN OR CHESAPEAKE DIRECTORY SALES COMPANY CASH BALANCE PLAN (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers to Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | THEN | | | |
|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on:  | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Plan Benefit: |
| *Rehired Retiree* | | | | | | | |
| Any period. | Anytime. | Vested. | Yes. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but subject to Period of Severance. Note that pre-break service is recognized only after 1 year of ERISA Service completed after Re-employment Commencement Date if Break Year occurred; provided, however, that prior ERISA Service is recognized immediately on the later of January 1, 2002 or return from the break (or a Bridging Eligible Employee on or after January 1, 2001) who was eligible for a Service Pension at prior termination. If prior ERISA Service is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee. | Subject to recognition of prior ERISA Service, if Break Year occurred, Plan benefit is based on Pension Accrual Service earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |
| 6 months or less | Anytime. | Vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not Period of Severance. Note that pre-break service is recognized only after 1 year of ERISA Service completed after Re-employment Commencement Date if Break Year occurred; provided, however, that prior ERISA Service is recognized immediately on the later of January 1, 2002 or return from the break (or a Bridging Eligible Employee on or after January 1, 2001) who was eligible for a Service Pension at prior termination. If prior ERISA Service is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre- and post-break service (but not Period of Severance). NCS Date is adjusted to credit the prior period of employment. | Same as above. |
| More than 6 months. | Anytime. | Vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not Period of Severance. Note that pre-break service is recognized only after 1 year of ERISA Service completed after Re-employment Commencement Date if Break Year occurred; provided, however, that prior ERISA Service is recognized immediately on the later of January 1, 2002 or return from the break (or a Bridging Eligible Employee on or after January 1, 2001) who was eligible for a Service Pension at prior termination. If prior ERISA Service is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre- and post-break service (but not Period of Severance) when the Eligible Employee has completed 12 continuous months NCS immediately following return from the break (or when the Eligible Employee was Service Pension eligible under the prior management plan at prior termination.) If pre-break service is not bridged, NCS Date is date of rehire as an Eligible Employee. | Subject to recognition of prior ERISA Service, Plan benefit is based on Pension Accrual Service earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |