V00152

# CHART 3(NA): PRIOR EMPLOYMENT AS MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF AFFILIATE (OTHER THAN GTE CORPORATION AND AFFILIATES) BUT NO PRIOR PLAN COVERAGE

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | THEN | | | |
|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Time when break began:** | **Vested status prior to Period of Severance:** | ***ERISA Service* under Plan based on:**[1] | ***Pension Accrual Service* under Plan based on:** | ***Net Credited Service ("NCS")* under Plan based on:**[1] | **Plan Benefit:** |
| No break. | No break. | Not vested. | All service under Plan rules (1 year = calendar year with 1,000 Hours of Service). | Service after transfer to Eligible Employee status. | *NCS* Date set to date of transfer to Eligible Employee status, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with all service and his *NCS* Date shall be set to his prior *NCS* Date. | Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |
| 6 months or less. | Anytime. | Not vested. | Pre- and post-break service under Plan rules (but not the Period of Severance). Note that pre-break service is recognized only after 1 year of *ERISA Service* completed after Re-employment Commencement Date if Break Year occurred. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre- and post-break service (but not Period of Severance). *NCS* Date is adjusted to credit the prior period of employment. | Subject to completion of one year of *ERISA Service*, same as above. |
| More than 6 months but less than 5 years. | Anytime. | Not vested. | Pre- and post-break service under Plan rules (but not the Period of Severance). Note that pre-break service is recognized only after 1 year of *ERISA Service* completed after Re-employment Commencement Date if Break Year occurred. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre- and post-break service (but not Period of Severance) when the Eligible Employee has completed 12 continuous months *NCS* immediately following return from the break. If pre-break service is not bridged under this exception, *NCS* Date is date of rehire as an Eligible Employee. | Same as above. |
| 5 years or more, but Break Years less than greater of 5 or years of ***ERISA Service*** credited prior to break. | Anytime. | Not vested. | Same as above. | Same as above. | Same as above. | Same as above. |

[1] A person who does not have at least 6 months of *NCS* prior to a Period of Severance is not eligible for bridging upon rehire.

[2] Service as associate with BACCSI may be recognized pursuant to a collective bargaining agreement if greater than 2 years. For an individual with prior service with an Affiliate who is a Bridging Eligible Employee on January 1, 2001, such prior Affiliate service shall be credited on January 1, 2002 in accordance with the employee self-identification and company-verification process prescribed by the Plan Administrator.

1-PH/1263203v8

## CHART 3(NA): PRIOR EMPLOYMENT AS MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF AFFILIATE (OTHER THAN GTE CORPORATION AND AFFILIATES) BUT NO PRIOR PLAN COVERAGE (CONTINUED)

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | THEN | | | |
|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Time when break began:** | **Vested status prior to Period of Severance:** | ***ERISA Service* under Plan based on:**[1] | ***Pension Accrual Service* under Plan based on:** | ***Net Credited Service ("NCS")* under Plan based on:**[12] | **Plan Benefit:** |
| 5 years or more ***and*** Break Years equal or exceed years of ***ERISA Service*** credited prior to break. | Anytime. | Not vested. | Pre-break service is forfeited, except that, effective January 1, 2002, for an individual who is a Bridging Eligible Employee on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited when the Eligible Employee has completed 12 months continuous *NCS* as an Eligible Employee immediately following return from the break. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre- and post-break service (but not Period of Severance) when the Eligible Employee has completed 12 continuous months *NCS* immediately following return from the break. If pre-break service is not bridged under this exception, *NCS* Date is date of rehire as an Eligible Employee. | Subject to completion of one year ***ERISA Service***, Plan benefit is based on ***Pension Accrual Service*** earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |

