## CHART 5(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after August 11, 1998.[1]

| IF | | | | | THEN | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | *ERISA Service* under Plan based on:[2] | *Pension Accrual Service* under Plan based on:[3] | *Net Credited Service* ("*NCS*") under Plan based on:[4] | *Plan Benefit:*[5] |
| Greater than 6 months but less than 5 years. | Any period. | Anytime. | Either vested or not vested. | No. | Full years of *ERISA Service* credited under VPPMAA, plus service thereafter under Plan plus (1) year = calendar year with 1,000 Hours of *ERISA Service*). For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under VPPMAA if any. Note that service credited under VPPMAA would include any Period of Severance of 12 months or less and prior *ERISA Service* is recognized only after one year of *ERISA Service* is completed after Re-employment Commencement Date (if *Break Year* not completed, Plan benefits accrued after Re-employment Commencement Date do not vest). | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance, except that for a bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance, and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, *NCS* Date is Re-employment Commencement Date. | Prior accrued benefit transferred from VPPMAA. Benefit is equal to sum of (i) the transferred VPPMAA benefit, plus (ii) subject to completion of one year *ERISA Service*, the benefit determined under the Plan based on *Pension Accrual Service* earned after Eligible Employee status begins. However, if pre-break *Pension Accrual Service* is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |
| 5 years or more. | Any period. | Anytime. | Vested. | No. | Same as above. | Same as above. | Same as above. | Same as above. |

## CHART 5(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after August 11, 1998[1].

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on:[2] | Net Credited Service ("NCS") under Plan based on:[3] | Plan Benefit:[2,4] |
| 5 years or more but Break Years less than greater of 5 or years of ERISA Service credited prior to the break. | Any period. | Any time. | Not vested. | No. | Full years of ERISA Service credited under VPPMAA, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under VPPMAA. If any, Note that service credited under VPPMAA would include any Period of Severance of 12 months or less and prior ERISA Service is recognized (only) after one year of ERISA Service is completed after Re-employment Commencement Date (if Break Year occurred). If year not completed, Plan benefit started after Re-employment Commencement Date do not vest. | After 5 years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and NCS Date is adjusted to reflect period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous NCS as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, NCS Date is Re-employment Commencement Date. | Prior accrued benefit transferred from VPPMAA. Benefit is equal to sum of (i) the transferred VPPMAA benefit, plus (ii) subject to completion of one year ERISA Service, the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if pre-break Pension Accrual Service is bridged, the benefit is the greater of the benefit described in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. |

156

V00164

1-PH/1263203v.8

## CHART 5(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after August 11, 1998[1].

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | *ERISA Service* under Plan based on:[2] | *Pension Accrual Service* under Plan based on:[3] | *Net Credited Service* ("*NCS*") under Plan based on:[4] | Plan Benefit:[3,4] |
| 5 years or more *and* Break Years equal or exceed greater of 5 or years of *ERISA Service* credited prior to the break. | Any period. | Any time. | Not vested. | No. | After 5 years continuous *NCS* as Eligible Employee, combined pre- and post-break service under Plan (with 1,000 Hours of Service for a calendar year) is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, pre-break service is forfeited. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service are credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service is not bridged, pre-break service is forfeited. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on or after January 1, 2001 is in the process of satisfying the above 5-year requirement or is retired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, *NCS* Date is Re-employment Commencement Date. | Benefit is based on *Pension Accrual Service* earned after Eligible Employee status begins. However, if pre-break *Pension Accrual Service* is bridged, the prior benefit is transferred from VPPMAA and the benefit is determined under the Plan taking into account all *NCS* as *Pension Accrual Service*. |

157

V00165

1-PH/1263763v8

## CHART 5(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after August 11, 1998.[1]

| IF | | | | THEN | | |
|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | ERISA Service under Plan based on:[2] | Pension Accrual Service under Plan based on:[3] | Net Credited Service ("NCS") under Plan based on:[4] | Plan Benefit:[5] |

