## CHART A(NA): FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON'S BELL ATLANTIC CASH BALANCE PLAN OR BELL ATLANTIC CASH BALANCE PLAN (FOR BELL ATLANTIC NORTH PARTICIPATING COMPANIES)

Note: For Re-employment Commencement Dates or transfers resulting in eligible employee status under new plan beginning or resuming on or after June 30, 1998 (or beginning or resuming on or after January 1, 1998, if eligible employee status continues through June 30, 1998).

| IF | | | THEN |
|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | Prior Plan Benefit:* |
| No break. | No break. | Either vested or not vested. | Not applicable. | Plan benefit is transferred to new plan as an Unconverted Annuity Pension Benefit effective as of date of transfer. |
| Any period. | Anytime. | Vested. | Yes. | Cashed out, so no benefit to transfer. |
| 12 months or less | Anytime. | Either vested or not vested. | No. | Plan benefit is transferred to new plan as Unconverted Annuity Pension Benefit effective as of Re-employment Commencement Date. |
| Greater than 12 months. | Anytime. | Vested. | No. | Same as above. |
| Greater than 12 months but less than 5 years. | Anytime. | Not vested. | No. | Same as above. |
| 5 years or more | Anytime. | Not vested. | No. | Prior benefit is forfeited, unless the number of consecutive Break Years is less than the greater of 5 or the years of *ERISA Service* credited prior to the break. If not forfeited, Plan benefit is transferred to new plan as an Unconverted Annuity Pension Benefit effective as of Re-employment Commencement Date. |
| *Retired* Retiree | | | | |
| Any period. | Anytime. | Vested. | Yes. | Cashed out, so no benefit to transfer. |
| Any period. | Anytime. | Vested. | No. | Prior pension annuity continues or Plan benefit is transferred to new plan as an Unconverted Annuity Pension Benefit effective as of Re-employment Commencement Date, if payment has been deferred. |

* All transfers of benefits are subject to the anti-cutback rules of Section 411(d)(6) of the Code and are effective on the date the former Eligible Employee becomes eligible to participate in the new plan. No transfer will occur unless and until the former Eligible Employee becomes eligible to participate in the new plan.

V00176

1-PH/1263263v8

168

**CHART B(NA):** FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON'S BELL ATLANTIC ENTERPRISES CASH BALANCE PLAN OR CHESAPEAKE DIRECTORY SALES COMPANY CASH BALANCE PLAN

Note: For Re-employment Commencement Dates or transfers resulting in eligible employee status under new plan beginning or resuming on or after January 1, 1998.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Plan Benefit: |
| No break. | No break. | Either vested or not vested. | Not applicable. | All service. | Service as of date of termination as an active participant in Plan. | Service as of date of termination as an active participant in Plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Pension Accrual Service is measured to date of termination as an active Plan participant. Pension band rate used is rate in effect on same date (no further increases). Benefit remains in Plan. |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break years of ERISA Service, subject to completion of 1 year of ERISA Service after Re-employment Commencement Date if Break Year has occurred. | None due to cash-out. | None due to cash-out. | Cashed out. |
| 12 months or less. | Anytime. | Either vested or not vested. | No. | Same as above. | Service as of date of termination as active participant in Plan. | Service as of date of termination as an active participant in Plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Plan benefit is frozen and based on Pension Accrual Service and pension band rate at time of termination as an active Plan participant. It is eligible to become vested based on combined pre- and post-break ERISA Service, subject to completion of one year ERISA Service after rehire. Benefit remains in Plan. |

