(iii)    The Eligible Participant's eligibility for a Service Pension shall be determined under section 4.1(a) of the Plan using (1) the Eligible Participant's age as of the earlier of his or her Annuity Starting Date or the third anniversary of the date of his or her Separation From Service, and (2) the Eligible Participant's Net Credited Service as of his or her Separation From Service increased by the period between the date of Separation From Service and the Annuity Starting Date, but not by more than three (3) years; and

(iv)    Reductions for early commencement shall be determined under section 4.1(c) of the Plan if the Eligible Participant is eligible for a Service Pension pursuant to (iii), above, or section 4.2(c)(2) of the Plan if the Eligible Participant is not eligible for a Service Pension pursuant to (iii), above, based on the Eligible Participant's age as of his Annuity Starting Date. A Deferred Vested Pension payable to an Eligible Participant in the form of an annuity commencing before age 50 shall be reduced for commencement before Normal Retirement Age using the factors shown in Table 2A.

Notwithstanding the above, calculation of the pension amount under this provision for an Eligible Participant who is eligible for the 2001 Benefit described in Exhibit IV shall be modified as described in Exhibit IV.

(c)    The form of payment for an Eligible Participant's pension and the amount payable in the elected form of payment shall be determined in accordance with Article VI of the Plan; provided, however, that, notwithstanding any provision of the Plan to the contrary, the Eligible Participant may elect to receive payment of his or her pension in the form of a lump sum cash-out calculated as described in section 6.11(c) based on the interest and mortality assumptions in effect under that section as of the Eligible Participant's elected Annuity Starting Date. For purposes of determining the interest assumption and age applicable under section 6.11(c)(2)(C)(ii) of the Plan for an Annuity Starting Date that occurs on a date other than the day following the Eligible Participant's Separation From Service, the Eligible Participant's elected Annuity Starting Date shall be substituted for the "Employee's Separation From Service."

(d)    For purposes of determining the death benefit payable under Article VII of the Plan to the Beneficiary of an Eligible Participant who dies before his or her Annuity Starting Date:

(i)    The pre-retirement death benefit payable to the Eligible Participant's Beneficiary shall be determined under section 7.2 of the Plan based on the Pension Accrual Service, Pension Band Amount and annual average of Supplemental Amounts determined for the Eligible Participant as of his or her Separation From Service, but the Eligible Participant's eligibility for a Service Pension shall be determined under section 3(b)(iii), above, as if the Eligible Participant's Annuity Starting Date had occurred on the date of his or her death. Notwithstanding the preceding sentence:

10

(1) if the Eligible Participant's death occurs before the third anniversary of the date of his or her Separation From Service, the death benefit shall in no event be less than the death benefit that would have been payable under Section 7.1 of the Plan if the Eligible Participant had remained employed until his or her date of death; provided, however, that such death benefit shall be calculated based on the Pension Accrual Service, Pension Band Amount and annual average of Supplemental Amounts determined for the Eligible Participant as of his or her Separation From Service; and

(2) calculation of the death benefit amount under this provision for the Beneficiary of an Eligible Participant who is eligible for the 2001 Benefit described in Exhibit IV shall be modified as described in Exhibit IV.

(ii) Notwithstanding anything in Article VII of the Plan providing that the benefit is not payable until a later date, if the Beneficiary of an Eligible Participant described in this section 3(d) is the Eligible Participant's surviving spouse, the surviving spouse may elect to start payment of any death benefit payable to such spouse under Article VII on the first day of any month following the Eligible Participant's death.

(e) Notwithstanding (b) through (d), above, with respect to an Eligible Participant who has repaid prior pension distributions to the Plan pursuant to section 2(e)(v) of this Exhibit VIII:

(i) The pension (described in sections 3(b) and (c), above) or pre-retirement death benefit (described in section 3(d), above) payable to the Eligible Participant or his or her Beneficiary shall in no event be less than the benefit payable to the Eligible Participant or Beneficiary in the same form of payment commencing on the same Annuity Starting Date that is actuarially equivalent to the Eligible Participant's Accrued Benefit Derived From the Accumulated Repayment. For this purpose, actuarial equivalence shall be determined as of the Eligible Participant's or Beneficiary's Annuity Starting Date using the applicable interest rate and applicable mortality table determined under section 6.11(c)(2)(C)(i) of the Plan as of such Annuity Starting Date.

(ii) If no pre-retirement death benefit is payable to a Beneficiary of the Eligible Participant pursuant to Article VII of the Plan and section 3(d), above, either because the Eligible Participant has no Beneficiary or because the Beneficiary dies before the pre-retirement death benefit commences, the Eligible Participant's estate shall receive a single sum payment equal to the gross amount of prior Plan distributions repaid by the Eligible Participant to the Plan pursuant to section 2(e)(v) of this Exhibit VIII, with interest on such amount compounded annually at a rate of 120% of the federal mid-term rate, as in effect under Code section 1274 for the first month of each Plan Year, through the date the single sum is paid. The payment described in this paragraph (ii) shall be made as soon as administratively practicable after the Plan Administrator determines that no pre-retirement death benefit is payable.

