# EXHIBIT A7



# Your Pension Plan

/NE IBEW and CWA associates

V00246

# Contents

**Your Pension Plan Benefits** ................................................... 1
  About This SPD .................................................................. 1
  Getting More Information ...................................................... 2
  Changes to the Plan ............................................................ 3

**Participation and Service** ........................................................ 4
  Eligibility .............................................................................. 4
  When Participation Begins .................................................... 5
  How Service Is Counted ....................................................... 6

**How Your Benefit Is Determined** ........................................ 15
  Basic Benefit Formula ........................................................ 15
  Pension Band Basic Monthly Benefit .................................... 16
  Your Supplemental Benefit .................................................. 17
  An Example: Normal Retirement Benefit ............................... 18
  2001 Incentive Benefit ........................................................ 19
  Minimum Pension Benefits .................................................. 21
  Special Situations That Can Affect
  Your Benefit Calculation ...................................................... 22

**Receiving Your Benefit** ........................................................ 25
  Service Pension Eligibility ................................................... 25
  Early Retirement With a Service Pension .............................. 25
  Normal Retirement or Later ................................................. 26
  If You Leave Before Retirement ........................................... 26

**How Your Benefit Is Paid** ..................................................... 32
  Automatic Method of Payment ............................................. 32
  Optional Methods of Payment .............................................. 33
  Paying Taxes on Your Pension Benefit ................................. 40
  Applying for Benefits .......................................................... 41

**Benefits for Survivors** ......................................................... 43
  Preretirement Survivor Death Benefit ................................... 43
  Sickness Death Benefit ....................................................... 48
  Accidental Death Benefit ..................................................... 50
  Other Information on Death Benefits ...................................... 50

**If You Are a Retiree, Former Vested Participant
or Beneficiary** ....................................................................... 51
  Your Benefit Amount ........................................................... 51
  Receiving Your Benefit ........................................................ 52

**Additional Information** ..................................................... **53**
   If You Divorce or Separate ........................................ 53
   Maximum Benefit Levels .......................................... 53
   How Benefits Could Be Reduced, Lost, Suspended or
   Delayed ................................................................ 53
   Pension Benefit Guaranty Corporation ...................... 55
   Claims and Appeals Procedures ............................. 56
   Rights of Participants and Beneficiaries Under ERISA ......... 59
   Administrative Information ........................................ 61
   Participating Companies ......................................... 64

**Glossary** .......................................................................... **65**

# Your Pension Plan Benefits

The Pension Plan for New York and New England Associates (the Plan) is designed to provide you with a financial resource for your retirement. Combined with your Social Security benefit and your retirement savings, the Plan can help provide the security of a steady source of income for your retirement years. In general, the longer you work for the Company, the higher the benefit you can receive based on your pension band and the length of your service.

Verizon pays the entire cost of providing your pension benefits from the Plan. The Company makes contributions to a trust fund. There's no cost to you.

## About This SPD

This book is the summary plan description (SPD) for the Verizon Pension Plan for New York and New England Associates, a plan subject to federal law under the Employee Retirement Income Security Act of 1974 (ERISA) and its subsequent amendments. This book meets ERISA's requirements for an SPD and is based on Plan provisions effective January 1, 2001. It updates and replaces all previous SPDs and other descriptions of the Verizon Pension Plan for New York and New England Associates. (Prior to January 1, 2001, the Plan was called the NYNEX Pension Plan.)

> **Important Note**
>
> Verizon and its claims and appeals administrators have the discretionary authority to interpret the terms of this SPD and determine your eligibility for benefits under its terms.

V00249

This SPD is divided into the following major sections:

- **Participation and Service.** This section describes when your participation begins and how service is counted.

- **How Your Benefit Is Determined.** Here you'll learn how much you can expect to receive.

- **Receiving Your Benefit.** This section explains when you can start receiving your benefit.

- **How Your Benefit Is Paid.** You have choices available in the form of payment you receive. This section describes your choices.

- **Benefits for Survivors.** If you die, your survivors may be eligible to receive a benefit from the Plan.

- **Additional Information.** This section provides additional details about the administrative provisions of the Plan and your legal rights.

- **Glossary.** Certain terms used in this SPD are defined in the glossary.

## Getting More Information

If you have questions about the Plan or need additional information after reading this SPD, call the benefits administrator. See your Important Benefits Contacts insert for the telephone number and access information for the interactive voice response system and to speak with a benefits representative.

Every effort has been made to ensure the accuracy of the information included in this SPD, which is based on the Plan document, as amended through January 1, 2001. If, however, there is a discrepancy between the information contained in this SPD and the official Plan document, the Plan document will govern. Copies of Plan documents are available by contacting the Plan administrator in writing at the address provided on page 59 in the "Additional Information" section.

V00250

## Changes to the Plan

While the Company expects to continue the Plan indefinitely, the Company, by action of the Company's board of directors or its delegates, also reserves the right to amend, modify, suspend, terminate or partially terminate the Plan at any time, at its discretion, with or without advance notice to participants, subject to any duty to bargain collectively.

Upon termination or partial termination of the Plan, the accrued benefits of each participant affected by the termination or partial termination (as determined by the Plan administrator) shall become fully vested to the extent funded. Upon termination of the Plan, no further benefits are earned and no increases in previously earned benefits will occur by reason of future service or compensation.

In the event the Plan is terminated in full, Plan assets will be allocated, after payment of Plan expenses for administration or liquidation, to pay benefits accrued to the date of termination, to the extent and in the order required by section 4044 of ERISA and the terms of the Plan. If the Plan is terminated, you generally will receive benefits at retirement age or, if appropriate, by an earlier distribution, with benefits distributed either in the form of cash or in the form of an annuity contract issued by an insurance company. (See pages 55 through 56 for a discussion of the Pension Benefit Guaranty Corporation [PBGC] benefit guarantees that may apply if the Plan is terminated.)

Decisions regarding changes to, or terminations of, benefits are made at the highest levels of management. Verizon employees below those levels do not know whether the Company will adopt any particular change and are not in a position to speculate about such changes. Unless and until changes formally are adopted and officially are announced, no one is authorized to assure that any particular change will or will not occur.

# Participation and Service

## Eligibility

You are eligible to participate in the Plan if you're an associate (non-management employee) on the payroll of a participating company (see page 64). You will continue to be eligible to participate during any temporary promotion to management that lasts less than one year.

You are **not** eligible for the Plan if you are:

- An individual working under an independent contracting agreement or an agreement for leasing of services and not treated as an employee for purposes of withholding federal employment taxes

- An individual who provides services to the Company but who is paid by a temporary service agency

- A retiree covered by the Working Retiree Program for non-management retirees as agreed to between a participating company and the International Brotherhood of Electrical Workers (IBEW) or the Communications Workers of America (CWA)

- A nonresident alien employed outside of the United States

- An occasional employee.

**Note:** If a court, the Internal Revenue Service or any other enforcement authority or agency finds that an independent contractor or leased employee should be treated as a regular employee of a participating company for example, for purposes of W-2 income reporting or tax withholding, such individual is nonetheless expressly excluded from the definition of eligible employee and is expressly ineligible for benefits under the Plan.

# When Participation Begins

As an eligible associate, your participation begins automatically on the **later** of:

- The day you reach age 21

- The date you complete one year of ERISA service after reaching age 18.

You earn one year of ERISA service for participation in the Plan when you have completed one year of employment in which you're credited with at least 1,000 hours of service. If you are not credited with 1,000 hours of service as of the first anniversary of your employment, you can receive credit for one year of service on any subsequent anniversary of your employment date or based on a calendar year in which you're credited with at least 1,000 hours of service. See "How Service Is Counted" for information on how you earn hours of service.

| Automatic Participation |
|---|
| You do not have to enroll to participate. However, you will receive a Preretirement Survivor Benefit Beneficiary Form. It is important to complete this form so that your beneficiary receives a benefit if you should die after earning the right to a vested benefit. |

### If You're Reemployed or Transferred

If you've been reemployed or transferred so that you are eligible to participate in another associate plan, management plan or a non-regulated Company plan, you immediately are eligible if you are at least age 21 and you had at least one year of ERISA service at any Verizon company at the time you're reemployed or transferred, and:

- You transferred directly from another Verizon company.

- You had an interruption of employment, but you still completed more than 500 hours of service during each calendar year affected by the interruption.

- You are reinstated to employment as a result of a settlement of grievance or arbitration of your dismissal.

If the above criteria are not met, you must complete one year of ERISA service (measured from your reemployment or transfer date or a subsequent calendar year) before participation resumes.

V00253

**For example,** assume you are age 25 and worked at a Verizon company for one year and six months when you terminated employment. Then, you are reemployed by Verizon two years later as an eligible associate at a participating company. You will meet the eligibility requirement to participate in the Plan after you complete one year of ERISA service following your return.

