**If You Want to Defer Your Benefit Payments**

If you're under age 65, you can defer receipt of your pension benefit up to age 65. If you choose to do this, your accrued pension benefit will be frozen as of your termination date and paid to you on the early payment date you choose. The Company will use your age at the time payments begin to determine any early retirement reduction.

**Note:** When you defer your pension beyond the earliest payment date, you permanently forfeit your pension benefit for the period of deferral, and you forfeit the lump-sum payment option if available otherwise. You also forfeit any special pension increases that may be granted during your deferral period. If you want to defer your benefit payments, call the benefits administrator for information on how to elect a deferral.

**If Your Benefits Are Denied**

If your claim for a pension benefit is denied, you are entitled to a written explanation of the denial. You also may file a written request for review of the decision. For details, refer to "Claims and Appeals Procedures" (on pages 56 through 59).

V00290

# Benefits for Survivors

## Preretirement Survivor Death Benefit

The Plan provides a pension benefit to your spouse or other beneficiary (see page 45) if you die after you earn the right to receive a pension benefit but before you start receiving payments (or while your pension payments are suspended during rehire—see page 31).

- If your beneficiary is your spouse, the benefit amount payable to your spouse is based on a 65 percent joint and survivor annuity.

- If your beneficiary is not your spouse, your beneficiary's benefit is based on a 65 percent joint and survivor annuity, unless your beneficiary is more than 25 years younger than you; then, the survivor's benefit is based on a 50 percent joint and survivor benefit.

**Note:** If you have elected another joint and survivor form of payment within the 90-day election period prior to your annuity starting date that provides a greater benefit to your spouse, then payment will be made based on the provisions that provide a greater benefit.

### When a Survivor Benefit Is Payable

If you are eligible for a pension benefit, a preretirement survivor benefit may be available to your beneficiary if you die and:

- **You still were working and had at least five years of ERISA service or had reached normal retirement age.** Your pension benefit is calculated taking into account any minimum benefit as if you had retired with a service pension the day you died, electing a joint and survivor annuity (65 percent or 50 percent, as described above). The monthly payment is reduced for the cost of this survivor benefit. Your beneficiary receives 65 percent (50 percent, for a non-spouse beneficiary more than 25 years younger) of the benefit for his or her life—with no early retirement reduction—even if you were younger than the early retirement age when you died. The benefit is payable to your beneficiary immediately following your death. However, your spouse may defer payment to as late as the date you would have reached normal retirement age.

| Important Note: |
| --- |
| The preretirement survivor benefit provisions described here apply to participants still in active service on or after August 6, 2000. |
| Also, special rules apply for naming a beneficiary (see page 45). If you are not married, you must have a valid beneficiary designation in effect at the time of your death; otherwise, the benefit is forfeited. |

V00291

- **You terminated while eligible for a service pension and die before your benefit begins.** Your pension benefit is calculated, taking into account any minimum benefit as if you had elected to start payment on the day you died and elected a joint and survivor annuity (65 percent or 50 percent, as described on page 43). The monthly payment is reduced for the cost of this survivor benefit and any applicable early retirement reduction will apply (see pages 25 through 26) based on your age and service at the time you die. Your beneficiary receives 65 percent (50 percent, for a non-spouse beneficiary more than 25 years younger) of the reduced benefit for his or her life. The benefit is payable to your beneficiary immediately following your death. However, if your spouse is your beneficiary, your spouse may defer payment to as late as your normal retirement age, and possibly receive a larger monthly payment due to the later age upon which early retirement reductions will be based.

- **You terminated while eligible for a deferred vested pension benefit and die before your benefit begins.** Your pension benefit is calculated as if you had elected to start payment on the day you died and elected a joint and survivor annuity (65 percent or 50 percent, as described on page 43). The monthly payment is reduced for the cost of this survivor benefit and any applicable early retirement reduction will apply (see pages 25 through 26) based on your age at the time you die. Your beneficiary receives 65 percent (50 percent, for a non-spouse beneficiary more than 25 years younger) of the reduced benefit for his or her life. The benefit is payable to your beneficiary immediately following your death. However, if your spouse is your beneficiary, your spouse may elect either immediate or deferred payment within the 90 day election period indicated by the benefits administrator. If your spouse does not elect immediate payment within the election period, your spouse may start payments on or after the earliest date you could have retired, but not later than your normal retirement age, and receive a larger monthly payment due to the later age upon which early retirement reductions will be based.

V00292

**Preretirement Survivor Death Benefit Annuity Factors**

If your spouse or non-spouse beneficiary is eligible to receive a preretirement survivor death benefit based on a 65 percent joint and survivor annuity, the reduction factors below apply to the deceased associate's benefits based on your beneficiary's age in relation to your age. (If your non-spouse beneficiary is eligible to receive a preretirement survivor death benefit based on a 50 percent joint and survivor annuity, the reduction factors on page 34 apply.)

