# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILLIP A. KAWA,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>VERIZON COMMUNICATIONS INC.,  )<br><br>Defendant.  ) | Civil Action No. 04-11952 MLW |

## DECLARATION OF CHRISTINE A. LONERO

I, CHRISTINE A. LONERO, hereby declare:

1. I am a Manager – Labor Relations for Verizon New England, a division of Verizon Communications Inc. I have held this position since 1996. In my position, I am responsible for coordinating Verizon New England's corporate relations with labor unions and union-represented employees. In the course of my duties, I have become knowledgeable about the agreements and policies in effect between Verizon New England and the International Brotherhood of Electrical Workers ("IBEW"), a labor union representing non-management Verizon New England employees.

2. I have been asked to comment upon allegations raised in a lawsuit by Phillip Kawa, who I understand is the husband of Theresa Kawa, a former Verizon New England employee. It is my understanding that Mr. Kawa is contending that the Verizon Claims Review Committee incorrectly determined that Ms. Kawa was on Verizon's active payroll on the date of her death.

3. I understand that Ms. Kawa was a non-management Verizon New England employee represented by the IBEW. Non-management Verizon New England employees are categorized as "associates." I also understand that Theresa Kawa was accepted for voluntary severance under an Income Protection Plan ("IPP") with a stated off-payroll date of August 17, 2002. I further understand that Ms. Kawa was receiving short-term disability benefits from Verizon on her stated off-payroll date.

4. One Verizon policy is a policy regarding separation from service for Verizon New England IBEW associates who accept voluntary severance benefits under an IPP while receiving short-term disability benefits from Verizon. Under this policy, regardless of an associate's stated off-payroll date under the IPP, actual separation from service does not occur until the associate either exhausts her short-term disability benefits, recovers from her disability, or affirmatively requests to be removed from Verizon's active payroll. The purpose of this policy is to maximize the benefits available to Verizon New England associates represented by the IBEW.

5. Under Verizon's IPP separation from service policy, Theresa Kawa would not have been removed from Verizon's active payroll as of August 17, 2002. Instead, Ms. Kawa would have remained on Verizon's active payroll until she either exhausted her short-term disability benefits, recovered from her disability, or affirmatively requested to be removed from the active payroll.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

September 30, 2005

/s/ Christine A. Lonero
Christine A. Lonero

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PHILLIP A. KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11952 MLW |
| | ) | |
| VERIZON COMMUNICATIONS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DAN FISH

I, DAN FISH, hereby declare:

1.  I am an employee of Hewitt Associates LLC ("Hewitt"). Hewitt is a global provider of outsourcing and consulting services. As part of its outsourcing services, Hewitt provides administrative services to employers in support of their benefits plans including disability plans. I am part of a team at Hewitt responsible for providing administrative services in support of Hewitt's client Verizon Communications Inc.'s ("Verizon") ERISA benefit plans.

2.  I am Project Manager of Hewitt's Verizon Claims Review Unit, where I have worked since February 2001. The Verizon Claims Review Unit assists Verizon in operating and maintaining several of the company's pension plans, including the Verizon Pension Plan for New York and New England Associates. The Verizon Claims Review Unit is responsible for numerous tasks, including responding to employees' requests for information and for responding to participants' and beneficiaries' claims for benefits based on guidance provided by Verizon. In my position, I am responsible for overseeing and executing various projects handled by the Verizon Claims Review Unit.

3. I have submitted another declaration in this case attesting to the contents of the complete administrative record compiled in connection with Phillip Kawa's claim for benefits. In this declaration, I attest to the authenticity of some additional documents not in the administrative record.

4. The Verizon Claims Review Unit has access to records held by the Verizon Benefits Center, which also helps to administer Verizon's pension plans. The Verizon Benefits Center does so by, among other things, calculating benefits, keeping records, and sending notices to plan participants and beneficiaries.

5. Exhibit 1 to this declaration is a true and genuine copy of benefit commencement documentation sent to Phillip Kawa by the Verizon Benefits Center. This documentation informs Mr. Kawa of his right to a benefit as Theresa Kawa's surviving beneficiary, and also informs Mr. Kawa of how he may start receipt of his survivor benefit.

6. Exhibit 2 to this declaration is a real and true screen capture from the Verizon Benefits Center's electronic records. This screen capture contains a record of Theresa Kawa's communication with the Verizon Benefits Center regarding her pension benefit under the Verizon Pension Plan for New York and New England Associates. I am personally familiar with the electronic record management system that generated this screen capture.

