UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 CV 11952 MLW

PHILLIP A. KAWA,           )
                           )
     Plaintiff             )
                           )
  v.                       )
                           )
VERIZON COMMUNICATIONS,    )
                           )
     Defendant             )

PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
_____

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, the plaintiff, Phillip A. Kawa, respectfully responds to defendant's Motion for Summary Judgment.

In support of his Response, the plaintiff attaches his Memorandum of Law.

WHEREFORE, the plaintiff, Phillip A. Kawa, prays that this Honorable Court denies the defendant's Motion for Summary Judgment and grant the plaintiff's Motion for Summary Judgment.

Dated: October 26, 2005

                                        Respectfully submitted,

                                        Gaetano J. DeLuca
                                        BBO #558872
                                        9 Early Red Circle
                                        Plymouth, MA 02360
                                        (508) 224-6886

CERTIFICATE OF SERVICE
_____

I herein certify that copies of the foregoing were served upon defendant's counsel of record, Frederick G. Sandstrom, 1201 Pennsylvania Ave., N.W., Washington, D.C., 20004-2401 on October 26, 2005, by First Class Mail, Postage Pre-Paid.

Dated: October 26, 2005

-2-