## CERTIFICATE OF SERVICE

      I certify that true and correct copies of defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Furtherance of Defendant's Motion for Summary Judgment and defendant's Response to Plaintiff's Statement Pursuant to Local Rule 56.1 were filed and served via the Court's Electronic Case Filing system on October 28, 2005, and that true and correct copies of same were served via Federal Express overnight delivery on October 28, 2005, to:

        Gaetano J. DeLuca
        Attorney at Law
        9 Early Red Circle
        Plymouth, Massachusetts 02360

        /s/ Frederick G. Sandstrom
        Frederick G. Sandstrom