UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11952

| Phillip A. Kawa | Verizon Communications |
|---|---|
| PLAINTIFF | DEFENDANT |
| Gaetano J. DeLuca | Frederick G. Sandstrom |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Summary Judgment Motion Hearing |
|---|---|
| 12/8/05 | Court listens to oral arguments on the cross motions for summary judgement (docket nos 26 and 31). |
|  | Court allows defendant, Verizon's motion for summary judgment (docket no 31) and denies plaintiff's motion for summary judgment (docket no 26). Court will issue short order memorializing the same. |