```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

PHILLIP A. KAWA                )
     Plaintiff,                )
                               )
     v.                        )    C.V. No. 04-11952-MLW
                               )
VERIZON COMMUNICATIONS INC.,   )
     Defendant.                )
```

                                ORDER

WOLF, D.J.                                          December 8, 2005

      For the reasons stated in detail in court on December 8, 2005, it is hereby ORDERED that:

      1. Defendant Verizon Communications Inc.'s Motion for Summary Judgment (Docket No. 31) is ALLOWED.

      2. Plaintiff Phillip Kawa's Motion for Summary Judgment (Docket No. 26) is DENIED.

```
                                   /s/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE
```