**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**PHILLIP A. KAWA**
      **Plaintiff**

    v.                                                                                  C.A. No. 04-11952-MLW

**VERIZON COMMUNICATION, INC.**
      **Defendants**

**JUDGMENT**

**WOLF, D. J.**

In accordance with the Court's Order dated <u>December 8, 2005</u> allowing the <u>Defendant's</u> Motion for Summary Judgment (Docket No. 31) and denying the <u>Plaintiff's</u> Motion for Summary Judgment (Docket No. 26) in the above-referenced action, it is hereby ORDERED:

    Judgment for the <u> Defendant </u>

                                                                       By the Court,

**December 8, 2005**                                        /s/ Dennis O'Leary
**Date**                                                                 **Deputy Clerk**

(judge-sj.wpd - 12/98)                                                                                                      [jgm.]