V00153

V00154

## CHART 4(NA): MOST RECENT PLAN PARTICIPATION IN THIS PLAN

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:*** | ***Pension Accrual Service* under Plan based on:*** | ***Net Credited Service* ("*NCS*") under Plan based on:*** | **Plan Benefit:*˙** |
| Any period. | Any period. | Anytime. | Vested. | Yes. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. Note that pre-break service is recognized only after 1 year of *ERISA Service* completed after Re-employment Commencement Date if Break Year occurred. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as an Eligible Employee. | Subject to completion of one year *ERISA Service* if Break Year occurred, Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |
| 6 months or less. | At least 501 hours. | Anytime. | Either vested or not vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. | Pre- and post-break *Pension Accrual Service* is credited *immediately* but not the Period of Severance. | Pre- and post-break service is credited *immediately* but not the Period of Severance. *NCS* Date adjusted to credit the period of prior employment. | Plan benefit is based on pre- and post-break *Pension Accrual Service* and pension band rate in effect when Eligible Employee status ends. |
| 6 months or less. | Less than 501 hours. | Anytime. | Either vested or not vested. | No. | Same as above, after completion of 1 year of *ERISA Service* following Re-employment Commencement Date. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Same as above. | Same as above. | Subject to completion of one year *ERISA Service*, same as above. |

* A person who does not have at least 6 months of *NCS* prior to a Period of Severance is not eligible for bridging upon rehire. Notwithstanding the foregoing, a "summer intern" (as defined in the human resources policies of a Participating Company) who works as an Eligible Employee for consecutive summers and is immediately hired as an Eligible Employee on a full-time basis within 30 days of graduation shall be credited with service for his/her summer employment. See also the special rules in Plan section 20.2 for crediting service to an individual who is reemployed in accordance with the terms of a settlement, award or order involving either litigation, arbitration or a grievance under an applicable collective bargaining agreement relating to a prior termination of employment.

˙ In the event a Participant fails to complete the necessary *NCS* as an Eligible Employee after rehire to bridge prior service, the Participant's eligibility for a Service or Deferred Vested Pension, and timing of payment, will be determined separately for the portion of the benefit earned prior to rehire (based on pre-break *NCS* and age as of the first termination) and the portion of the benefit earned after rehire (based on greater-of pre-break *NCS* or post-break *NCS* earned after rehire and age as of the second termination); provided, however, that any Participant who is eligible for a Service Pension at his or her first termination (and whose prior service is not ignored due to a cash-out) is eligible for a Service Pension under the Plan at second termination.

## CHART 4(NA): MOST RECENT PLAN PARTICIPATION IN THIS PLAN (CONTINUED)

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:*** | ***Pension Accrual Service* under Plan based on:*** | ***Net Credited Service* ("*NCS*") under Plan based on:*** | **Plan Benefit:*†** |
| Greater than 6 months but 12 months or less. | At least 501 hours. | Anytime. | Either vested or not vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. | After 5 years of continuous *NCS* as Eligible Employee pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee, immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, *NCS* Date is Re-employment Commencement Date. | Benefit is equal to sum of (i) Plan benefit determined as of prior Separation From Service as if rehire had not occurred, plus (ii) benefit earned under Plan based on ***Pension Accrual Service*** credited after Eligible Employee status resumes. If pre-break NCS is bridged, benefit is based on aggregate pre- and post-break ***Pension Accrual Service*** and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. |

## CHART 4(NA): MOST RECENT PLAN PARTICIPATION IN THIS PLAN (CONTINUED)

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:*** | ***Pension Accrual Service* under Plan based on:*** | ***Net Credited Service* ("*NCS*") under Plan based on:*** | **Plan Benefit:*** |
| Greater than 6 months but 12 months or less. | Less than 501 hours. | Anytime. | Either vested or not vested. | No. | Same as above, after completion of 1 year of *ERISA Service* following Re-employment Commencement Date. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | After 5 years of continuous *NCS* as Eligible Employee pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, *NCS* Date is Re-employment Commencement Date. | Benefit is equal to sum of (i) Plan benefit determined as of prior Separation From Service as if rehire had not occurred, plus (ii) subject to completion of one year *ERISA Service*, benefit earned under Plan based on *Pension Accrual Service* credited after Eligible Employee status resumes. If pre-break NCS is bridged, benefit is based on aggregate pre- and post-break *Pension Accrual Service* and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. |
| Greater than 12 months but less than 5 years. | Any period. | Anytime. | Either vested or not vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. Note that pre-break *ERISA Service* is recognized only after 1 year of *ERISA Service* is completed after Re-employment Commencement Date if Break Year occurred. If year not completed, Plan benefits accrued after Re-Employment Commencement Date do not vest. | After 5 years of continuous *NCS* as Eligible Employee pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following return from the break, or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, *NCS* Date is Re-employment Commencement Date. | Benefit is equal to sum of (i) Plan benefit determined as of prior Separation From Service as if rehire had not occurred, plus (ii) subject to completion of one year *ERISA Service*, benefit earned under Plan based on *Pension Accrual Service* credited after Eligible Employee status resumes. If pre-break NCS is bridged, benefit is based on aggregate pre- and post-break *Pension Accrual Service* and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. |