(Header row above shows: Period of Severance | Hours worked | Time when break began | Vested status | Cash-out | ERISA Service | Pension Accrual Service | NCS | Plan Benefit)

### Rehired Retiree

| Any period. | Any period | Anytime. | Vested. | Yes. | Full years of ERISA Service credited under VPPMAA, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, 45 Hours of Service are credited for each week in that computation period for which service is credited under VPPMAA. If any, Note that service credited under VPPMAA would include any Period of Severance of 12 months or less. Note also that prior ERISA Service is recognized only after 1 year of ERISA Service is completed after Re-employment Commencement Date if Break Year occurred; provided, however, that prior ERISA Service is recognized immediately on the later of January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service or Disability Pension at prior termination. If prior ERISA Service is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as an Eligible Employee. | Subject to recognition of prior ERISA Service, Plan benefit is based on Pension Accrual Service earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |

# CHART 5(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after August 11, 1998[1].

| IF | | | | | THEN | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | ERISA Service under Plan based on [illegible]: | Pension Accrual Service under Plan based on:[1] | Net Credited Service ("NCS") under Plan based on:[1] | Plan Benefit:[1] |

*Rehired Retiree (continued)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 months or less. | At least 501 hours. | Anytime. | Vested. | No. | Full years of ERISA Service credited under VPPMAA, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan begins, 451 Hours of Service are credited for each week in that computation period for which service is credited under the VPPMAA (including Period of Severance). | Pre- and post-break Pension Accrual Service is credited immediately. | Pre- and post-break service is credited immediately, but not the Period of Severance. NCS date adjusted to credit the period of prior employment. | Pension payments suspended during reemployment. Benefit transferred from VPPMAA. Benefit is equal to the greater of: (A) the sum of (i) the transferred VPPMAA benefit, plus (ii) the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins, or (B) the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. (See Plan section 5.9 and Article IX for rules applicable to benefits resumed after a suspension.) |
| 6 months or less. | Less than 501 hours. | Anytime. | Vested. | No. | Same as above, after completion of 1 year of ERISA Service following Re-employment Commencement Date; provided, however, that prior ERISA Service is recognized immediately on the later of January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service or Disability Pension at prior termination. If prior ERISA Service is not recognized, Plan benefits accrued after the Re-employment Commencement Date do not vest. | Same as above. | Same as above. | Subject to recognition of prior ERISA Service, same as above. |

## CHART 5(NA): MOST RECENT PLAN PARTICIPATION IN VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after August 11, 1998[1].

| IF | | | | | THEN | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Hours worked in Calendar Year of Separation: | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | ERISA Service under Plan based on:[2] | Pension Accrual Service under Plan based on:[3] | Net Credited Service (NCS) under Plan based on:[3] | Plan Benefit:[3,4] |

*Retired Retiree (continued)*

| Greater than 6 months. | Any period | Anytime. | Vested. | No. | Full years of ERISA Service credited under VPPMAA, plus service thereafter under Plan rules (1 year = calendar year with 1,000 Hours of Service). For the computation period in which service under Plan began, 45 Hours of Service are credited for each week in that computation period for which service is credited under VPPMAA. Note that service credited under VPPMAA would include any Period of Severance of 12 months or less. Note also that prior ERISA Service is recognized only after one year of ERISA Service is completed after the Re-employment Commencement Date if Break Year occurred; provided, however, that prior ERISA Service is recognized immediately on the later of January 1, 2001 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service or Disability Pension at prior termination. If prior ERISA Service is not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | After 5 years continuous NCS as an Eligible Employee, pre- and post-break service is credited but not the Period of Severance, except that (for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited: (i) immediately on the later of January 1, 2001 or return from the break if the retiree was Service or Disability Pension eligible at prior termination, or (ii) on the later of (a) 12 months continuous NCS as an Eligible Employee following the return from the break, or (b) January 1, 2001. | After 5 years continuous NCS as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and NCS Date is adjusted to credit the period of prior employment, except that (for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited: (i) immediately on the later of January 1, 2001 or return from the break if the retiree was Service or Disability Pension eligible at prior termination, or (ii) if not described in (i), on the later of (a) 12 months continuous NCS as an Eligible Employee following the return from the break, or (b) January 1, 2001. If pre-break service not bridged, NCS Date is Re-employment Commencement Date. | Pension payments suspended during reemployment. Benefit transferred from VPPMAA. Benefit is equal to sum of (i) the transferred VPPMAA benefit, plus (ii) subject to recognition of prior ERISA Service, the benefit determined under the Plan based on Pension Accrual Service earned after Eligible Employee status begins. However, if pre-break Pension Accrual Service is bridged, the benefit is the greater of the benefit determined in the preceding sentence or the benefit determined under the Plan taking into account all NCS as Pension Accrual Service. (See Plan section 5.9 and Article IX for rules applicable to benefits resumed after a suspension.) |