169

1-PH/1263203.8

V00177

**CHART B(NA): FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON'S BELL ATLANTIC ENTERPRISES CASH BALANCE PLAN OR CHESAPEAKE DIRECTORY SALES COMPANY CASH BALANCE PLAN (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers resulting in eligible employee status under new plan beginning or resuming on or after January 1, 1998.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service* ("NCS") under Plan based on: | Prior Plan Benefit: |
| Greater than 12 months. | Anytime. | Vested. | No. | Pre- and post-break years of *ERISA Service* subject to completion of 1 year of *ERISA Service* after Re-employment Commencement Date if Break Year has occurred. | Service as of date of termination as active participant in Plan. | Service as of date of termination as active participant in plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Plan benefit is frozen and based on *Pension Accrual Service* and pension band rate at time of termination as an active Plan participant. Vested benefit remains in Plan. |
| Greater than 12 months but less than 5 years *or* 5 years or more and number of consecutive Break Years is less than the greater of 5 or the years of *ERISA Service* credited prior to the break. | Anytime. | Not vested. | No. | Same as above. | Same as above. | Same as above. | Plan benefit is frozen and based on *Pension Accrual Service* and pension band rate at time of termination as an active Plan participant. It is eligible to become vested based on combined pre- and post-break *ERISA Service* subject to completion of one year *ERISA Service* after rehire. Benefit remains in Plan. |
| 5 years or more *and* number of consecutive Break Years equals or exceeds greater of 5 or the years of *ERISA Service* credited prior to the break. | Anytime. | Not vested. | No. | Prior service is forfeited. | Prior service is forfeited. | Prior service is forfeited. | Prior benefit is forfeited. |

170

V00178

1-PU/1263203v8

## CHART B(NA): FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON'S BELL ATLANTIC ENTERPRISES CASH BALANCE PLAN OR CHESAPEAKE DIRECTORY SALES COMPANY CASH BALANCE PLAN (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in eligible employee status under new plan beginning or resuming on or after January 1, 1998.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | ERISA Service under Plan based on: | Pension Accrued Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Plan Benefit: |
| *Rehired Retiree* | | | | | | | |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break years of ERISA Service, subject to completion of 1 year of ERISA Service after Re-employment Commencement Date if Break Year has occurred. | None due to cash-out. | None due to cash-out. | Cashed out. |
| Any period. | Anytime. | Vested. | No. | Same as above. | Service as of date of termination as an active participant in Plan. | Service as of date of termination as an active participant in Plan. | Prior pension annuity continues. |
| | | | | | | Service as of date of termination as active participant in plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Plan benefit remains as a frozen vested accrued benefit under Plan, if payment has been deferred. |

171

V00179

1-PH/1263303v8

**CHART C(NA): FORMER ELIGIBLE EMPLOYEE BECOMES MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF AFFILIATE (OTHER THAN GTE CORPORATION AND AFFILIATES) WITH NO PENSION PLAN**

Note: For Re-employment Commencement Dates or transfers resulting in above status beginning or resuming on or after January 1, 1998.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Plan Benefit: |
| No break. | No break. | Either vested or not vested. | Not applicable. | All service. | Service as of date of termination as an active participant in Plan. | Service as of date of termination as an active participant in Plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Bridging Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Pension Accrual Service is measured to date of termination as an active Plan participant. Pension band rate based is rate in effect on same date (no further increases). Benefit remains in Plan. |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break year of ERISA Service, subject to completion of 1 year of ERISA Service after Re-employment Commencement Date if Break Year has occurred. | None due to cash-out. | None due to cash-out. | Cashed out. |
| 12 months or less. | Anytime. | Either vested or not vested. | No. | Same as above. | Service as of date of termination as an active participant in Plan. | Service as of date of termination as an active participant in Plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Bridging Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Plan benefit is frozen and based on Pension Accrual Service and pension band rate at time of termination as an active Plan participant. It is eligible to become vested based on combined pre- and post-break ERISA Service subject to completion of one year ERISA Service after rehire. Benefit remains in Plan. |

172

V00180

1-PH/1263203v8

**CHART C(NA): FORMER ELIGIBLE EMPLOYEE BECOMES MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF AFFILIATE (OTHER THAN GTE CORPORATION AND AFFILIATES) WITH NO PENSION PLAN (CONTINUED)**