11

(iii) If the sum of the benefit payments made to the Eligible Participant and/or his or her Beneficiary at or following the Annuity Starting Date for a pension or a pre-retirement death benefit is less than the gross amount of prior Plan distributions repaid by the Eligible Participant to the Plan pursuant to section 2(e)(v) of this Exhibit VIII, with interest on such amount compounded annually at a rate of 120% of the federal mid-term rate, as in effect under Code section 1274 for the first month of each Plan Year, through the Annuity Starting Date, the difference shall be paid in a single sum to the estate of the Eligible Participant or Beneficiary who received the last benefit payment, as soon as administratively practicable following such last payment.

(f)     If an Eligible Participant's death occurs before his or her Annuity Starting Date and the Eligible Participant would have been Service Pension eligible under section 3(b)(iii), above, if the date of death had been his Annuity Starting Date, the Eligible Participant shall be deemed to have died while receiving a Service Pension for purposes of determining whether a Pensioner Death Benefit is payable on behalf of the Participant under section 8.3 of the Plan.

4.     **Miscellaneous.**

(a)     The provisions of this Exhibit VIII apply, and pension benefits under this Exhibit VIII shall be provided, only with respect to Eligible Participants. The benefit of any Eligible Employee who is not an Eligible Participant shall be determined without regard to, and shall be wholly unaffected by, this Exhibit VIII. As reflected in the definition of "Eligible Participant" in this Exhibit VIII and notwithstanding anything to the contrary, entitlement to benefits under the ERE Program described in this Exhibit VIII is expressly conditioned upon the individual being, at the time of his Separation From Service, both an Eligible Employee of a Participating Company and a member of a bargaining unit represented by a collective bargaining agent each of which has agreed to the ERE Program for the relevant time period, as well as the satisfaction of other requirements set forth in this Exhibit VIII. The method of computation of a pension under this Exhibit VIII is entirely separate and distinct from, and shall not become part of, any method of computation of a pension under the Plan without regard to this Exhibit VIII.

(b)     If an Eligible Participant is rehired by a Participating Company:

(i) the period of elapsed time between his or her Separation From Service and the earlier of his or her Annuity Starting Date or his or her rehire date (but not more than three years) shall be taken into account in determining whether he or she has met the requirements for a Service Pension at his or her subsequent Separation From Service;

(ii) his or her pre- and post-break Net Credited Service, ERISA Service and Pension Accrual Service shall be bridged immediately upon rehire; and

12

V00233

(iii) he or she shall be eligible upon his or her subsequent Separation From Service to elect to receive payment of his or her pension under the lump sum cash-out provisions of section 6.11 of the Plan as of the Annuity Starting Date he or she elects.

**VERIZON EMPLOYEE BENEFITS COMMITTEE**
Resolutions of the Chairperson

## New England Sales Special Severance, 5% Pension Band Increase, IBEW New England Service Bridging, and Commission Band Table Update

WHEREAS, THE UNDERSIGNED, in his capacity as Chairperson of the Verizon Employee Benefits Committee ("VEBC"), which status he holds by virtue of his status as the most senior Human Resources officer of Verizon Communications Inc. ("Company"), is authorized to act for the VEBC and the Company and its affiliates, as applicable, to approve the text of a benefit plan amendment corresponding to the terms of a collective bargaining agreement that relates to employees of the Company or an affiliate or that does not substantially alter the cost of benefits under the benefit plan;

WHEREAS, the Verizon Pension Plan for New York and New England Associates (the "Plan") has been amended from time to time and has been restated to include amendments through December 15, 2001;

RESOLVED, that in accordance with the terms of various collective bargaining agreements, the VEBC hereby amends the Plan as described in the attached amendment to the Plan.

FURTHER RESOLVED, that Legal Counsel to the VEBC is authorized to restate the terms of the Plan in a manner that is consistent with this amendment.

WHEREAS, recent collective bargaining agreements also require amendments to certain other benefit plans;

RESOLVED, that the VEBC hereby approves modifications to the relevant retiree welfare and separation pay plans as set forth in the Memorandum of Agreement between Verizon Yellow Pages Company and Communications Workers of America, AFL-CIO, Local 1301 dated May 23, 2002, as subsequently amended by a side letter agreement in June of 2002;

APPROVED, this ___24___ day of June, 2002.