## How Service Is Counted

Once you earn one year of ERISA service for participation in the Plan, you continue to earn service during your participation for purposes of determining the amount of your benefit (pension accrual service), your eligibility for a service pension (net credited service) and service for vesting in your benefit if you leave before you're eligible for a service pension (ERISA service). A general description of each type of service follows. (See pages 11 through 12 for additional information about the effect of a break in service.)

| Important Note |
| --- |
| This section describes service rules in effect as of January 1, 2001. Rules in effect for prior Plan periods may differ and affect how your service is counted for certain prior periods. Call the benefits administrator with any questions about the service you have accumulated. (See your Important Benefits Contacts insert for the telephone number.) |

V00254

| Type of Service | General Purpose | How It's Counted |
|---|---|---|
| Net Credited Service | Used to determine service pension eligibility (see page 25) | In general, net credited service is your total years, months and days of continuous employment as an eligible associate with a participating company(ies). If your service is interrupted by a non-credited period of service, your net credited service may be affected. See "Bridging Service" (on pages 10 through 11) |
| Pension Accrual Service | Used to determine amount of pension benefit (see page 15) | In general, pension accrual service is the same as net credited service with any fractional month rounded up to a whole month. In addition, there are periods for which you may receive net credited service—for example, due to a transfer—but may not count as pension accrual service |
| ERISA Service | Used to determine eligibility to participate (see page 5) and vesting (see pages 26 through 27) | ERISA service is used to determine your eligibility to participate and vest in your benefit. You "vest" or gain ownership in your Plan benefit after you complete 5 years of ERISA service with Verizon. For purposes of vesting, ERISA service is counted in the same way as service for participation, but on a calendar-year basis only. That is, you earn 1 year of ERISA service toward vesting for each calendar year you are credited with at least 1,000 hours of service after reaching age 18 |
| Hours of Service | Used to determine ERISA service and whether a break-in-service has occurred | Hours of service are hours you're paid by the Company (including vacation, holidays, sick days and other days for which you are entitled to receive pay) up to the date you terminate employment. The following rules are used for counting your hours of service: <br><br> • If you're a full-time employee or while you are under a surplus reduction job sharing arrangement, you'll be credited with 45 hours of service for each week you complete 1 hour of service or more <br><br> • If you're a part-time employee or you're employed 30 days or less in a calendar year and work no more than 3 consecutive weeks, you'll be credited with 10 hours of service for each day you work 1 hour or more |

V00255

**Effect of Part-Time Service**

If you have worked part-time during your career (with the exception
of part-time work under a Gradual Return to Work arrangement after
January 1, 1995—see below), your total ERISA service and net
credited service—part-time and full-time service combined—will be
used to determine whether or not you're eligible for a pension benefit.
However, in determining your basic pension (see pages 15 through
16), pension accrual service will be prorated and adjusted accordingly
to reflect your part-time service. (Any supplemental pension benefit is
determined without regard to part-time service.)

If you worked part-time under a Gradual Return to Work arrangement
during your career, you will continue to have the same status, for
purposes of determining service, that you had prior to going on leave.
For instance, if you worked full-time prior to your Gradual Return to
Work arrangement, you will earn service as a full-time employee—
even though you may be working fewer hours.

**Service During an Absence**

You continue to earn service (net credited service, pension accrual
service and ERISA service) during certain credited periods of
approved absence. You earn ERISA service at the rate of 45 hours for
each week of the absence up to a maximum credit of 501 hours for
any single continuous absence (unless a longer period is credited
under the rules described below). However, note that an absence from
work without pay can affect your service.

While you are on a Company-approved leave of absence, you earn
service for the first 30 days of the leave if you return to work when
your leave ends. In addition, you continue to earn service beyond
30 days for the following types of approved absences and leaves.

- **Sickness and Accident Disability Absence.** You continue to earn
  service for the entire period you receive Sickness and Accident
  Disability Benefit Plan payments.

- **Care for Newborn Children Leave.** You continue to earn service
  (up to 12 months) whether or not you return to work at the end of
  your leave.

- **Family Care Leave.** You continue to earn service (up to 24 months
  in a 10-year period) whether or not you return to work at the end of
  your leave.

V00256

- **Educational Leave.** For an Enhanced Educational Leave, you continue to earn service for the entire period up to 24 months. For other Educational Leaves, you earn service for the first 30 days of your first leave only. (No service is credited for subsequent Educational Leaves.) You must return to work at the end of your leave to receive the service credit.

- **Military Leave.** You continue to earn service for the leave to the full extent required by law. You must return to work for Verizon at the end of your leave to receive the service credit.

- **Settlement, Award or Order.** A former associate who is reemployed by a participating company due to a settlement, award or order involving either litigation, arbitration or a grievance under the applicable collective bargaining agreement relating to the associate's earlier termination may receive net credited service, pension accrual service and ERISA service for:

  — Any period of time for which a back pay or lump-sum settlement award is made

  — Any period of time (not exceeding 30 days) between the date of earlier termination and the date of reemployment, if the termination is converted to a suspension

  — Any period of time specified by a court order, court award or arbitration award, to be included in the net credited service and pension accrual service

  — All periods of service that were included in the associate's net credited service and pension accrual service on the date of earlier termination if the termination is converted to a suspension and provided the absence was six months or less or the settlement agreement, court order or arbitration award provides for the credit of such time.

Call the benefits administrator for more information about each type of leave. (See your Important Benefits Contacts insert for the telephone number).

V00257

## Effect of a Layoff

If you temporarily are laid off but later are rehired, you may receive service credit of up to six months if you're absent during any consecutive 12-month period. If you're re-employed as a regular employee after an absence of six months or less, net credited service for your earlier period of employment, as well as for the layoff period, will be restored immediately. If you're re-employed as a regular employee after an absence greater than six months but less than two years, prior service immediately will be bridged, but no service will be granted for the layoff period. If you're rehired as a temporary employee, you do not receive service credit for the layoff period.

## Service "Bridging" Rules

In general, following a non-credited period of absence of six months or less, your net credited service and pension accrual service earned before and after the period of absence is counted. However, if you have a period of absence longer than six months during which you are not entitled to credit for service, you must qualify for "bridging" of your net credited service and pension accrual service in order for it to be accumulated. Otherwise, your eligibility for a service or disability pension and the amount of your benefit will be based on separate periods of net credited service.

To qualify for bridging of your net credited service and pension accrual service following a period of absence of more than six months during which you do not earn credit for service, you must have at least six months of continuous net credited service before the non-credited period of absence begins and:

- If you are an IBEW Union-represented New England associate, you must complete five years of continuous net credited service after you return to work from the absence.

- If you are a CWA New York, a CWA New England, an IBEW New York Local 2213 Union-represented associate or an associate who is not subject to a bargaining agreement, you must complete one year of continuous net credited service after you return to work. Also, bridging of net credited service immediately will occur if you previously retired with a service or disability pension, although one year of net credited service still will be needed to bridge pension accrual service.

### Important Note

Once you meet the bridging requirement eligibility, all periods of your net credited service and pension accrual service will be added together for purposes of your eligibility for a service or disability pension and for calculating the amount of your benefit. If your service ends before you meet the bridging requirement or before your ERISA service is restored (see page 7), you may lose benefits. Call the benefits administrator for more information about bridging. (See your Important Benefits Contacts insert for the telephone number.)

V00258

**Note:** There are some special situations that may affect how bridging provisions apply to you—for example, after you have a break in service (see below) or if you have a change in employment, such as management to associate. These are addressed in the more detailed service rules included in the Appendix to the Verizon Pension Plan for New York and New England Associates legal document. Call the benefits administrator if you wish to obtain a copy. (There may be a cost associated with this request. See your Important Benefits Contacts insert for the telephone number.)

### Effect of Break in Service

A one-year break in service occurs if you receive credit for 500 hours of service or less in a calendar year (see page 7 for an explanation of how hours are credited). If you return to work for the Company following one or more one-year breaks in service, your prior years of ERISA service will be restored as follows:

- If you were vested under the vesting schedule in effect at the time your break in service occurred, or you reached your normal retirement age (see page 26)—your prior vesting service automatically will be restored after you complete one year of ERISA service following your return to work.

  — The five-year vesting schedule became effective January 1, 1987. Prior to this date, different schedules were in effect.

  — ERISA service immediately is restored if you are a CWA New York, a CWA New England, an IBEW New York Local 2213 Union-represented associate or an associate who is not subject to a bargaining agreement, and you previously retired with a service or disability pension.

- If you were not vested but you return to work before the number of one-year breaks in service exceeds your ERISA service credited before the break or before you have a break in service of five consecutive calendar years, your prior years of ERISA service automatically will be restored after you complete one year of ERISA service following your return to work.

V00259

In all other situations, your prior ERISA service will not be restored following a one-year break in service, unless you satisfy the bridging rule for net credited service described on the previous page. If you again leave the Company before your ERISA service is restored, you will not vest in any benefit you earn during your period of reemployment.

**Note:** Under government rules for crediting service, if you receive credit for more than 500 hours of service but less than 1,000 hours in a calendar year, you do not receive credit for one year of ERISA service for the year. Further, there's no effect on your prior ERISA service.