*65 Percent Joint and Survivor Annuity Factors*

| If Your Beneficiary Is...* | The Reduction Under the 65% Survivor Annuity Is... |
|---|---|
| 13 or more years older than you | 5.25% |
| 10 to 12 years older than you | 5.75% |
| 7 to 9 years older than you | 6.50% |
| 4 to 6 years older than you | 7.75% |
| Within 3 years of your age (younger or older) | 9.00% |
| 4 to 6 years younger than you | 10.50% |
| 7 to 9 years younger than you | 11.75% |
| 10 to 12 years younger than you | 12.25% |
| 13 to 24 years younger than you | 13.00% |
| 25 or more years younger than you <br> • If spouse is beneficiary <br> • If non-spouse is beneficiary | 20.75% <br> Not available |

\* Age in whole years at the end of the calendar year in which you die.

**Beneficiary Designation and Eligibility Rules**

You should consider the following rules when you make your beneficiary designation for this benefit. Note that a preretirement survivor benefit will not be paid on your behalf if a valid beneficiary designation is not on file with the benefits administrator when you die and you do not have an eligible surviving spouse. It's your responsibility to keep the benefits administrator up-to-date regarding your marital status and beneficiary information. You may change your beneficiary at any time by submitting a new Beneficiary Designation Form. Also, please note that the terms of a Qualified Domestic Relations Order (QDRO) issued upon divorce may require that your former spouse remain your beneficiary for some or all of the preretirement survivor benefit. In this case, your beneficiary designation choices may be limited based on the terms of the court order.

V00293

- **If you are married**, your spouse, at the time of your death, automatically is your primary beneficiary for any preretirement survivor benefit, unless you complete and return a Preretirement Survivor Benefit Designation Form designating another living person as your primary beneficiary. (If you are eligible for a deferred vested pension when you leave employment, you must be married to your spouse for the 12 months prior to your death for him or her to be treated as a "spouse" for purposes of this benefit.) For your designation of another primary beneficiary to be valid, your spouse's irrevocable, written and notarized consent to the beneficiary you name must be provided in the Spouse's Consent section. Your spouse's consent is not necessary when you designate a contingent beneficiary to receive the benefit in the event that your spouse (who is your primary beneficiary) dies before you. Since no preretirement survivor benefit is payable without a valid beneficiary designation, designation of a contingent beneficiary is recommended in case your primary beneficiary predeceases you.

  — If you name a beneficiary other than your spouse and your beneficiary (including any contingent beneficiary) dies before you, the preretirement survivor benefit will be paid to your spouse. If your spouse also dies before you, no preretirement survivor benefit will be paid.

  — After you die, a preretirement survivor benefit is payable to the individual who survives you who is determined to be your beneficiary (if any) for this benefit. However, if the individual who is identified as your beneficiary dies after you and before the preretirement survivor benefit is paid, no preretirement survivor benefit will be paid to your beneficiary's estate or to any other person or entity.

  — If you divorce and remarry after making a beneficiary designation for the preretirement survivor benefit, your new spouse automatically will become the primary beneficiary and your prior designation will become null and void. If you would like to name a beneficiary other than your new spouse, you must complete a new form in which your new spouse consents to the beneficiary you name.

> **Important Point If You Are Married and Under Age 35**
>
> If you are married and with your spouse's consent name someone other than your spouse as primary beneficiary before January 1 of the year in which you reach age 35, the beneficiary designation will become invalid on that January 1 of the year in which you reach age 35. If you still wish to name a primary beneficiary other than your spouse at that time, you must submit a new Beneficiary Designation Form. In all cases, if you wish to name a primary beneficiary other than your spouse, your spouse must consent by signing the Beneficiary Designation Form in the presence of a Notary Public.

- **If you are not married (or if you're eligible for a deferred vested pension when you leave employment and have been married for less than 12 months),** you **must** have a valid beneficiary designation on file with the benefits administrator indicating the individual you want to receive any preretirement survivor benefit that becomes payable. If you do not have a valid beneficiary designation on file, no preretirement survivor benefit will be paid on your behalf. If you are not married, the following additional rules apply to payment of the preretirement survivor benefit:

— You may name any living person you choose as your beneficiary; however, if your beneficiary is more than 25 years younger than you, the survivor's portion of the benefit is based on a 50 percent joint and survivor benefit (**not** a 65 percent joint and survivor benefit).

— If the beneficiary you name (including any contingent beneficiary) dies before you or if you have named no beneficiary, no preretirement survivor benefit will be paid.

— If your beneficiary (including any contingent beneficiary) dies before payment is made to that individual, no preretirement survivor benefit will be paid.

— If you marry after making a beneficiary designation for the preretirement survivor benefit, your new spouse automatically will become the primary beneficiary and your prior designation will become null and void. If you would like to name a beneficiary other than your new spouse, you must complete a new form in which your new spouse consents to the beneficiary you name.

**Lump-Sum Distribution Rules During the Cashout Trial Period**
A lump-sum "cashout" distribution is available as an option if the eligible beneficiary is your surviving spouse and you die during the Cashout Trial Period; it is the only form of payment available to your eligible non-spouse beneficiary if you die during the Cashout Trial Period. The Cashout Trial Period is:

- For associates covered by the IBEW New England collective bargaining agreement or associates not subject to a bargaining agreement, March 1, 2001 to December 31, 2003

- For associates covered by the CWA New York, CWA New England and IBEW Local 2213 collective bargaining agreements, August 1, 2002 through July 31, 2003.