7. The "Calculation Reason" and "Calculation Status Date" columns on this screen capture indicate that Theresa Kawa accessed the Verizon "Your Benefits Resources" website, which Hewitt Associates administers, on February 10, 2003. These columns also indicate that on this date Mrs. Kawa elected to begin the commencement process for her Verizon pension.

8. The "Earliest Term. Date" column on this screen capture indicates that for purposes of commencing her pension, Theresa Kawa selected May 4, 2003 as her date of Separation from Service as a Verizon employee.

9. The "Earliest BCD Date" column on this screen capture indicates that Theresa Kawa selected a Benefit Commencement Date of May 5, 2003. This date is also referred to as a plan participant's Annuity Starting Date.

10. Exhibit 3 to this declaration is a second real and true screen capture from the Verizon Benefits Center's electronic records. This screen capture contains a record of electronically-generated pension notices sent to Theresa Kawa by the Verizon Benefits Center. I am personally familiar with the electronic record management system that generated this screen capture.

11. The notices listed under the "Notice" column in this screen capture are the notices contained in the pension commencement package that the Verizon Benefits Center mails to participants after they have initiated the pension commencement process. The fact that these notices are a part of the pension commencement package is confirmed by the "CMIRET" abbreviation under the "Event" column. "CMIRET" is the abbreviation assigned to notices contained in the pension commencement package.

12. The "Form Effective Date" column in this screen capture indicates that Theresa Kawa requested a pension commencement package on February 10, 2003.

13. The "Status Date" column in this screen capture indicates that the Verizon Benefits Center generated and mailed the notices listed in the screen capture on March 10, 2003.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

September 28, 2005


/s/ Dan Fish

Dan Fish

# EXHIBIT C1



000001
PHILLIP A. KAWA
61 Curtis Circle
E Weymouth MA   02189

V00404



000001
PHILLIP A. KAWA
61 Curtis Circle
E Weymouth MA   02189



**Pension Plan**
**Starting Your Beneficiary**
**Pension Benefit**
Statement Date 02-24-2003

000001
PHILLIP A. KAWA
61 Curtis Circle
E Weymouth MA   02189

As the beneficiary of THERESA A. KAWA, you're entitled to a one-time payment of **$136,971.83** from the Verizon Pension Plan for New York and New England Associates as of **February 24, 2003.** This payment may not be deferred. In place of this lump sum payment, you're entitled to a monthly benefit of **$1,315.71** beginning on **March 20, 2019.** However, you instead may elect to receive a benefit beginning **April 1, 2003,** which may be reduced. Please refer to the Beneficiary Pension Elections Worksheet for additional payment options and amounts available to you.

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

## What You Need to Do

- Review all the enclosed information:
  - ___ Beneficiary Pension Elections Worksheet
  - ___ Beneficiary Notice of Rights
  - ___ State Tax Withholding Notice
  - ___ Special Tax Notice Regarding Plan Payments

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Verizon Benefits Center at **1-866-998-8777** to make your elections.

  Your benefit may be delayed if you do not make your elections by the 10th of the month prior to the date you wish to receive your benefit.

V00406

delivered by **Hewitt**

72230095  V8730-000001



# After You Make Your Elections

- A Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization Form will be mailed to you. **You can expect to receive these documents within seven to ten days.**

- You must sign and date the Beneficiary Pension Election Authorization Form.

- You must return the signed Beneficiary Pension Election Authorization Form to the Verizon Benefits Center by the 10th of the month prior to the date you wish to receive your benefit. **If you do not return the signed form by this date, your benefit may be delayed.**

- When you return the Beneficiary Pension Election Authorization Form, you must also provide the Verizon Benefits Center with a copy of the certified death certificate. If it is not received by the 10th of the month prior to the date you wish to receive your benefit, your benefit may be delayed.

# If You Decide Not to Start Your Benefit

- **Verify Your Address**
  You must call the Verizon Benefits Center to verify your home address by the 10th of the month prior to the date you wish to receive your benefit. **After this date, you should continue to let the Verizon Benefits Center know about any change in your name or address to ensure that you continue to receive accurate information about your benefit.**

- **Provide Death Certificate**
  Please note that even if you don't want to begin receiving your benefit at this time, you must provide the Verizon Benefits Center with a copy of the certified death certificate by the 10th of the month prior to the date you wish to receive your benefit to ensure your benefit is not delayed in the future. Please send the death certificate to:

  Verizon Benefits Center
  100 Half Day Road
  P.O. Box 1457
  Lincolnshire, IL 60069-1457

- You may cancel starting your benefit by calling the Verizon Benefits Center.