V00156

V00157

## CHART 4(NA): MOST RECENT PLAN PARTICIPATION IN THIS PLAN (CONTINUED)

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:*** | ***Pension Accrual Service* under Plan based on:*** | ***Net Credited Service ("NCS")* under Plan based on:*** | **Plan Benefit:*** |
| 5 years or more. | Any period. | Anytime. | Vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance, after completion of one year of *ERISA Service* following Re-employment Commencement Date. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | After 5 years of continuous *NCS* as Eligible Employee pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, *NCS* Date is Re-employment Commencement Date. | Benefit is equal to sum of (i) Plan benefit determined as of prior Separation From Service as if rehire had not occurred, plus (ii) subject to completion of one year *ERISA Service*, benefit earned under Plan based on *Pension Accrual Service* credited after Eligible Employee status resumes. If pre-break NCS is bridged, benefit is based on aggregate pre- and post-break *Pension Accrual Service* and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. |
| 5 years or more but Break Years less than greater of 5 or years of *ERISA Service* credited prior to the break. | Any period. | Any time. | Not vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance, after completion of one year of *ERISA Service* following Re-employment Commencement Date. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | After 5 years of continuous *NCS* as Eligible Employee pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, *NCS* Date is Re-employment Commencement Date. | Benefit is equal to sum of (i) Plan benefit determined as of prior Separation From Service as if rehire had not occurred, plus (ii) subject to completion of one year *ERISA Service*, benefit earned under Plan based on *Pension Accrual Service* credited after Eligible Employee status resumes. If pre-break NCS is bridged, benefit is based on aggregate pre- and post-break *Pension Accrual Service* and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. |

## CHART 4(NA): MOST RECENT PLAN PARTICIPATION IN THIS PLAN (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:*** | ***Pension Accrual Service* under Plan based on:*** | ***Net Credited Service* ("*NCS*") under Plan based on:*** | **Plan Benefit:**** |
| 5 years or more ***and*** Break Years equal or exceed greater of 5 or years of ***ERISA Service*** credited prior to the break. | Any period. | Any time. | Not vested. | No. | After 5 years continuous *NCS* as Eligible Employee, count pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, pre-break service is forfeited. | After 5 years continuous *NCS* as an Eligible Employee, pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, pre-break service is forfeited. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months of continuous NCS as an Eligible Employee immediately following return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, *NCS* Date is Re-employment Commencement Date. | If pre-break ***Pension Accrual Service*** is bridged, benefit is based on aggregate pre- and post- break ***Pension Accrual Service*** and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. (Note: If pre-break service is not bridged, only ***ERISA Service, Pension Accrual Service*** and ***Net Credited Service*** completed after Re-employment Commencement Date is taken into account.) |



V00158

V00159

## CHART 4(NA): MOST RECENT PLAN PARTICIPATION IN THIS PLAN (CONTINUED)

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:*** | ***Pension Accrual Service* under Plan based on:*** | ***Net Credited Service ("NCS")* under Plan based on:*** | **Plan Benefit:**** |
| ***Rehired Retiree*** | | | | | | | | |
| Any period. | Any period. | Anytime. | Vested. | Yes. | All pre- and post-break service under Plan rules (1 year = calendar year with 1000 Hours of Service) but not the Period of Severance. Note that pre-break service is recognized only after 1 year of ***ERISA Service*** completed after Re-employment Commencement Date if Break Year occurred; provided, however, that prior ***ERISA Service*** is recognized immediately on the later of January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service or Disability Pension at prior termination. If prior ***ERISA Service*** is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | ***NCS*** Date set to date of rehire as an Eligible Employee. | Subject to recognition of prior ***ERISA Service***, Plan benefit is based on ***Pension Accrual Service*** earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |
| 6 months or less. | At least 501 hours | Anytime. | Vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. | Pre- and post-break ***Pension Accrual Service*** is credited immediately but not the Period of Severance. | Pre- and post-break service is credited *immediately* but not the Period of Severance. ***NCS*** Date adjusted to credit the period of prior employment. | Pension payments suspended during reemployment. Plan benefit is based on pre- and post-break ***Pension Accrual Service*** and pension band rate in effect when Eligible Employee status ends. (See Plan section 5.9 and Article IX for rules applicable to benefits resumed after a suspension.) |
| 6 months or less. | Less than 501 hours | Anytime. | Vested. | No. | Same as above, after completion of 1 year of ***ERISA Service*** following Re-employment Commencement Date; provided, however, that prior ***ERISA Service*** is recognized immediately on the later of January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service or Disability Pension at prior termination. If prior ***ERISA Service*** is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | Same as above. | Same as above. | Subject to recognition of prior ***ERISA Service***, same as above. |