160

## CHART 6(NA): MOST RECENT PLAN PARTICIPATION IN BELL SYSTEM PENSION PLAN

**Note:** For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998, to the extent the portability provisions of Article XI do not apply or have been waived.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Time when break began: | Employer prior to break: | Vested Status Prior to Break: | Cash-out of prior Plan benefit? | *ERISA Service* under Plan based on:* | *Pension Accrual Service* under Plan based on:* | *Net Credited Service* ("*NCS*") under Plan based on:* | Plan Benefit:* |
| Prior to 1984. | NYNEX Corporation or entity which became NYNEX Affiliate on 1/1/84 | Vested. | No. | All pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance, after completion of one year *ERISA Service* following Re-employment Commencement Date. If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | After 5 years of continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not the Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break, or (ii) January 1, 2001. If pre-break service not bridged, *NCS* Date is Re-employment Commencement Date. | Benefit is equal to sum of (i) prior plan benefit determined as of prior Separation from Service as if rehire had not occurred vested based on pre- and post-break *ERISA Service*, plus (ii) subject to completion of one year *ERISA Service*, benefit earned under Plan based on *Pension Accrual Service* credited after Eligible Employee status begins. If pre-break *NCS* is bridged, benefit is based on aggregate pre- and post-break *Pension Accrual Service*, and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. |
| Prior to 1984. | Same as above. | Vested. | Yes. | Same as above. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as Eligible Employee. | Subject to completion of one year *Pension Accrual Service*, Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |

* A person who does not have at least six months of *NCS* prior to a break is not eligible for bridging upon rehire.

1-PH/1263203v8

V00169

161

## CHART 6(NA): MOST RECENT PLAN PARTICIPATION IN BELL SYSTEM PENSION PLAN (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in Eligible Employee status beginning or resuming on or after January 1, 1998, to the extent the portability provisions of Article XI do not apply or have been waived.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Time when break began: | Employer prior to break: | Vested Status Prior to Break: | Cash-out of prior Plan benefit? | *ERISA Service* under Plan based on:† | *Pension Accrual Service* under Plan based on:† | *Net Credited Service* ("*NCS*") under Plan based on:* | Plan Benefit:* |
| Prior to 1984. | Same as above. | Not vested. | No. | After 5 years continuous *NCS* as Eligible Employee, count pre- and post-break service under Plan rules (1 year = calendar year with 1,000 Hours of Service) but not the Period of Severance, except that (i) a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break; or (ii) January 1, 2001. If pre-break service not bridged, pre-break service is forfeited. | After 5 years of continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* as an Eligible Employee immediately following the return from the break; or (ii) January 1, 2001. If pre-break service not bridged, pre-break service is forfeited. | After 5 years continuous *NCS* as Eligible Employee, pre- and post-break service is credited but not the Period of Severance and *NCS* Date is adjusted to credit the period of prior employment, except that for a Bridging Eligible Employee who either on January 1, 2001 is in the process of satisfying the above 5-year requirement or is rehired on or after January 1, 2001, pre- and post-break service (but not Period of Severance) shall be credited on the later of (i) 12 months continuous *NCS* following the return from the break; or (ii) January 1, 2001. If pre-break service not bridged, *NCS* Date is Re-employment Commencement Date. | If pre-break *Pension Accrual Service* bridged, benefit is based on aggregate pre- and post-break *Pension Accrual Service* and the pension band rate applicable pursuant to Plan terms when Eligible Employee status ends. (Note: If pre-break *NCS* not bridged, only *ERISA Service*, *Pension Accrual Service* and *Net Credited Service* completed after Re-employment Commencement Date is taken into account.) |
| Prior to 1984. | Employer other than NYNEX Corporation or entity that became NYNEX affiliate on 1/1/84. | Vested or not vested. | Yes or no. | Service after rehire as Eligible Employee. | Service after rehire as Eligible Employee. | *NCS* Date set to date of rehire as Eligible Employee. | Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee after rehire and pension band rate in effect when Eligible Employee status ends. |