Note: For Re-employment Commencement Dates or transfers resulting in above status beginning or resuming on or after January 1, 1998.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service* ("NCS") under Plan based on: | Prior Plan Benefit: |
| Greater than 12 months. | Anytime. | Vested. | No. | Pre- and post-break years of *ERISA Service*, subject to completion of 1 year of *ERISA Service* after Re-employment Commencement Date if Break Year has occurred. | Service as of date of termination as an active participant in Plan. | Service as of date of termination as an active participant in Plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Plan benefit is frozen and based on *Pension Accrual Service* and pension band rate at time of termination as an active Plan participant. Vested benefit remains in Plan. |
| Greater than 12 months but less than 5 years or 5 years or more and number of consecutive Break Years is less than the greater of 5 or the years of *ERISA Service* credited prior to the break. | Anytime. | Not vested. | No. | Same as above. | Same as above. | Same as above. | Plan benefit is frozen and based on *Pension Accrual Service* and pension band rate at time of termination as an active Plan participant. It is eligible to become vested based on combined pre- and post-break *ERISA Service*, subject to completion of one year *ERISA Service* after rehire. Benefit remains in Plan. |
| 5 years or more *and* number of consecutive Break Years equals or exceeds greater of 5 or the years of *ERISA Service* credited prior to the break. | Anytime. | Not vested. | No. | Prior service is forfeited. | Prior service is forfeited. | Prior service is forfeited. | Prior benefit is forfeited. |

V00181

173

1-PL/126,201v8

**CHART C(NA):** FORMER ELIGIBLE EMPLOYEE BECOMES MANAGEMENT EMPLOYEE OR ASSOCIATE EMPLOYEE OF AFFILIATE (OTHER THAN GTE CORPORATION AND AFFILIATES) WITH NO PENSION PLAN (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in above status beginning or resuming on or after January 1, 1998.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service* ("NCS") under Plan based on: | Prior Plan Benefit: |
| *Retired Retiree* | | | | | | | |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break years of *ERISA Service* subject to completion of 1 year of *ERISA Service* after Re-employment Commencement Date if Break Year has occurred. | None due to cash-out. | None due to cash-out. | Cashed out. |
| Any period. | Anytime. | Vested. | No. | Same as above. | Service as of date of termination as an active participant in Plan. | Service as of date of termination as an active participant in Plan. | Prior pension annuity continues. |
| | | | | | | Service as of date of termination as an active participant in Plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Plan benefit remains as a frozen vested accrued benefit under Plan if payment has been deferred. |

174

V00182

I-PH/1263203v5

## CHART D(NA): FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA)

Note: For Re-employment Commencement Dates or transfers resulting in eligible employee status under new plan beginning or resuming on or after August 11, 1998.[1]

| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | THEN Prior Plan Benefit[2] |
|---|---|---|---|---|
| No break. | No break. | Either vested or not vested. | Not applicable. | Plan benefit is transferred to new plan effective as of date of transfer or date becomes a Bridgeable Employee, if later. |
| Any period. | Anytime. | Vested. | Yes. | Cashed out, so no benefit to transfer. |
| 6 months or less. | Anytime. | Either vested or not vested. | No. | Plan benefit is transferred to new plan effective as of Re-employment Commencement Date, or date becomes a Bridgeable Employee, if later. |
| Greater than 6 months but 12 months or less. | Anytime. | Either vested or not vested. | No. | Same as above. |
| Greater than 12 months. | Anytime. | Vested. | No. | Plan benefit is transferred to new plan effective as of Re-employment Commencement Date, or date becomes a Bridgeable Employee, if later. |
| Greater than 12 months but less than 5 years. | Anytime. | Not vested. | No. | Same as above. |
| 5 years or more. | Anytime. | Not vested. | No. | Same as above. |
| *Retired Retiree* | | | | |
| Any period. | Anytime. | Vested. | Yes. | Cashed out, so no benefit to transfer. |

---

[1] This chart also covers Re-employment Commencement Dates or transfers resulting in Eligible Employee status after 1983 and before August 11, 1998 for a "Bridgeable Employee." For this purpose, a Bridgeable Employee is an individual who (i) as of 8/11/98 is an active, terminated vested, or retired participant in the Plan or VPPMAA, (ii) completes at least one Hour of Service as an active participant in the Plan or VPPMAA on or after 8/11/98, (iii) commences or recommences benefits under the Plan or VPPMAA after 8/11/98, (iv) in the case of an 8/11/98 Plan participant, has pre-8/11/98 service credited under VPPMAA or, in the case of an 8/11/98 VPPMAA participant, has pre-8/11/98 service credited under the Plan, AND (v) does not have rights with respect to service described in (iv) under the Mandatory Portability Agreement or an Interchange Agreement.