Signed: _____
Ezra D. Singer
Executive Vice President--
Human Resources and Chairperson of
Verizon Employee Benefits Committee

# AMENDMENT TO THE VERIZON PENSION PLAN
# FOR NEW YORK AND NEW ENGLAND ASSOCIATES

1. Section 2.9 of the Plan is amended to read as follows, effective July 1, 2001:

**"2.9 Average Monthly Commissions**
shall mean one-twelfth of a three-calendar-year average of the Employee's Annual Commissions. The Annual Commissions used in the average shall include the Employee's aggregate Annual Commissions for the calendar year before and the calendar year including the Determination Date (the "Determination Date year"), plus the Employee's Annual Commissions for the two calendar years out of the four calendar years immediately preceding the Determination Date year in which the Employee's Annual Commissions are the highest. For the Determination Date year, Annual Commissions shall equal (i) total Annual Commissions for the calendar year before the Determination Date, plus (ii) total Annual Commissions for the calendar year including the Determination Date paid through the last day of the calendar month prior to the Determination Date, divided by the sum of 12 plus the number of covered months in the calendar year including the Determination Date, and then multiplied by 12. In the event that the Employee has completed less than three full calendar years in a Directory Advertising Sales position, Average Monthly Commissions will be determined by averaging the Employee's Annual Commissions over the Employee's total months in a Directory Advertising Sales position. Notwithstanding the above, the amount of Annual Commissions taken into account for any Plan Year (or any 12-month determination period beginning in such Plan Year) in determining Average Monthly Commissions shall not exceed $170,000 or such other limit as shall be in effect for such Plan Year as determined under section 401(a)(17)(B) of the Code and regulations thereunder, as adjusted from time to time. Effective after the date this amendment is adopted in accordance with collective bargaining between one or more Participating Companies and one or more collective bargaining agents representing Eligible Employees, subparagraph (ii), above, shall refer instead to total Annual Commissions for the calendar year including the Determination Date paid through the last full month worked during such year."

2. Section 2.31(i) of the Plan is amended to read as follows, effective January 1, 2003:

"(i)     **Pre-Merger GTE Service.** Effective January 1, 2002, for an individual who is an Eligible Employee (other than an IBEW-New England Employee) at any time on or after January 1, 2001, service prior to July 1, 2000 with GTE Corporation or an affiliate as described in section 414(b), (c), (m) or (o) of the Code shall be taken into account for purposes of determining Hours of Service and ERISA Service, to the extent described in Appendix A containing guidelines for crediting service and determining Plan benefits after a break in employment or transfer following which the Employee becomes an Eligible Employee. Effective January 1, 2003, for an IBEW-New England Employee who is an Eligible Employee at any time on or after January 1, 2003, service

prior to July 1, 2000 with GTE Corporation or an affiliate as described in section 414(b), (c), (m) or (o) of the Code shall be taken into account for purposes of determining Hours of Service and ERISA Service, to the extent described in Appendix A containing guidelines for crediting service and determining Plan benefits after a break in employment or transfer following which the Employee becomes an Eligible Employee."

3. Section 2.41(b)(3) of the Plan is amended to read as follows, effective January 1, 2003:

"(3) **Periods of Employment with Company or Affiliate Other than as Eligible Employee.** The special service crediting and other rules set forth in Appendices A and B apply to individuals who have periods of employment with the Company or an Affiliate other than as an Eligible Employee. For purposes of applying these rules, to the extent provided in the Appendices, employment with the Company or an Affiliate includes:

(A) employment prior to August 15, 1997 with Bell Atlantic or an affiliate as described in section 414(b), (c), (m) or (o) of the Code;

(B) effective January 1, 2002, for an individual who is an Eligible Employee (other than an IBEW-New England Employee) at any time on or after January 1, 2001, employment prior to July 1, 2000 with GTE Corporation or an affiliate as described in section 414(b), (c), (m) or (o) of the Code; and

(C) effective January 1, 2003, for an IBEW-New England Employee who is an Eligible Employee at any time on or after January 1, 2003, employment prior to July 1, 2000 with GTE Corporation or an affiliate as described in section 414(b), (c), (m) or (o) of the Code."

4. Section 2.49 of the Plan is amended to read as follows, effective June 15, 2002:

"**2.49 Pension Band Amount**
shall mean the dollar amount of pension benefit associated with a Non-Management Employee's Pension Band Number, as shown in Table 1. Notwithstanding the preceding sentence:

(a) for an Eligible Employee (other than an Eligible Employee in a bargaining unit represented by a collective bargaining agent that has not agreed to this provision) whose Separation From Service occurs on or after November 19, 2001 and on or before December 30, 2001, the Pension Band Amount applied to calculate the Employee's Basic Monthly Pension Benefit under Article V upon such Separation From Service shall equal 105% of the Pension Band Amount that would have applied without regard to this sentence; and

(b) for an Eligible Employee (other than an Eligible Employee in a bargaining unit represented by a collective bargaining agent that has not agreed to this provision)

V00237

whose Separation From Service occurs on or after June 15, 2002 and on or before June 30, 2002, the Pension Band Amount applied to calculate the Employee's Basic Monthly Pension Benefit under Article V upon such Separation From Service shall equal 105% of the Pension Band Amount that would have applied without regard to this sentence.