### Care for Newborn Children Leave (CNC) Rules

If you're absent from work due to your pregnancy, birth of your child or care for your child following birth, adoption or placement of your child, you will receive credit for up to 501 hours of service in a calendar year to prevent a break in service. If you've already earned 501 hours or more for the calendar year in which your leave begins, credit can be given to you in the following calendar year, if needed, to prevent a break in service.

### Transfers Between Verizon Pension Plans

If you transfer to an ineligible job classification so that you become eligible for another Company-sponsored Pension Plan, or you are a newly transferred associate who becomes eligible for this Plan, ERISA service under both Plans generally will be used to determine whether you're eligible for a benefit from this Plan or any other Company-sponsored Plan.

How your benefit will be calculated after a transfer is addressed in the more detailed service rules included in the Appendix to the Verizon Pension Plan for New York and New England Associates and in the provisions of the plan in which you were participating prior to the transfer or the plan you will be participating in after the transfer.

If you have questions about the effect of a transfer on your Plan benefits, call the benefits administrator. (See your Important Benefits Contacts insert for the telephone number.)

V00260

**Interchange or Portability Agreements and Related Rules**
*If You Are Hired by an Interchange Company*
The Company has interchange agreements with certain prior
Bell System companies. These agreements provide for the portability
of service and benefits between pension plans.

Companies that are covered by such agreements are known as
interchange or portability companies. The agreement generally
provides that if you are a covered employee who works at any
Verizon subsidiary that is a portability company and you are hired by
a different portability company and certain conditions are met, your
new employer must recognize your prior net credited service, pension
accrual service and ERISA service under the Verizon Pension Plan
for New York and New England associates and pay you any future
pension benefit. The exceptions are as follows:

- If you sign a Waiver of Portability when you join a new company
  or have a previously signed Waiver of Portability, you cannot
  transfer prior net credited service or ERISA service under the Plan
  to your new employer's plan. Instead, you will continue to receive
  a pension benefit under the Plan and you will begin work at the
  new portability company with the status of a new hire. If you sign a
  Waiver of Portability, this applies for any portability company you
  may work for in the future.

- If you received a lump-sum distribution of your pension benefit,
  special rules apply. (Check with your new employer.)

If you plan to take a job with an interchange or portability company,
you always should check with the receiving company to make certain
it is, in fact, an interchange or portability company.

For an employee who leaves a prior portability company and accepts
employment with Verizon in a position that makes the employee
eligible for portability, the employee may either elect portability
treatment or waive it. If portability is waived, any prior pension that is
in pay status continues, and any prior right to receive retiree health or
insurance benefits continues during employment with Verizon. If
portability is accepted, the service is transferred, but prior pension and
retirement benefits cease, and the employee agrees that eligibility for
pension and retirement benefits will depend on the terms of
Verizon's plans.

If the prior cashout is repaid to the plan of the prior portability
company, prior service may be credited as net credited service as
well. For further information, contact the benefits administrator.
(See your Important Benefits Contacts insert for the
telephone number.)

V00261

*Essential Conditions That Must Be Met to Be Eligible
For Portability*

You must meet all of the following conditions to be eligible for portability of your service to or from another employer's plan:

1. On December 31, 1983, you must have been employed by a portability company and been an active participant in either the death benefit or the pension provisions of a pension plan of the prior Bell System, Cincinnati Bell or Southern New England Telephone Company; or on a leave of absence from a position covered by those pension plans provided that you were reinstated to that position before the leave expired.

2. On the date of your termination from a portability company after December 31, 1983, you must be eligible for participation in that employer's pension plan.

3. On the date of your employment with a new portability company, you must be eligible to participate in your new employer's pension plan.

4. If you were a supervisory employee upon leaving a prior portability company or when hired by the new portability company, your pay must not be higher than certain limits (amounts available on request).

*What Is a Portability Company?*

Former pre-1/1/84 Bell System companies, and certain of their affiliated companies formed at or after the 1/1/84 breakup of the Bell System, are treated as portability companies. If you are considering employment with a company, you may contact the benefits administrator to find out whether the company you are considering is a portability company.

V00262

# How Your Benefit Is Determined

The amount of your pension is the total of your basic monthly pension and your supplemental monthly pension (if applicable). This section describes how these benefits are calculated using specific Plan formulas, as well as special situations that can affect how your benefit is determined.

## Basic Benefit Formula

Your basic Plan benefit is determined using a formula that uses your pension accrual service and the benefit amount tied to your pension band number. You also may qualify for a supplemental benefit (see pages 17 through 18) or the minimum benefit provisions may apply for you (see page 21).

Your basic retirement benefit is calculated using the following formula:

> Basic monthly pension benefit in effect for your pension band (see page 16) on the determination date
> × Your pension accrual service
> _____
> **Your basic monthly pension benefit payable at normal retirement (generally, age 65)**

> **Important Note**
>
> In general, your pension benefit payable as a monthly annuity starting at normal retirement age (without regard to any temporary pension incentive offer) will increase over time, and at retirement or termination, never will be less than the normal retirement benefit that would have been payable if you retired or terminated at any earlier date. Your benefit as a lump sum may increase or decrease from time to time.

V00263

## Pension Band Basic Monthly Benefit

These are the pension band basic monthly benefits in effect as of
July 1, 1998 through July 1, 2003. To find out your pension band,
please refer to the most current collective bargaining agreement.

| Pension Band Number | Monthly Benefit (Effective July 1, 1998)* | Monthly Benefit (Effective October 1, 1998) | Monthly Benefit (Effective July 1, 2000) | Monthly Benefit (Effective July 1, 2001) | Monthly Benefit (Effective July 1, 2002) | Monthly Benefit (Effective July 1, 2003) |
|---|---|---|---|---|---|---|
| 101 | $24.83 | $26.07 | $29.98 | $31.48 | $33.05 | $34.37 |
| 102 | 25.88 | 27.17 | 31.25 | 32.81 | 34.45 | 35.83 |
| 103 | 26.95 | 28.30 | 32.55 | 34.18 | 35.89 | 37.33 |
| 104 | 27.98 | 29.38 | 33.79 | 35.48 | 37.25 | 38.74 |
| 105 | 29.03 | 30.48 | 35.05 | 36.80 | 38.64 | 40.19 |
| 106 | 30.07 | 31.57 | 36.31 | 38.13 | 40.04 | 41.64 |
| 107 | 31.14 | 32.70 | 37.61 | 39.49 | 41.46 | 43.12 |
| 108 | 32.20 | 33.81 | 38.88 | 40.82 | 42.86 | 44.57 |
| 109 | 33.25 | 34.91 | 40.15 | 42.16 | 44.27 | 46.04 |
| 110 | 34.28 | 35.99 | 41.39 | 43.46 | 45.63 | 47.46 |
| 111 | 35.33 | 37.10 | 42.67 | 44.80 | 47.04 | 48.92 |
| 112 | 36.39 | 38.21 | 43.94 | 46.14 | 48.45 | 50.39 |
| 113 | 37.43 | 39.30 | 45.20 | 47.46 | 49.83 | 51.82 |
| 114 | 38.48 | 40.40 | 46.46 | 48.78 | 51.22 | 53.27 |
| 115 | 39.51 | 41.49 | 47.71 | 50.10 | 52.61 | 54.71 |
| 116 | 40.58 | 42.61 | 49.00 | 51.45 | 54.02 | 56.18 |
| 117 | 41.62 | 43.70 | 50.26 | 52.77 | 55.41 | 57.63 |
| 118 | 42.67 | 44.80 | 51.52 | 54.10 | 56.81 | 59.08 |
| 119 | 43.71 | 45.90 | 52.79 | 55.43 | 58.20 | 60.53 |
| 120 | 44.77 | 47.01 | 54.06 | 56.76 | 59.60 | 61.98 |
| 121 | 45.80 | 48.09 | 55.30 | 58.07 | 60.97 | 63.41 |
| 122 | 46.87 | 49.21 | 56.59 | 59.42 | 62.39 | 64.89 |
| 123 | 47.90 | 50.30 | 57.85 | 60.74 | 63.78 | 66.33 |
| 124 | 48.94 | 51.39 | 59.10 | 62.06 | 65.16 | 67.77 |
| 125 | 50.00 | 52.50 | 60.38 | 63.40 | 66.57 | 69.23 |
| 126 | 51.05 | 53.60 | 61.64 | 64.72 | 67.96 | 70.68 |
| 127 | 52.10 | 54.71 | 62.92 | 66.07 | 69.37 | 72.14 |
| 128 | 53.15 | 55.81 | 64.18 | 67.39 | 70.76 | 73.59 |
| 129 | 54.19 | 56.90 | 65.44 | 68.71 | 72.15 | 75.04 |
| 130 | 55.24 | 58.00 | 66.70 | 70.04 | 73.54 | 76.48 |
| 131 | 56.31 | 59.13 | 68.00 | 71.40 | 74.97 | 77.97 |
| 132 | 57.34 | 60.21 | 69.24 | 72.70 | 76.34 | 79.39 |
| 133 | 58.39 | 61.31 | 70.51 | 74.04 | 77.74 | 80.85 |
| 134 | 59.45 | 62.42 | 71.78 | 75.37 | 79.14 | 82.31 |
| 135 | 60.47 | 63.49 | 73.01 | 76.66 | 80.49 | 83.71 |

*For New England IBEW-represented associates, these band values became effective August 8, 1998.*

V00264

## Your Supplemental Benefit

If you received supplemental payments (see below) in the three years prior to your benefit determination date, you also may be eligible to receive a supplemental benefit. Your supplemental benefit is calculated using this formula:

Average annual supplemental payments you received in the 36 months prior to your benefit determination date

$\times$ .001

$\times$ Years and months of pension accrual service

**Your supplemental monthly benefit payable at normal retirement (generally age 65)**

Supplemental payments include:

- Special city allowances.