**Special Note Regarding Separate Death Benefits Payable Under the Plan**

For associates hired on or before December 31, 1986, your designation of a beneficiary for the preretirement survivor benefit as described in this section, will not affect the payment of any Sickness Death Benefit or Accident Death Benefit payable under Plan provisions that specify mandatory beneficiary(ies) for these benefits. (See page 49.)

**Automatic Cashout of Small Benefit Amounts**

If the total cashout value of the preretirement survivor pension benefit is $3,500 or less at the time you die (whether or not in the cashout period), your beneficiary will receive the benefit in a lump-sum distribution.

V00295

A lump-sum distribution provides a single cashout payment that's representative of the current equivalent value of the monthly benefit your survivor otherwise would have been entitled to receive over his or her lifetime. It is determined in the same manner as described for associates (see pages 38 through 40) who are eligible for a lump-sum distribution.

Please also note that the spouse of a deceased participant has the right to elect payment in an immediate lump-sum distribution or an annuity or to defer payment to a later date. However, if your spouse does not elect a lump sum within the period specified by the benefits administrator, the only form of payment available to the spouse on the later commencement date is an annuity. Taxation will be based on rules in effect at the time the benefit is paid. Your survivor should contact a tax advisor if he or she has questions.

## Sickness Death Benefit

If you were hired on or before December 31, 1986, are employed continuously by Verizon after this date and die from an illness or an off-duty accident (as defined in the Verizon disability program), your beneficiary may receive a sickness death benefit. This benefit is equal to one year of your pay, excluding overtime, which was in effect on December 31, 1986. (If you were a part-time employee as of that date, the benefit is based on your normal part-time scheduled hours on December 31, 1986.)

You must remain employed continuously by Verizon. Employees who are hired or rehired after December 31, 1986 are not eligible even if they are covered under the Mandatory Portability Agreement and have a net credited service date prior to January 1, 1987. There are three exceptions to this rule:

- Service Pension Eligible employees who are rehired after December 31, 1986

- Employees on rotational assignment at Bellcore who transferred back after December 31, 1986

- Shared Services employees who transferred back after December 31, 1986.

V00296

**First Mandatory Beneficiaries**
In this situation, your beneficiary can be one or more of
the following:

- Your spouse, if he or she is living with you when you die

- Your unmarried, dependent children under age 23 (unmarried,
  dependent children age 23 or over qualify as beneficiaries if they
  are disabled and incapable of self-support)

- A dependent parent, if he or she is living with you or is living in a
  separate household you provide.

If you have more than one mandatory beneficiary at the time of your
death, the Verizon Employee Benefits Committee (VEBC) will use its
discretion in determining how to administer the benefit. Special rules
apply to sickness death benefits, which are provided for associates
who have been promoted to a management position and for
management employees who have retreated to associate positions for
certain participating companies. For more information on additional
sickness death benefits for which you may qualify, you or your
beneficiary should contact the benefits administrator. (See your
Important Benefits Contacts insert for the telephone number.)

**Second Mandatory Beneficiaries**
If you die and no individual qualifies as a first mandatory beneficiary
for you, a sickness death benefit may be paid to your spouse,
dependent child or other dependent relative who is entitled to receive
support from you at the time of your death. The VEBC determines
when benefits will be paid and the amount.

**If There Is No Beneficiary**
In the event there is no beneficiary who is qualified to receive the
sickness death benefit, the VEBC may authorize payments of up to
$500 to cover burial costs, as long as the amount authorized is not
higher than the maximum benefit payable to a beneficiary.

V00297

## Accidental Death Benefit

If you die from an on-duty accident as a result of an accidental injury arising out of and in the course of employment by a participating company regardless of when you were hired, your beneficiary (as described above) will receive the greater of:

- The amount the Plan would have paid as a sickness death benefit (see page 48)

- The lesser of $50,000 or three years of pay.

In addition, the Plan pays the necessary burial expenses, up to $500.

Your pay for these purposes is defined as the annual basic rate of pay (in effect on the day of your death) plus all differentials paid in the 12-month period ending on the day you die. In addition, you may qualify for certain additional insurance benefits under the Company's special accidental death insurance policy, subject to offsets for any Workers' Compensation death benefit that may be payable.

## Other Information on Death Benefits

In certain emergencies, your beneficiary may request an advance on a sickness or accident death benefit of up to $1,500 to help meet urgent expenses related to your death. The advance would be deducted from the final benefit paid.

A sickness death benefit will not be paid if any of the following apply:

- You were hired on or after January 1, 1987.

- A claim is received more than one year after your death.

- A claim other than a claim under this Plan is filed.