- If you don't respond by May 25, 2003, these forms will not be valid and you will need to contact the Verizon Benefits Center to start the process over.

V00407



72230095  V8730-000001

# Please Note

- **Changes to your Payment Options**
  You cannot change your payment option after your pension payment start date. However, you may change your elected payment option before your payment start date by contacting the Verizon Benefits Center. Please keep in mind that this will delay the start of your payments.

- **Savings Plan Benefits**
  To initiate benefits from the Savings Plan, please contact the Verizon Savings Plan Service Center at 1–888–457–9333.

- **Other Benefits**
  You may also be eligible for an Accidental Death Benefit or a Sickness Death Benefit. Please contact the Verizon Benefits Center regarding eligibility for these benefits.

- **Denial of Benefits**
  If you feel you have been denied a benefit (in whole or in part) to which you believe you are entitled under the Pension Plan, you may file a claim for benefits within 60 days of the date of notice of the denial by writing to the Plan Administrator at:

  Verizon Benefits Center Review Unit
  100 Half Day Road
  P.O. Box 1457
  Lincolnshire, IL 60069–1457

- **Please keep copies of all your completed forms for your records.**

# For More Information

If you need additional information, access the *Your Benefits Resources*™ Web site at http://resources.hewitt.com/verizon or call the Verizon Benefits Center toll–free at 1–866–998–8777. The Interactive Voice Response (IVR) system is available 24 hours a day, Monday through Saturday and from 1 p.m. to 1 a.m., Eastern Time, on Sunday. Verizon Benefits Center representatives are available between 8 a.m. and 6 p.m., Eastern Time, Monday through Friday.

V00408

*Your Benefits Resources*™ is a trademark of Hewitt Associates LLC.

72230095  V8730–000001



**Pension Plan**
**Beneficiary Pension Elections**
**Worksheet**

Statement Date 02–24–2003

000001
PHILLIP A. KAWA
61 Curtis Circle
E Weymouth MA   02189

This worksheet lists all of the decisions you will need to make to start your benefit. Use this worksheet to keep track of your decisions as you review all of the enclosed material.

Once you have completed this worksheet, make your elections by calling the Verizon Benefits Center toll–free at 1–866–998–8777. **Do not return this worksheet by mail.**

## Your Decisions for Verizon Pension Plan for New York and New England Associates

| Make This Decision | Select Only One in Each Section Below | | Find Information In... |
|---|---|---|---|
| **Payment Option** | Select one of the following: | | Not Applicable |
| | [ ]  Beneficiary Life Annuity as of 02–24–2003: *Your monthly payments cease upon your death.* | $799.63 | |
| | [ ]  Lump Sum as of 02–24–2003: *This option provides a single payment of the value of your entire benefit.* | $136,971.83 | |

V00409

delivered by **Hewitt**

72230095  V8730–000001



Beneficiary Pension Elections Worksheet

| Make This Decision | Select Only One in Each Section Below | Find Information In... |
|---|---|---|
| **Rollover of Lump Sum Payment** | [ ] Rollover doesn't apply because I did not elect the lump sum payment option. **Go to next section.**<br><br>[ ] I want the lump sum paid to me. I don't want to roll over any portion of my lump sum payment option.<br><br>[ ] I want to roll over some or all of my lump sum as follows:<br><br>Roll over 100% or a specific dollar amount:<br><br>_____<br><br>Name of IRA, qualified plan, 403(b) plan or governmental 457 plan to receive the rollover:<br><br>_____<br><br>IRA account number:<br><br>_____ | • Beneficiary Notice of Rights<br><br>• Special Tax Notice Regarding Plan Payments |
| **Federal Income Tax Withholding Election** | [ ] I elected a lump sum payment option. A twenty percent mandatory federal tax withholding applies to any taxable amount not rolled over.<br><br>[ ] I elected a monthly payment. I don't want to withhold for federal taxes.<br><br>[ ] I elected a monthly payment. I want to withhold for federal taxes using:<br><br>Marital status:<br>[ ] Single  [ ] Married  [ ] Married but withhold at a higher single rate<br><br>Number of allowances: _____<br><br>Additional flat dollar amount to withhold:<br><br>$_____ | • Special Tax Notice Regarding Plan Payments<br><br>• Beneficiary Notice of Rights—Federal Income Tax Withholding |