## CHART 4(NA): MOST RECENT PLAN PARTICIPATION IN THIS PLAN (CONTINUED)

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998.

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:*** | ***Pension Accrual Service* under Plan based on:*** | ***Net Credited Service ("NCS")* under Plan based on:*** | **Plan Benefit:*** |
| ***Rehired Retiree (continued)*** | | | | | | | | |
| Greater than 6 months. | Any period | Anytime. | Vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance. Note that pre-break *ERISA Service* is recognized only after 1 year of *ERISA Service* is completed after Re-employment Commencement Date if Break Year occurred; provided, however, that prior *ERISA Service* is recognized immediately on the later of January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service or Disability Pension at prior termination. If prior *ERISA Service* is not recognized, Plan benefits accrued after Re-Employment Commencement Date do not vest. | After 5 years continuous *NCS* as an Eligible Employee, pre- and post-break *Pension Accrual Service* is credited but not the Period of Severance, except that for a Bridging Eligible Employee who is either on January 1, 2001 in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited: (i) immediately on the later of January 1, 2001 or return from the break if the retiree was Service or Disability Pension eligible at prior termination, or (ii) if not described in (i), on the later of (a) 12 months of continuous *NCS* as an Eligible Employee immediately following the return from the break or (b) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited: (i) immediately on the later of January 1, 2001 or return from the break, if the retiree was Service or Disability Pension eligible at prior termination, or (ii) if not described in (i), on the later of (a) 12 months of continuous *NCS* as an Eligible Employee immediately following the return from the break, or (b) January 1, 2001. If pre-break service is not bridged, *NCS* Date is Re-employment Commencement Date. | Pension payments suspended during reemployment. Benefit is equal to sum of (i) Plan benefit determined as of prior Separation From Service as if rehire had not occurred, plus (ii) subject to recognition of prior *ERISA Service*, benefit earned under Plan based on *Pension Accrual Service* credited after Eligible Employee status resumes. If pre-break NCS is bridged and at least 12 months continuous NCS is completed as an Eligible Employee immediately following the break, benefit is based on aggregate pre- and post-break *Pension Accrual Service* and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. If the retiree was Service Pension eligible at original retirement, the retiree is Service Pension eligible upon subsequent retirement. (See Plan section 5.9 and Article IX for rules applicable to benefits resumed after a suspension.) |

V00160

V00161

# CHART 5(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA)

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after August 11, 1998[1].

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:**[3] | ***Pension Accrual Service* under Plan based on:**[3] | ***Net Credited Service* ("*NCS*") under Plan based on:**[3] | **Plan Benefit:**[3,4] |
| No break. | Not applicable. | No break. | Either vested or not vested. | Not applicable | Full years of *ERISA Service* credited under VPPMAA, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under VPPMAA. | All service before and after transfer to Eligible Employee status credited immediately. | All service. Prior *NCS* Date does not change. | Prior accrued benefit transferred from VPPMAA. Benefit is equal to greater of: (A) the sum of (i) the transferred VPPMAA benefit, plus (ii) the benefit determined under the Plan based on *Pension Accrual Service* earned after Eligible Employee status begins, or (B) the benefit determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |
| Any period. | Any period | Anytime. | Vested. | Yes. | Same as above. Note that service credited under VPPMAA would include any Period of Severance of 12 months or less and that prior *ERISA Service* is recognized only after one year of *ERISA Service* completed after Re-employment Commencement Date if Break Year occurred. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as Eligible Employee. | Subject to completion of one year *ERISA Service*, if Break Year occurred, Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |

[1] This chart also covers Re-employment Commencement Dates or transfers resulting in Eligible Employee status after 1983 and before 8/11/98 for a "Bridgeable Employee." For this purpose, a Bridgeable Employee is an individual who (i) as of 8/11/98 is an active, terminated vested, or retired participant in this Plan or VPPMAA (ii) completes at least one Hour of Service as an active participant in the Plan or VPPMAA on or after 8/11/98, (iii) commences or recommences benefits under the Plan or VPPMAA after 8/11/98, (iv) in the case of an 8/11/98 Plan participant, has pre-8/11/98 service credited under VPPMAA or, in the case of an 8/11/98 VPPMAA participant, has pre-8/11/98 service credited under the Plan, AND (v) does not have rights with respect to service described in (iv) under the Mandatory Portability Agreement or an Interchange Agreement.

[2] A person who does not have at least six months of *NCS* prior to a Period of Severance is not eligible for bridging upon rehire.

[3] All transfers of benefits are subject to the anti-cutback rules of Section 411(d)(6) of the Code. As such, when a benefit is transferred from another plan, the total accrued benefit under the Plan shall never be less than the sum of (i) the vested cash balance account or annuity which the individual accrued prior to the transfer of benefits to the Plan, taking into account any actuarial conversion factor, actuarial discount or early retirement reduction which is applicable under the terms of the transferor plan on the date of the transfer, and determining the amount of such factor, discount or reduction and eligibility for a "service" or other pension based on the individual's age and *NCS* as of the individual's Separation From Service (or *NCS* credited under transferor plan, if greater), *plus* (ii) any pension which the participant accrues under the Plan for service as an Eligible Employee. See also section 6.9, "Application of Optional Forms to Certain Transferred Benefits."

[4] In the event a Participant fails to complete the necessary years of *NCS* as an Eligible Employee after rehire to bridge prior service, the Participant's eligibility for a Service or Deferred Vested Pension and timing of payment will be determined separately as of the first termination for the portion of the benefit described in (i), based on the *NCS* earned under the prior plan and the optional forms described in section 6.9, and as of the second termination for the portion of the benefit described in (ii), based on *NCS* earned in Eligible Employee status and the optional forms described in Article IV of the Plan; provided, however, that any Participant who is eligible for a Service Pension at the first termination (and whose prior service is not ignored due to a cash-out) shall be eligible for a Service Pension under the Plan at the second termination.

## CHART 5(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA) (CONTINUED)

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after August 11, 1998[1].

| IF | | | | | THEN | | | |
|---|---|---|---|---|---|---|---|---|
| **Period of Severance (length of break):** | **Hours worked in Calendar Year of Separation:** | **Time when break began:** | **Vested status prior to Period of Severance:** | **Cash-out of prior Plan benefit?** | ***ERISA Service* under Plan based on:**[1] | ***Pension Accrual Service* under Plan based on:**[1] | ***Net Credited Service* ("*NCS*") under Plan based on:**[1] | **Plan Benefit:**[2][4] |
| 6 months or less. | At least 501 hours | Anytime | Either vested or not vested. | No. | Full years of ***ERISA Service*** credited under VPPMAA, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under VPPMAA (including Period of Severance). | Pre- and post-break ***Pension Accrual Service*** but not the Period of Severance is credited immediately. | Pre- and post-break service is credited *immediately* but not the Period of Severance. *NCS* Date adjusted to credit immediately. | Prior accrued benefit transferred from VPPMAA. Benefit is equal to greater of: (A) the sum of (i) the transferred VPPMAA benefit, plus (ii) the benefit determined under the Plan based on ***Pension Accrual Service*** earned after Eligible Employee status begins, or (B) the benefit determined under the Plan taking into account all *NCS* as ***Pension Accrual Service.*** |
| 6 months or less. | Less than 501 hours. | Anytime | Either vested or not vested. | No. | Same as above, after completion of 1 year of ***ERISA Service*** following Re-employment Commencement Date. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Same as above. | Same as above. | Subject to completion of one year ***ERISA Service***, same as above. |

V00162