162

V00171

## CHART 7(NA): PRIOR EMPLOYMENT AS MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF GTE CORPORATION OR AFFILIATE

Note: For Re-employment Commencement Dates or transfers to Eligible Employee status beginning or resuming on or after July 1, 2000.

| IF | | | | THEN | | |
|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on:[1] | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on:[2] | Plan Benefit: |
| No break. | No break. | Either vested or not vested. | Not applicable. | All service on or after July 1, 2000 under Plan rules (1 year = calendar year with 1,000 Hours of Service), except that effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall also be credited with all GTE service prior to July 1, 2000. | Service after transfer to Eligible Employee status. | NCS Date set to date of transfer to Eligible Employee status, except that effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall also be credited with all GTE service and his NCS Date shall be set to his prior NCS Date. | Plan benefit is based on *Pension Accrual Service* earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break service under Plan rules (but not the Period of Severance), but disregarding GTE service prior to July 1, 2000. Effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with GTE service prior to July 1, 2000. Note that prior service is recognized only after 1 year of ERISA Service completed after the Re-employment Commencement Date. If Break Year occurred between end of GTE service and Re-employment Commencement Date, if year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee. | Subject to completion of one year *ERISA Service*, same as above. |
| 6 months or less. | Anytime. | Either vested or not vested. | No. | Same as above. | Same as above. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre-break GTE service and post-break service (but not Period of Severance). NCS Date is adjusted to credit the prior period of employment if pre-break service applies. | Same as above. |

---

[1] A person who does not have at least 6 months of service prior to a Period of Severance is not eligible for bridging upon rehire.

[2] For an individual with prior service with GTE or an affiliate who is a Bridging Eligible Employee on January 1, 2001, such prior service shall be credited on January 1, 2002 in accordance with the employee self-identification and company-verification process prescribed by the Plan Administrator.

1-PH/1263203v8

163

## CHART 7(NA): PRIOR EMPLOYMENT AS MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF GTE CORPORATION OR AFFILIATE (CONTINUED)

Note: For Re-employment Commencement Dates or transfers to Eligible Employee status beginning or resuming on or after July 1, 2000.