[2] All transfers of benefits are subject to the anti-cutback rules of Section 411(d)(6) of the Code and are effective on the date the former Eligible Employee becomes eligible to participate in the new plan. No transfer will occur unless and until the former Eligible Employee becomes eligible to participate in the new plan.

## CHART D(NA): FORMER ELIGIBLE EMPLOYEE BECOMES ELIGIBLE EMPLOYEE UNDER VERIZON PENSION PLAN FOR MID-ATLANTIC ASSOCIATES (VPPMAA) (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in eligible employee status under new plan beginning or resuming on or after August 11, 1998.[1]

| IF | | | THEN | |
|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | Prior Plan Benefit: |
| *Rehired Retiree (Continued)* | | | | |
| Any period. | Anytime. | Vested. | No. | Pension payments suspended during reemployment. Plan benefit is transferred to new plan effective as of Re-employment Commencement Date, or date becomes Bridgeable Employee, if later. |

## CHART E(NA): FORMER ELIGIBLE EMPLOYEE BECOMES EMPLOYEE OF GTE CORPORATION OR AFFILIATE

Note: For Re-employment Commencement Dates or transfers resulting in the above status beginning or resuming on or after July 1, 2000.

| IF | | | | | THEN | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | *ERISA Service* under Plan based on: | *Pension Accrual Service* under Plan based on: | *Net Credited Service* ("NCS") under Plan based on: | Prior Plan Benefit: |
| No break. | No break. | Either vested or not vested. | Not applicable. | All service. | Service as of date of termination as an active participant in Plan. | Service as of date of termination as an active participant in Plan, except that all service with GTE or an Affiliate shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | *Pension Accrual Service* is measured to date of termination as an active Plan participant. Pension band rate used is rate in effect on same date (no further increases). Benefit remains in Plan. |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break years of *ERISA Service*, subject to completion of 1 year of *ERISA Service* after Re-employment Commencement Date if Break Year has occurred. | None due to cash-out. | None due to cash-out. | Cashed out. |
| 12 months or less. | Anytime. | Either vested or not vested. | No. | Pre- and post-break years of *ERISA Service*, subject to completion of 1 year of *ERISA Service* after Re-employment Commencement Date if Break Year has occurred. | Service as of date of termination as an active participant in Plan. | Service as of date of termination as an active participant in Plan, except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Plan benefit is frozen and based on *Pension Accrual Service* and pension band rate at time of termination as an active Plan participant. It is eligible to become vested based on combined pre- and post-break *ERISA Service*, subject to completion of one year *ERISA Service* after rehire. Benefit remains in Plan. |
| Greater than 12 months. | Anytime. | Vested. | No. | Same as above. | Same as above. | Same as above. | Plan benefit is frozen and based on *Pension Accrual Service* and pension band rate at time of termination as an active Plan participant. Vested benefit remains in Plan. |
| Greater than 12 months but less than 5 years or 5 years or more and number of consecutive Break Years is less than greater of 5 or years of *ERISA Service* credited prior to the break. | Anytime. | Not vested. | No. | Same as above. | Same as above. | Same as above. | Plan benefit is frozen and based on *Pension Accrual Service* and pension band rate at time of termination as an active Plan participant. It is eligible to become vested based on combined pre- and post-break *ERISA Service*, subject to completion of one year *ERISA Service* after rehire. Benefit remains in Plan. |
| 5 years or more *and* number of consecutive Break Years equals or exceeds the greater of 5 or the years of *ERISA Service* credited prior to the break. | Anytime. | Not vested. | No. | Prior service is forfeited. | Prior service is forfeited. | Prior service is forfeited. | Prior benefit is forfeited. |