Benefits payable from the Plan pursuant to the preceding sentence shall include benefits required to be paid pursuant to the terms of an agreement relating to settlement of a claim or lawsuit with respect to a Participant's or Beneficiary's entitlement to benefits under the Plan. Such benefits shall be paid at such time and in such form, and shall be subject to such limits, as apply to other similar benefits provided by the Plan."

5. Section 6.11(a)(6) of the Plan is amended to read as follows, effective June 15, 2002:

"(6)    for any Eligible Employee who is not an IBEW-New England Employee, an Eligible Employee eligible for a Service Pension or a Deferred Vested Pension upon his or her Separation From Service on or after June 15, 2002 and prior to August 1, 2003."

6. Sections 6.11(c)(2)(A) and (B) are amended to read as follows, effective November 19, 2001:

"(A)    **Service Pension Cash-Outs.** The lump sum payable to a Window-Eligible Employee who is eligible for a Service Pension shall equal the actuarial equivalent present value of the Service Pension otherwise payable to the Participant in the form of a Single Life Annuity commencing on his Annuity Starting Date, as determined under the provisions of the Plan other than this section 6.11. Such actuarial equivalent present value shall be calculated using the assumptions in subsection (c)(2)(C), below, and shall be adjusted for interest from the Annuity Starting Date to the actual payment date only if, and to the extent, agreed to in collective bargaining applicable to the Window-Eligible Employee or to any other Window-Eligible Employee whose Separation From Service occurs contemporaneously with that of the Window-Eligible Employee.

(B)    **Deferred Vested Pension Cash-Outs.** The lump sum payable to a Window-Eligible Employee who is eligible for a Deferred Vested Pension shall equal the actuarial equivalent present value of the Deferred Vested Pension otherwise payable to the Participant in the form of a Single Life Annuity commencing at Normal Retirement Age (or age at Separation From Service, if later), as determined under the provisions of the Plan other than this section 6.11. Such actuarial equivalent present value shall be calculated using the assumptions in subsection (c)(2)(C), below, and shall be adjusted for interest from the Annuity Starting Date to the actual payment date only if, and to the extent, agreed to in collective bargaining applicable to the Window-Eligible Employee or to any other Window-Eligible Employee whose Separation From Service occurs contemporaneously with that of the Window-Eligible Employee."

7. The attached new Schedule B is substituted for the current Schedule B, effective July 1, 2001.

8. Effective March 13, 2002, Appendices A and B to the Plan are amended to provide as follows:

(a) The term "Bridging Eligible Employee" shall include Eligible Employees who are IBEW-New England Employees at any time on or after March 13, 2002.

(b) For IBEW-New England Employees who become "Bridging Eligible Employees" on or after March 13, 2002, the provisions in Appendix A, Charts 1(NA), 4(NA), 5(NA) and 6(NA) that applied to other Bridging Eligible Employees effective on January 1, 2001 shall apply to such IBEW-New England Employees effective on March 13, 2002.

(c) For IBEW-New England Employees who become "Bridging Eligible Employees" on or after March 13, 2002 and who are Eligible Employees on or after January 1, 2003, the provisions in Appendix A, Charts 2(NA), 3(NA) and 7(NA) and in Appendix B, Charts B(NA), C(NA) and E(NA) that applied to other Bridging Eligible Employees effective on January 1, 2002 shall apply to such IBEW-New England Employees effective on January 1, 2003.

9. Effective June 1, 2002, the following new Exhibit VII is added to the Plan:

## EXHIBIT VII
## NEW ENGLAND SALES SPECIAL SEVERANCE BENEFITS

### 1. In General.

This Exhibit VII describes the New England Sales Special Severance Benefits (the "Special Benefits") provided through the Plan.

### 2. Participants to Whom the Special Benefits Apply.

The Special Benefits shall be offered to each individual who, as of June 7, 2002, is an Eligible Employee who is covered by the collective bargaining agreement between Verizon Yellow Pages Company and the Communications Workers of America/AFL-CIO, Local 1301.

### 3. Conditions for Receipt of Special Benefits.

Subject to any eligibility requirements as may be described in section 5, the Special Benefits shall apply to each Eligible Employee described in section 2 who:

    (a)    signs and delivers a written election to leave the Company and all Affiliates, in the form and manner prescribed by the Plan Administrator, at any time on

or after June 7, 2002 and on or before July 22, 2002 which is not rescinded pursuant to section 4; and

(b)  incurs a Separation From Service on or after June 7, 2002 and on or before July 29, 2002.