- In charge allowances.

- Management team awards that are paid while you are eligible to participate in the Plan, if received while on a temporary management assignment.

- Extra payments for temporary assignments or temporary promotions of less than one year to higher-graded or supervisory positions. For any period where the higher pension band (related to your acting promotion) is used in computing your basic benefit, your temporary increase payments are not used in computing your supplemental benefit.

V00265

- Evening and night differential payments to all employees, including traffic employees whose work hours fall within the stated differential period, in whole or in part.

- Job differentials, with the exception of amounts included as part of base pay and for assigning pension band numbers, as well as amounts related to pension promotions if you're in the higher band for 18 months or more.

- Corporate Profit Sharing (CPS) award (if any) paid in 2001, 2002 and 2003 for associates covered by the CWA New York, CWA New England and the IBEW New York Local 2213 collective bargaining agreement; and associates not subject to a bargaining agreement, award paid in 2003 for associates covered by the IBEW New England collective bargaining agreement. Note that your CPS award will be included in your supplemental payments regardless of your decision to receive the payment or contribute it to your Verizon Savings Plan.

## An Example: Normal Retirement Benefit

Here is an example of how a normal retirement benefit payable at age 65 is calculated assuming retirement on May 1, 2001 and:

- Your pension band number is 116. According to the table (on page 16), your monthly benefit is $49.00.

- You had 20 years and three months (or 20.25 years) of pension accrual service when you retired.

- Your average amount of supplemental monthly payments during the last 36 months is $1,000.

V00266

Your pension benefit would be calculated like this:

## Step 1

      $ 49.00 pension band monthly benefit

×     20.25 years of pension accrual service

=   **$992.25 basic monthly benefit**

## Step 2

      $ 1,000 average annual amount of
               supplemental payments during the
               36 months prior to retirement

×     .001

×     20.25 years of pension accrual service

=   **$ 20.25 supplemental monthly benefit**

## Step 3

**$ 992.25 + $ 20.25 = $ 1,012.50 monthly benefit payable as a single life annuity starting on your normal retirement date (or if earlier, your unreduced early retirement date—see page 25).**

---

### Early Retirement Reduction

If you're eligible for a service pension but have less than 30 years of net credited service and retire before age 55, your benefit will be reduced for early payment. (See "Early Retirement" on page 25.)

If you're eligible for a deferred vested pension (see page 26), your benefit is reduced for payment before age 65, as described on page 27.

---

## 2001 Incentive Benefit

If you are an eligible participant who separates from service on or after January 1, 2001, you can receive your benefit based on the greater of a calculation using your actual age and service at retirement or the "frozen" benefit calculated under the 1998-1999 6 & 6 Special Incentive Pension. Eligible participants include associates who were eligible for the 6 & 6 Special Incentive Pension under the 1998 Labor Agreement, but did not retire under that program and continued as associates from August 8, 1998 until January 1, 2001. (Directory Advertising sales and clerk associates are not eligible.)

V00267

In determining your "frozen" benefit, six years were added to both your age and length of service as of August 8, 1998, for purposes of determining the following:

- Your eligibility for a service pension

- Your service pension benefit based on your pension band and rate in effect on August 8, 1998

- Any early retirement reduction that may apply to your service pension benefit.

Also, if your actual age is less than age 62 when you terminate employment, you will be eligible to receive a Social Security Supplement. This supplement is paid until you reach age 62 (your actual age 62).

**How the 2001 Incentive Benefit Works**
If you're eligible for the 2001 Incentive Benefit and leave employment on or after January 1, 2001, your pension benefit determined as of your termination date—using your actual age, service and pension band rate when you retire or leave—will be compared to your "frozen" benefit calculated under the 1998-1999 6 & 6 Special Incentive Pension—with six years added to your age and length of service as of August 8, 1998, and using the applicable pension band and rate in effect for you on that date. You receive the greater of these monthly benefits.

**About the Social Security Supplement**
If you're less than age 62 when your benefit begins, you'll receive an additional monthly Social Security Supplement equal to the greater of:

- 30 percent of the monthly pension benefit that is determined for you as of August 8, 1998 (after any applicable early retirement reductions have been made) and determined with the six years in age and service increase, **or**

- $500.

This additional benefit is paid monthly until you reach age 62. (It cannot be paid as a lump sum if you elect a lump-sum distribution during the Cashout Trial Period—see pages 38 through 40.) Payments will stop, however, if you die before age 62. The monthly supplement does not continue to your spouse or other beneficiary. Payment also will be suspended if you are reemployed before age 62 and further, the amount cannot exceed your expected Social Security benefit at age 62.

V00268

## Minimum Pension Benefits

### 1994 Minimum Benefit

If you're eligible for a service or disability pension and you have
15 or more years of net credited service, your monthly pension benefit
amount will be at least $400. This benefit is not reduced for early
retirement. However, the benefit is reduced for survivor coverage if
you choose either a joint and survivor annuity or a period certain and
life annuity as your payment form.

### 1999 Minimum Benefit

If you're eligible for a service or disability pension and your benefit
begins after April 1, 1999, your minimum monthly pension benefit
(which will be prorated if you have less than 30 years of net credited
service and adjusted for part-time service) will be at least:

- $500 per month effective July 1, 1999

- $600 per month effective July 1, 2000

- $700 per month effective July 1, 2001.

Like the 1994 minimum, the 1999 minimum is not reduced for early
retirement. However, the benefit is reduced if you choose either a
joint and survivor annuity or a period certain and life annuity as your
payment form.

If the minimum benefit is paid as a preretirement survivor benefit (see
page 45) or a survivor benefit that is payable after you retire, it will be
adjusted to reflect the percentage payable to your survivor.

V00269

## Special Situations That Can Affect Your Benefit Calculation

### If You Have Service in More Than One Pension Band

If you have service in more than one pension band within the 18 months prior to your benefit determination date, the different pension band benefit amounts will be taken into account when your basic monthly pension benefit is calculated. Any supplemental benefits you're entitled to will be calculated normally (as described on page 17).

If you are rehired and subsequently terminate after prior ERISA service is restored but before qualifying for bridging of your prior pension accrual service and you are vested, your two periods of service will be considered separately for purposes of calculating your benefit, using the pension band amount in effect for each period of service and adding the two benefit amounts together.

If you have part-time service, it will be prorated against the equivalent full-time schedule for calculation purposes.

### If You Are a Commission Directory Advertising Salesperson

If you are a Commission Directory Advertising Salesperson, your basic monthly pension benefit is calculated as follows (terms in italics are defined following the calculation):

> Basic monthly pension benefit in effect for Pension Band Number 135
> × Your pension accrual service
> _____
> **Monthly pension benefit times the following fraction:**
> *Your average annual compensation*
> ÷ *Average median maximum annual pay for your group* determined separately for premise sales employees and telephone sales employees
> _____
> = **Monthly pension amount payable as a single life annuity at normal retirement**

---

**Important**

Certain situations can affect how your benefit is determined. You can call the benefits administrator with any questions about how your benefit may be affected. (See your Important Benefits Contacts insert for the telephone number.)

---

**If You Have Commission Directory Advertising Sales Service Plus Other Service**

If you changed jobs during your career at Verizon and have service as a Commission Directory Advertising Salesperson, the different benefit formulas used for your jobs may be taken into account when your basic monthly pension benefit is calculated. Any supplemental benefits you're entitled to will be calculated normally.

---

V00270

These terms have specific meanings:

- **Your average annual compensation**. In general, as of the determination date, this is the average of your base pay plus any commissions for the three highest 12-month periods (not necessarily consecutive), each ending on September 30, from among the five such periods ending on the September 30 immediately preceding the determination date.

- **Average median maximum annual pay**. The average of the median maximum pay on the benefit determination date and as of October 1 in each of the two preceding years. For example, the median maximum pay on October 1, 2000 for a telephone salesperson was $65,983 and for each following October 1 this amount is adjusted to reflect the average increase or decrease in pay for the applicable group for the 12-month period ending on June 30.

You also may be eligible to receive a supplemental pension benefit payment (see page 17).