V00298

# If You Are a Retiree, Former Vested Participant or Beneficiary

## Your Benefit Amount

In general, this summary plan description (SPD) describes the Plan based on provisions effective January 1, 2001 for participants who are employed currently as an eligible associate under the Plan. If you are a retiree or a former associate entitled to a deferred vested benefit, your benefit amount generally is based on Plan provisions in effect when your employment as an eligible associate ended.

If your employment ended before May 1, 1994 (or before August 5, 1994 if you were represented by IBEW-New England), your benefit payment options (including conversion factors) are based on Plan provisions in effect when you left the Company. If your employment ended after those dates, your benefit payment options are the same as those described in this SPD (see pages 32 through 40), although certain restrictions may have applied to your beneficiary designation if you started payment before 2001.

If you are entitled to a benefit because you are a surviving beneficiary, the determination of your benefit is based on Plan provisions in effect at the time the former participant's employment as an eligible associate ended. As a result, there are provisions described in this SPD that differ from those that apply to the determination of your benefit.

Some points to keep in mind:

- The provisions for a minimum benefit increase effective on July 1, 2001 (as described on page 21) apply for retirees eligible for a service or disability pension who start payment after April 1, 1999 and surviving beneficiaries. Although a similar minimum applies for service or disability pensions and certain survivor benefits that began on or before April 1, 1999, adjustments to the minimum for part-time service and form of payment generally do not apply. In addition, the minimum you receive from the Plan will be reduced if you are receiving benefits from more than one Company plan providing the minimum.

V00299

- The lump-sum cashout provisions apply to associates whose employment ends during the respective Cashout Trial Period (see pages 38 through 40). If your employment with Verizon ended before the Cashout Trial Period, you are not eligible to cash out your benefit.

- If you return to Verizon employment as an eligible associate in this Plan after January 1, 2001, the service rules (as described beginning on pages 6 through 12) and portability rules (described on pages 13 through 14) apply in determining how your total period of service is counted.

- If you have not started receiving your benefit, the preretirement survivor benefit rules in effect at the time you left employment as an eligible associate apply.

## Receiving Your Benefit

In general, if you are retired and receiving your monthly benefit or if you are receiving a surviving beneficiary benefit, the amount of your benefit will continue to be paid by Verizon without change. If you are a deferred vested participant, payments can begin on the basis of Plan provisions in effect at the time your employment ended. Call benefits administration at the number provided in your Important Benefits Contacts insert for information or to elect payment.

If you are receiving a monthly benefit payment, your payments will continue for your lifetime, unless you are reemployed by Verizon Communications Inc. as an associate eligible for this Plan or the Verizon Pension Plan for Mid-Atlantic Associates. In this case, payments are stopped while you are employed, unless you are working 40 or fewer hours per month (see page 30). If you are receiving a disability pension, your payments may stop if prior to normal retirement age you recover from disability, fail to submit to periodic medical exams or fail to cooperate with a recommended rehabilitation program.

If you have a change of address or any questions about your benefit, call the benefits administrator at the telephone number provided in your Important Benefits Contacts insert included with this SPD.

As a retiree, a former participant entitled to a deferred vested pension benefit or a surviving beneficiary, you have certain Plan rights provided under the Employee Retirement Income Security Act (ERISA) of 1974 and its subsequent amendments. See the "Administrative Information" section for details.

V00300

# Additional Information

## If You Divorce or Separate

Your Plan benefit belongs solely to you (or your beneficiary if survivor benefits apply when you die). In general, your benefit cannot be sold, assigned, transferred, pledged or garnished to anyone else. If you're divorced or separated, however, certain court orders—known as Qualified Domestic Relations Orders (QDROs)—could require part of your benefit to be paid to someone else, such as your former spouse or your child.

## Maximum Benefit Levels

The Internal Revenue Service (IRS) imposes certain limitations on the amount of benefits that are paid under the Plan. There are also limits on the pay that can be recognized by the Plan each year. If you're affected by these limitations, you'll be notified.

## How Benefits Could Be Reduced, Lost, Suspended or Delayed

Pension benefits under the Plan will be reduced, lost, suspended or delayed if one of the following conditions applies:

- Your employment with all Verizon companies terminates by resignation, discharge, other separation from service or death before you have earned at least five years of ERISA service and before reaching your normal retirement age. (See pages 26.)

- You are rehired after a break in employment and fail to complete the period of service necessary to bridge your prior service. (See pages 10 through 11.)

- You are re-employed by a Verizon company or an interchange company and your benefits (including any Social Security Supplement) temporarily are suspended. (See page 13.)

- Your benefits are attached or otherwise assigned to someone else under a QDRO, in which case any portion of your benefits that are not attached will be paid to you. (See above.)

- Your benefits are subject to a federal tax levy.

> **Important Note**
>
> Your benefits could be lost if you fail to file a proper application, fail to keep a current address on file or fail to follow other procedures.

V00301

- You do not provide the benefits administrator with your most recent address and you cannot be located.

- You fail to make proper application for benefits or fail to provide necessary information.

- You are rehired after receiving a lump-sum cashout and you are treated like a new hire for purposes of net credited service and pension accrual service. (See pages 38 through 40.)