V00410



Beneficiary Pension Elections Worksheet

| Make This Decision | Select Only One in Each Section Below | Find Information In— |
|---|---|---|
| **State Income Tax Withholding Election** | [ ]  No state tax withholding election applies because I elected to roll over 100% of my payment.<br><br>[ ]  I don't want to withhold for state taxes.<br><br>[ ]  I want to withhold for state taxes using the elections available on the State Tax Withholding Notice:<br><br>_____<br>_____<br>_____ | • State Tax Withholding Notice |
| **Where to Send Your Payment** | [ ]  I elected to roll over 100% of my payment and specified a rollover address.<br><br>[ ]  I want my payment sent directly to:<br><br>Financial Institution Name<br>_____<br><br>Account Number<br>_____<br><br>Type of Account (Checking/Savings)<br>_____<br><br>Financial Institution ABA Routing Number (available from your financial institution)<br>_____<br><br>[ ]  I want my payments or lump sum payment that is not being rolled over mailed to my home address. | |

## For More Information

If you need additional information, access the *Your Benefits Resources™* Web site at **http://resources.hewitt.com/verizon** or call the Verizon Benefits Center toll–free at **1–866–998–8777**. The Interactive Voice Response (IVR) system is available 24 hours a day, Monday through Saturday and from 1 p.m. to 1 a.m., Eastern Time, on Sunday. Verizon Benefits Center representatives are available between 8 a.m. and 6 p.m., Eastern Time, Monday through Friday.

V00411

*Your Benefits Resources™* is a trademark of Hewitt Associates LLC.





**Pension Plan**
**Beneficiary Notice of Rights**

Statement Date  02-24-2003

000001
PHILLIP A. KAWA
61 Curtis Circle
E Weymouth MA   02189

As a beneficiary in a Verizon Pension Plan, you have legal rights of which you must be notified. This statement summarizes and describes these rights. You should review these rights prior to electing your benefits.

## Commencement of Benefits

You may always choose to delay the commencement of your pension benefits until the later of the time when THERESA A. KAWA would have been age 65 or would have had five years of participation service under the plan. You have the right to at least 30 days to consider whether to consent to begin receiving benefits. You may waive this 30-day period by electing to begin your benefits.

## Explanation of the Qualified Pre-Retirement Survivor Annuity

Unless you waive your rights to the Qualified Pre-Retirement Survivor Annuity, the plan will pay your benefit in this form. Specifically, you will receive a monthly 65% Joint and Survivor Annuity benefit payable for your lifetime. After you die, no benefits are payable.

## Rights to Waive the Qualified Pre-Retirement Survivor Annuity

You may elect to waive the Qualified Pre-Retirement Survivor Annuity benefit and elect another benefit option. You may revoke any such election at any time prior to your payment starting date. If you revoke your election to waive the Qualified Pre-Retirement Survivor Annuity, you may make another election, or you will receive the Qualified Pre-Retirement Survivor Annuity on your requested payment starting date.

## Notification Period

Your decisions are important. Legal rules require you to have at least 30 days to think about your benefit elections. This 30-day notification period begins on the date you receive this Beneficiary Notice of Rights. If you are able to make your decisions in less time, you can waive the 30-day period. To waive the 30-day period, you should sign and return the Beneficiary Pension Election Authorization Form you will receive after making your elections.

V00412

delivered by **Hewitt**

72230095  V8730-000001



Beneficiary Notice of Rights

Please note that your decision to waive the 30–day waiting period does not obligate the plan to make payments within 30 days. When your payment is made depends on whether you waive the 30–day period, when you consent to your elections, and the administrative processing of your benefit.

To think about your decision for the full 30 days, do not return the Beneficiary Pension Election Authorization Form until you have had this Beneficiary Notice of Rights for 30 days and have had time to consider your benefit elections.

## Special Tax Notice Regarding Plan Payments

The Special Tax Notice Regarding Plan Payments provides some general tax information, including information regarding payments from the Plan that are rollover–eligible. You have the right to at least 30 days from receipt of this notice to consider whether to directly roll over your benefit. You may waive this 30–day period by returning the Beneficiary Pension Election Authorization Form.