| IF | | | THEN | | | |
|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Plan Benefit: |
| More than 6 months but less than 5 years. | Anytime. | Either vested or not vested. | No. | Pre- and post-break service under Plan rules (but not the Period of Severance); but disregarding GTE service prior to July 1, 2000. Effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with GTE service prior to July 1, 2000. Note that prior service is recognized only after 1 year of ERISA Service completed after Re-employment Commencement Date (if Break Year occurred between end of GTE service and Re-employment Commencement Date). If year not completed, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre-break GTE service and post-break service (but not Period of Severance) when the Eligible Employee has completed 12 continuous months NCS immediately following return from the break. If pre-break GTE service is not bridged under this exception, NCS Date is date of rehire as an Eligible Employee. | Subject to completion of one year ERISA Service if Break Year occurred, Plan benefit is based on Pension Accrual Service earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |
| 5 years or more but Break Years less than greater of 5 or years of ERISA Service credited prior to break. | Anytime. | Either vested or not vested. | No. | Same as above. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre-break GTE service and post-break service (but not Period of Severance) when the Eligible Employee has completed 12 continuous months NCS immediately following return from the break. If pre-break GTE service is not bridged under this exception, NCS Date is date of rehire as an Eligible Employee. | Subject to completion of one year ERISA Service if Break Year occurred, Plan benefit is based on Pension Accrual Service earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |
| 5 years or more and Break Years equal or exceed years of ERISA Service credited prior to break. | Anytime. | Either vested or not vested. | No. | Pre-break service is forfeited, except that, effective January 1, 2002, for an individual who is a Bridging Eligible Employee on or after January 1, 2001, pre-break service and post-break service (but not Period of Severance) shall be credited when the Eligible Employee has completed 12 months continuous NCS as an Eligible Employee immediately following the return from the break. If pre-break service not bridged under the exception, pre-break service is forfeited. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with pre-break GTE service and post-break service (but not the Period of Severance) when the Eligible Employee has completed 12 continuous months NCS immediately following return from the break. If pre-break GTE service is not bridged under this exception, NCS Date is date of rehire as an Eligible Employee. | Same as above. |

V00172

164

1-PH/1263203v8

**CHART 7(NA): PRIOR EMPLOYMENT AS MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF GTE CORPORATION OR AFFILIATE (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers to Eligible Employee status beginning or resuming on or after July 1, 2000.

| IF | | | THEN | | | |
|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior benefit? | ERISA Service under Plan based on:[18] | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on:[22] | Plan Benefit: |
| *Rehired Retiree* | | | | | | | |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break service under Plan rules (but not the Period of Severance), but disregarding GTE service prior to July 1, 2000. Effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001 shall be credited with GTE service prior to July 1, 2000. Note that prior service is recognized only after 1 year of ERISA Service completed after Re-employment Commencement Date if 1 Break Year occurred between end of GTE Service and Re-employment Commencement Date; provided, however, that prior ERISA Service is recognized immediately on the later of January 1, 2002 or return from the break for a Bridging Eligible Employee on or after January 1, 2001 who was eligible for a Service or Disability Pension at prior termination. If prior ERISA Service not recognized, Plan benefits accrued after Re-employment Commencement Date do not vest. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee. | Subject to recognition of prior ERISA Service, Plan benefit is based on Pension Accrual Service earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |
| 6 months or less | Anytime. | Vested. | No. | Same as above. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee on or after January 1, 2001, shall be credited with pre-break GTE service and post-break service (but not the Period of Severance). NCS Date is adjusted to credit the prior period of employment if pre-break service applies. | Same as above. |
| More than 6 months | Anytime. | Vested. | No. | Same as above. | Service after rehire as Eligible Employee. | NCS Date set to date of rehire as Eligible Employee, except that, effective January 1, 2002, an individual who is a Bridging Eligible Employee with pre-break GTE service and post-break service (but not Period of Severance) when the Eligible Employee has completed 12 continuous months NCS immediately following return from the break (or when the Eligible Employee was Service Pension eligible under the prior management plan at prior termination). If pre-break GTE service is not bridged, NCS Date is date of rehire as an Eligible Employee. | Subject to recognition of prior ERISA Service, Plan benefit is based on Pension Accrual Service earned as Eligible Employee and pension band rate in effect when Eligible Employee status ends. |

V00173

165

1-PH/1263303v8

APPENDIX B

APPENDIX B

# VERIZON PENSION PLAN FOR NEW YORK AND NEW ENGLAND ASSOCIATES – TRANSFERS OUT OF ELIGIBLE EMPLOYEE STATUS

Guidelines for Crediting Service and Determining Plan Benefits When a Former Eligible Employee Becomes Employed in a Position with the Company or an Affiliate in which he or she is not an Eligible Employee

## TABLE OF CONTENTS

Page No.