V00185

1-PHI/1263203v8

177

## CHART E(NA): FORMER ELIGIBLE EMPLOYEE BECOMES EMPLOYEE OF GTE CORPORATION OR AFFILIATE (CONTINUED)

Note: For Re-employment Commencement Dates or transfers resulting in the above status beginning or resuming on or after July 1, 2000.

| IF | | | | THEN | | | |
|---|---|---|---|---|---|---|---|
| Period of Severance (length of break): | Time when break began: | Vested status prior to Period of Severance: | Cash-out of prior Plan benefit? | ERISA Service under Plan based on: | Pension Accrual Service under Plan based on: | Net Credited Service ("NCS") under Plan based on: | Prior Plan Benefit: |
| *Rehired Retiree* | | | | | | | |
| Any period. | Anytime. | Vested. | Yes. | Pre- and post-break years of ERISA Service, subject to completion of 1 year of ERISA Service after Re-employment Commencement Date if Break Year has occurred. | None due to cash-out. | None due to cash-out. | Cashed out. |
| Any period. | Anytime. | Vested. | No. | Same as above. | Service as of date of termination as an active participant in the Plan. | Service as of date of termination as an active participant in the Plan. | Prior pension annuity continues. |
| | | | | | | Service as of date of termination as an active participant in Plan except that all service shall be credited effective January 1, 2002 to a Bridging Eligible Employee who ceases to be an Eligible Employee on or after January 1, 2001 and is thereafter employed by an Affiliate prior to his or her Annuity Starting Date under the Plan. | Plan benefit remains as frozen vested accrued benefit under Plan if payment has been deferred. |

178

V00186

1-PH/1263293v8

## VERIZON EMPLOYEE BENEFITS COMMITTEE
Resolutions of the Chairperson

### Termination Settlements and Corporate Profit Sharing

WHEREAS, THE UNDERSIGNED, in his capacity as Chairperson of the Verizon Employee Benefits Committee ("VEBC"), which status he holds by virtue of his status as the most senior Human Resources officer of Verizon Communications Inc. ("Company"), is authorized to act for the VEBC and the Company and its affiliates, as applicable, to approve the text of a benefit plan amendment corresponding to the terms of a collective bargaining agreement that relates to employees of the Company or an affiliate or that does not substantially alter the cost of benefits under the benefit plan;

WHEREAS, the Verizon Pension Plan for New York and New England Associates (the "Plan") has been amended from time to time and has been restated to include amendments through December 15, 2001;

WHEREAS, it is necessary to amend the Plan (i) to provide that corporate profit sharing awards paid in 2004 through 2008 under the terms of the 2003 collective bargaining agreement are included in supplemental pay and (ii) to reflect recently-bargained rules relating to termination settlements;

RESOLVED, that in accordance with the terms of the applicable collective bargaining agreements, the VEBC, acting in a settlor capacity, hereby amends the Plan as described in the attached amendment to the Plan.

APPROVED, this __21__ day of December, 2004.

Signed: _____
Marc C. Reed
Executive Vice President--
Human Resources and Chairperson of
Verizon Employee Benefits Committee

V00187

# AMENDMENT TO THE VERIZON PENSION PLAN
# FOR NEW YORK AND NEW ENGLAND ASSOCIATES

**1. Effective August 3, 2003, subsection (f) of Section 2.69 ("Supplemental Amounts") of the Plan is amended to read as follows:**

(f)  Corporate profit sharing awards paid in 2003 through 2008 for IBEW-New England Employees and paid in 2001 through 2008 for all other Eligible Employees and, for Eligible Employees of VIS and its affiliates thereunder, the 2004 payment and subsequent payments of the VIS Performance Incentive (VPI) award.

**2. Effective on the date on which the applicable collective bargaining agent has agreed in writing to this provision, the following new subsection (d) is hereby added to section 20.2 of the Plan:**

(d)  **Special Rules for Reinstatements.** The following rules shall supercede the provisions of subsections (a) and (b) of this section 20.2 for Eligible Employees who, on or after the date on which the Eligible Employee's collective bargaining agent has agreed in writing to this provision, are reinstated, with or without back pay, following a discharge, layoff, demotion, or suspension, as a result of the settlement of a grievance or an arbitration award. Unless and to the extent the settlement or arbitration award specifies otherwise:

(1) In the case of a laid off Employee who is reinstated as a result of a grievance settlement or an arbitration award, the Employee's ERISA Service, Net Credited Service, and Pension Accrual Service shall include, immediately upon such reinstatement, the Employee's ERISA Service, Net Credited Service, and Pension Accrual Service credited as of the date of lay-off, plus full service credit for all purposes for the period of lay-off.