## 4. Opportunity to Rescind Election to Leave.

An Eligible Employee who makes the election described in subsection 3(a) may rescind his or her election within 7 days after signing and delivering such election. The Eligible Employee's election to leave shall become irrevocable at the close of such 7-day period.

## 5. Special Benefits.

An Eligible Employee who is described in section 3 (a "Benefits-Eligible Employee") shall be eligible for Special Benefits in accordance with the following:

(a)  If the Benefits-Eligible Employee would have completed at least 5 years of ERISA Service if he or she had worked for the Company or an Affiliate through July 29, 2002, he or she will be vested in his or her pension under the Plan, even if his or her Separation From Service occurs before July 29, 2002.

(b)  If the Benefits-Eligible Employee is vested in his or her pension under the Plan as of his or her Separation From Service, by reason of (a), above, or some other Plan provision, he or she shall qualify as a Window-Eligible Employee for purposes of the distribution provisions of section 6.11.

(c)  If the Benefits-Eligible Employee would have been within 5 years of qualifying, or would have qualified, for a Service Pension under section 4.1 if he or she had worked as an Eligible Employee through July 29, 2002, he or she shall be deemed to have qualified for a Service Pension as of his or her Separation From Service, even if his or her Separation From Service occurs before July 29, 2002.

(d)  For purposes of determining the extent (if any) to which the pension payable from the Plan to the Benefits-Eligible Employee is reduced for early commencement under section 4.1(c), a Benefits-Eligible Employee who is deemed to have qualified for a Service Pension under (c), above, shall have 5 years of age and 5 years of Net Credited Service added to his or her age and Net Credited Service as projected through July 29, 2002, even if Separation From Service occurs before then. The 5 years of age and service described in the preceding sentence shall not be applied to increase the Eligible Employee's Pension Accrual Service or for any other purpose, other than the purpose described in the preceding sentence.

## SCHEDULE B -- Commission Band Table  (No pro-ration is to be applied.)

| Average Monthly Commissions | Commission Band | Average Monthly Commissions | Commission Band |
| --- | --- | --- | --- |
| 1,000 | 15.84 | 3,500 | 47.51 |
| 1,050 | 16.47 | 3,550 | 48.15 |
| 1,100 | 17.10 | 3,600 | 48.78 |
| 1,150 | 17.74 | 3,650 | 49.41 |
| 1,200 | 18.37 | 3,700 | 50.05 |
| 1,250 | 19.01 | 3,750 | 50.68 |
| 1,300 | 19.64 | 3,800 | 51.31 |
| 1,350 | 20.27 | 3,850 | 51.95 |
| 1,400 | 20.91 | 3,900 | 52.58 |
| 1,450 | 21.54 | 3,950 | 53.21 |
| 1,500 | 22.17 | 4,000 | 53.85 |
| 1,550 | 22.81 | 4,050 | 54.48 |
| 1,600 | 23.44 | 4,100 | 55.11 |
| 1,650 | 24.07 | 4,150 | 55.75 |
| 1,700 | 24.71 | 4,200 | 56.38 |
| 1,750 | 25.34 | 4,250 | 57.02 |
| 1,800 | 25.97 | 4,300 | 57.65 |
| 1,850 | 26.61 | 4,350 | 58.28 |
| 1,900 | 27.24 | 4,400 | 58.92 |
| 1,950 | 27.87 | 4,450 | 59.55 |
| 2,000 | 28.51 | 4,500 | 60.18 |
| 2,050 | 29.14 | 4,550 | 60.82 |
| 2,100 | 29.77 | 4,600 | 61.45 |
| 2,150 | 30.41 | 4,650 | 62.08 |
| 2,200 | 31.04 | 4,700 | 62.72 |
| 2,250 | 31.68 | 4,750 | 63.35 |
| 2,300 | 32.31 | 4,800 | 63.98 |
| 2,350 | 32.94 | 4,850 | 64.62 |
| 2,400 | 33.58 | 4,900 | 65.25 |
| 2,450 | 34.21 | 4,950 | 65.88 |
| 2,500 | 34.84 | 5,000 | 66.52 |
| 2,550 | 35.48 | 5,050 | 67.15 |
| 2,600 | 36.11 | 5,100 | 67.78 |
| 2,650 | 36.74 | 5,150 | 68.42 |
| 2,700 | 37.38 | 5,200 | 69.05 |
| 2,750 | 38.01 | 5,250 | 69.69 |
| 2,800 | 38.64 | 5,300 | 70.32 |
| 2,850 | 39.28 | 5,350 | 70.95 |
| 2,900 | 39.91 | 5,400 | 71.59 |
| 2,950 | 40.54 | 5,450 | 72.22 |
| 3,000 | 41.18 | 5,500 | 72.85 |
| 3,050 | 41.81 | 5,550 | 73.49 |
| 3,100 | 42.44 | 5,600 | 74.12 |
| 3,150 | 43.08 | 5,650 | 74.75 |
| 3,200 | 43.71 | 5,700 | 75.39 |
| 3,250 | 44.35 | 5,750 | 76.02 |
| 3,300 | 44.98 | 5,800 | 76.65 |
| 3,350 | 45.61 | 5,850 | 77.29 |
| 3,400 | 46.25 | 5,900 | 77.92 |
| 3,450 | 46.88 | 5,950 | 78.55 |