**If You Participate in More Than One Company Pension Plan**
Special rules apply for determining the amount of your benefit if a change in your employment classification, status or location results in a transfer that affects your eligibility to participate in this Plan or another Company-sponsored pension plan. In general, ERISA service, subject to break in service rules described on page 11, will be accumulated among plans. However, net credited service, pension accrual service and how your benefit is calculated may be subject to special rules based on your particular situation. For example:

- If you participated in Verizon's Bell Atlantic Cash Balance Plan and change status ("retreat") to an associate position so that you become eligible for this Plan, the value of your cash balance benefit will be transferred to this Plan and will continue to receive interest credits. Your benefit earned while an eligible associate in this Plan will be based on your pension accrual service earned while an eligible associate, but retirement eligibility will be based on your combined net credited service (subject to bridging rules described on pages 10 through 11). Once you have completed three years of service as an associate, you are entitled to a "greater of" calculation that takes into consideration both Plans. (This assumes that any break between the move from management to associate does not exceed 6 months. If the break exceeds 6 months, the all-service calculation does not apply until the service is "bridged," if the bridging rule applies—see pages 10 through 11).

V00271

- If you temporarily are transferred to a management position, you will remain a participant in this Plan until the one-year anniversary of your transfer. At that point in time if you continue in a management position, you automatically will become a participant in the management pension plan. The value of your benefit earned under this Plan will be transferred to the management plan if you are a manager participating in the Bell Atlantic Cash Balance Plan (but not if you are a manager participating in other cash balance plans or a GTE pension plan). The benefit you ultimately receive for associate Plan participation from Verizon's Bell Atlantic Cash Balance Plan will be based on the pension band you were in at the time of transfer and the monthly pension amount in effect for that band at the time you terminate employment with Verizon. (If you become a manager participating in another cash balance plan or a GTE pension plan, contact the benefits administrator for information on how that affects your associate plan benefits.)

If you are transferred or have a change in status, call the benefits administrator with any questions about the effect on your pension benefits. (See your Important Benefits Contacts insert for the telephone number.) Keep in mind, your accrued benefit never can be decreased from the amount you had earned up to the date you are transferred or have a change in status.

# Receiving Your Benefit

## Service Pension Eligibility

Your eligibility to retire and start receiving a service pension depends on your age and net credited service when you terminate employment.

If you meet any of the following age and net credited service requirements, you may retire on or after that age and receive a service pension.

### Service Pension Eligibility Requirements

| Your Age | Net Credited Service |
|----------|----------------------|
| Any age | 30 years or more |
| At least age 50 | 25 years or more |
| At least age 55 | 20 years or more |
| At least age 60 | 15 years or more |
| Age 65 or older | 10 years or more |

## Early Retirement With a Service Pension

If you qualify for a service pension, you can retire and start receiving your pension benefit right away. Payments may or may not be reduced for early retirement depending on your age and net credited service as described below.

**Unreduced Pension**

If you retire with 30 or more years of net credited service, your service pension can be paid in full without reduction for early payment, regardless of your age when you terminate employment.

If you qualify for a service pension and retire when you're age 55 or older, you also can receive your benefit without reduction for early payment.

**Reduced Pension**

If you retire before age 55 and have less than 30 years of net credited service, your benefit permanently will be reduced by 1/2 percent a month (or six percent a year) for each full or partial month that you elect payments to begin before you reach age 55.

> **Important Note**
>
> If you retire with a service pension, you also may be eligible for retiree medical, dental and life insurance coverage, as well as other benefits for service pension eligible retirees. Call the benefits administrator for additional information. (See your Important Benefits Contacts insert for the telephone number.)

**Example:** Here's an example of how a service pension is reduced for early payment. Assume:

- You retire at age 53.

- You have 25 years of net credited service.

- Your unreduced service pension is $1,000 a month.

Since you have less than 30 years of net credited service and you are retiring 24 months before age 55, your early payment reduction is 12 percent (1/2 percent × 24 months = 12 percent).

So, your reduced early retirement benefit would be calculated like this:

**Step 1:** $1,000 × 12 percent (.12) reduction = $120 early retirement reduction

**Step 2:** $1,000 − $120 = **$880 reduced early retirement monthly benefit.**

## Normal Retirement or Later

You can retire any time after your normal retirement age and receive an unreduced benefit regardless of the length of your service. In most cases, your normal retirement age is 65, and your normal retirement date is the day you turn age 65.

**Note:** If you become an eligible associate after your 60th birthday, your normal retirement age is five years after you become eligible to participate in the Plan. For example, if you are age 62 when you begin participating in the Plan, your normal retirement will be at age 67.

If you continue working until April 1 of the year after you reach age 70-1/2, your monthly pension benefit automatically will begin and will continue until your actual retirement. Your benefit will be redetermined each year to reflect the additional benefit value you've earned from continued employment, reduced by the value of the payments you've already received during the previous year.

## If You Leave Before Retirement

**Deferred Vested Pension**

If you leave Verizon with at least five years of ERISA service, you are eligible for a deferred vested pension. (See page 7 for details on ERISA service.)

V00274

If you terminate employment with Verizon before completing five years of ERISA service and before your normal retirement age, you are not entitled to a benefit from the Plan, unless you were affected by special vesting during the years 1990, 1991 and 1992. Participants with less than five years of ERISA service automatically were vested in their accrued benefit. This special vesting applies to individuals who were employed on the date assets were transferred to the Plan's health benefits account and former employees who were employed at any time during the one-year period ending on the transfer date and whose benefits accrued as of the transfer date.

After you leave the Company with the right to a deferred vested pension, you'll receive a statement showing the amount of your deferred vested pension benefit based on your pension band monthly benefit and pension accrual service, as well as any supplemental monthly benefit at the time you terminate employment. You are not eligible for any other benefits Verizon provides to those participants who are eligible for a service or disability pension.

Your full, unreduced deferred vested pension would begin when you reach age 65 (or your normal retirement age, if later). However, you can elect to have your benefit start:

- At or after age 60, if you have at least 15 years of net credited service

- At or after age 55, if you have at least 20 years of net credited service

- At or after age 50, if you have at least 25 years of net credited service.

**Special Early Payment Rule During Cashout Trial Period**

If you terminate employment during the Cashout Trial Period (see page 38) and you're eligible for a deferred vested benefit, you have the option to elect an immediate reduced monthly benefit or a lump-sum distribution, regardless of your age and years of net credited service at the time your employment ends.

If you decide to have your deferred vested pension start before your normal retirement age, the monthly amount will be reduced, since the pension will be paid over a longer period of time. The amount of the reduction is based on your age in years and months when payments begin. The table on the following page reflects the percentage of the pension payable as a single life annuity if you terminate employment and begin receiving deferred vested pension payments prior to age 65. Please note that this table is based on your age, in complete years and months, at the time pension payments begin (for example, at 50 years and three months, 25 percent of your pension is payable). (Note that if you terminate during the Cashout Trial Period, you can receive an annuity at any age.)