- Your disability pension or a death benefit payable to your beneficiary is reduced by Workers' Compensation benefits.

- You transfer to another Verizon company or to a portability company and your Plan benefit is transferred to and paid from another pension plan maintained by such other company. (See page 13.)

- You are receiving a disability pension and your benefits are stopped prior to normal retirement age because you recover from disability, fail to submit to periodic medical examinations or fail to cooperate with a recommended rehabilitation program. (See pages 29 through 30.)

- You choose to forego receipt of a disability pension instead and elect to receive a lump-sum payment of your deferred vested pension. (See page 40.)

- Your benefit is reduced because you elect to retire with a service pension or start payment of a deferred pension before the age at which you are entitled to an unreduced benefit. (See page 25.)

- Your monthly benefit is reduced because you receive payment in an annuity form of payment other than a single life annuity. (See page 32.)

- You do not have a valid beneficiary designation for the preretirement survivor death benefit when you die prior to starting your pension. (See page 45.)

- You have received your benefit as a lump-sum cashout or a single life annuity and no death benefits are payable as a result. (See page 38.)

V00302

- Your prior net credited service and pension accrual service are bridged after a lump-sum cashout under the special rule on page 10 and the benefit you receive at your later termination is reduced for the benefit previously cashed out.

- You separate from service before age 65 and choose to defer receipt of your benefit. (See page 42.)

## Pension Benefit Guaranty Corporation

Certain benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the Plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people receive all of the pension benefits they would have received under their plan, but some people may lose certain benefits. You may be eligible to receive:

- Normal and early retirement benefits

- Disability benefits, if you become disabled before the Plan terminates

- Certain benefits for your survivors.

The PBGC guarantee generally does not cover:

- Benefits greater than the maximum guaranteed amount set by law for the year in which the Plan terminates

- Some or all of benefit increases and new benefits based on Plan provisions that have been in place for less than five years at the time the Plan terminates

- Benefits that are not vested because you have not worked long enough for the Company

- Benefits for which you have not met all of the requirements at the time the Plan terminates

- Certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the Plan's normal retirement age

- Non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay and severance pay.

V00303

Even if certain benefits are not guaranteed, you still may receive some of those benefits from the PBGC depending on how much money the Plan has and how much the PBGC collects from employers.

For more information about the PBGC and the benefit guarantees, ask your Plan administrator, or write to the PBGC at:

Technical Assistance Division
PBGC
1200 K Street N.W., Suite 930
Washington, DC 20005-4026

See your Important Benefits Contacts insert for the telephone number of the PBGC.

TTY/TDD users may call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to 202-326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's Web site on the Internet at http://www.pbgc.gov.

## Claims and Appeals Procedures

As claims administrator, Verizon's benefits administrator for the Plan has discretionary authority to determine claims for the Plan. The Verizon Claims Review Committee (VCRC) is the appeals administrator for the Plan. (See page 62 for the address of the claims and appeals administrator and refer to your Important Benefits Contacts insert for the telephone number.)

The Plan grants the claims and appeals administrators discretionary authority to:

- Interpret the Plan based on its provisions and applicable law and make factual determinations about claims arising under the Plan

- Determine whether a claimant is eligible for benefits

- Decide the amount, form and timing of benefits

- Resolve any other matter under the Plan that is raised by a participant or a beneficiary, or that is identified by either the claims or appeals administrator.

The appeals committee has the authority to resolve any other matter under the Plan that is raised by a participant or a beneficiary, or that is identified by the claims administrator.

V00304

The claims and appeals administrators have sole authority to decide claims under the Plan and review and resolve any appeal of a denied claim.

**Filing a Claim**
You, your beneficiaries or someone claiming benefits through you as a participant has the right under the Employee Retirement Income Security Act of 1974 (ERISA) and its subsequent amendments to file a claim if you believe you are entitled to benefits and benefits have been denied or incorrectly determined under the Plan.

To submit a claim, put your concern in writing, explaining in your words your understanding of your benefit issue, and provide any supporting information in writing to the claims administrator. (See page 62 for the address.)

Once you've documented your claim and submitted any necessary forms to the claims administrator along with any further information that you believe should be taken into account, the claims administrator has 90 days (except as described on page 58) to make a decision on your claim after receiving it.

If the claims administrator needs additional information from you in order to process your claim, you will be given 180 days to supply the needed information. In that case, the claims administrator will have not less than 45 days from the date you supply the additional information (or your 180-day period expires) to make a decision on your claim.

If there are special circumstances requiring longer review, the claims administrator may take up to an additional 90 days to make a decision on your claim. You will be notified in writing if more time is needed and of the final decision.

**Claim Denial**
If your claim completely or partially is denied, a written notice of denial will be provided by the claims administrator, which will tell you the specific reasons for the decision and how you can appeal the decision.

V00305

**Filing an Appeal**

You may file an appeal if:

- You receive no reply to your original claim within 90 days

- The time for a decision on your original claim was extended for an additional 90 days, and you receive no reply after the additional 90 days

- You receive written denial of all or part of the claim and you want to appeal the denial.