You will find the Special Tax Notice Regarding Plan Payments as a separate statement included in your materials.

## Federal Income Tax Withholding

The payments you receive from the Verizon Pension Plan that are not eligible to roll over will be subject to federal income tax withholding unless you elect not to have withholding apply. Withholding for payments that are rollover–eligible is described in the Special Tax Notice Regarding Plan Payments.

Withholding will only apply to the portion of your benefit that is already included in your income subject to federal income tax and will be determined similarly to wage withholding.

You may elect not to have federal withholding apply to these payments, or you may elect to have withholding apply based upon a marital status and number of allowances. You may also specify an additional dollar amount to withhold.

Your election will remain in effect until you revoke it. You may revoke your election at any time. Any election or revocation will be effective no later than the first of the month following the 30–day period after your election or revocation is received. You may make and revoke your election not to have withholding apply as often as you wish. To make or revoke your withholding elections, you may call the Verizon Benefits Center at 1–866–998–8777.

If you do not make an election, federal income tax will be withheld from the taxable portion of your payment as if you were married and claiming three withholding allowances.

If you elect not to have withholding apply to your benefit or if you do not have enough federal income tax withheld from your benefit, you may be responsible for payment of estimated tax. Penalties may be assessed under the estimated tax rules if your withholding and estimated tax payments are not sufficient.

V00413



# For More Information

If you need additional information, access the *Your Benefits Resources*™ Web site at **http://resources.hewitt.com/verizon** or call the Verizon Benefits Center toll-free at **1–866–998–8777.** The Interactive Voice Response (IVR) system is available 24 hours a day, Monday through Saturday and from 1 p.m. to 1 a.m., Eastern Time, on Sunday. Verizon Benefits Center representatives are available between 8 a.m. and 6 p.m., Eastern Time, Monday through Friday.

*Your Benefits Resources*™ is a trademark of Hewitt Associates LLC.

V00414

72230095  V8730–000001



# EXHIBIT C2

# DB Calc Reason Selection - KAWA, THERESA A.

**Inquiry**

Highlight a calculation below.

| Calculation Reason | Calculation Status Date | Calc. Status Time | Earliest Term. Date | Earliest BCD Date | Calculation Status |
|---|---|---|---|---|---|
| DB Accept Elect | 02-24-2003 | 09:14 | 05-04-2003 | | Cancelled |
| Retirement-INET | 02-10-2003 | 08:37 | | 05-05-2003 | Closed |
| DB Accept Elect | 02-10-2003 | 08:35 | 05-04-2003 | | Cancelled |
| Retirement-INET | 02-10-2003 | 08:26 | 05-04-2003 | 05-05-2003 | Closed |
| UserEstima Calc | 12-30-2002 | 08:54 | 05-05-2003 | 05-06-2003 | Complete |

Note that event dates and times are for the event that created the calculation.

[ View calc. results... ]   [ View optional forms... ]   [ View assumption details... ]

# EXHIBIT C3

**Notices - KAWA, THERESA A.**

Notice Type:    [ALL ▸]

| Notice | Status | Status Date | Notice ID | Event | Form Effective Date |
|---|---|---|---|---|---|
| Notice of Right | Cancel | 03-10-2003 | 664-0 | CMIRET | 02-10-2003 |
| Ret Pen Options | Cancel | 03-10-2003 | 4642-0 | CMIRET | 02-10-2003 |
| DB AddrPage Ret | Cancel | 03-10-2003 | 5742-0 | CMIRET | 02-10-2003 |
| DBRet Calc Stmt | Cancel | 03-10-2003 | 6992-0 | CMIRET | 02-10-2003 |
| Special Tax Ntc | Cancel | 03-10-2003 | 7641-0 | CMIRET | 02-10-2003 |
| Pension Disclos | Cancel | 03-10-2003 | 9818-0 | CMIRET | 02-10-2003 |
| Notice of Right | Cancel | 03-10-2003 | 664-0 | CMIRET | 02-10-2003 |
| Ret Pen Options | Cancel | 03-10-2003 | 4642-0 | CMIRET | 02-10-2003 |
| DB AddrPage Ret | Cancel | 03-10-2003 | 5742-0 | CMIRET | 02-10-2003 |

[Select]    [Done]    View All Notices - Last 30 Days    View Selected Notice

Show Coverage Requiring EOI

V00354