How to Use the Charts: .................................................................................................................................167

CHART A(NA): FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC Cash Balance Plan (for Bell Atlantic North Participating Companies) ....................................................168

CHART B(NA): FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON'S BELL ATLANTIC ENTERPRISES CASH BALANCE PLAN OR Chesapeake Directory Sales Company Cash Balance Plan....................................................................169

CHART C(NA): FORMER ELIGIBLE EMPLOYEE BECOMES MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF AFFILIATE (OTHER THAN GTE Corporation and Affiliates) with No Pension Plan.................................................................................172

CHART D(NA): FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA)....175

CHART E(NA): FORMER ELIGIBLE EMPLOYEE BECOMES EMPLOYEE OF GTE CORPORATION OR AFFILIATE...................................................................................177

V00174

1-P1/126320.3v8

**How to Use the Charts:**

After deciding which Chart is appropriate for analyzing a particular fact pattern, the specific employee circumstances must be located on the Chart. The information on the Chart is broken between "If" and the "THEN" sections:

- **"IF" Section**
  - Used to determine which row of information to follow (Charts progress from page to page by the length of Period of Severance)
  - Circumstance must satisfy all "If" conditions before proceeding to "THEN"
  - Conditions include: Period of Severance (length of break), time when break began, vested status prior to Period of Severance, and whether or not the prior plan benefit was cashed out
  - Additional condition when coming into the Plan — *"Hours Worked in Calendar Year"* which refers to the total Hours of Service earned in the calendar year of Separation From Service.

- **"THEN" Section**
  - Used to determine how ERISA Service, Pension Accrual Service and Net Credited Service will be recognized,
  - Describes treatment of prior pension benefits, if any, and
  - Describes the accrual of the pension benefit under the receiving plan, if any.

Note: For purposes of applying the charts:

- "Cashed-out refers to a plan benefit that has been entirely paid out, whether in a single sum or in another form of benefits. Solely for purposes of applying the charts, a "0" dollar deemed cashout to a nonvested participant is not considered a "cashout."
- If the Participant is absent from work beyond the first anniversary of the first day of an absence for maternity, paternity or infant care reasons, the Participant's Period of Severance shall be deemed to have started on the second anniversary of the start of the absence; however, the period between the first and second anniversaries is not counted as service in any case. An absence for "maternity, paternity or infant care reasons" means an absence by reason of (a) the Participant's pregnancy, (b) the birth of the Participant's child, (c) the placement of a child with the Participant in connection with adoption, or (d) the Participant's caring for the child following birth or placement. The Participant is responsible for providing written notice to the Plan Administrator of an absence described above. In addition, no period of family or medical leave under the Family and Medical Leave Act of 1993 shall cause a Participant to lose his or her prior service.
- "Vested" means vested in a benefit under a defined benefit pension plan maintained by the Company or an Affiliate. When a Participant's entire period of Bell Atlantic/Verizon employment has been in a position with an Affiliate that is not covered by a defined benefit pension plan and the participant is entering a management plan maintained by the Company or an Affiliate, "vested" means completion of five years of ERISA Service.
- Rules for Re-employment Commencement Dates or transfers to or from Eligible Employee status prior to the date specified on a particular chart are described in the Plan as then in effect.
- Multiple Periods of Severance should be analyzed separately and sequentially to determine impact on service credit.
- See in particular the following definitions in Article II of the Plan: Break Year, Eligible Employee, ERISA Service, Hour of Service, Net Credited Service Date, Pension Accrual Service, Period of Severance, and Re-employment Commencement Date.
- A "Bridging Eligible Employee" is an individual who has been an Eligible Employee other than an IBEW-New England Employee at any time on or after January 1, 2001.
- A "Rehired Retiree" is an individual who is receiving or has received payment from the Plan.

1-PH/1263203v8

V00175