(2) In the case of a discharged or suspended Employee who is reinstated with full back pay for the period off the payroll, or if the settlement or award reinstating the Employee specifies that the Employee is to be "made whole" for the entire period he or she was off the payroll, the Employee's ERISA Service, Net Credited Service, and Pension Accrual Service shall include, immediately upon such reinstatement, the Employee's ERISA Service, Net Credited Service, and Pension Accrual Service credited as of the date of discharge, plus full service credit for all purposes for the period the Employee was off the payroll.

(3) In the case of a discharged or suspended Employee who is reinstated with no back pay or partial back pay and the settlement or award does not specify that the Employee is to be "made whole" for the entire period he or she was off the payroll, the Employee's ERISA Service, Net Credited Service, and Pension Accrual Service shall include, immediately upon such reinstatement, the Employee's ERISA Service, Net Credited Service, and Pension Accrual Service credited as of the date of discharge,

plus prorated service credit for all purposes for the period the Employee was off the payroll. The prorated service credit shall be based on the ratio of the amount of back pay awarded to the Employee and the full amount of pay the Employee would have received if the Employee had been continuously employed during the period he or she was off the payroll. If no back pay is awarded to the Employee for the period off the payroll, the Employee shall not be credited with service for any purpose for the period he or she was off the payroll.

**3. Effective March 1, 2004 (or the later date on which the applicable collective bargaining agent has agreed in writing to this provision), the following new subsection (e) is hereby added to section 20.2 of the Plan:**

(e)     If an Eligible Employee who is represented by a collective bargaining agent that has agreed to this provision is the subject of a settlement to resolve a litigation, arbitration, or grievance relating to his or her employment termination and that settlement does not provide for his or her reemployment, regardless of any back pay or lump sum payment provided for in the settlement, the Eligible Employee will not be credited with Net Credited Service, Pension Accrual Service, or ERISA Service for any period following his or her Separation From Service, unless such service credit is specifically authorized by the terms of the settlement. Notwithstanding the preceding sentence, any service credit shall not exceed the period of time between the Employee's Separation From Service and the date of the settlement agreement.

3

## VERIZON EMPLOYEE BENEFITS COMMITTEE
Resolutions of the Chairperson

### Island Allowance, Make Whole Agreements, and New York TTAs

WHEREAS, THE UNDERSIGNED, in his capacity as Chairperson of the Verizon Employee Benefits Committee ("VEBC"), which status he holds by virtue of his status as the most senior Human Resources officer of Verizon Communications Inc. ("Company"), is authorized to act for the VEBC and the Company and its affiliates, as applicable, to approve the text of a benefit plan amendment corresponding to the terms of a collective bargaining agreement that relates to employees of the Company or an affiliate or that does not substantially alter the cost of benefits under the benefit plan;

WHEREAS, the Verizon Pension Plan for New York and New England Associates (the "Plan") has been amended from time to time and has been restated to include amendments through December 15, 2001;

WHEREAS, it is necessary to amend the Plan to (i) include a participant's island allowance in supplemental pay, (ii) reflect the provisions of the "make whole" agreements applicable to certain reinstated employees, (iii) provide an exception to the 18-month promotion rule for Telecommunications Technical Associates ("TTAs") in New York, and (iv) make clarifying changes to pre-retirement death benefit provisions;

RESOLVED, that in accordance with the terms of various collective bargaining agreements, the VEBC, acting in a settlor capacity, hereby amends the Plan as described in the attached amendment to the Plan.

APPROVED, this __24th__ day of __June__, 2004.

Signed: _____
Marc C. Reed
Executive Vice President--
Human Resources and Chairperson of
Verizon Employee Benefits Committee

DC: 1427906-1

V00190