**Commission Band Table (continued)**

| Average Monthly Commissions | Commission Band | | Average Monthly Commissions | Commission Band |
|---|---|---|---|---|
| 6,000 | 79.19 | | 8,550 | 111.50 |
| 6,050 | 79.82 | | 8,600 | 112.13 |
| 6,100 | 80.45 | | 8,650 | 112.76 |
| 6,150 | 81.09 | | 8,700 | 113.40 |
| 6,200 | 81.72 | | 8,750 | 114.03 |
| 6,250 | 82.36 | | 8,800 | 114.66 |
| 6,300 | 82.99 | | 8,850 | 115.30 |
| 6,350 | 83.62 | | 8,900 | 115.93 |
| 6,400 | 84.26 | | 8,950 | 116.56 |
| 6,450 | 84.89 | | 9,000 | 117.20 |
| 6,500 | 85.52 | | 9,050 | 117.83 |
| 6,550 | 86.16 | | 9,100 | 118.46 |
| 6,600 | 86.79 | | 9,150 | 119.10 |
| 6,650 | 87.42 | | 9,200 | 119.73 |
| 6,700 | 88.06 | | 9,250 | 120.37 |
| 6,750 | 88.69 | | 9,300 | 121.00 |
| 6,800 | 89.32 | | 9,350 | 121.63 |
| 6,850 | 89.96 | | 9,400 | 122.27 |
| 6,900 | 90.59 | | 9,450 | 122.90 |
| 6,950 | 91.22 | | 9,500 | 123.53 |
| 7,000 | 91.86 | | 9,550 | 124.17 |
| 7,050 | 92.49 | | 9,600 | 124.80 |
| 7,100 | 93.12 | | 9,650 | 125.43 |
| 7,150 | 93.76 | | 9,700 | 126.07 |
| 7,200 | 94.39 | | 9,750 | 126.70 |
| 7,250 | 95.03 | | 9,800 | 127.33 |
| 7,300 | 95.66 | | 9,850 | 127.97 |
| 7,350 | 96.29 | | 9,900 | 128.60 |
| 7,400 | 96.93 | | 9,950 | 129.23 |
| 7,450 | 97.56 | | 10,000 | 129.87 |
| 7,500 | 98.19 | | 10,050 | 130.50 |
| 7,550 | 98.83 | | 10,100 | 131.13 |
| 7,600 | 99.46 | | 10,150 | 131.77 |
| 7,650 | 100.09 | | 10,200 | 132.40 |
| 7,700 | 100.73 | | 10,250 | 133.04 |
| 7,750 | 101.36 | | 10,300 | 133.67 |
| 7,800 | 101.99 | | 10,350 | 134.30 |
| 7,850 | 102.63 | | 10,400 | 134.94 |
| 7,900 | 103.26 | | 10,450 | 135.57 |
| 7,950 | 103.89 | | 10,500 | 136.20 |
| 8,000 | 104.53 | | 10,550 | 136.84 |
| 8,050 | 105.16 | | 10,600 | 137.47 |
| 8,100 | 105.79 | | 10,650 | 138.10 |
| 8,150 | 106.43 | | 10,700 | 138.74 |
| 8,200 | 107.06 | | 10,750 | 139.37 |
| 8,250 | 107.70 | | 10,800 | 140.00 |
| 8,300 | 108.33 | | 10,850 | 140.64 |
| 8,350 | 108.96 | | 10,900 | 141.27 |
| 8,400 | 109.60 | | 10,950 | 141.90 |
| 8,450 | 110.23 | | 11,000 | 142.54 |
| 8,500 | 110.86 | | 11,050 | 143.17 |