V00275

| Your Age in Completed Years... | ...And Any Completed Months in Addition to Years | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 25 | 3.3% | 3.3% | 3.3% | 3.3% | 3.3% | 3.3% | 3.4% | 3.4% | 3.4% | 3.4% | 3.5% | 3.5% |
| 26 | 3.5 | 3.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 3.8 |
| 27 | 3.8 | 3.8 | 3.8 | 3.9 | 3.9 | 3.9 | 3.9 | 4.0 | 4.0 | 4.0 | 4.0 | 4.1 |
| 28 | 4.1 | 4.1 | 4.2 | 4.2 | 4.2 | 4.2 | 4.3 | 4.3 | 4.3 | 4.3 | 4.4 | 4.4 |
| 29 | 4.4 | 4.5 | 4.5 | 4.5 | 4.5 | 4.6 | 4.6 | 4.6 | 4.7 | 4.7 | 4.7 | 4.8 |
| 30 | 4.8 | 4.8 | 4.8 | 4.9 | 4.9 | 4.9 | 5.0 | 5.0 | 5.0 | 5.1 | 5.1 | 5.1 |
| 31 | 5.2 | 5.2 | 5.2 | 5.3 | 5.3 | 5.3 | 5.4 | 5.4 | 5.5 | 5.5 | 5.5 | 5.6 |
| 32 | 5.6 | 5.6 | 5.7 | 5.7 | 5.7 | 5.8 | 5.8 | 5.9 | 5.9 | 5.9 | 6.0 | 6.0 |
| 33 | 6.0 | 6.1 | 6.1 | 6.2 | 6.2 | 6.3 | 6.3 | 6.3 | 6.4 | 6.4 | 6.5 | 6.5 |
| 34 | 6.5 | 6.6 | 6.6 | 6.7 | 6.7 | 6.8 | 6.8 | 6.9 | 6.9 | 6.9 | 7.0 | 7.0 |
| 35 | 7.1 | 7.1 | 7.2 | 7.2 | 7.3 | 7.3 | 7.4 | 7.4 | 7.5 | 7.5 | 7.6 | 7.6 |
| 36 | 7.7 | 7.7 | 7.8 | 7.8 | 7.9 | 7.9 | 8.0 | 8.0 | 8.1 | 8.1 | 8.2 | 8.2 |
| 37 | 8.3 | 8.3 | 8.4 | 8.5 | 8.5 | 8.6 | 8.6 | 8.7 | 8.7 | 8.8 | 8.9 | 8.9 |
| 38 | 9.0 | 9.0 | 9.1 | 9.2 | 9.2 | 9.3 | 9.3 | 9.4 | 9.5 | 9.5 | 9.6 | 9.7 |
| 39 | 9.7 | 9.8 | 9.9 | 9.9 | 10.0 | 10.1 | 10.1 | 10.2 | 10.3 | 10.3 | 10.4 | 10.5 |
| 40 | 10.5 | 10.6 | 10.7 | 10.8 | 10.8 | 10.9 | 11.0 | 11.1 | 11.1 | 11.2 | 11.3 | 11.3 |
| 41 | 11.4 | 11.5 | 11.6 | 11.7 | 11.7 | 11.8 | 11.9 | 12.0 | 12.1 | 12.1 | 12.2 | 12.3 |
| 42 | 12.4 | 12.5 | 12.6 | 12.7 | 12.7 | 12.8 | 12.9 | 13.0 | 13.1 | 13.2 | 13.3 | 13.4 |
| 43 | 13.4 | 13.5 | 13.6 | 13.7 | 13.8 | 13.9 | 14.0 | 14.1 | 14.2 | 14.3 | 14.4 | 14.5 |
| 44 | 14.6 | 14.7 | 14.8 | 14.9 | 15.0 | 15.1 | 15.2 | 15.3 | 15.4 | 15.5 | 15.6 | 15.7 |
| 45 | 15.9 | 16.0 | 16.1 | 16.2 | 16.3 | 16.4 | 16.5 | 16.7 | 16.8 | 16.9 | 17.0 | 17.1 |
| 46 | 17.2 | 17.4 | 17.5 | 17.6 | 17.7 | 17.9 | 18.0 | 18.1 | 18.2 | 18.4 | 18.5 | 18.6 |
| 47 | 18.7 | 18.9 | 19.0 | 19.1 | 19.3 | 19.4 | 19.6 | 19.7 | 19.8 | 20.0 | 20.1 | 20.2 |
| 48 | 20.4 | 20.5 | 20.7 | 20.8 | 21.0 | 21.1 | 21.3 | 21.4 | 21.6 | 21.7 | 21.9 | 22.0 |
| 49 | 22.2 | 22.4 | 22.5 | 22.7 | 22.9 | 23.0 | 23.2 | 23.4 | 23.5 | 23.7 | 23.9 | 24.0 |
| 50 | 24.0 | 24.0 | 24.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 26.0 | 26.0 | 26.0 |
| 51 | 26.0 | 26.0 | 26.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 27.0 | 28.0 | 28.0 | 28.0 |
| 52 | 28.0 | 28.0 | 29.0 | 29.0 | 29.0 | 29.0 | 30.0 | 30.0 | 30.0 | 30.0 | 31.0 | 31.0 |
| 53 | 31.0 | 31.0 | 32.0 | 32.0 | 32.0 | 32.0 | 33.0 | 33.0 | 33.0 | 33.0 | 34.0 | 34.0 |
| 54 | 34.0 | 34.0 | 35.0 | 35.0 | 35.0 | 35.0 | 36.0 | 36.0 | 36.0 | 36.0 | 37.0 | 37.0 |
| 55 | 37.0 | 37.0 | 38.0 | 38.0 | 38.0 | 38.0 | 39.0 | 39.0 | 39.0 | 39.0 | 40.0 | 40.0 |
| 56 | 40.0 | 40.0 | 41.0 | 41.0 | 41.0 | 42.0 | 42.0 | 42.0 | 43.0 | 43.0 | 43.0 | 44.0 |
| 57 | 44.0 | 44.0 | 45.0 | 45.0 | 45.0 | 46.0 | 46.0 | 46.0 | 47.0 | 47.0 | 47.0 | 48.0 |
| 58 | 48.0 | 48.0 | 49.0 | 49.0 | 50.0 | 50.0 | 51.0 | 51.0 | 51.0 | 52.0 | 52.0 | 53.0 |
| 59 | 53.0 | 53.0 | 54.0 | 54.0 | 55.0 | 55.0 | 56.0 | 56.0 | 56.0 | 57.0 | 57.0 | 58.0 |
| 60 | 58.0 | 59.0 | 59.0 | 60.0 | 60.0 | 61.0 | 62.0 | 62.0 | 63.0 | 63.0 | 64.0 | 64.0 |
| 61 | 65.0 | 66.0 | 66.0 | 67.0 | 67.0 | 68.0 | 69.0 | 69.0 | 70.0 | 70.0 | 71.0 | 71.0 |
| 62 | 72.0 | 73.0 | 73.0 | 74.0 | 75.0 | 75.0 | 76.0 | 77.0 | 77.0 | 78.0 | 79.0 | 79.0 |
| 63 | 80.0 | 81.0 | 82.0 | 82.0 | 83.0 | 84.0 | 85.0 | 85.0 | 86.0 | 87.0 | 88.0 | 88.0 |
| 64 | 89.0 | 90.0 | 91.0 | 92.0 | 93.0 | 94.0 | 95.0 | 95.0 | 96.0 | 97.0 | 98.0 | 99.0 |
| 65 | 100.0 | — | — | — | — | — | — | — | — | — | — | — |

V00276

**If You Become Disabled**

*If You Are Not Eligible For a Service Pension*

If you become totally disabled due to a sickness or injury (other than an on-the-job accident) while you are an eligible associate, and you are not yet eligible for a service pension (see page 25), you will be eligible for a disability pension if:

- You have not reached normal retirement age.

- You have at least 15 years of net credited service.

- You remain totally disabled after receiving 52 weeks of sickness disability benefits under the Verizon Sickness and Accident Disability Benefit Plan for New York and New England Associates.

You will be considered totally disabled if you are unable to perform any job for your participating company. Disability pensions are calculated using the same formula as service pensions. However, there is no reduction for early payment regardless of your age when you terminate your employment or retire. Your disability pension will be offset by any Workers' Compensation benefits that are paid to you at the same time.

Your disability pension benefits will be paid as long as you remain unable to resume active employment with the Company. In order to continue your disability pension payments prior to normal retirement age, you may be asked to submit to periodic medical examinations or to cooperate with a recommended rehabilitation program.

If you're still receiving a monthly disability pension when you reach your normal retirement age, the disability pension will be changed to a service pension in the same monthly amount and in the same form of payment that you elected when your disability pension began. If you die while receiving a disability pension, any death benefit will be based on the form of payment in effect for your disability pension at the time of your death.

**Special Situation:** If you become totally disabled due to an on-the-job accident, you will continue to earn pension accrual service.

*If You Are Eligible For a Service Pension*

If you remain disabled after receiving 52 weeks of sickness disability benefits under the Company Sickness and Accident Disability Benefits Plan and you are eligible for a service pension, you will receive a service pension that's not reduced for early retirement instead of a disability pension. You also will be entitled to the same benefits as any other individual who receives a service pension.

V00277

### *If you Recover From Your Disability and Return to Work*

If you recover from your disability to the extent you no longer meet the total disability definition, your disability pension benefit will stop. If you are reemployed, your participation can resume and your service immediately will be bridged (the period of disability will be considered as a Leave of Absence although no service will be credited for the absence). You again can begin accumulating pension accrual service after your return. If you do not return to work, you will be entitled to the deferred vested pension you had earned as of the date you terminated employment due to disability.

### If You Leave or Retire and Return to Work
### *If You Were Receiving a Monthly Benefit*

In general, if you retire and start to receive a monthly pension benefit from this Plan but later return to work as an associate participating in this Plan or the Verizon Pension Plan for Mid-Atlantic Associates, your pension benefits will stop while you continue to work.

**Exception:** Pension benefits will continue if you're working 40 or fewer hours in a calendar month, if you're over age 70-1/2 or if you're rehired under the working retiree program.

### *How Your Benefit Is Determined Upon Subsequent Termination*

The determination of your benefit from the Plan when you subsequently terminate employment will be affected as summarized based on your benefit payment status when you returned and the length of time you were gone:

- If you started monthly benefit payments or postponed payment and are rehired within six months of your prior termination date, your benefit upon subsequent termination will be based on your total net credited and pension accrual service from both periods of employment and the pension band rate in effect when you leave.

- If you started monthly benefit payments or postponed payment and are rehired after a period of more than six months, then your net credited service and pension accrual service will be "bridged" only if you meet the requirements as described on pages 10 through 11, depending on your bargaining agreement. If you do not meet the bridging requirement, your benefit from your prior period of service will not be increased to reflect any change in your pension band rate.

- If you received a lump-sum distribution of your prior service benefit, regardless of how long you were gone, your benefit upon subsequent termination will be based only on net credited service and pension accrual service after you are rehired.

**If You Are Receiving a Social Security Supplement**

If you are receiving a Social Security Supplement benefit at the time you are rehired, these payments will stop but may resume upon your subsequent termination of employment, provided you still are under the age of 62. If you have questions after you are rehired, call the benefits administrator and speak with a representative.

V00278

*While You Are on the Active Payroll*

At the time your pension payments are suspended, your prior payment election becomes invalid. However, the Plan provides a pension benefit to your spouse or other beneficiary if you die before pension payments resume (see page 43).