You may appeal by submitting in writing a letter requesting an appeal and stating your concerns and any related facts to the Verizon Claims Review Committee, c/o Verizon Benefits Center; 100 Half Day Road; P.O. Box 1457; Lincolnshire, IL 60069-1457. Your appeal letter must be received within 60 days after you receive the denial of your claim or fail to receive timely notice of the decision.

If you submit an appeal, you have the right to:

- Review pertinent Plan documents, which you can obtain as described in the next section.

- Send a written statement of the issues and any other documents in support of your claim to the appeals administrator.

- Request copies of written documents that are relevant to the appeal. There typically will be a reasonable charge per page.

**Review of Your Appeal**

The VCRC, as appeals administrator, will review your appeal of the denied claim and will make a decision at the first or second quarterly meeting of the committee after receiving your written request for review. Your appeal will be decided by a different committee than the committee that decided your initial claim. Your appeal will be decided within 60 days after being received by the appeals administrator. However, if there are special circumstances that require additional time, the appeals administrator may extend the review by an additional 60 days (for a total of 120 days from receiving your appeal).

Normally, the appeals administrator will notify you of the decision in writing. However, if you do not receive a decision or notification within the appropriate time span, you should consider the appeal denied.

V00306

In case of an appeal, the appeals administrator's decision is final, conclusive and binding on all parties to the full extent permitted under the Plan and under applicable law, unless the participant or a beneficiary later successfully proves that the appeals administrator's decision was an abuse of administrator discretion. However, as a Plan participant, you may have further rights under ERISA after you have exhausted the claims and appeals process, as described in the next section.

Benefits under the Plan will be paid only if the Plan administrator or its delegate decides in its discretion that the applicant is entitled to them.

## Rights of Participants and Beneficiaries Under ERISA

Under ERISA, you (a participant, a spouse or a designated beneficiary under the Plan) have the following rights:

- You may examine all Plan documents without charge. These include annual financial reports, Plan descriptions, bargaining unit agreement provisions pertaining to the Plan and all other official Plan documents and reports, including a copy of the latest annual report (Form 5500 Series) filed with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefits Administration. The Plan administrator makes these documents available for examination free of charge at specified sites, such as Verizon work locations. For information, write to the Plan administrator:

c/o Verizon Benefits Center
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL 60069-1457

Also, you may obtain copies of all Plan documents and other Plan information upon written request to the Plan administrator at the above address. Please include the full name of the Plan in your written request, along with your name, Social Security number, mailing address and telephone number. You may be charged 25 cents per page for documents that you request.

- You may receive a copy of the Plan's procedures governing QDRO determinations. The Plan administrator is required to furnish a copy of the procedures without charge. You may request a copy of the Plan's QDRO procedures by contacting the Verizon-Bell Atlantic Qualified Order Team; 100 Half Day Road; Lincolnshire, IL 60069. (See your Important Benefits Contact insert for the telephone number.)

V00307

- You will receive a summary of the Plan's annual financial report. The Plan administrator is required by law to furnish you with a copy of the summary annual report.

- You may obtain a statement telling you the amount of your accrued pension benefit payable at normal retirement age if you stop working under the Plan now. If you are not fully vested, your statement will tell you how many more years you have to work to be fully vested. These statements are not required to be given more than once a year and will be provided free of charge.

In addition to creating rights for Plan participants, ERISA imposes duties upon the persons who are responsible for the operation of the Plan. The persons who operate your Plan, some of whom are named as "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.

No one, including your employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA. If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done and to obtain copies of documents relating to the decision without charge.

You have a right to have your claim reviewed and reconsidered on appeal, but your appeal must be timely. Under ERISA, there are steps you can take to enforce the above rights.

For instance, if you request materials from the Plan administrator that you have a right to receive and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan administrator.

If you have a claim for benefits, which is denied or ignored in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court.

V00308

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (for example, if it finds your claim is frivolous).

If you have any questions about the Plan, you should contact the benefits administrator that the Plan administrator has established for purposes of administering benefits and responding to questions of participants and beneficiaries. (See your Important Benefits Contacts insert for the telephone number.) If you have any questions about this statement, about your rights under ERISA or if you need assistance in obtaining documents from the Plan administrator, you can contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries; Pension and Welfare Benefits Administration; U.S. Department of Labor; 200 Constitution Avenue, N.W.; Washington, D.C. 20210.

You also may obtain certain publications about your rights and responsibilities under ERISA by calling the publication hotline of Pension and Welfare Benefits Administration.

## Administrative Information
Administrative information about the Plan is provided in this section.

### Important Telephone Numbers
Use the telephone numbers provided in your Important Benefits Contacts insert when you want to request a distribution, request information or if you have questions.

### Plan Sponsor
The Plan sponsor is:

Verizon Communications Inc.
4 West Red Oak Lane
White Plains, NY 10604

### Plan Administrator
The Plan administrator is:

Chairperson of the VEBC
c/o Verizon Benefits Center
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL 60069-1457

V00309

You may communicate to the Plan administrator in writing at the address on page 61. But, for questions about Plan benefits, you should write or call the benefits administrator (see below for the address and your Important Benefits Contacts insert for the telephone number). The benefits administrator administers benefits and handles participant questions, requests and certain benefits claims, but is not the Plan administrator.