V00242

Commission Band Table (continued)

| Average Monthly Commissions | Commission Band | Average Monthly Commissions | Commission Band |
|---|---|---|---|
| 11,100 | 143.80 | 13,650 | 176.11 |
| 11,150 | 144.44 | 13,700 | 176.75 |
| 11,200 | 145.07 | 13,750 | 177.38 |
| 11,250 | 145.71 | 13,800 | 178.01 |
| 11,300 | 146.34 | 13,850 | 178.65 |
| 11,350 | 146.97 | 13,900 | 179.28 |
| 11,400 | 147.61 | 13,950 | 179.91 |
| 11,450 | 148.24 | 14,000 | 180.55 |
| 11,500 | 148.87 | 14,050 | 181.18 |
| 11,550 | 149.51 | 14,100 | 181.81 |
| 11,600 | 150.14 | 14,150 | 182.45 |
| 11,650 | 150.77 | 14,200 | 183.08 |
| 11,700 | 151.41 | 14,250 | 183.72 |
| 11,750 | 152.04 | 14,300 | 184.35 |
| 11,800 | 152.67 | 14,350 | 184.98 |
| 11,850 | 153.31 | 14,400 | 185.62 |
| 11,900 | 153.94 | 14,450 | 186.25 |
| 11,950 | 154.57 | 14,500 | 186.88 |
| 12,000 | 155.21 | 14,550 | 187.52 |
| 12,050 | 155.84 | 14,600 | 188.15 |
| 12,100 | 156.47 | 14,650 | 188.78 |
| 12,150 | 157.11 | 14,700 | 189.42 |
| 12,200 | 157.74 | 14,750 | 190.05 |
| 12,250 | 158.38 | 14,800 | 190.68 |
| 12,300 | 159.01 | 14,850 | 191.32 |
| 12,350 | 159.64 | 14,900 | 191.95 |
| 12,400 | 160.28 | 14,950 | 192.58 |
| 12,450 | 160.91 | 15,000 | 193.22 |
| 12,500 | 161.54 | 15,050 | 193.85 |
| 12,550 | 162.18 | 15,100 | 194.48 |
| 12,600 | 162.81 | 15,150 | 195.12 |
| 12,650 | 163.44 | 15,200 | 195.75 |
| 12,700 | 164.08 | 15,250 | 196.39 |
| 12,750 | 164.71 | 15,300 | 197.02 |
| 12,800 | 165.34 | 15,350 | 197.65 |
| 12,850 | 165.98 | 15,400 | 198.29 |
| 12,900 | 166.61 | 15,450 | 198.92 |
| 12,950 | 167.24 | 15,500 | 199.55 |
| 13,000 | 167.88 | 15,550 | 200.19 |
| 13,050 | 168.51 | 15,600 | 200.82 |
| 13,100 | 169.14 | 15,650 | 201.45 |
| 13,150 | 169.78 | 15,700 | 202.09 |
| 13,200 | 170.41 | 15,750 | 202.72 |
| 13,250 | 171.05 | 15,800 | 203.35 |
| 13,300 | 171.68 | 15,850 | 203.99 |
| 13,350 | 172.31 | 15,900 | 204.62 |
| 13,400 | 172.95 | 15,950 | 205.25 |
| 13,450 | 173.58 | 16,000 | 205.89 |
| 13,500 | 174.21 | 16,050 | 206.52 |
| 13,550 | 174.85 | 16,100 | 207.15 |
| 13,600 | 175.48 | 16,150 | 207.79 |