When pension payments resume, you will be asked to elect a new form of payment (see pages 31 through 40) for your entire benefit, including amounts earned before and after you returned to work. Your old form of payment election becomes invalid on the date your benefit is suspended due to your rehire.

*Adjustment For Prior Monthly Benefit Payments If Service Is Bridged*

If you were receiving monthly deferred vested benefit payments before you were rehired, your subsequent benefit will be adjusted for the value of the prior payments you received. The adjustment is made by determining your full service benefit based on pension accrual service for both eligible periods of employment and subtracting the amount earned during the prior period of service after applying an adjustment ratio. The adjustment ratio is one minus the fraction determined by dividing the monthly benefit amount you were previously receiving by the monthly amount you would have received if your annuity starting date was the date you were reemployed as an eligible employee. Note that this adjustment does not apply if you were receiving monthly service pension payments before you were rehired.

# How Your Benefit Is Paid

## Automatic Method of Payment

### Single Life Annuity

If you choose this option, your benefit will be paid as regular monthly income for as long as you live. Payments are not continued to a beneficiary. However, if you are married and you choose a single life annuity, your spouse must give written, notarized consent to your decision. You will receive this method of payment, unless you elect an optional method (as described on pages 33 through 40).

### Joint and Survivor Annuity

If you're married at the time payment begins, the standard form of payment is a 50 percent joint and survivor annuity. Under this payment method, you receive a reduced monthly pension benefit (see pages 35 through 36 for an example). If you die before your spouse to whom you were married when your benefit began, your spouse starts receiving 50 percent of your monthly pension benefit for the remainder of his or her lifetime. On the other hand, if your spouse dies before you, your monthly benefit increases to the original single life annuity amount and no additional benefits are paid after your death. The increase to the original benefit amount will be effective in the month following your spouse's death. However, if you notify the benefits administrator of your spouse's death more than one year after death occurs, the increase will apply only to months after your notification is received.

- **Note:** If you terminate employment during the Cashout Trial Period (see pages 38 through 40) and you're eligible to receive a service or deferred vested pension benefit, you're eligible to receive your benefit immediately in a reduced monthly benefit under any of the annuity forms described in this section or as an immediate lump-sum distribution.

- If you terminate employment due to the expiration of 52 weeks of sickness disability benefits, you may elect a lump sum calculated based on the value of the deferred vested or service pension that you otherwise would have been eligible to receive if not for your disability.

> **Important Note**
>
> Unless you elect an optional method of payment, the Plan pays your benefit in the automatic form based on your marital status at the time payment begins. However, if your benefit value is small ($3,500 or less), payment automatically will be made in a lump-sum distribution (cashout). (See page 38.)

V00280

## Optional Methods of Payment

You may decline the automatic form of payment in writing and elect one of the optional methods described below. Note that if you're married, the single life annuity is an optional method of payment for you as well, provided your spouse's written and notarized consent is obtained.

You will receive written notification prior to the starting date of your benefit with an explanation of the methods of payment available to you and timing requirements for your election.

### Joint and Survivor Annuity Option

You have three joint and survivor annuity payment options from which to choose: The 50 percent survivor annuity, the 75 percent survivor annuity and the 100 percent survivor annuity. All three payment options pay you a monthly pension benefit for as long as you live. In the event that you die before your beneficiary, each option pays a different percentage of your monthly pension benefit to your beneficiary. For example, if you choose the 50 percent survivor annuity option, your beneficiary will receive 50 percent of your monthly pension benefit (after the cost of this option is applied) if you should die. This also applies to the 75 percent and 100 percent joint and survivor annuity options.

If you choose any of the joint and survivor annuity options, your monthly pension benefit will be reduced for the cost of the option. The reduction charges depend on the difference between your age and your beneficiary's age **in whole years** at the end of the year in which you retire. (For example, if the age difference between you and your beneficiary is 12 years and four months, the Company uses 12 years to determine a reduction.)

V00281

Use the following chart to determine what your reduction charge will
be under each of the joint and survivor annuity options:

*Joint and Survivor Annuity Option Reductions Effective
January 1, 2001*

| If Your Beneficiary Is... | Your Reduction Under the 50% Survivor Annuity Is... | Your Reduction Under the 75% Survivor Annuity Is... | Your Reduction Under the 100% Survivor Annuity Is... |
|---|---|---|---|
| 13 or more years older than you | 4.00% | 6.00% | 8.00% |
| 10 to 12 years older than you | 4.50% | 6.75% | 9.00% |
| 7 to 9 years older than you | 5.00% | 7.50% | 10.00% |
| 4 to 6 years older than you | 6.00% | 9.00% | 12.00% |
| Within 3 years of your age (younger or older) | 7.00% | 10.50% | 14.00% |
| 4 to 6 years younger than you | 8.00% | 12.00% | 16.00% |
| 7 to 9 years younger than you | 9.00% | 13.50% | 18.00% |
| 10 to 12 years younger than you | 9.50% | 14.25% | 19.00% Not available for a non-spouse beneficiary over 10 years younger than you |
| 13 to 24 years younger than you | 10.00% | 15.00% Not available for a non-spouse beneficiary over 19 years younger than you | 20.00% Not available for a non-spouse beneficiary |
| 25 or more years younger than you<br>• If spouse is beneficiary<br>• If non-spouse is beneficiary | 10.00%<br>16.00% | 15.00%<br>Not available | 20.00%<br>Not available |

V00282

**Note:**

- You cannot name a non-spouse beneficiary under the 75 percent joint and survivor option who is more than 19 years younger than you; or under the 100 percent joint and survivor option who is more than 10 years younger than you.

- You can name a non-spouse beneficiary (with your spouse's written and notarized consent if you are married) for the 50 percent joint and survivor option who is 25 or more years younger than you. A 10 percent factor instead of 16 percent will apply if he or she is a dependent you claim on your tax return, lives with you or in a home that's supported by you at least six months out of the year and is:

  — Your parent or grandparent

  — Your spouse's parent or grandparent

  — Your brother or sister

  — Your unmarried child of any age who is fully dependent on you for support due to a mental or physical disability.

*Example*

Here's a step-by-step example to help you compare your monthly pension benefit—and the amount continued to your beneficiary if you die—under all three joint and survivor annuity options. Assume you are age 58 and six months, and your beneficiary is age 55 and three months at the end of the year in which you retire and your monthly pension benefit is $1,182.

**Step 1:** Determine the difference between your age and the age of your beneficiary **in whole years** at the end of the year in which you retire:

58 years, 6 months – 55 years, 3 months = 3 years, 3 months (your beneficiary is three **whole** years younger).

**Step 2:** Using the chart on the previous page, determine the reduction that will be applied to your monthly pension benefit under each of the options. For instance, if your beneficiary is three years younger than you under the 75 percent survivor annuity, your reduction is 10.50 percent.

**Step 3:** Calculate the monthly pension payable for your lifetime, as well as the pension amount continued to your beneficiary if you die, under all three annuity options, as shown on the following page.

V00283

|  | 50% Survivor Annuity | 75% Survivor Annuity | 100% Survivor Annuity |
|---|---|---|---|
| Gross monthly pension | $ 1,182.00 | $ 1,182.00 | $ 1,182.00 |
| Reduction for the cost of the option | -82.74 (7%) | -124.11 (10.50%) | -165.48 (14%) |
| Monthly pension amount paid for your lifetime | $ 1,099.26 | $ 1,057.89 | $ 1,016.52 |
| Monthly pension paid to your beneficiary if you die | $   549.63<br><br>50% of your monthly pension amount | $   793.42<br><br>75% of your monthly pension amount | $ 1,016.52<br><br>100% of your monthly pension amount |

**Note:** For the joint and survivor annuity options, if your beneficiary dies before you, your monthly pension will be increased by the amount it had been reduced for the original cost of the option. The increase will go into effect the month following your beneficiary's death. However, if you notify the benefits administrator of your beneficiary's death more than one year after death occurs, the increase will apply only to months after your notification is received.

Under any of the three joint and survivor annuity options, effective January 1, 2001, you can choose any living individual as your beneficiary. If you're married, however, your spouse must be your beneficiary, unless you obtain your spouse's notarized, written consent to another beneficiary. Your spouse's written consent with respect to a change in beneficiary is irrevocable upon the annuity starting date.

Also, as noted on page 34, there is an age requirement that limits the joint and survivor annuity options available to certain non-spouse beneficiaries. If your non-spouse beneficiary is up to 19 years younger than you, you may choose both the 50 percent joint and survivor annuity or the 75 percent joint and survivor annuity. If your non-spouse beneficiary is more than 19 years younger than you, you may choose only the 50 percent survivor annuity.

**Period Certain and Life Annuity Options: Five-Year or 10-Year**
This option pays you a fixed monthly pension for your lifetime and guarantees that if you die before you receive five or 10 years of payments, any remaining payments for the five- or 10-year period will be made to your beneficiary(ies). If you're married, your beneficiary under the five-year or 10-year certain and life annuity option cannot be your spouse.