The Plan administrator or a person delegated by the administrator has the full and final discretionary authority to publish the Plan document and benefit Plan communications, to prepare reports and make filings for the Plan and to otherwise oversee the administration of the Plan. However, most of your day-to-day questions can be answered by the Plan's benefits administrator.

Do not send any benefit claims to the Plan administrator or to the legal department. Instead, submit it to the claims administrator for the Plan.

The benefits administrator up to December 31, 2001 is:

Verizon's Bell Atlantic InTouch Center
P.O. Box 435
Little Falls, NJ 07424

The benefits administrator on and after January 1, 2002 is:

Verizon Benefits Center
100 Half Day Road
P.O. Box 1457
Lincolnshire, IL 60069-1457

**Claims and Appeals Administrators**
The claims administrator is the benefits administrator (see above).

The appeals administrator is:

Verizon Claims Review Committee
c/o Verizon Benefits Center
P.O. Box 1457
Lincolnshire, IL 60069-1457

V00310

**Plan Funding**
The Plan is funded through Company contributions made to a trust.
The Plan trustee is:

Mellon Bank, N.A.
One Mellon Bank Center
Pittsburgh, PA 15258

**Plan Identification**
The Verizon Pension Plan for New York and New England
Associates is a defined benefit plan, listed with the Department of
Labor under two numbers: The Employer Identification Number
(EIN) is 23-2259884 and the Plan Number (PN) is 012.

**Plan Year**
Plan records are kept on a Plan-year basis, which is the same as the
calendar-year basis.

**Agent for Service of Legal Process**
The agent for service of legal process is the Plan administrator. Legal
process must be served in writing to the Plan administrator at the
address stated for the Plan administrator on page 62.

In addition, a copy of the legal process involving this Plan should be
delivered to:

Verizon Legal Department
Employee Benefits Group
Verizon Communications Inc.
1095 Avenue of the Americas
37th Floor
New York, NY 10036

Legal process also may be served on the Plan trustee (see above).

**Official Plan Document**
This summary plan description (SPD) describes the main provisions
of the Plan, but not every detail is included. Your rights and benefits
are governed solely by the official Plan documents. It is important,
therefore, to ask questions and get clarification on any matters about
which you are uncertain.

V00311

## Participating Companies

The following is a list of participating companies as of
January 1, 2001. The list may change from time to time.

- Empire City Subway Co. Ltd.

- Telesector Resources Group Inc.

- Verizon New England Inc.

- Verizon New York Inc.

- Verizon Yellow Pages Co.

V00312

# Glossary

## A

**Affiliate Company**
Any company that is 80 percent to 100 percent owned by the parent
company (Verizon Communications Inc.).

## B

**Bridging Service**
Bridging service refers to rules used for linking periods of net
credited service when service is interrupted by a non-credited
period of more than six months, or subject to a collective bargaining
agreement where service is recognized from an affiliate company
(see page 10).

## C

**Cashout Trial Period**
If you are covered by the IBEW New England collective bargaining
agreement or if you are not subject to a bargaining agreement, your
Cashout Trial Period will be March 1, 2001 to December 31, 2003. If
you are covered by the CWA New York and New England or IBEW
New York collective bargaining agreements, your Cashout Trial
Period will be August 1, 2002 to July 31, 2003.

## D

**Deferred Vested Pension**
You qualify for a deferred vested pension if you have at least five
years of ERISA service after age 18 or have reached normal
retirement age when your employment ends but you are not eligible
for a service pension. In this case, your unreduced benefit can begin
on your normal retirement date or you may qualify to receive a
reduced benefit starting as early as age 50.

**Determination Date**
The date through which an employee's pension benefits amount
is calculated.

---

V00313

**Disability Pension**

You qualify for a disability pension if you meet all of the following:

- You become totally disabled due to sickness or injury other than one related to an on-the-job accident while participating in the Plan before you are eligible for a service pension or reach normal retirement age.

- You receive 52 weeks of sickness benefits.

- You have at least 15 years of net credited service.

Your disability pension is paid without reduction for early payment, regardless of your age when you become disabled. (Your disability pension is offset by any eligible Workers' Compensation payment.)

## E

**Early Retirement**

You qualify for early retirement if you are eligible for a service pension before age 65. That means your monthly benefit payments can begin right away. Your benefit will not be reduced for early payment if you have at least 30 years of net credited service or retire at age 55 or older. Otherwise, your benefit is reduced by half of one percent for each month payments begin before age 55.

**ERISA Service**

ERISA (Employee Retirement Security Act of 1974 and its subsequent amendments) service is used to determine your eligibility to participate and for vesting in your benefit. ERISA service, for purposes of eligibility, is counted from your date of hire; vesting ERISA service is counted on a calendar-year basis. You earn one year of ERISA service for each year you are credited with at least 1,000 hours of service.