**Commission Band Table (continued)**

| Average Monthly Commissions | Commission Band | Average Monthly Commissions | Commission Band |
|---|---|---|---|
| 16,200 | 208.42 | 18,750 | 240.73 |
| 16,250 | 209.06 | 18,800 | 241.36 |
| 16,300 | 209.69 | 18,850 | 242.00 |
| 16,350 | 210.32 | 18,900 | 242.63 |
| 16,400 | 210.96 | 18,950 | 243.26 |
| 16,450 | 211.59 | 19,000 | 243.90 |
| 16,500 | 212.22 | 19,050 | 244.53 |
| 16,550 | 212.86 | 19,100 | 245.16 |
| 16,600 | 213.49 | 19,150 | 245.80 |
| 16,650 | 214.12 | 19,200 | 246.43 |
| 16,700 | 214.76 | 19,250 | 247.07 |
| 16,750 | 215.39 | 19,300 | 247.70 |
| 16,800 | 216.02 | 19,350 | 248.33 |
| 16,850 | 216.66 | 19,400 | 248.97 |
| 16,900 | 217.29 | 19,450 | 249.60 |
| 16,950 | 217.92 | 19,500 | 250.23 |
| 17,000 | 218.56 | 19,550 | 250.87 |
| 17,050 | 219.19 | 19,600 | 251.50 |
| 17,100 | 219.82 | 19,650 | 252.13 |
| 17,150 | 220.46 | 19,700 | 252.77 |
| 17,200 | 221.09 | 19,750 | 253.40 |
| 17,250 | 221.73 | 19,800 | 254.03 |
| 17,300 | 222.36 | 19,850 | 254.67 |
| 17,350 | 222.99 | 19,900 | 255.30 |
| 17,400 | 223.63 | 19,950 | 255.93 |
| 17,450 | 224.26 | 20,000 | 256.57 |
| 17,500 | 224.89 | 20,050 | 257.20 |
| 17,550 | 225.53 | 20,100 | 257.83 |
| 17,600 | 226.16 | 20,150 | 258.47 |
| 17,650 | 226.79 | 20,200 | 259.10 |
| 17,700 | 227.43 | 20,250 | 259.74 |
| 17,750 | 228.06 | 20,300 | 260.37 |
| 17,800 | 228.69 | 20,350 | 261.00 |
| 17,850 | 229.33 | 20,400 | 261.64 |
| 17,900 | 229.96 | 20,450 | 262.27 |
| 17,950 | 230.59 | 20,500 | 262.90 |
| 18,000 | 231.23 | 20,550 | 263.54 |
| 18,050 | 231.86 | 20,600 | 264.17 |
| 18,100 | 232.49 | 20,650 | 264.80 |
| 18,150 | 233.13 | 20,700 | 265.44 |
| 18,200 | 233.76 | 20,750 | 266.07 |
| 18,250 | 234.40 | 20,800 | 266.70 |
| 18,300 | 235.03 | 20,850 | 267.34 |
| 18,350 | 235.66 | 20,900 | 267.97 |
| 18,400 | 236.30 | 20,950 | 268.60 |
| 18,450 | 236.93 | 21,000 | 269.24 |
| 18,500 | 237.56 | 21,050 | 269.87 |
| 18,550 | 238.20 | 21,100 | 270.50 |
| 18,600 | 238.83 | 21,150 | 271.14 |
| 18,650 | 239.46 | 21,200 | 271.77 |
| 18,700 | 240.10 | 21,250 | 272.41 |

**Commission Band Table (continued)**

| Average Monthly Commissions | Commission Band | | Average Monthly Commissions | Commission Band |
|---|---|---|---|---|
| 21,300 | 273.04 | | 23,850 | 305.35 |
| 21,350 | 273.67 | | 23,900 | 305.98 |
| 21,400 | 274.31 | | 23,950 | 306.61 |
| 21,450 | 274.94 | | 24,000 | 307.25 |
| 21,500 | 275.57 | | 24,050 | 307.88 |
| 21,550 | 276.21 | | 24,100 | 308.51 |
| 21,600 | 276.84 | | 24,150 | 309.15 |
| 21,650 | 277.47 | | 24,200 | 309.78 |
| 21,700 | 278.11 | | 24,250 | 310.42 |
| 21,750 | 278.74 | | 24,300 | 311.05 |
| 21,800 | 279.37 | | 24,350 | 311.68 |
| 21,850 | 280.01 | | 24,400 | 312.32 |
| 21,900 | 280.64 | | 24,450 | 312.95 |
| 21,950 | 281.27 | | 24,500 | 313.58 |
| 22,000 | 281.91 | | 24,550 | 314.22 |
| 22,050 | 282.54 | | 24,600 | 314.85 |
| 22,100 | 283.17 | | 24,650 | 315.48 |
| 22,150 | 283.81 | | 24,700 | 316.12 |
| 22,200 | 284.44 | | 24,750 | 316.75 |
| 22,250 | 285.08 | | 24,800 | 317.38 |
| 22,300 | 285.71 | | 24,850 | 318.02 |
| 22,350 | 286.34 | | 24,900 | 318.65 |
| 22,400 | 286.98 | | 24,950 | 319.28 |
| 22,450 | 287.61 | | 25,000 | 319.92 |
| 22,500 | 288.24 | | | |
| 22,550 | 288.88 | | | |
| 22,600 | 289.51 | | | |
| 22,650 | 290.14 | | | |
| 22,700 | 290.78 | | | |
| 22,750 | 291.41 | | | |
| 22,800 | 292.04 | | | |
| 22,850 | 292.68 | | | |
| 22,900 | 293.31 | | | |
| 22,950 | 293.94 | | | |
| 23,000 | 294.58 | | | |
| 23,050 | 295.21 | | | |
| 23,100 | 295.84 | | | |
| 23,150 | 296.48 | | | |
| 23,200 | 297.11 | | | |
| 23,250 | 297.75 | | | |
| 23,300 | 298.38 | | | |
| 23,350 | 299.01 | | | |
| 23,400 | 299.65 | | | |
| 23,450 | 300.28 | | | |
| 23,500 | 300.91 | | | |
| 23,550 | 301.55 | | | |
| 23,600 | 302.18 | | | |
| 23,650 | 302.81 | | | |
| 23,700 | 303.45 | | | |
| 23,750 | 304.08 | | | |
| 23,800 | 304.71 | | | |

V00245