V00284

If you choose a five-year period certain and life annuity, your pension will be reduced by two percent for the cost of the option. If you choose a 10-year period certain and life annuity, your pension will be reduced by 6.5 percent for the cost of the option.

*Example*

Assuming your monthly pension benefit is $1,182 as shown in the previous example, and you elect a period certain and life annuity, your pension benefit and the amount continued to your beneficiary (if you die before the five- or 10-year period ends) are calculated as follows:

| | 5-Year Period Certain | 10-Year Period Certain |
|---|---|---|
| Gross monthly pension | $  1,182.00 | $  1,182.00 |
| Reduction for cost of the option | -23.64 (2%) | -76.83 (6.5%) |
| Net monthly pension paid for your lifetime | $  1,158.36 | $  1,105.17 |
| Monthly pension paid to your beneficiary for the remainder of the term | $  1,158.36 | $  1,105.17 |
| Monthly pension paid to your beneficiary if you die *after* the 5- or 10-year period ends | $      0.00 | $      0.00 |

**Note:** The reduction for the period certain and life annuity option stays in effect for as long as the benefit is paid—either to you or your beneficiary.

If you are married and want to elect either the five- or 10-year period certain and life annuity and your spouse consents to this decision with his or her notarized signature, you may choose one or two primary beneficiaries who would receive any remaining monthly benefit payments if you die before receiving five or 10 years of payments. If you choose two beneficiaries, each would be entitled to half of your monthly benefit amount if you die before receiving five or 10 years of payments. Keep in mind, your spouse cannot be your beneficiary under these options.

At the time that you choose your primary beneficiary(ies), you also can choose a contingent beneficiary(ies) who would receive any remaining monthly benefits if your primary beneficiary and you die, in that order, during the five- or 10-year period. Keep in mind, payments to your beneficiary(ies) stop at the end of the five- or 10-year period.

V00285

If a primary beneficiary(ies) dies and you have not elected a contingent beneficiary(ies), benefits are paid as follows:

- If, within the period selected, a primary beneficiary dies **before** you, any monthly benefits that person would have received for the remainder of the five- or 10-year period would be paid to **your estate** in a lump sum.

- If, within the period selected, a primary beneficiary dies **after** you, any monthly benefits that person otherwise would have received for the remainder of the five- or 10-year period would be paid to **his or her estate** in a lump sum.

Keep in mind, if you have two primary beneficiaries who are receiving benefits, the death of one does not increase or affect the pension benefit of the surviving beneficiary. The surviving beneficiary would continue to receive the same monthly benefit for the remainder of the five- or 10-year period.

**Single Life Annuity (Optional Form For Married Participants)**
Under this payment method, your benefit is paid as regular monthly income for as long as you live. Payments are not continued to a beneficiary. You'll need your spouse's written, notarized consent to choose this payment method.

**Lump-Sum Distribution Option (Available During Cashout Trial Period)**
A lump-sum "cashout" distribution is available as an option for an associate who terminates employment with the right to receive a service pension (see page 25) or deferred vested pension (see pages 26 through 27) during the Cashout Trial Period. (A disability pension cannot be paid in a lump sum.) The Cashout Trial Period is:

- For associates covered by the IBEW New England collective bargaining agreement or associates who are not subject to a bargaining agreement, March 1, 2001 to December 31, 2003

- For associates covered by the CWA New York, CWA New England and IBEW Local 2213 collective bargaining agreements, August 1, 2002 through July 31, 2003.

You must make your election to receive a lump sum within the 90-day election period indicated by the benefits administrator at the time benefits are determined. After this period, you cannot elect a lump-sum distribution. Also, if you're married, you'll need your spouse's signed and notarized consent to a lump-sum distribution (unless your cashout value is $3,500 or less).

**Automatic Cash Out of Small Benefit Amount**

If the total cashout value of your vested pension benefit is $3,500 or less (whether or not in the Cashout Trial Period), you will receive your benefit in a lump-sum distribution no later than July 1 of the year following the year you terminate. If you terminate during the Cashout Trial Period, both the PBGC and GATT lump-sum calculation methods will be used; outside the Cashout Trial Period, only the GATT method applies.

V00286

A lump-sum distribution provides a single cashout payment that's representative of the current equivalent value of the monthly pension benefit you otherwise would be entitled to receive over your lifetime. The determination of the current lump-sum value is made based on your age when employment ends and government guidelines in effect on that date for determining this amount. The lump-sum factor takes into account current interest rates and insurance industry standard mortality tables. Two calculation methods are used:

- **PBGC Calculation.** The PBGC method uses:

  — 120 percent (or 100 percent if your lump sum is not more than $25,000) of the Pension Benefit Guaranty Corporation (PBGC) interest rate in effect for the month prior to the first month in the calendar quarter that contains your termination date

  — The Non-Insured Unisex Pension 1984 (UP84) Mortality Table

  — Your age in whole years and whole months, as of the 15th day of the second month in the calendar quarter that contains your termination date.

- **GATT Calculation.** The GATT (General Agreement on Tariffs and Trade) method uses:

  — 100 percent of the annual interest rate on 30-year Treasury securities (published in the Federal Reserve Statistical Release) for the second month preceding the first day of the calendar quarter containing your benefit commencement date

  — The 1983 Group Annuity Mortality Table (weighted 50 percent male and 50 percent female)

  — Your age in whole years and whole months, as of the 15th day of the second month in the calendar quarter that contains your benefit commencement date.

You receive a lump-sum distribution using the lump-sum basis that produces the larger cashout value for you. Additional details will be provided at the time your lump-sum distribution is determined.

V00287

Important points:

- Interest rates on which lump-sum calculations are based change each quarter. Therefore, it is possible for the lump sum payable to you based on a termination date in an earlier calendar quarter to be less than the lump sum that would be payable to you if you delayed your termination to a later calendar quarter.

- If you are eligible for a disability pension, you may choose to forego receipt of your monthly disability pension and receive a lump-sum distribution of your deferred vested pension. However, you will forfeit your right to retiree health and insurance benefits that normally are paid to a disability pension retiree and instead, you will be eligible for a deferred vested pension (see pages 26 through 27).

- If you elect a lump-sum distribution, no additional benefit is payable to you or your beneficiary in the future, including survivor benefits that otherwise might be payable if you were receiving a monthly benefit for your lifetime. However, the eligible survivor of a service pension or disability pension retiree who otherwise is eligible for a Sickness Death Benefit (see page 48) still will qualify for the death benefit regardless of whether a lump-sum distribution is elected by the retiree.

- If you receive a lump-sum distribution and later are rehired, you will receive credit for prior ERISA service but will be treated like a new hire for purposes of net credited service and pension accrual service.

## Paying Taxes on Your Pension Benefit

In general, your pension payments are fully taxable in the tax year you receive them. If you're receiving monthly benefit payments, you can choose to have taxes withheld from your payments.

Special tax rules apply to a lump-sum distribution. For example, 20 percent of your payment automatically will be withheld as an advance estimated payment for federal income taxes, unless you request a direct rollover of your distribution into an IRA or another employer's qualified plan that accepts rollovers. You also may owe a 10 percent additional tax if you terminate employment before the year you turn age 55 and receive a lump-sum distribution before age 59-1/2. Before your distribution is processed, you will have the opportunity to elect a direct rollover. You are responsible for providing the name of the IRA or qualified plan to which the direct rollover will be made to the benefits administrator by completing the form to elect a direct rollover.

V00288

If you have questions regarding tax issues on your pension benefits, you may want to consult a tax advisor. In particular, the tax rules related to a lump-sum distribution can be complicated and may change in the future.

## Applying for Benefits

In general, your pension benefits will not be paid automatically after your separate from active service. Exceptions are if you are age 70-1/2 or older, if you elected to defer payment of your benefit to start automatically at age 65 and if your benefit is subject to the small benefit amount cashout rule. You should apply for your benefits a few months prior to your planned benefit starting date. You must call the benefits administrator to request the necessary forms. It is recommended that you complete and return the forms as soon as possible, but no sooner than 90 days before the date you want payments to begin.

If you're married and want to choose an optional payment form, such as a period certain annuity (see "How Your Benefit Is Paid" on pages 32 through 40), you must submit your election form to the benefits administrator within 90 days prior to the effective date of your pension annuity starting date or 90 days from the date you receive your election form, whichever is later. The benefits administrator will provide you with appropriate information and forms, as well as a return envelope to submit this paperwork.

- If you miss the deadline for an optional election and you are married, your pension will be reduced by 10 percent and paid automatically as a 50 percent survivor annuity with your spouse as beneficiary.

- If you're single, your pension will be paid as single life annuity but also will be subject to a 10 percent reduction if you have not indicated in writing that you are single.

If you are receiving your benefit before your normal retirement age, you also must complete and sign the Consent to Early Distribution Form and submit it in the return envelope that is provided within 90 days prior to the pension annuity starting date. If you return the form within this time frame, you will begin receiving payments on your normal scheduled date. If you do not return the form during this 90-day period, the Company will assume you have elected to defer payment of your pension to a later date.

If you fail to apply for your benefits or you do not provide the benefits administrator with all of the requested information, your benefits could be delayed.

V00289