## G

**GATT Calculation**

General Agreement on Trade and Tariff. The methodology used to calculate the lump-sum value during the Cashout Trial Period, using the interest rate on 30-year Treasury Securities for the second month preceding the first day of the calendar quarter containing your benefit commencement date.

V00314

# I

### Interchange Company
A company that has entered into an interchange agreement with
Verizon to provide for portability of service and benefits between
pension plans when certain interchange or portability agreement
criteria are met.

# J

### Joint and Survivor Annuity
### (50, 75 or 100 percent)
This form of benefit payment pays a reduced monthly benefit to you
for your lifetime. When you die, a percentage of your monthly benefit
(50, 75 or 100 percent depending on your election) continues to be
paid to your beneficiary. If you're married at the time your benefit
begins, the 50 percent joint and survivor annuity is the automatic form
of payment. You'll need your spouse's consent to choose a form of
payment other than a joint and survivor annuity with your spouse
as beneficiary.

# L

### Lump-sum Cashout
Subject to your collective bargaining agreement, you may receive
your benefit in the form of a lump-sum payment provided that you
commence your benefit within the Cashout Trial Period. This optional
form of payment requires spousal consent and the amount is
determined using the greater of the PBGC (see page 68 for the
definition) or GATT interest rates with their applicable Mortality
Tables (see below).

# M

### Mortality Table
Insurance industry standard tables reflecting life expectancy and used
in the Plan for the determination of the current lump-sum value of
pension benefits during the Cashout Trial Period (see page 38).

V00315

# N

## Net Credited Service

In general, net credited service is your total years, months and days of continuous employment while an eligible employee with a participating company and adjusted for any noncreditable periods of absence. It is used to determine your eligibility for a service pension and various other benefits.

## Normal Retirement

Your normal retirement date is the day you turn age 65, unless you became a participant after age 60. In this case, normal retirement is five years after you become eligible to participate in the Plan. You can retire any time on or after your normal retirement date and receive an unreduced benefit from the Plan.

# O

## One-Year Break in Service

You have a one-year break in service if you receive credit for less than 501 hours of service in a year.

# P

## PBGC Calculation

Pension Benefit Guaranty Corporation. The methodology used to calculate the lump-sum value during the Cashout Trial Period using the interest rate for the month prior to the first calendar month in the calendar quarter that contains your termination date.

## Pension Accrual Service

This is your eligible service word to determine your pension benefit. This service discounts periods of part-time, time in a nonparticipating company (where applicable) and service for a rehired employee who commenced a prior benefit in the form of the lump-sum cashout.

V00316

**Pension Band**
This is the number assigned to your job classification based on
your wage zone and schedule. Each pension band has a specific
basic monthly benefit that is used to determine your monthly
pension benefit.

**Period Certain (Five- or 10-Year) and Life Annuity**
This optional form of payment pays a reduced monthly benefit to you
for your lifetime with a guaranteed payment period of at least five or
10 years, depending on your election. If you die before the guaranteed
number of payments is made, your beneficiary receives the remaining
payments. If you die after the guaranteed number of payments has
been made, no payments are due to your beneficiary.

# S

**Service Pension**
If you qualify for a service pension, you can retire and start receiving
your benefit immediately. In addition, you also may be eligible for
other retiree benefits in effect at the time you retire. You are eligible
for a service pension if, when your employment ends, you have
30 years of net credited service (regardless of your age); or you're at
least age 50 with 25 or more years of net credited service; at least age
55 with 20 or more years; at least age 60 with 15 or more years; or at
least age 65 with 10 or more years of net credited service.

**Single Life Annuity**
This is the normal form of benefit payment if you are single when
payments begin. A married employee may choose this form of
payment with his or her spouse's consent. A single life annuity pays a
monthly benefit to you for your lifetime; when you die, no further
payments are made.

V00317

**Social Security Supplement**
An additional monthly amount payable to you until age 62. This is
based on the greater of 30 percent of your frozen 6 & 6 benefit
or $500.

**Supplemental Benefit**
If you receive certain supplemental payments in the three years prior
to your calculation date, you can qualify for a supplemental monthly
benefit in addition to your basic monthly benefit. Supplemental
payments include special city and in charge allowances, management
team awards (where applicable), extra payments for certain temporary
assignments or promotion, evening night differential payments and
Corporate Profit Sharing (subject to collective bargaining agreement.)

# T

**2001 Incentive Benefit**
Retirement incentive that applies to you if you were eligible for a 6 & 6
special pension but did not retire and remained with the Company as
an associate from August 8, 1998 to January 1, 2001. You would be
entitled to receive, upon retirement, the greater of the frozen 6 & 6
benefit calculated as of August 8, 1998, or the benefit calculated
using your actual age and service at termination under the existing
terms of the Plan.

# V

**Vesting/Vested**
Vesting occurs when you own the right to your pension plan benefit.
You vest when you have completed five years of ERISA service
after age 18 with Verizon. If you leave before you have completed
five years of ERISA service, you are not entitled to a benefit from
the Plan.

V00318

V00319